UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE
NAACP, *et al.*,

     Plaintiffs,

     v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

     Defendant.

Case No. 5:24-cv-00040

## JOINT STATEMENT OF STIPULATED FACTS

Plaintiffs Virginia State Conference NAACP; Heather Brown on behalf of B.B., a minor; Kim Wallace Carter on behalf of A.C., a minor; Kay Doe and Edward Doe on behalf of D.D. and J.D., minors; Mary Johnson on behalf of A.J., a minor and Defendant County School Board of Shenandoah County (the "School Board"), by and through their undersigned counsel, respectfully submit this Joint Statement of Stipulated Facts.

1. Stonewall Jackson was a Confederate General.

2. The Confederacy existed, in part, to preserve slavery.

3. Stonewall Jackson High School was built between 1957 and 1959.

4. The Shenandoah County School Board in place at the time named Stonewall Jackson High School in honor of the Confederate General Stonewall Jackson.

5. The Confederate flag was flown at the school grounds when construction began.

6. Stonewall Jackson High School opened to students in the fall of 1959.

7. In the fall of 1959, Black students were not permitted to attend Stonewall Jackson High School.

8.      In 1962, the NAACP filed and later withdrew a lawsuit challenging segregation in Shenandoah County Schools, which later were integrated.

9.      Black students were allowed to enroll at Stonewall Jackson High School for the first time in the fall of 1963.

10.     Until the fall of 1963, Black public school students in Shenandoah County Public Schools were only permitted to attend separate schools for non-White students.

11.     On June 6, 2020, Virginia Secretary of Education Atif Qarni told local elected officials—including city councils, board of supervisors, and school boards—to "change school names and mascots that are offensive or that memorialize confederate leaders or sympathizers."

12.     On June 6, 2020, Virginia Secretary of Education Atif Qarni stated "[t]he offensive names have a traumatizing impact on the psyche of our children, families, teachers and staff of color."

13.     On June 25, 2020, the Shenandoah County School Board in place at the time voted 6-0 in favor of a "[r]esolution condemning racism and affirming the division's commitment to an inclusive school environment for all."

14.     On July 4, 2020, the Shenandoah County School Board in place at the time published an agenda for the July 9, 2020 School Board meeting that included the action item "Next Steps for Resolution condemning racism and affirming the division's commitment to an inclusive school environment for all."

15.     On July 6, 2020, Virginia Governor Ralph Northam wrote a letter to the chairs of Virginia school boards, stating that the school boards should "change school names and mascots that memorialize Confederate leaders or sympathizers."

16.     Virginia Governor Ralph Northam's July 6, 2020 letter stated, in part: "[T]he names of public places, streets, and schools send messages to our children about what we value most as a society.   When those names reflect our broken and racist past, they also perpetuate the hurt

inextricably woven into this past. When our public schools are named after individuals who advanced slavery and systemic racism, and we allow those names to remain on school property, we tacitly endorse their values as our own. This is no longer acceptable."

17.    At a School Board meeting held virtually on July 9, 2020, the "Recommended Action" for the resolution described in Request for Admission 14 was "that the names of Stonewall Jackson High School and Ashby Lee Elementary School be retired as well as the Rebel mascot at North Fork Middle School."

18.    At the School Board meeting held virtually on July 9, 2020, the public comments portion of the meeting lasted approximately 80 minutes and drew approximately 25 speakers on the proposal to retire the names Stonewall Jackson High School and Ashby Lee Elementary School.

19.    On July 9, 2020, the Shenandoah County School Board in place at the time voted 5-1 to retire the names Stonewall Jackson High School and Ashby Lee Elementary School.

20.    Following the July 9, 2020 School Board vote to retire the names Stonewall Jackson High School and Ashby Lee Elementary School, Board member Cynthia Walsh stated: "[W]hether you think of Stonewall Jackson as a great man who did some bad things or a bad man who did some good things, the fact remains that he was a Confederate general and the Confederacy was all about states' rights. But people keep forgetting to finish that sentence and to finish that sentence is: 'the Confederacy was all about states' rights to continue the practice of slavery in our country.'"

21.    Following the July 9, 2020 School Board vote to retire the names Stonewall Jackson High School and Ashby Lee Elementary School, Board member Andrew Keller stated: "There's no way to preserve the traditions and heritage of one group and ease [] the inequity that another group may have felt. You can't keep a name and remove racist implications from it. You can't claim to be inclusive, which we do[,] and have students who feel like they're excluded."

3

22.     Following the July 9, 2020 School Board vote to retire the names Stonewall Jackson High School and Ashby Lee Elementary School, Board member Andrew Keller stated: "Which is more important: someone's heritage regarding a school's name or someone's inclusion into that school, their right to feel welcome?"

23.     Following the July 9, 2020 School Board vote to retire the names Stonewall Jackson High School and Ashby Lee Elementary School, Chairwoman Karen Whetzel stated: "As one high school student from Stonewall Jackson challenged me today 'if you vote to keep the name, you would be making a conscious decision to maintain a symbolic reference to a time of inequality and racism. School should be welcoming to all; a place of education, forward thinking, and bettering ourselves. How can we move forward if our school's name is only looking backwards[?]'"

24.     At the School Board meeting on September 10, 2020, the School Board approved, in a 5-1 vote, a motion that "reaffirm[ed] its July 9, 2020 action" to retire the Confederate school names and any derivations of those names.

25.     Pursuant to the July 9, 2020 School Board resolution to retire the Confederate school names, the names Mountain View HS and Honey Run ES were used beginning on June 1, 2021.

26.     The names Mountain View High School and Honey Run Elementary School were used for the 2021-23, 2022-23, and 2023-24 school years.

27.     On June 9, 2022, a member of the School Board moved to restore the Confederate school names.

28.     On June 9, 2022, the School Board's vote on the motion to restore the school names Stonewall Jackson High School and Ashby Lee Elementary School did not pass.

29.     At the School Board meeting on June 9, 2022, School Board member Marty Helsley voted not to restore the Confederate names Stonewall Jackson High School and Ashby Lee Elementary School.

4

30.     School Board member Marty Helsley previously voted not to retire the Confederate school names in 2020.

31.     While explaining why he voted not to restore the Confederate school names, School Board member Marty Helsley quoted a letter from a woman he said he agreed with: "No one will ever want to bring a family here or come to work in our education system.  Lots of people feel this way but don't want to say it because of how the people acted the last time.  The people that want to keep the names of Ashby Lee and Stonewall Jackson were very threatening to the people that did not want to change back."

32.     At the May 9, 2024 School Board meeting, the School Board heard over three hours of comments by public speakers regarding the proposal to restore the names Stonewall Jackson High School and Ashby Lee Elementary School.

33.     At the May 9, 2024 School Board meeting, the majority of the comments by public speakers were opposed to the proposal to restore the names Stonewall Jackson High School and Ashby Lee Elementary School.

34.     At the May 9, 2024 School Board meeting, multiple students of Mountain View High School and/or the Massanutten Regional Governor's School at Mountain View High School spoke in opposition to restoring the names Stonewall Jackson High School and Ashby Lee Elementary School.

35.     At the May 9, 2024 School Board meeting, School Board member Thomas Streett when explaining his justification for voting on the motion to restore the Confederate school names discussed the "survey" conducted by the Freedom Press and the Coalition for Better Schools and stated: "I've heard a lot about 83% didn't return it and their voices should be heard. Well, I thought about that and thought welp I'm going to check in the official way, pretty much know the answer but I'm going to do it officially, to give an answer tonight. So I checked with the registrar's office and I asked, Mrs. Mcdonald. Said in a community vote, or whatever you want to call it, but community vote,

5

what is the minimum number that has to be required to make it an official vote? She said there is none. There is no minimum number. She said the answer is officially the results are determined by those who participate. If you choose not to participate, then that is your choice. And that's that."

36. At the May 9, 2024 School Board meeting, School Board member Thomas Streett stated that on "the topic of racism, [] I don't really like to talk about it a lot because I don't believe in it."

37. At the May 9, 2024 School Board meeting, School Board member Gloria Carlineo when explaining her justification for voting on the motion to restore the Confederate school names stated: "If you really want to stop this racism and prejudice, stop playing racism and prejudice into everything."

38. At the May 9, 2024 School Board meeting, School Board member Kyle Gutshall, the sole vote against restoring the Confederate school names, discussed the "survey" and stated: "I'll speak for myself but I don't think anybody else is solely basing their decision making on a survey that received 1,300 people responding or whatever respondents."

39. At the May 9, 2024 School Board meeting, School Board member Kyle Gutshall also noted that, contrary to the "survey," residents in his district were "overwhelmingly in support of keeping the names the way they are."

40. At the May 9, 2024 School Board meeting, Chairman Dennis Barlow stated: "I understand some of those things really happened. They're not fiction, that there were people using the school system at that point for kind of a last-ditch effort to save what they saw as their world."

41. At the May 9, 2024 School Board Meeting, Chairman Dennis Barlow stated: "[Y]es, I did say that I would feel unsettled if I were Black and going through this. Are you kidding? Of course I would be."

6

42.    In the early morning hours of May 10, 2024, the School Board voted 5-1 to restore the names Stonewall Jackson High School and Ashby Lee Elementary School.

43.    As of June 5, 2024, the sign at the main entrance to Stonewall Jackson High School included the words "Stonewall Jackson High School."

44.    The names Stonewall Jackson High School and Ashby Lee Elementary School were again being used before the 2024-2025 school year began.

45.    The official team name for Stonewall Jackson High School is the "Generals."

46.    The Stonewall Jackson High School logo reads "SJ Generals."

47.    The "SJ" on the Stonewall Jackson High School logo stands for "Stonewall Jackson."

48.    In the current school year, Stonewall Jackson High School sports teams are sometimes referred to as "Stonewall Jackson," "Stonewall Jackson High School," or "Generals" in official written communications.

49.    In the current school year, student groups participating in Stonewall Jackson High School extracurricular events are sometimes referred to as "Stonewall Jackson," "Stonewall Jackson High School," or "Generals" in official written communications.

50.    In the current school year, Stonewall Jackson High School sports teams are sometimes referred to as "Stonewall Jackson," "Stonewall Jackson High School," or "Generals" in official announcements at sporting events.

51.    In the current school year, student groups participating in Stonewall Jackson High School extracurricular events are sometimes referred to as "Stonewall Jackson," "Stonewall Jackson High School," or "Generals" in official announcements at sporting events.

52.    In the current school year, Stonewall Jackson High School cheerleaders have performed cheers that reference "Stonewall Jackson" at official school sporting events.

7

53.    In the current school year, Stonewall Jackson High School cheerleaders have held up signs that say "Stonewall" at official school sporting events.

54.    In the current school year, Stonewall Jackson High School students who participate in sports and extracurricular activities are identified as "Stonewall Jackson" students, "Stonewall Jackson Generals," or "Generals."

55.    In the current school year, Black students make up just over 2% of the total students enrolled at Stonewall Jackson High School.

56.    In the current school year, multiracial students who identify "Black" as one of their racial selections make up just over 2% of the total students enrolled at Stonewall Jackson High School.

57.    In the current school year, Black students make up just over 3% of the total student population at Shenandoah County Public Schools.

58.    In the current school year, multiracial students who identify "Black" as one of their racial selections make up approximately 3.8% of the total student population at Shenandoah County Public Schools.

Dated: March 25, 2025                                     Respectfully submitted,

/s/ Ashley Joyner Chavous                                /s/ Jim H. Guynn, Jr
Ashley Joyner Chavous (VSB #84028)              Jim H. Guynn, Jr (VSB #22299)
Jason C. Raofield (DC Bar #463877)*              Christopher S. Dadak (VSB #83789)
Elizabeth Upton (DC Bar #1031985)*              John R. Fitzgerald (VSB #989221)
Li Reed (DC Bar #90018796)*                          Guynn Waddell, P.C.
Stephanie Nnadi (DC Bar #90007365)*           415 S. College Ave.
Cara E. Souto (DC Bar #90018434)*               Salem, Virginia 24153
Lauren Smith (DC Bar #90029733)*                Phone: (540) 387-2320
Covington & Burling LLP                                  Fax: (540) 389-2350
850 10th Street, NW                                         jimg@guynnwaddell.com
Washington, DC 20001                                    chrisd@guynnwaddell.com
(202) 662-6000                                                johnf@guynnwaddell.com
achavous@cov.com                                         *Counsel for Defendant*
*Counsel for Plaintiffs*

/s/ *Kaitlin Banner*
Kaitlin Banner (DC Bar #1000436)*
Marja K. Plater (DC Bar #90002586)*
Ryan Downer (DC Bar #1013470)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*


*\* Admitted pro hac vice*

9