IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISON

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 5:24-cv-00040 ) |
| COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Shenandoah County School Board, by counsel, respectfully moves for summary judgment on the Plaintiffs' First Amendment compelled-speech claim pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in the memorandum in support filed contemporaneously with this motion.

WHEREFORE, Defendant Shenandoah County School Board respectfully requests that the Court enter summary judgment in its favor and dismiss the First Amendment compelled-speech claim against it with prejudice.

                                                  SHENANDOAH COUNTY SCHOOL BOARD

                                                  By: /s/ John R. Fitzgerald
                                                  Jim H. Guynn, Jr (VSB #22299)
                                                  Christopher S. Dadak (VSB #83789)
                                                  John R. Fitzgerald (VSB #98921)
                                                  GUYNN WADDELL, P.C.
                                                  415 S. College Ave.
                                                  Salem, Virginia 24153
                                                  Phone: (540) 387-2320
                                                  Fax:   (540) 389-2350
                                                  Email: jimg@guynnwaddell.com
                                                              christopherd@guynnwaddell.com
                                                              johnf@guynnwaddell.com
                                                  *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify on the 4th day of June, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Kaitlin Banner (DC Bar #1000436)
Marja K. Plater (DC Bar #90002586)
Ryan Downer (DC Bar #1013470)
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
(202) 319-1000
Email:  kaitlin_banner@washlaw.org
          marja_plater@washlaw.org
*Counsel for Plaintiffs*

Ashley Joyner Chavous (VA Bar #84028)
Jason C. Raofield (DC Bar #463877)
Elizabeth Upton (DC Bar #1031985)
Li Reed (DC Bar #90018796)
Stephanie Nnadi (DC Bar #90007365)
Cara E. Souto (DC Bar #90018434)
Lauren Smith (DC Bar #90029733)
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
Email: achavous@cov.com
          jraofield@cov.com
          eupton@cov.com
          lreed@cov.com
          snnadi@cov.com
          csouto@cov.com
*Counsel for Plaintiffs*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax:    (540) 389-2350
Email: jimg@guynnwaddell.com
          christopherd@guynnwaddell.com
          johnf@guynnwaddell.com
*Counsel for Defendant*