UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, <br><br> Defendant. | Case No. 5:24-cv-00040 |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON FIRST AMENDMENT CLAIMS**

Plaintiffs Kay Doe and Edward Doe on behalf of D.D., a minor, Mary Johnson on behalf of A.J., a minor, and the Virginia State Conference of the NAACP (collectively, "Plaintiffs") move pursuant to Rule 56 of the Federal Rules of Civil Procedure, and according to the bifurcated proceedings as set forth in this Court's order dated April 9, 2025, ECF No. 97, for summary judgment of their claims that Defendant is violating Plaintiffs' right to freedom of speech as guaranteed by the First Amendment to the United States Constitution by compelling them to convey a pro-Confederacy message with which they disagree. This Motion is accompanied by a Memorandum in Support of Plaintiffs' Motion for Summary Judgment, Statement of Undisputed Material Facts, declarations, and exhibits which more fully set forth the reasons supporting Plaintiffs' requested relief. **WHEREFORE**, Plaintiffs respectfully move the Court to grant their Motion for Summary Judgment on their First Amendment claims and enter an order requiring Defendant to change the name of the school.

Dated: June 4, 2025					Respectfully submitted,

/s/ *Ashley Joyner Chavous*
Ashley Joyner Chavous (VSB #84028)
Jason C. Raofield (DC Bar #463877)*
Elizabeth Upton (DC Bar #1031985)*
Li Reed (DC Bar #90018796)*
Stephanie Nnadi (DC Bar #90007365)*
Cara E. Souto (DC Bar #90018434)*
Lauren Smith (DC Bar #90029733)*
Amber Lowery (DC Bar #1780982)*
Analese Bridges (DC Bar #90029992)*
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com
*Counsel for Plaintiffs*

/s/ *Kaitlin Banner*
Kaitlin Banner (DC Bar #1000436)*
Marja K. Plater (DC Bar #90002586)*
Ryan Downer (DC Bar #1013470)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

* *Admitted pro hac vice*

# CERTIFICATE OF SERVICE

       I hereby certify that on June 4, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email: jimg@guynnwaddell.com
       chrisd@guynnwaddell.com
       johnf@guynnwaddell.com
*Counsel for Defendants*

                                        s/ *Ashley Joyner Chavous*
                                        Ashley Joyner Chavous
                                        VA Bar #84028