CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 09 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY SCHOOL BOARD OF )<br>SHENANDOAH COUNTY, )<br>)<br>Defendant. ) | Case No. 5:24-cv-040<br><br>By:  Michael F. Urbanski<br>Senior United States District Judge |

## ORDER

For the reasons stated in the accompanying memorandum opinion, defendant County School Board of Shenandoah County's motion for summary judgment, ECF No. 115, is **DENIED**. Plaintiffs' motion for summary judgment, ECF No. 118, is **GRANTED**.

Plaintiffs' Equal Protection, Title VI, and Equal Educational Opportunities Act claims remain set for trial in December 2025.

It is so **ORDERED**.

Entered: September 8, 2025

/s/ Michael F. Urbanski

Michael F. Urbanski
Senior United States District Judge