CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 0 9 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 5:24-cv-040 ) |
| COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, | ) By:  Michael F. Urbanski ) Senior United States District Judge ) |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, plaintiffs' motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b), ECF No. 138, is **DENIED**.

Plaintiffs' Equal Protection, Title VI, and Equal Educational Opportunities Act claims remain set for trial in December 2025.

It is so **ORDERED**.

Entered: September 8, 2025

/s/ Michael F. Urbanski

Michael F. Urbanski
Senior United States District Judge