# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| **VIRGINIA STATE CONFERENCE NAACP et al.,** | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Case No. 5:24-cv-040 |
| **COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,** | | By:   Michael F. Urbanski Senior United States District Judge |
| Defendant. | | |

**CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED**

11/18/2025

LAURA A. AUSTIN, CLERK
BY: **/s/ Amy Fansler**
DEPUTY CLERK

## **ORDER**

This matter is before the court on Plaintiff's Motion in Limine No. 1, seeking to preclude Defendant "from introducing at trial evidence of subjects Defendant shielded during discovery based on legislative privilege." Mot. in Limine, ECF No. 195, at 1.

In order to evaluate this motion in limine, the court **DIRECTS** plaintiffs to identify the page and line numbers of the discovery depositions taken in this case in which the defendant asserted legislative privilege.  So that the court may evaluate the context of the questioning in which legislative privilege is asserted, plaintiffs also are **DIRECTED** to docket the full text of the discovery depositions in which legislative privilege has been asserted.

In addition, plaintiffs attached as exhibits to ECF No. 196 certain written discovery responses by defendant asserting legislative privilege. The court is uncertain whether the discovery responses attached as exhibits to ECF No. 196 represent a sample or the universe of defendant's written assertion of legislative privilege. To make sure that the court has the full picture of the assertion of legislative privilege in this case, the court **DIRECTS** plaintiffs

to docket any additional written discovery responses in which defendant has asserted legislative privilege.

The docketing of the discovery depositions and any additional written discovery responses should be done as soon as practicable.

It is so **ORDERED**.

Entered: November 18, 2025

Michael F. Urbanski
U.S. District Judge
2025.11.18 15:37:27
-05'00'

Michael F. Urbanski
Senior United States District Judge