UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, <br><br> Defendant. | Case No. 5:24-cv-00040 <br><br> PLAINTIFFS' MOTION IN LIMINE NO. 4 |

## PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF HAROLD K. EDGERTON

Plaintiffs Virginia State Conference NAACP, et al., ("Plaintiffs") move pursuant to Federal Rule of Evidence 702, to exclude the expert testimony of Defendant's expert, Harold K. Edgerton. Defendant has not met its burden to demonstrate that Mr. Edgerton is qualified to provide expert testimony. *See* Fed. R. Evid. 702. This Motion is accompanied by a Memorandum in Support of Plaintiffs' Motion to Exclude Expert Testimony of Harold K. Edgerton, and exhibits, which more fully set forth the reasons supporting Plaintiffs' requested relief.

WHEREFORE, Plaintiffs respectfully move the Court to grant their Motion to Exclude Expert Testimony of Harold K. Edgerton and preclude the admission of his testimony at trial.

Dated: November 20, 2025                                    Respectfully submitted,

/s/ *Ashley Joyner Chavous*
Ashley Joyner Chavous (VSB #84028)

Jason C. Raofield (DC Bar #463877)*
Kevin Collins (DC Bar #445305)*
Elizabeth Upton (DC Bar #1031985)*
Li Reed (DC Bar #90018796)*
Samuel Greeley (DC Bar #1656254)*
Tyler Smith (DC Bar #1735958)*
Stephanie Nnadi (DC Bar #90007365)*
Amber Lowery (DC Bar #1780982)*
Lauren Smith (DC Bar #90029733)*
Analese Bridges (DC Bar #90029992)*
Alyssa Greenstein (DC Bar #90029046)*
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com
*Counsel for Plaintiffs*

/s/ *Marja K. Plater*
Marja K. Plater (DC Bar #90002586)*
Kaitlin Banner (DC Bar #1000436)*
Ryan Downer (DC Bar #1013470)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

* *Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email:  jimg@guynnwaddell.com
          chrisd@guynnwaddell.com
          johnf@guynnwaddell.com
*Counsel for Defendant*

                                    */s/ Ashley Joyner Chavous*
                                    Ashley Joyner Chavous
                                    VA Bar #84028