# John Fitzgerald

| | |
|---|---|
| **From:** | Michael Urbanski <MikeU@vawd.uscourts.gov> |
| **Sent:** | Thursday, September 5, 2024 10:14 AM |
| **To:** | achavous@cov.com; Christopher Dadak; csouto@cov.com; eupton@cov.com; Jim Guynn; John Fitzgerald; jraofield@cov.com; kaitlin_banner@washlaw.org; kburchard@cov.com; lreed@cov.com; marja_plater@washlaw.org; snnadi@cov.com |
| **Cc:** | Kristin Ayersman; Linda Kring; Grace Sullivan |
| **Subject:** | 5:24-cv-00040-MFU-JCH Virginia State Conference NAACP et al v. County School Board of Shenandoah County |
| **Attachments:** | 524cv040 Virginia NAACP et al v. County School Board - Proposed Scheduling Order.pdf |

Dear Counsel – As we discussed yesterday at the scheduling conference, enclosed please find a draft Scheduling Order in this case. Please take a look at it and confer with each other about any proposed changes. We can discuss those at the hearing set in Harrisonburg on September 27. Thank you.



**Mike Urbanski**
Senior United States District Judge

**United States District Court**
**Western District of Virginia**

**Chambers**: 540-857-5124
**Mobile**: 540-759-8118
**Fax** : 540-857-5129
**Email**: mikeu@vawd.uscourts.gov

210 Franklin Rd. SW
Suite 540
Roanoke, VA 24011

**vawd.uscourts.gov**

1