# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Virginia State Conference NAACP, et al**

vs.

**County School Board of Shenandoah County**

**Action No:** 5:24CV00040
**Date:** 12/1/2025
**Judge:** Michael F. Urbanski, SUSDJ
**Court Reporter:** Whitney Stiers
**Deputy Clerk:** Kristin Ayersman

**Plaintiff Attorney(s)**

*Kaitlin Banner PHV, Analese Marie Bridges PHV, Kevin Collins PHV, Jason Raofield PHV, Li Reed PHV

**Defendant Attorney(s)**

*John Fitzgerald

**PROCEEDINGS:**
Pretrial Conference
Parties present by Zoom.
Court addresses parties re motions to address.
Argument on pending motions.
Parties to submit trial exhibits that have been objected to – on Box.
The court will enter written rulings on experts this week - ECF 203, 197, 193.
Court rules on motion in limine re legislative privilege, as stated on the record.
Pltf raises concern re ECF 209 as not contemplated by court's scheduling order – court will allow pltf to file a response by COB Wednesday.
Pltf raises right to object to expert testifying by deposition.
Pltf addresses testimony by parties by Zoom or by another means to keep anonymity.   Dft does object to Zoom.   Discussion.   Court is mindful of public interest in case, protection of pltfs, need to assess credibility, and will address this issue by the end of this week.
Pltf raises issue re stipulated exhibits – these can be moved in together at trial after opening statements.
Pltf addresses exhibit binders.
Pltf addresses advanced notification of witnesses/exhibits for the next day.
Pltf addresses demonstrative exhibits.
Pltf addresses deposition designations of witness not present – court would prefer to see video of deposition.   Dft responds.
Court asks parties about length of case – pltf estimates 3.5 days, dft estimates less than that.
Court notes that there may be a need to conduct oral argument after briefing on findings of fact/conclusions of law.
Recess 1:25-1:33
Discussion re burden shifting re discriminatory intent.
Court will issue rulings by end of the week.

Time in Court:   11:04-1:25, 1:33-1:39    2h 27m