# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE
NAACP, *et al.*,

    Plaintiffs,

    v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

    Defendant.

Case No. 5:24-cv-00040

## PLAINTIFFS' RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION IN LIMINE

Pursuant to the Court's instructions at the December 1, 2025, Pre-Trial Conference, Plaintiffs respectfully submit this brief response to Defendant's Reply in Support of Motion in Limine. ECF No. 209. In its Reply brief, Defendant expands the scope of two of its motions *in limine*. As a result, Defendant's new brief includes arguments not addressed in Plaintiffs' opposition. One of the motions *in limine* (regarding the statements of the 2020 School Board members) was resolved during the Pre-Trial Conference and requires no further briefings. As for the remaining motions *in limine*, Defendant asserted during the pre-trial conference that they are only challenging one opinion in Dr. Spinks-Franklin's expert report: that "Black students in Shenandoah County, including Plaintiffs, are experiencing a form of cultural racism and may experience internalized racism due to Defendant's reinstatement of the Confederate school names." *See* Spinks-Franklin Report, ECF No. 200.5, at 7.

### I. Dr. Spinks-Franklin is Qualified

Defendant does not challenge Dr. Spinks-Franklin's qualifications as an expert to opine on the harms to children and adolescents resulting from exposure to racism. Dr. Spinks-Franklin is a

board-certified Developmental-Behavioral Pediatrician, certified through the American Board of Pediatrics, with more than 20 years of clinical experience. *Id.* at 1. Over the last 20 years, Dr. Spinks-Franklin has published multiple peer-reviewed research articles and presented on issues regarding "the impact of racism on child development, behavior, and health, transgenerational transfer of racial and colonial trauma, developmental disabilities, and behavioral conditions." *Id.* For the last 10 years, Dr. Spinks-Franklin has provided developmental-behavioral pediatrics education, consultation, and training. *Id.* Her vast experience, in both the clinical and academic fields, supports her qualifications to provide expert testimony in this case.

## II. Dr. Spinks-Franklin's Opinion is Based on Sound Methodology

In its Reply brief, Defendant argues that Dr. Spinks-Franklin's opinion is not based on sufficient facts or data and challenges the methods she employed, newly raising the timing of her review of some of the Plaintiff deposition transcripts. *See* Def. Reply, at 6. While it is true that Dr. Spinks-Franklin did not have the benefit of all of the Plaintiff deposition transcripts at the time her opinion was submitted on June 13, 2025, she was provided the deposition transcripts once they became available in late September, prior to her own deposition on October 7, 2025, and affirmed that her opinions were further strengthened by her review of those transcripts. *See* Spinks-Franklin Report, at Exhibit B (listing deposition transcripts of A.C., B.B. and D.D. as documents and resources reviewed); Spinks-Franklin Deposition, ECF No. 200.6, at 92:03-22. These deposition transcripts were consistent with prior statements made by the Black student plaintiffs in the complaint, news articles, and public testimony that Dr. Spinks-Franklin reviewed. *See* Spinks-Franklin Deposition, at 68:05-21 ("[I]n pediatrics, if a person is consistently reporting an experience, we believe what they are telling us because they are consistently saying the same thing.")

Defendant's Reply brief also contains new attempts to discredit Dr. Spinks-Franklin's opinion by characterizing her opinion as "racial stereotyping dressed up as science." Def. Reply, at 6. But Dr. Spinks-Franklin is not offering an opinion of Black students as a "homogenous group that all feel and think the same way," *id.* at fn. 1, on the issue of the Confederate school names; she is explaining well-established research about the impact of racism on Black children. *See* Spinks-Franklin Report, at 6; Spinks-Franklin Deposition, at 44:22-45:19. Dr. Spinks-Franklin made clear in her deposition that although she did not have information to determine whether all Black students at the schools are experiencing toxic stress, the medical literature establishes that students who perceive the symbols as racist are likely to experience the resulting harms. *See* Spinks-Franklin Deposition, at 93:06-94:03. Thus, in her opinion, those harms are expected among Black students who perceive the Confederate symbols as racist, whether they are conscious of that perception or not. *Id.* at 73:01-74:12. Dr. Spinks-Franklin is appropriately drawing parallels between the research and the student experience at Stonewall Jackson High School and Ashby-Lee Elementary School.

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendant's Motion in Limine to exclude Dr. Spinks-Franklin's opinion.

Dated: December 3, 2025                                   Respectfully submitted,

                                                          */s/ Ashley Joyner Chavous*
                                                          Ashley Joyner Chavous (VSB #84028)

                                                          Jason C. Raofield (DC Bar #463877)*
                                                          Kevin B. Collins (DC Bar #445305)*
                                                          Elizabeth Upton (DC Bar #1031985)*
                                                          Li Reed (DC Bar #90018796)*
                                                          Samuel Greeley (DC Bar #1656254)*
                                                          Tyler Smith (DC Bar #1735958)*
                                                          Stephanie Nnadi (DC Bar #90007365)*
                                                          Amber Lowery (DC Bar #1780982)*
                                                          Lauren Smith (DC Bar #90029733)*

Analese Bridges (DC Bar #90029992)*
Alyssa Greenstein (DC Bar #90029046)*
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com
*Counsel for Plaintiffs*

/s/ *Kaitlin Banner*
Kaitlin Banner (DC Bar #1000436)*
Marja K. Plater (DC Bar #90002586)*
Ryan Downer (DC Bar #1013470)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email:  jimg@guynnwaddell.com
        chrisd@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendant*

                                      /s/ *Ashley Joyner Chavous*
                                      Ashley Joyner Chavous
                                      VA Bar #84028