UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE NAACP, *et al.*,

    Plaintiffs,

v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

    Defendant.

Case No. 5:24-cv-00040

## JOINT DEPOSITION DESIGNATIONS FOR MELODY SHEPPARD

Pursuant to the Joint Pre-Trial Memorandum, ECF 208, the Parties submit the below deposition designations for Melody Sheppard. Melody Sheppard's full deposition transcript is attached hereto as Attachment A. The Parties' designations are identified in the transcript by colored highlighting, where Plaintiffs' designations are yellow, Defendant's designations are blue, and mutual designations are pink.

|  | Defendant's Designations | Plaintiffs' Objections | Plaintiffs' Designations | Defendant's Objections | Corresponding Exhibit |
|---|---|---|---|---|---|
| 1. |  |  | 15:15-17; 15:23-25 |  |  |
| 2. |  |  | 17:14-20 |  |  |
| 3. | 17:13-19:23 |  | 17:13-19:23 |  |  |
| 4. |  |  | 24:23-25:18 |  |  |
| 5. | 26:25-27:07 |  |  |  |  |
| 6. | 27:17-28:18 |  |  |  |  |
| 7. | 30:07-20 |  |  |  |  |
| 8. | 30:22-31:08 |  |  |  |  |
| 9. |  |  | 31:11-20; 32:8-33:4; 33:25-34:19 |  |  |
| 10. | 35:04-36:24 |  |  |  |  |
| 11. | 37:24-38:03 |  | 37:24-38:03 |  |  |
| 12. |  |  | 39:01-40:11; 43:9-12 |  | PTX-0237 |
| 13. |  |  | 45:3-45:22 |  | PTX-0238 |
| 14. |  |  | 48:18-22 |  | PTX-0239 |
| 15. | 51:03-53:25 | 53:15-25 Hearsay; Foundation |  |  |  |
| 16. | 54:01-21 |  |  |  |  |

|  | Defendant's Designations | Plaintiffs' Objections | Plaintiffs' Designations | Defendant's Objections | Corresponding Exhibit |
|---|---|---|---|---|---|
| 17. | 54:23-55:06 | Hearsay; Foundation | 55:11-55:16 | | |
| 18. | | | 55:23-57:1; 58:12-14 | Objection: Foundation | PTX-0236 |
| 19. | | | 64:20-65:08 | | |
| 20. | | | 66:14-67:24<br><br>68:10-69:13 | Objection: Foundation;<br><br>Objection: Foundation; Speculation | PTX-0205 (duplicate of deposition Ex. 96) |
| 21. | 70:10-18 | | | | PTX-0205 (duplicate of deposition Ex. 96) |
| 22. | 73:12-74:08 | Hearsay; Relevance | | | |
| 23. | 76:16-74:14 | | 74:14-76:06 (correct transcript cite) | | |
| 24. | 78:03-78:25 | | 79:01-07 | | |
| 25. | | | 82:18-83:01 | | |
| 26. | | | 91:12-20 | | PTX-0193 |
| 27. | | | 98:14-99:5; 100:7-101:10; 103:3-16; 104:15-105:24 | | |
| 28. | 114:07-114:23 | | 116:13-117:18 | | PTX-0071 |
| 29. | | | 123:20-124:5 | | |
| 30. | 126:20-127:17 | | | | |
| 31. | | | 149:7-10; 149:12-150:3-21;155:10-22; 156:8-11; 156:13-157:3 | | PTX-0054 |
| 32. | | | 132:21-133:6; 134:16-135:13; 141:3-142:4 | Objection: Foundation; Speculation | PTX-0124 PTX-073 |
| 33. | 162:19-163:09 | | 161:11-24; 162:10-18 | | |
| 34. | 163:10-164:04 | | | | |
| 35. | 164:23-165:15 | Hearsay | 164:5-165:1 | | |
| 36. | 165:17-166:02 | | | | |
| 37. | 166:03-167:09 | | 166:03-167:13 | | |
| 38. | 170:19-171:17 | Foundation; Hearsay | 170:11-170:18 | | |
| 39. | 173:18-174:22 | | 176:2-16 | | |
| 40. | 183:04-16 | | 183:13-16 | | |

Dated: December 3, 2025                               Respectfully submitted,

*Ashley Joyner Chavous*                               *John R. Fitzgerald*
Ashley Joyner Chavous (VSB #84028)                    John R. Fitzgerald (VSB #989221)
Jason C. Raofield (DC Bar #463877)*                   Jim H. Guynn, Jr (VSB #22299)
Kevin B. Collins (DC Bar #445305)*                    Christopher S. Dadak (VSB #83789)
Elizabeth Upton (DC Bar #1031985)*                    Guynn Waddell, P.C.
Samuel Greeley (DC Bar #1656254)*                     415 S. College Ave.
Li Reed (DC Bar #90018796)*                           Salem, Virginia 24153
Amber Lowery (DC Bar #1780982)*                       Phone: (540) 387-2320
Stephanie Nnadi (DC Bar #90007365)*                   Fax: (540) 389-2350
Tyler Smith (DC Bar #1735958)*                        jimg@guynnwaddell.com
Lauren Smith (DC Bar #90029733)*                      chrisd@guynnwaddell.com
Analese Bridges (DC Bar #90029992)*                   johnf@guynnwaddell.com
Alyssa Greenstein (DC Bar #90029046)*                 *Counsel for Defendant*
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com
*Counsel for Plaintiffs*

*Kaitlin Banner*
Kaitlin Banner (DC Bar #1000436)*
Ryan Downer (DC Bar #1013470)*
Marja K. Plater (DC Bar #90002586)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

* *Admitted pro hac vic*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 3, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email: jimg@guynnwaddell.com
    chrisd@guynnwaddell.com
    johnf@guynnwaddell.com
*Counsel for Defendant*

                */s/ Ashley Joyner Chavous*
                Ashley Joyner Chavous
                VA Bar #84028