# ATTACHMENT A

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE          )

NAACP, et al.,                     )

                                   )

                    Plaintiffs,  )

                                   )

v.                                 )  Case No. 5:24-cv-00040

                                   )

COUNTY SCHOOL BOARD OF             )

SHENANDOAH COUNTY,                 )

                                   )

                    Defendant.  )

_____ )

VIDEOCONFERENCE VIDEOTAPED DEPOSITION

OF

MELODY SHEPPARD

Wednesday, October 22, 2025

(Taken virtually by Plaintiffs)

Reported by:  Christine A. Taylor, RPR

Job No.:  7670713

Page 2

On October 22, 2025, commencing at 9:31 a.m., the videoconference videotaped deposition of MELODY SHEPPARD was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Plaintiffs, remotely via Zoom.

* * *

REPORTER'S NOTE:  All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

Page 3

REMOTE APPEARANCES:


Representing the Plaintiffs:
         WASHINGTON LAWYERS' COMMITTEE FOR CIVIL
          RIGHTS AND URBAN AFFAIRS
         BY:  MARJA K. PLATER, ESQUIRE
              700 14th Street, NW, Suite 400
              Washington, D.C.  20005
              202.319.1000
              marja_plater@washlaw.org
         and
         COVINGTON & BURLING LLP
         BY:  TYLER SMITH, ESQUIRE
              ANALESE BRIDGES, ESQUIRE
              850 10th Street, NW
              Washington, D.C.  20001
              202.662.6000
              tsmith@cov.com
              abridges@cov.com

Representing the Defendant:
         GUYNN WADDELL, P.C.
         BY:  JOHN R. FITZGERALD, ESQUIRE
              415 South College Avenue
              Salem, Virginia  24153
              540.387.2320
              johnf@guynnwaddell.com

Also Present:
         Zach Hone, Videographer

Page 4

C O N T E N T S

PAGE

EXAMINATION BY MS. PLATER                                          7

                              * * *

                          E X H I B I T S

  EXHIBIT              DESCRIPTION                          PAGE

Exhibit 92    Resolution condemning racism and          38
              affirming the division's commitment
              to an inclusive school environment
              for all
              NAACPVA_00015517
Exhibit 93    7/6/2020 Letter from Ralph S.             44
              Northam
Exhibit 94    6/6/2020 Article by Atif Qarni            46
Exhibit 95    1/9/2015 School Board Policy FFA          55
Exhibit 96    2/23/22 E-mail re: Meeting notes          66
              SCSB 009119 - 9120
Exhibit 97    June 1, 2022 School Board Meeting         86
              Agenda
Exhibit 98    June 1, 2002, School Board Meeting        89
              Minutes
Exhibit 99    6/3/2022 E-mails                          94
              SCSB 011650 - 11651

Page 5

Exhibit 100     4/4/2024 E-mail                          110

                SCSB 012818

Exhibit 101     4/3/2024 Letter from The Coalition       130

                for Better Schools SCSB 012815 –

                12816

Exhibit 102     Survey Card                              132

                CBS_Survey_00000549 – 550

Exhibit 103     4/22/24 E-mails                          139

                SCSB 027464

Exhibit 104     4/6/2024 Messages                        141

                SCSB 006936 – 6937

Exhibit 105     4/5/2024 E-mail                          145

                SCSB 012824

Exhibit 106     5/3/2024 E-mail                          146

                SCSB 013258

Exhibit 107     4/17/2024 E-mails                        149

                SCSB 023965 – 23969

Exhibit 108     10/25/2022 Messages                      152

                SCSB 006932 – 6933

Page 6

P R O C E E D I N G S

* * *

THE VIDEOGRAPHER:  We are now on record.  My name is Zach Hone.  I'm a videographer for Golkow, a Veritext division.  Today's date is October 22nd, 2025, and the time is 9:31 a.m.

This remote video deposition is being held in the matter of Virginia State Conference NAACP, et al., versus County School Board of Shenandoah County for the United States District Court, Western District of Virginia, Harrisonburg Division.

The deponent is Melody Sheppard.

All parties to this deposition are appearing remotely and have agreed to the witness being sworn in remotely.  Due to the nature of remote reporting please pause briefly before speaking to ensure all parties are heard completely.  Counsel will be noted -- will be noted on the stenographic record.

The court reporter is Christine Taylor and will now swear in the witness.

Page 7

MELODY SHEPPARD,

having first been duly sworn, was examined

and testified as follows:

EXAMINATION

BY MS. PLATER:

Q.    Thank you.  Good morning,
Ms. Sheppard.  My name is Marja Plater, and I
work at the Washington Lawyers' Committee for
Civil Rights and Urban Affairs.  And I'm the
attorney along with Covington & Burling and my
colleague that's here today, Tyler and others,
and representing the plaintiffs in this lawsuit.

So we'll just go ahead and get
started today.  Are you represented by counsel?

A.    I am.

Q.    And who is your counsel today?

A.    John Fitzgerald from Guynn Waddell.

Q.    Thank you.  And when did you retain
this counsel?

A.    Around about July of 2024.

Q.    Okay.  And what is the scope of your
representation?

MR. FITZGERALD:  Objection.
Privileged.

BY MS. PLATER:

Page 8

Q.   I'll move on.  Have you ever participated in a deposition today?

A.   I have not.

Q.   Have you ever testified at a trial before?

A.   I have not.

Q.   Okay.  So I guess let me just confirm a couple of ground rules to explain how things will go today.  Basically, I just want to get a sense, are you at home or in your office?

A.   In my office.

Q.   You're in your office.  And are you alone or is there anyone else with you?

A.   I am alone.

Q.   You're alone, okay.  So we should have some breakout rooms if you need to consult with your counsel today.  So we'll have those set up for you so you can let us know.

Do you have any documents or notes with you today?

A.   I do not.

Q.   Okay.  So, essentially, today what I'm going to do is ask you a series of questions.  Everything is being recorded and transcribed.  So if you could just speak clearly and give verbal

Page 9

responses to those answers, it would be extremely helpful for the stenographer and for the transcript as we're moving forward to make sure we can understand your responses to the questions.

I will try really hard not to talk over you and, hopefully, that can be something that we both work on while we're here today asking questions so the transcript is clear and we have a good record of what we've discussed today.

I will likely take a break maybe every hour.  If you need a break sooner than that, just, you know, let me know, we can go off the record and take a break.  And we can discuss how long we need those breaks.  If this deposition goes into the lunch hour, we will also take a break for lunch, so we can arrange and discuss how that will go.

Do you understand those ground rules?

A.    Yes.

Q.    Do you have any questions?

A.    No.

Q.    And you were just placed under oath. Is there any reason why you can't or could not

Page 10

testify today accurately.

A.   No.

Q.   Okay.  So we will move into some background questions about your preparation for today.  What did you do to prepare for this deposition?

A.   So the only thing that I did to prepare for this deposition is to have a conversation with Jim -- John Fitzgerald on Monday.  And we went over the format and -- and when he would object, what my response would be -- if he objected, what my response would be.

Q.   And how many times did you meet with John?

A.   Once.  Regarding this deposition?

Q.   Yes.

A.   Once.

Q.   Who was present?

A.   It was just John Fitzgerald and myself.

Q.   Okay.  And about how long did you spend preparing?

A.   Talking with John about this deposition?

Q.   Yes.

Page 11

A.   15 to 20 minutes.

Q.   Did you review any documents in your preparation for today?

A.   No.

Q.   Did you talk to anyone else other than your attorneys about the deposition for today?

A.   No.

Q.   Did you conduct any research of your own for today?

A.   No.

Q.   Is there anything else that you did to prepare for today?

A.   Nothing else to prepare for today.

Q.   And were any of your documents collected for this case?

A.   So, recently, Repario did a data dump of my phone and my e-mail last -- last week or two weeks ago.

Q.   Okay.  And who is Repario?

A.   The organization that our attorney has hired to do discovery.

Q.   Okay.  So how does that work exactly? Could you explain the process of what you did?

A.   Not necessarily.  I handed my phone

Page 12

over to our communications person, and they took it from there.

Q. Okay. Do you know what was collected as a result of you handing over your phone?

A. I do not.

Q. Okay. So you don't know if e-mails were collected? Text messages?

A. Yeah.

Q. Okay. They were.

A. Sorry.

Q. Social media posts?

A. I do not have social media. So there were -- so no social media posts collected. My personal text messages were collected and my work e-mail. I do not use home e-mail for business.

Q. Okay. And you just stated that -- well, let me -- strike that. Let me back up.

When did someone reach out about collecting your documents?

A. I'm going to say two to three weeks ago.

Q. Two to three weeks ago.

A. Uh-huh.

Q. Okay. And who contacted you about collecting your documents?

Page 13

A.    John Fitzgerald.

Q.    And, to your knowledge, was everything relevant preserved, anything that you had that was relevant to this case?

A.    To my knowledge, yes.

Q.    Okay.

A.    If you're asking if I deleted anything, the answer is, no, I did not.

Q.    Thank you.  So now moving on to a little bit about your background history.  You -- it's true that you currently live in Shenandoah County; right?

A.    I do.

Q.    Okay.  Whereabouts?

A.    Ten minutes from Woodstock.

Q.    And how long have you lived in Shenandoah County?

A.    So I've lived here since 2022, purchased the house after I was named superintendent in Shenandoah County in 2021.  That was part of my negotiation in contract that I had to live in the county in which I worked.  However, I did live here in the '90s as well.

Q.    Okay.  And what's the highest level of education you've obtained?

Page 14

A.    Doctoral degree.

Q.    And so I'm assuming you have a bachelor's and a master's degree; is that true?

A.    Agreed.  Yes.

Q.    And what is your bachelor's degree in and where did you receive that from?

A.    Business education, West Virginia Institute of Technology.  And my master's degree is from George Mason University in instruction and curriculum -- curriculum and instruction. And my doctoral degree is from University of Virginia in administration and leadership.

Q.    Okay.  And what years did you complete those three degrees?

A.    Oh, my.  So I completed my doctoral degree in 2022.  I completed my master's degree in let's say 2003.  And I completed my bachelor's degree in '92 or '93.  '93.  1993.

Q.    Okay.  Thank you.

Could you give us a little bit more about your school-related background.  What are some of the jobs that you've had over the last let's say ten years?

A.    Uh-huh.  Certainly.  So the last ten years.  So I was -- 2015.  So I worked in a

Page 15

neighboring county, Warren County Public Schools, as an administrator there since 1997. I started out as the director of technology, moved on to the director of technology, the director of CTE, and the principal of Triplett Tech.

Then after that, probably around 2015, became the assistant superintendent for administration. And then also the director of technology. And then transitioned to interim superintendent in 2020, maybe 2019, 2020 for about nine months. And then I went back to assistant superintendent for administration for a year and then transitioned here to Shenandoah County as the superintendent.

Q. All right. And you were appointed to be superintendent in 2021; right?

A. That's correct.

Q. Okay. What was the process for nomination?

A. So we had -- we had to apply for the position and then there were at least two interviews and I was a successful candidate.

Q. And when did your appointment officially begin?

A. July 1st, 2021.

Page 16

Q.   And what are your duties and responsibilities as superintendent?

A.   So it's outline in code, but my duties and responsibilities as a superintendent are to operate the school division.  So instruction, finance, transportation, maintenance.  So it involves running a school division.  So the CEO of a school division.

Q.   And how do you effectuate any policy in your position as a superintendent?

A.   So the school board approves policy. And so I guess -- would you reword that question? I don't understand it in its entirety.

Q.   Sure.  So you just stated that the school board approves policy.  What, if any, role do you play in any policy for Shenandoah County Public Schools?

A.   Okay.  So I may propose a policy to the school board but the school board ultimately approves it.

Q.   Okay.  Are there certain situations where you would propose a policy to the school board and, if so, could you describe those?

A.   Uh-huh.

MR. FITZGERALD:  I'll object to the

Page 17

form.  You can answer.

THE WITNESS:  Uh-huh.  So most of our policies are -- and I don't think this is what you're asking.  But most of our policies are based on -- on law or on legislative action, and so I have not proposed -- to my recollection, I have not proposed a policy for the school board to approve in the -- in my tenure here in Shenandoah County.  Most of them are based on legislative action or law.

BY MS. PLATER:

Q.  Okay.  So once the school board approves the policy, is it part of your duties and responsibilities to then implement the policy?

A.  That's correct.  And it is the superintendent's responsibility to create regulations that are -- if there needs to be a regulation for the actual boots on the groundwork for the division to implement the policy.

Q.  Okay.

A.  But sometimes school boards also create regulation.

Q.  And is that the case in Shenandoah

Page 18

County that either you or the school board could implement or create regulations?

A.   Yes.

Q.   And those regulations would be tied to what's necessary to implement school board policies, is that correct understanding?

A.   That's accurate.

Q.   Okay.  So I guess what -- what is your role when it comes to school board meetings?

A.   Uh-huh.

Q.   Could you tell me a little bit about that?

A.   Could you elaborate a little more on what you're looking for?

Q.   Sure.  So as superintendent, you just mentioned that sometimes you may -- in the position propose policies, although, you have not done so yet, and the school board would then approve those policies.  It's my understanding that the school board has meetings in order to do their school board business, like approve policies.

So what is your role in how the school board facilitates, handles, maintains school board meetings specifically?

Page 19

A.    So my responsibility is I meet with the chair and the vice chair monthly to determine what's on the school board agenda.  So, typically, they pull their other school board members to see if there is something that they would like to have on the agenda, or the school board member has mentioned it in school board comments at a previous meeting that they would like to see something on the agenda.

And at that point we sit down and we go over the agenda.  Now, there are certain things on the school board agenda that are there month to month.  So school board -- school board member comments is one of those.  Superintendent's report is another.  I always propose what the instructional focus is going to be because it's typically something that we're working on, whether it's the program of studies or whether it's an update from one of our school principals.  But then most everything else is super -- school board chair driven, like any recommendations for policy or policy change or whatever.

Q.    Okay.  Thank you.

A.    Uh-huh.

Page 20

Q.   What about how votes are conducted by the school board?  What is your role in that?

A.   I have no role in how votes are conducted.

Q.   Does the school board ever consult with you during any of these processes you just laid out?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Could you rephrase that question?

BY MS. PLATER:

Q.   Sure.  Does the school board consult with you during their school board meetings?

A.   Not typically unless they have a question about Robert's rules, but we have a parliamentarian now.

Q.   Okay.  What about during votes, does the school board ever consult with you?

A.   Never.

Q.   Are there other instances that you could think of where the school board's consulted with you outside of just asking about Robert's rules or parliamentary process?

A.   Only one comes to mind.  There may have been others.  But there's only been one time

Page 21

where I remember a school board member looking over at me and asking whether -- let me -- if -- something about sports.  But that's the only time I can remember.

Q.    Okay.  Now what about in planning school board meetings, does the school board ever consult with you during that process?

A.    So the school board, no.

Q.    Who consults with you about planning?

A.    So the planning of the meetings, it's the chair and the vice chair.

Q.    Okay.  Thank you.

So you know we're here today because of a lawsuit where students and the NAACP have sued -- challenged decisions of the Shenandoah County School Board.  Can you tell me a little bit about what your understanding of this lawsuit is about?

A.    I think that's overly broad.

Q.    Sure.  What -- why do you believe you are here today?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Just as you said.

Because several students are challenging a school board's decision.

Page 22

BY MS. PLATER:

Q.   And have you read the complaint in this case?

A.   I have.

Q.   And from reading that complaint, what do you know about this lawsuit?

MR. FITZGERALD:   Object to form.

THE WITNESS:   That there is a First Amendment claim and the Fourteenth Amendment claim, and that -- that's what I know about the lawsuit.

BY MS. PLATER:

Q.   And what's your understanding about what those claims are related to?

MR. FITZGERALD:   Object to form.

BY MS. PLATER:

Q.   Why -- why were those claims being brought?  What was the underlying issue, if you know?

A.   Uh-huh.  So First Amendment, again, freedom of speech, and then objecting to -- what I know is objecting to -- a couple of the members were objecting to wearing the word "Stonewall" on their jerseys.

And the other claim is that -- that I

Page 23

recall is that they objected -- the students
objected going into a school that was named
Stonewall Jackson High School.

Q.   So, to your knowledge, does this
lawsuit have anything to do with the school
board's decision to restore the names of
Stonewall Jackson High School and Ashby Lee
elementary school?

A.   Yes.

Q.   And that's your understanding of what
the underlying issue of the lawsuit is about?

A.   Yes.

Q.   And you began your position in July
of 2021 which was after the school board's
initial decision in 2020 to retire the
confederate general names; is that right?

A.   That's correct.

Q.   And then you began your position in
the time period where it was after the names were
retired, but before the first school year with
the new school names; is that right?  Is that
accurate?

A.   That's correct.  Uh-huh.

Q.   So what was your experience with the
name change and starting in that interim time

Page 24

period?

MR. FITZGERALD:  Object to form.

THE WITNESS:  That's overly broad.

BY MS. PLATER:

Q.   Well, you testified that your role as being superintendent as being the CEO of the school division.  The schools that just -- that were -- that are at issue in this case are within your school division; is that correct?

A.   I'm sorry, I missed part of that.

Q.   Sure.  Let me rephrase.  I apologize.  Let me be a little bit more clear.

So the schools that are at issue in this case, Stonewall High School and Ashby Lee Elementary School, they are within the school division that you are superintendent of; is that correct?

A.   That's correct.

Q.   And you testified that you're CEO over all of the school division including these two schools; right?

A.   That's correct.

Q.   So I'm just trying to understand what your experience was when you came into the position in July of 2021 after the 2020 vote, but

Page 25

before the first school year after the decision to retire the names, what was your experience with the school name change and during this interim period for these two schools?

A.   Uh-huh.   So most of the planning had already occurred as far as changing the name from Stonewall Jackson and Ashby Lee to Honey Run and Mountain View High School.   So many of the uniforms had been purchased, most of the signs had been changed.

There was some -- there was a process over the next year where, you know, additional things were found and they were changed along the way.   However, most of the planning had occurred in that year prior to, and the funding had been allocated in the year prior to the names actually moving to Mountain View High School and Honey Run Elementary School.

Q.   So was there anything that you had to do stepping into this role as the new superintendent while this name change process was taking place?

A.   Not necessarily.   Just manage, you know, I received a lot of complaints when people would find that there was still some -- from two

Page 26

or three individuals that they would find that still said Stonewall Jackson High School.  Not a lot of complaints about Ashby Lee moving to Honey Run Elementary School.  It was all geared around the high school.

Q.   What was your next steps after receiving complaints that the old names were still up?  What did you then have to do?

A.   So either manage the change or talk to somebody who would manage that, that would purchase that new whatever it was and -- like a podium and get that done.

Q.   So you would facilitate the actual purchase of -- was it nameplates or did you have to purchase a new podium altogether?

A.   It just depended on what the item was.

Q.   And did you do the same process for Ashby Lee Elementary School?

A.   Yes, but I don't -- I don't recall, you know, it's been four years ago.  I don't recall there being much with Ashby Lee to Honey Run.

Q.   Sure.  Thank you.

I guess you are a brand new

Page 27

superintendent, this decision was made prior to you coming into your position, like you mentioned just now, you -- much of the planning had already been done before you were even in your role.  I mean, what was this like having this on your plate, you know, at the beginning of your first school year as superintendent in this division?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I wonder why that's important.

BY MS. PLATER:

Q.  Well, is that your response to the question?

We're -- we're here to understand the process.  And it sounds like you have that knowledge and that's why we're here today.  So --

A.  Well, these are more of my feelings and nothing that's factual.  So I'm not sure why that's relevant.  Of course, going into a school division as a new superintendent, you're drinking from a fire hose in any aspects.  So, you know, you're meeting the community.  You know, we have to attend schools.  You're meeting all the community members in all ten of the schools, you're meeting principals, you're meeting --

Page 28

you're setting expectations.

So, you know, while this was a component, there were many other components as well. Our -- our student achievement, we were 97th in the state out of 131 school divisions, so we were in the bottom quarter. You know, we are currently at 59th, we're in the top half.

So, you know, making sure that those expectations were heard that student achievement is important, we're coming out of a pandemic and making sure that -- that we are -- it was the first year that we were going to be full-time in person, making sure that those processes were in place were important as well.

So I would say the focus on the name change wasn't -- wasn't front and center. It was everything else that I needed to do as a superintendent.

Q. Which is understandable. Thank you for that response.

A. Uh-huh.

Q. I mean, given all that you had to do, right, you know, did you feel any, like, pressure about the school name change?

Did it take away from your focus on

Page 29

what -- on the other things you had to attend to?

A. Uh-huh. So as with any -- any type of change, absolutely it took away focus from the things, as it is doing now, taking away focus from the things that really, you know -- that are important. You know, the name change is important as well. However, any time that there's a change, there are a lot of things that have to be considered.

Q. You just stated that you received complaints when the old name was still left in certain areas of the schools. On the flip side of that, did you receive any resistance to changing the names and implementing the school board's decision?

A. In 20 -- in 2021?

Q. Yes.

A. Yes.

Q. And could you describe what that was like?

A. So it's been, you know, it's been three years. I'm sure it was uncomfortable because it wasn't my decision, you know, to change the name from Stonewall to Mountain View. And it wasn't my decision to change the name from

Page 30

Mountain View back to Stonewall.  So, you know, that is in its entirety a school board decision.

So any time you have changes like that, there's uncomfortability and there are pushed -- there's a push from the side that is upset about it, about the change.

Q.    I guess -- and did community members reach out to you that were upset about the implementation of the change?

A.    Yes, both in 2021 and in 2024.

Q.    And I guess focusing on 2021, what, if anything, did you do in response to those complaints or outreach that you received?

A.    Uh-huh.  So, again, it's a school board decision, so there was nothing that I could do except to hear the concerns.

Q.    Okay.  Do you have any thoughts about the school name change, the decision to retire the name Stonewall Jackson and Ashby Lee Elementary School?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I do not.  I do not have any thoughts.  It is not my -- it is not my role as superintendent to name a school.  And it is very clear in our

Page 31

policy.  I don't know if it's FFA or FAA that the school board names schools.  That is not -- that is not my role.

BY MS. PLATER:

Q.  What's your opinion about the school board decision to retire the names?

A.  I do not have an opinion.  It's not my role.

Q.  All right.  Thank you for that.  Give me one second as I shift gears here a bit.

So in delving a little bit more into your collaboration with the school board and your role as superintendent, would you agree that the school board has a duty -- has a duty not to discriminate against students based on race under state law?

A.  Yes.

Q.  And would you agree that that is the same under federal law as well?

A.  Yes.

Q.  And which laws, to your knowledge, does that duty come from?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I would have to look it up.

Page 32

BY MS. PLATER:

Q.    And I guess, to your knowledge, what types of behavior do those laws prohibit?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Could you be more clear with your question?

BY MS. PLATER:

Q.    Sure.  You stated that the school board has a duty not to discriminate based on race under state and federal law, that's your understanding of the law.  So now I'm asking what is your understanding of what would be prohibited as discriminatory behavior, like what are examples that you can think of?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I would -- examples would be -- we would -- the school board should not discriminate based on race for treatment of students, employment.  Those are a couple of examples that I can come with -- come up with.  Allowing students into particular classes, but that would be race, disability, any of those.

BY MS. PLATER:

Q.    To your knowledge, do the laws that

Page 33

we're discussing and that you're recalling prohibit harassing students based on race?

A.   Yes.   Retaliation would be another word, yes.

Q.   Sure.   What are some examples of race-based harassment that are prohibited in schools?

MR. FITZGERALD:   Object to form.

THE WITNESS:   So rephrase that so that -- so it's more clear.   Examples of race based -- what did you say?

BY MS. PLATER:

Q.   Harassment.   So I think you used the term "retaliation."   So we can replace that with --

A.   Harassment.

Q.   What are some examples of race-based harassment or retaliation that would be prohibited in schools?

A.   Uh-huh.   So I have not experienced race-based harassment or race-based retaliation in my tenure as an administrator in either Warren County or Shenandoah County.   So I don't know that I have an example that I could share.

Q.   Okay.   So, for example, if a student

Page 34

were to wear clothes with a swastika on it, would that be considered prohibitive or in violation of any laws?

A.   Uh-huh.  So while I do not have our dress code policy memorized, I think that would be something I would have to look at the dress code policy to see where it falls.

Q.   Would that be consider race-based harassment or retaliation in your mind?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I don't know.

BY MS. PLATER:

Q.   Would -- for another example, would students be allowed to wear, you know, clothing or apparel with depictions of the confederate flag in schools?

A.   So the answer is, again, I'd have to look at our -- our dress code policy to see what exactly it says.  But I don't know.

Q.   So even if you haven't experienced race-based harassment or retaliation in your tenure either at Warren County Schools prior to coming to Shenandoah County or at Shenandoah County Schools, can you think of any other examples of what race-based harassment or

Page 35

retaliation would look like that would be prohibited in schools?

A.   I cannot.

Q.   If someone were to make a formal complaint that they've experienced race-based harassment or retaliation, who would that complaint be made to?

A.   That complaint would be made to our HR director, Linda Hodges.

Q.   And then what would be the process that follows from that afterwards?

A.   Uh-huh.  So we would follow our policies and procedures, and we would interview the group of -- we would interview the person who's making the complaint and anybody that would have relevant information.

Q.   And do you have any role in that process?

A.   So I would not have any role in the process of interviewing and determining.  Final determination would be mine or the school board's based on our policy.

Q.   Okay.  Could you explain how that complaint process then would come to you in that -- and/or the school board, what would be

Page 36

the next steps after the interviews?

A.    Yep.    After the interviews, it would be a written process.    It would come to me in a written form on what was found.

Q.    And then what would you do with that written --

A.    Make the determine -- make a decision based on what was written.

Q.    And then how would your decision be implemented or announced or notify the parties, or how does that part work?

A.    Yeah.    Via communication back to the parties.    So whether it be written, e-mail, verbal.

Q.    And then what would the school board's role in that be?

A.    It depends on -- I would have to look at the policy to see what the school board's role is.    So some things stop at the superintendent and then some things then have an appeal to the school board.    So there wouldn't be any role for the school board unless it was an appeal process and unless our policy allowed for the appeal process.

Q.    Okay.    So what is your process for

Page 37

making your decision and reviewing -- once you --
it's my understanding that you received the
written report about the complaint from whomever
did the interview, and now you have to make a
final decision about it?

A.   Uh-huh.

Q.   What's your process in doing so?

A.   So it's to review all of the
information that was -- that was gathered,
investigated, and to make a decision based on
what our policies that would relate to that
investigation would allow.

Q.   Okay.  And is there any
implementation role that you then play after you
make your decision?

A.   It would be the implementation
depending on -- depending on the decision.

Q.   Sure.

A.   Yeah.  It -- the implementation would
be either my responsibility, the HR director's
responsibility, or the principal's
responsibility.  It just depended on what the
actual issue was.

Q.   And just to clarify, have you ever
received a complaint involving allegations of

Page 38

racial discrimination in Shenandoah County Public Schools?

A.    I have not.

Q.    So I think we can turn to our first document.  If we can bring up Tab 1 on the screen, that would be helpful.

THE VIDEOGRAPHER:  Ms. Plater, do you have someone bringing up the exhibits today?

MS. PLATER:  I thought they were placed in the -- they were uploaded.

THE VIDEOGRAPHER:  I can help you out, but I wasn't given any notification.  If you want to go off the record, I can help you guys out.

MS. PLATER:  Yeah, if we could go off the record for a brief moment.

THE VIDEOGRAPHER:  Off record.  Time is 10:19.

(Recess taken from 10:19 a.m. until 10:33 a.m.)

THE VIDEOGRAPHER:  Back on record.  Time is 10:33.

(Sheppard Exhibit 92 marked for identification.)

BY MS. PLATER:

Page 39

Q.   Thank you, all.  So before the break I was turning to what we have as Tab 1.  If we could pull that up.  Thank you, Zach.

And, Ms. Sheppard, are you able to see what's been brought up on the screen?

A.   I am.

Q.   Have you seen this document before?

A.   I have.

Q.   And are you familiar with this resolution?

A.   I am.

Q.   What is it?

A.   It is the -- a resolution condemning racism and affirming the division's commitment to an inclusive school environment for all.

Q.   Is this resolution still in effect?

A.   So this resolution was passed by the school board on June of 20 -- June 25th of 2020.  And if it's still in effect, it hasn't been -- there has -- according to my knowledge, there has not been a time where it has been unconfirmed or whatever the word would be.

Q.   So it's fair to say that this resolution remains in effect today?

A.   I don't know.  But during my time, it

Page 40

has not been voted down.

Q.    So I guess during your tenure as superintendent, what steps have you taken in furtherance of this resolution?

A.    As I've said earlier, during my tenure there have been no -- to my knowledge, there have been no formal complaints of racism.

Q.    Have you taken any steps to protect the constitutional rights of every person who learns in this community?

A.    Any formal steps, no.

Q.    What about to protect the constitutional rights of black students?

A.    I've taken steps to confirm the -- for all students.

Q.    Have you taken any steps to act to stop the racial injustice and harms and anguishes black people who are students in the community experience in school?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Again, we've received no complaints of racism in my tenure.

BY MS. PLATER:

Q.    Have you taken any steps to seek with great empathy to understand the challenges and

Page 41

pain of those who have endured discrimination and

intolerance and shared stories and truth about

their experiences and feelings?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Again, I have -- I have

no complaints of racism in our division.

BY MS. PLATER:

Q.   Have you taken any steps to engage

the community in meaningful and honest

conversation about racial inequality?

A.   I have not.

Q.   Have you taken any steps to build

alliances with those committed to justice for all

and work together to support ending racism in

schools?

A.   Again, I have had no complaints of

racism in my tenure at Shenandoah County.

Q.   Have you taken any steps to actively

acknowledge, address, and prevent racial bias

that occurs as a result of division policies,

practices, and actions during your tenure?

A.   So -- repeat the question.

MR. FITZGERALD:  Object to form.

THE WITNESS:  Repeat the question.

BY MS. PLATER:

Page 42

Q.   Sure, I can do that.

So during your tenure as superintendent and in furtherance of this resolution on the screen, taking from this resolution directly, have you taken any steps to actively acknowledge, address, and prevent racial bias that occurs as a result of division policies, practices, and actions?

A.   So, again, we haven't had any complaints or concerns regarding racism in Shenandoah County Public Schools in my tenure.

Q.   And have you taken any affirmative steps in your tenure to ensure the school division is a sanctuary of safety and model of acceptance of all people?

A.   No formal action.

Q.   So you've stated repeatedly that you've received no formal complaints of racial discrimination during your tenure.  Would you consider this lawsuit a complaint of racial discrimination?

MR. FITZGERALD:  Object to form.

BY MS. PLATER:

Q.   The complaint in this lawsuit, to be clear.

Page 43

A.    Repeat the question.

Q.    Sure.  Would you consider the complaint that was filed in this lawsuit or this lawsuit as itself a complaint of racial discrimination in your school district?

A.    So while I would, it was not -- up until this point, we received no complaints of racism.

Q.    So it's fair to say that you do consider this lawsuit a complaint of racial discrimination?

A.    According to the plaintiffs, yes.

Q.    And why do you consider it that?

A.    Because they have -- the complaint is that they feel their -- their First Amendment rights have been violated and their Fourteenth Amendment rights have been violated according to the plaintiffs.

Q.    So is it fair to say that because you've received no formal complaints of racial discrimination other than this lawsuit that you're now acknowledging as a formal -- is a form of a complaint, you have taken no steps in furtherance of this resolution that we just reviewed; is that right?

Page 44

A.   I have not.

Q.   Okay.  So we can take this down.
Thank you.  And we can turn to Tab 2.  Thank you.

(Sheppard Exhibit 93 marked for
identification.)

BY MS. PLATER:

Q.   Are you able to see what's brought up
on the screen?

A.   I am.

Q.   Are you familiar with this document?

A.   I am.

Q.   And what is it?

A.   It's a letter from Ralph Northam
to -- Governor Northam to the School Board Chairs
of the Commonwealth from July 6, 2020.

Q.   And what's your understanding of what
this letter is about?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Just looking through it
real quick refreshing my memory.

BY MS. PLATER:

Q.   Sure.

A.   Give me a second.  It was a letter
from Governor Northam to the school board chairs
of Virginia asking them to consider changing the

Page 45

names and mascots that memorialize confederate leaders.

Q.    And in this letter Governor Northam acknowledges the history behind those confederate school names and symbols and the harmful effects that it has on students, families, teachers, and staff; is that your understanding?

A.    That's what it says.

Q.    And Shenandoah County Public Schools is a public school district in the state of Virginia; right?

A.    That is correct.

Q.    And this letter applied to Shenandoah County Public Schools?

A.    It did.

Q.    And shortly after Governor Northam sent this letter, the Shenandoah County school board then implemented the suggestion by voting to retire those confederate general names.  Is that your understanding?

MR. FITZGERALD:  Object to form.

THE WITNESS:  That is correct.  The school board, according to policy, I'm going to say FAA or FAA or FFA allow school boards to name schools.  And that

Page 46

would be the case of the 2020 board and that would be the case in the case of the 2024 board as well.

BY MS. PLATER:

Q.   Thank you.  We can take this document down.  If we could turn to Tab 3, please.

(Sheppard Exhibit 94 marked for identification.)

BY MS. PLATER:

Q.   Are you -- do you recognize this document?

A.   I do not.

Q.   Do you want to take a moment to review this?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Okay.

BY MS. PLATER:

Q.   Oh, thank you.  What is this document?

A.   It looks like it is a document, a news story from Atif Qarni who was the Virginia Secretary of Education on June 6, 2020.

Q.   And in this guidance, the Secretary Qarni recommends that the school board members in Virginia change school names and mascots that are

Page 47

offensive or that memorialize confederate leaders or sympathizers.  Is that your understanding?

A.    It is my understanding.  The secretary of education cannot mandate change to a school name.  That has -- that's a school board decision.

Q.    Is it your understanding that this -- that the secretary of education can provide guidance?

A.    The secretary of education can provide guidance.

Q.    And is that your understanding that this document that we're reviewing is actually guidance from the secretary of education?

A.    Well, seeing how it's the first time I've looked at it, I don't know if it's providing guidance or his opinion, and I haven't had -- I didn't read it in its entirety.  I scanned it.

Q.    So in this document that we're reviewing where the secretary provides that the offensive names have a traumatizing impact on the psyche of our children, families, and teachers and staff of color referring to names of confederate leaders and sympathizers.  Is that your understanding?

Page 48

MR. FITZGERALD:  Object to form.

THE WITNESS:  Repeat the question.  I don't know that I heard it.

BY MS. PLATER:

Q.  Sure.  So, also, in this letter -- or, excuse me, not letter.  In this guidance provided by Secretary Qarni, he also goes on to say that the offensive names have a traumatizing impact on psyche of our children, families, and teachers and staff of color.  Is that your understanding of this guidance?

A.  So is it guidance or is it an opinion.

Q.  Is that your understanding of this document issued by the Virginia secretary of education?

A.  That's what number 1 says, yes.

Q.  And shortly after this document guidance from Secretary Qarni was published, the school board then voted to retire the confederate general school names; is that right?

A.  That's correct.  And so I don't know if the school board had access to this document or not.  I don't -- I wasn't here in 2020.  So I don't know what documents they had access or did

Page 49

not have access to.

Q.   And, you know, as mentioned here in Qarni's guidance and the letter from Governor Northam, would you agree that confederate general names that memorialize confederate leaders or sympathizers have a traumatizing impact?

A.   I don't have an opinion on that if you're asking for my opinion.

Q.   Thank you.  We can take this document down.

So if we now turn to what -- the time period of the 2020 vote when the school board decided to retire the names, what is your understanding of why the school board voted to change the names of Stonewall Jackson High School and Ashby Lee Elementary School?

A.   So while I would like to answer that question, I don't -- I wasn't there in 2020, so I don't know.

Q.   And you stated you lived in Shenandoah County during that time?

A.   I did not.

Q.   You didn't?

A.   Huh-uh.

Q.   Where were you living at the time in

Page 50

2020?

A.    In Warren County.

Q.    And how far or close is that to Shenandoah County?

A.    It's really close.  However, we were in the middle of a pandemic and I was running a school division.

Q.    When did you become aware of the school board decision to retire the Stonewall Jackson name and Ashby Lee Elementary School name?

A.    For some time before I applied to be the superintendent, but I can't tell you exactly, you know, when.  So that probably would have been January of 2021.

Q.    Were you aware at the time that this decision was happening to retire the names at all in 2020?

A.    I don't recall.  I don't recall being aware.  Again, you know, trying to -- we were trying to get our kids back in school from the pandemic.  And it was 14-, 16-hour days trying to figure that out working in our own division.

Q.    So when you were working in Warren County Public Schools, did you face any similar

Page 51

concerns around confederate names or memorials?

A.    We did not.

Q.    Are you aware of any of the school board meetings that took place related to the retiring of the confederate general names in 2020?

A.    I was not until I chose to apply for the position.

Q.    And how did you find out about the school board meetings prior to applying for the position for superintendent?

A.    So I did my research and watched some of the videos of -- because they're public information, watched the videos to see what was happening to see, you know, what the position was all about.

Q.    Okay.  So could you remind me again when you decided to do this research?

A.    Probably January 2021.  I'm not sure when the -- I'm not sure when the job was posted, but that seems -- sometime in the spring.

Q.    Sure.

A.    2021, yeah.

Q.    Sure.  Okay.  So what did you watch?

A.    School board meetings.  The virtual

Page 52

school board meetings.  Looked at their board docs and their agenda items.  So while, you know, that wasn't my major focus, it was, you know, academic achievement, what's going on in Shenandoah County, is it a place I would like to work.

Q.    Did you watch -- I'm sorry.

A.    Uh-huh.

Q.    I'll let you finish.

A.    Oh, go ahead.

Q.    Did you watch the July 9, 2020, school board meeting?

A.    I did not.

Q.    Did you read the school board meeting minutes or agenda?

A.    I did not.  I did not.  I looked at the board docs, the agenda items, and read the description of what was the agenda topics. Agenda item topic.

Q.    So in your research, what did you learn about the school board's 2020 vote to retire the confederate names?

A.    Yeah.  So in my research, what I read about the topic to change the names was that the resolution that you presented earlier was part of

Page 53

the board agenda items and it was their -- the school board, the 2020 board at the time was interested in changing the name Stonewall Jackson High School to something else because of the implications of maybe what implications it might have.

Q.   And what did you learn about what the implications could --

A.   It seems -- this may be opinion, my opinion, but it seems like it was after the incident, the Floyd situation, that they were doing this.  So it seemed like it was in reaction to that situation.

Q.   How so?

A.   Because it happened shortly thereafter.  And I know there had been some e-mails that I have had access to because of FOIA requests that the superintendent at the time -- this is -- this wasn't part of my research.  This was part of, you know, my position afterwards and the FOIA requests, that there were indications that that's the reason that he used when he talked to his school board members for the name change.  He was worried about -- what's the word I want to use?  He was worried about protests.

Page 54

Q.    Did you learn about anything else related to the 2020 vote of the school board in your research?

A.    It was a -- it was not -- it was a five-one vote with one member dissenting.

Q.    Do you know if there were any public comments that were made at the July 2020 vote, school board meeting?

A.    There were, but my understanding is that they were limited.

Q.    Did you review or listen to any of the public comments that were made?

A.    Scanned.  I did not review or listen. I scanned the public comments.

Q.    And what did you gather from scanning the public comments?

A.    Uh-huh.

MR. FITZGERALD:  Object to form.

THE WITNESS:  So there were opinions on both sides of changing the name.  Some for and some against.

BY MS. PLATER:

Q.    In review, in your scan of the public comments, what were some of the reasons for being -- for changing the school names that you

Page 55

recall?

A.    Again, it would be because of the George Floyd situation and the opinion against was that, you know, this had been a name of the school and it is the community center of the southern community -- southern campus community.

Q.    And that was for changing the school name?

A.    That was for -- that was against changing the name.

Q.    What are some of the reasons why -- in the public comments that you reviewed, why people were supporting retiring the names?

A.    So what I recall was what I just said was that, you know, it was in response to what the resolution said that we discussed earlier.

Q.    Sure.  Thank you.

Do you know if any black students and families testified or made public comments at the July 2020 school board?

A.    I do not know.

Q.    If we could turn to Tab 21.

(Sheppard Exhibit 95 marked for identification.)

MR. SMITH:    Introducing what's been

Page 56

marked as Exhibit 95.

BY MS. PLATER:

Q.   Can you see what's been pulled up on the screen?

A.   Uh-huh.  Yes.

Q.   And have you seen this document before?

A.   Yes, I've referenced it a couple of times today.

Q.   Okay.  So is this the school board policy FFA I think you mentioned earlier --

A.   It is.

Q.   -- that you're referencing?

A.   Uh-huh.

Q.   And what is this?

A.   It is the policy FFA school names and -- yes.

Q.   And what is your understanding of this policy?

A.   That the school board has the right -- reserves the right to name schools.  And there are other things in there as well, but the school or facility won't be named for a living individual and schools will not be named for individuals who have been deceased for less than

Page 57

ten years.

Q.   And could you please read the third paragraph beginning with "in fulfilling this responsibility"?

A.   Certainly.

Could you unhighlight that.  It's blurry on my end.  Whoever did that.  Thank you.

"In fulfilling this responsibility, the board shall make every effort to respect the preference of a local school; however, final decisions in the naming of the school facilities and the dedicating of areas of school facilities or grounds shall rest entirely with the board."

Q.   And are there any other procedures related to school names that are not reflected in this policy that exist?

A.   So I'm not sure I completely understand your question.

Q.   Sure.  Does this policy capture all of the procedural requirements for school names?

A.   Yeah, so there's a regulation as well.  That's FFA-R which actually has some additional information.

Q.   Okay.  And, to your recollection, what does FFA-R include?

Page 58

A.   I -- I would have to look it up.

Q.   Do you have a general sense of the additional requirements?

A.   Like -- so I know it includes -- yes, I have a general sense.  But I would have to actually pull it up because I do not like to speak to policy unless it's in front of me.

Q.   I understand.

A.   Uh-huh.

Q.   We can take this document down. Thank you.

So, to your knowledge, did the 2020 vote adhere to that policy we just reviewed?

A.   Yes.

Q.   And are you aware of any subsequent votes to reaffirm the vote in July 9, 2020, retiring the school names?

A.   I am not aware of any vote to reaffirm.

Q.   Are you aware of a vote that took place in September of 2020 --

A.   Yes.

Q.   -- related to the school names?

A.   Yes.  But it was the same board. Yes.

Page 59

Q.   Okay.  And what do you know about that vote?

A.   Without referencing it, I would not speak -- I'm not going to speak to it unless it's in front of me.

Q.   Okay.  Did you review any of the school board minutes for that --

A.   I did not.

Q.   -- vote?

Did you review anything for that September 2020 school board meeting?

A.   Uh-huh.  The agenda item, yes.  It's been a while though.

Q.   But it's your recollection that the school board voted to reaffirm their decision to retire the confederate general names at that meeting?

A.   Yes.  And my recollection is also that it was a six-one vote with one member dissenting.

Q.   And you mentioned it was the same school board.

A.   Uh-huh.

Q.   What's the significance of that?

A.   So the significance is we have had

Page 60

board changes at every election since 2020.
Board member.  Board member changes.

Q.    So do you know what the process was after the board had voted and then reaffirmed their vote to retire the old school names?  Do you know what the process then was for changing the school names?

A.    Only what's available in board docs and only what's in my memory, but what I remember is that there were committees put together.  Again, this was happening during COVID, so there -- or during the pandemic, so there was probably -- so I don't know how that process worked.  But there were committees put together at all three of the campus schools and -- because the middle school was changing the mascot.  And to recommend what the new names or the new mascot would be.  I don't know how many people participated in those committees.  I don't know who led those committees.

Q.    Do you know if there were any issues involved in that process --

A.    No.

Q.    -- to develop the committee and determine new names?

Page 61

A.   I do not.

Q.   And what role, if any, did you play with respect to the 2020 name change?

A.   No role.  I was not here in 2020.

Q.   Do you know how long the actual renaming process took at all?

A.   I do not know and I'm not going to speculate.  Sorry.

Q.   Sure.  You mentioned earlier that you -- from your research about the 2020 vote that one of the reasons for the school board wanting to restore -- or, I'm sorry, retire the names was because of the George Floyd incident or situation you may have used --

A.   Uh-huh.

Q.   -- what exactly did you mean by that?

A.   So I think I said earlier as well that one of the e-mails that I had that were FOIA'd during my tenure here was from Mark Johnston, who was the superintendent at the time, and I think he made it apparent that he was worried about protests.

Q.   And what was the George Floyd situation?  I mean, why would he be worried about protests?

Page 62

A.   I can't speak for him.  I don't know.

Q.   Well, you mentioned the George Floyd situation.  What's your understanding of the George Floyd situation?

A.   I -- honestly, I do not have a deep grasp of the George Floyd situation.  I do understand that he was killed, but I don't know much else other than that.

Q.   So you mentioned earlier that you did play some role in helping to implement the school name change.  Did you play any role with retaining or preserving or being in charge of the old named materials or things like that?

A.   I did not.  I became aware later that they had been preserved, but I didn't know where and by who.

Q.   How did you learn that?

A.   I don't recall.

Q.   And what did -- what do you know about how they were preserved?

A.   The only thing that I know about how they were preserved was that when the names were changed back that there were some items in -- at Ashby Lee Elementary School in their -- in their attic, for lack of a better word.

Page 63

Q.   Are you aware of any Stonewall Jackson materials that were preserved?

A.   I know they were preserved because they are now back at the school, but I don't know where and I don't know who.

Q.   Okay.  Thank you.

A.   Uh-huh.

Q.   Do you know why the old school name materials were preserved?

A.   I do not know.

Q.   Were any Honey Run Elementary School or Mountain View High School materials preserved?

A.   Yes.  And they are in the attic -- what I know, they are in the attic at Ashby Lee Elementary School.

Q.   For both schools, the materials are in there?

A.   I'm not sure about Stonewall Jackson High School, but for Ashby Lee, yes.

Q.   Okay.  So are you aware of any materials specific to Mountain View High School that were preserved?

A.   No.

Q.   Do you know why the materials for Ash -- I'm sorry -- for Honey Run were preserved?

Page 64

A.   Same reason that the Ashby Lee -- I'm assuming the same reason that the Ashby Lee.  We don't get rid of anything.  We preserve everything that we can.

Q.   All right.  So now I would like to transition to the -- to 2020.  So the school board then vote -- had a vote in 2022 -- I'm sorry, I think I said 2020.  I meant 2022.

The school board voted in 2022 to restore the confederate general names.  Is that your understanding?

A.   Repeat that.

Q.   Sure.  In 2022, the school board held a vote to restore the confederate general names of Stonewall Jackson High School and Ashby Lee Elementary School; is that correct?

A.   Yes.

Q.   And how did you learn about that?

A.   2022, I was here.

Q.   What was your role during that time of the 2022 vote?

A.   Yeah.  So prior to that vote, the school board requested that I do a survey regarding the name, and I had -- was working with a survey firm so that it wouldn't be in-house, it

Page 65

would be a national firm that would do the survey. So we met about that one meeting.

And the second meeting, the firm I had been working with was not going to do the survey. So that was the second meeting. And then the third meeting, a school board member brought it up for -- for vote. So that's -- I had no real role in that vote.

Q. Okay.

A. Or even necessarily including it on the agenda.

Q. Okay. And -- okay. I think -- so it sounds like there were three separate instances that you were involved in or aware of the school board's efforts to restore the confederate general names. Right?

A. Right. They were three meetings in succession. So I would have to look at exactly, you know, what transpired, the minutes of the meeting to give you the details.

Q. Sure. So do you recall when you first were made aware of the school board's desire to restore the names in 2022?

A. I do not. I know that our school board members used that -- I said earlier that

Page 66

the school board has changed each election cycle. And the school board members who were elected used that as part of their campaign.

Q.   And that was part of the school board members' campaign in 2022?

A.   Uh-huh, and in 2024.  I don't think those years are right.  Probably 2021 and 2023.

Q.   Sure.  Sure.  Leading up --

A.   Uh-huh.

Q.   -- to the next term?  Okay.

A.   Yeah.

Q.   So I would like to turn to Tab 24, if we could bring that up.

(Sheppard Exhibit 96 marked for identification.)

MR. SMITH:  I'm introducing what's been marked as Exhibit 96.

BY MS. PLATER:

Q.   So this -- I'm sorry.  Ms. Sheppard, are you able to see this document?

A.   I am.  Thank you.

Q.   This appears to be an e-mail from John Chroniger to Dennis Barlow in February 2022?

A.   Uh-huh.

Q.   Are you aware of -- do you know John

Page 67

Chroniger?

A.    He has spoke at several school board meetings, but I don't know that I've talked to him individually, no.

Q.    Do you know Dennis Barlow?

A.    I do.

Q.    So, in this e-mail, Mr. Chroniger appears to be relating notes of a meeting --

A.    Uh-huh.

Q.    -- that was held in February --

A.    Uh-huh.

Q.    -- 22nd of 2022 with a number of various people including Thomas Streett, Rhonda Richards.  Do you -- are you familiar with any of this -- with this meeting from February 22?

A.    No.

Q.    He later says in this e-mail that the school board members thought they needed to send e-mails and a personal contact encouraging Marty's changing his reluctance.

Do you know who Marty is?

A.    Marty was a school board member.  He may have even been school -- school board chair at the time.

Q.    And if you want to take a moment to

Page 68

read through this if you haven't already had that opportunity, I can pause for a second just so you can familiarize yourself with it, if necessary?

A.   Yes, please.

Q.   Sure.

A.   Okay.

Q.   Is there a second page to this, Zach? Yeah.  Thank you.

A.   Okay.

Q.   So having read through this, what appears to have been the purpose of this meeting?

A.   So the meeting -- the purpose of the meeting from the original e-mail was to encourage Marty to change his mind and then to talk about how they were going to raise funds for -- if the name changed back.

Q.   So was this a plan on how to change the school names back to Stonewall Jackson and Ashby Lee?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Uh-huh.  It looks like it's an effort by a group of citizens to encourage the name to change back to Stonewall Jackson.

BY MS. PLATER:

Page 69

Q.   And in -- in Dennis Barlow's response back to John Chroniger, he states, "My meeting with Melody and Marty went very well.  I think we are primed."

When he says "Melody," is he talking about you?

A.   I'm sure he's talking about me.

Q.   And do you recall the conversation he's referencing here?

A.   I do not.

Q.   So you have no idea what the conversation was about?

A.   No idea.

Q.   Do you recall speaking with Dennis Barlow and Marty in February of 2022?

A.   So was Dennis Barlow the vice chair and Marty the vice -- and Marty the chair in 2022?  I probably should know that.

Because if that's the case, I met with them regularly to plan the agenda monthly.

Q.   Okay.  And why would he have met -- why would you have met with Dennis Barlow and Marty and had a conversation in the context of a plan to change the school names back?

MR. FITZGERALD:  Object to form.

Page 70

THE WITNESS:  Uh-huh.  That e-mail does not state that we talked about changing the name back.  The e-mail just says that he had a chat with us, but it doesn't say there's no topic.  Just because it follows the other e-mail, it could be about -- it could have been about the agenda setting meeting.

BY MS. PLATER:

Q.   Did you have a role in proposing to restore the confederate general names in 2022?

A.   I did not.  The only role that I would have played is the board had requested a survey.  And I was to conduct the -- find somebody to conduct the survey.

Q.   Okay.

A.   It is not the superintendent's role to name schools.

Q.   Okay.  So turn to the survey for a moment.  Who contacted you about conducting a survey?

A.   I don't remember.  If I were to guess, it would have been the chair of the school board at the time.

Q.   And when were you contacted about

Page 71

conducting a survey?

A.   I don't recall.

Q.   What was the purpose of the survey?

A.   To understand the communities input on the school name -- school names.

Q.   And when were you looking to conduct a survey?

A.   So I'm thinking it was probably March or April of 2022, but not sure without referencing board docs.

Q.   Okay.  Thank you.  We can take this document down.

Do you recall in an agenda setting meeting to put the 2022 vote on the agenda?

A.   I do not.

Q.   Okay.  What is your understanding of why the school board was motivated to restore the confederate names in 2022?

A.   Uh-huh.  Community -- my understanding -- repeat the question.

Q.   Sure.  What's your understanding of the school board's motivation for the 2022 vote to restore the confederate names?

A.   Yeah, I don't think I can speak to the school board's motivation.  I think they

Page 72

would have to speak to that.

Q.   What's your understanding of the purpose or why this vote was taking place?

A.   Uh-huh.

MR. FITZGERALD:  Object to form.

THE WITNESS:  Again, I can't speak to their motivation.  They ran on that platform.  I believe they ran on that platform when they were elected, and they were elected.

BY MS. PLATER:

Q.   Well, you just stated that -- someone reached out to request that you conduct a survey --

A.   Uh-huh.

Q.   -- to seek input from the community regarding changing the confederate school names.

A.   Uh-huh.

Q.   How did that come to be?

MR. FITZGERALD:  Object to form.

THE WITNESS:  No.  Well, I can guess. I'm not completely sure I recall exactly how that happened.  But may have happened during a school board meeting that the school board requested that a survey be

Page 73

done or it may have been during a school board agenda setting meeting.  I'm not -- I don't recall.

BY MS. PLATER:

Q.   Do you recall how you received the request?

A.   No.

Q.   Did you receive it via e-mail perhaps?

A.   I don't remember.

Q.   So what is your -- strike that.

In 2022, were you aware of any concerns the school board members had with the 2020 school name change?

A.   Yes.  Some members, but not all.

Q.   And what were those concerns?

A.   The manner in which it was done for the most part.  It seemed to have been rushed.

Q.   Were those the only concerns that you're aware of?

A.   Yes.

Q.   Were there any concerns about the process of the vote that you're aware of?

A.   Processes of the vote -- could you give me a little more information?

Page 74

Q.    I guess how the vote was conducted. Were you aware of any concerns?

A.    So not concerns about the motion being made and seconded and that, but the process of how it got on the agenda, how it got included on the agenda and the amount of time, and during the pandemic, during the time in which it was brought forward, yeah.

Q.    So what was the outcome of the vote in 2020 to restore the names?

A.    I think it was a three-three.

Q.    Does that mean the vote --

A.    Failed.

Q.    Thank you.  And was that the final decision of that --

A.    It was dropped after that.

Q.    It was dropped, okay.

A.    It was a three-three, yes.

Q.    Okay.  So what are the county or school board's processes for comparing agendas for school board meetings?

A.    Uh-huh.  It's outlined in our school board norms.  And the school board norms remain the same until after the -- after the 2024 vote. The -- and we have a policy.  I'm not sure what

Page 75

the policy name is, but we have a policy said that it is the chair's responsibility to set the agenda with assistance.  That's probably not the exact word but with assistance from the superintendent.  Consultation maybe is the word that is used.  In Shenandoah county, the chair and the vice chair during my whole tenure here in Shenandoah County, the chair and the vice chair have been part of the agenda setting meeting.

And if a school board member would like to have an agenda item added, the school board member can either say it in school board member comments, the meeting before, or they can reach out to the chair to have it included on the agenda.

Q.   Okay.  And what's the procedure for keeping minutes during these school board meetings?

A.   So there are two things that we do. We record all of our meetings and so -- and we put the YouTube video up.  The minutes are done by the clerk of the school board and approved by the school board at typically the next -- the next meeting.

Q.   Okay.  And is there a process for

Page 76

approving minutes?

A.    It's in the consent agenda.

Q.    And do you play a role in with regards -- in any additional role with regards to the school board meeting agendas or minutes?

A.    No.  I review them, but no.

Q.    If we could just pause maybe and go off the record and take just a brief five-minute break.

THE VIDEOGRAPHER:  Okay.  Off record.  Time is 11:35.

(Recess taken from 11:35 a.m. until 11:43 a.m.)

THE VIDEOGRAPHER:  Back on record.  Time is 11:43.

BY MS. PLATER:

Q.    So right before we took our break, we were discussing a bit about the survey you were tasked with conducting.  You stated that the survey was never completed.  Is that my correct understanding?

A.    That's correct.

Q.    Why was that?

A.    So I had originally tried to get one firm to do it and they did -- they said they would not.  And I just hadn't looked for a

Page 77

separate firm to do the survey.

Q.    So why did the first firm said that they couldn't do the survey?

A.    I don't remember.  I'd have to look back at my notes.

Q.    Okay.

A.    Uh-huh.

Q.    Are surveys typically done for school board decisions?

A.    Yes.  So recently we had a calendar survey.  Within the last year, we had a calendar survey.  So we had -- we've had surveys, not all the time, but sometimes.  School board members like to know community's perspective.

Q.    Okay. And you mentioned notes about why this firm couldn't do the survey.  Do you still have those notes?

A.    I'm not sure.  I probably have e-mails, but I don't know if I have handwritten notes or not.  I would have to look.

Q.    Okay. And were the e-mails related to the surveys, did you produce those to your counsel?

A.    So I don't know.  I don't know what was collected from counsel because they had

Page 78

access to my entire e-mail account.

Q.    Okay.    Thank you.

So you mentioned that surveys are done, for example, for setting the calendar for the school year; is that accurate?

A.    Uh-huh.

Q.    Like, how do you determine in which instances you should conduct a survey?

A.    It's on a case-by-case basis. There's never a hard and fast rule as to why we conduct a survey or why we don't.  At the time when I first started here through probably 2022, '23, we had a survey company that did a lot of our surveys for us.

Q.    What was the name of that company?

A.    I don't recall.  Yeah.

Q.    Do you still use the same company now to --

A.    We do not.

Q.    -- do surveys?

A.    We do not.

Q.    Why --

A.    The cost was pretty expensive.  In the tens of thousands of dollars, whereas now we use Google Forms free.

Page 79

Q.   And was the previous firm that you used to use -- excuse me -- was it the firm that refused to do the survey in this instance for the --

A.   It was.

Q.   -- 2022 school name change?

A.   It was.  Sorry, I interrupted.

Q.   That's okay.  I couldn't get out my full sentence because I kept feeling like I was going to cough.  Excuse me.

Okay.  Are you the person that determines whether or not a survey is conducted?

A.   Not necessarily.

Q.   Okay.  Who's involved in those decisions?

A.   Sometimes school board members. Sometimes executive staff here at the school board office.  Sometimes it's my decision.  It just depends.

Q.   And who generally would propose the idea of that the survey be done?

A.   Again, it just depends on what the content of the survey is.  We just did a staff survey.  And I was the one who said, hey, I would like to do an elementary school staff survey on

Page 80

retention and recruitment.  So ...

Q.   Okay.  And who receives the results of surveys?

A.   Again, it just depends on who either asks for the survey or -- it just depends.

Q.   Okay.  So you -- is it -- am I understanding correctly that whoever requests the survey receives the results?

A.   So if you're talking about when we contracted with the company, the company would receive the results and then send them to us.  If we're doing the survey, then it depends on what department is doing the survey.  They would receive the results and share the results.

Q.   Okay.  So can you give me an example of when the department does a survey, what does that look like?

A.   Okay.  So a perfect example is the school calendar survey, which I just referenced a little bit ago.  Our superintendent for administration is responsible for the school calendar.  So he put together the survey, he would receive the results.

I asked for the -- the survey on elementary retention.  And so I asked the

Page 81

instruction department to put that survey together, so they received the results and then they sent them to me.  So it just depends.

Q.   Okay.  Now, the firm that you said the school used to use to conduct surveys who refused, have they refused in other instances to conduct surveys?

A.   I don't know that answer because we -- after that, we -- again, we -- we didn't contract with them any longer.

Q.   Okay.  And during your tenure, how long did you contract with this other company?

A.   It may have only been '21-22 -- it may have only been that first year.

Q.   Okay.  Do you recall when the contract ended with that --

A.   Likely -- likely June 30, 2022.

Q.   Okay.  And, again, you don't recall the name of the --

A.   No.

Q.   -- company used?  Okay.

A.   I can tell you the search engine was Qualtrics, but I can't tell you the name of the company, so ...

Q.   Okay.  So when you used a company,

Page 82

who received the results of those surveys?

A.   The company received the results and they then shared the results with us.

Q.   Okay.  And is there a process for analyzing survey results?

A.   We -- they would give us -- it's been a while.  So my recollection is that they would give us the results and they would -- they analyzed it for us.  They analyzed the information for us.

Q.   Okay.  And then how was that information then later used?

A.   Are you talking about the calendar --

Q.   Strike that.

A.   Yeah.

Q.   We can strike that question.

A.   Okay.

Q.   How are -- are surveys typically used for school board policies that are proposed?

A.   Not necessarily for school board policies, no.

Q.   Okay.  Can you give a list of surveys that have been conducted related to school board policies during your tenure?

A.   Related to school board policies?

Page 83

None.

Q.   Can you provide a list of instances where you sought to conduct a survey related to school board policies during your tenure?

A.   So the -- again, I'm going to bring up the example of the school calendar.  That one's just easy.  Policy ICID is school board calendar.  And so while it doesn't -- it says we have to have 180 days or 990 hours or so have you.  But it doesn't tell us what our calendar has to be.

So when we survey the community, it's do we want a pre-Labor Day or post-Labor Day start?  Do we want a, you know, pre-Memorial Day, post-Memorial Day end?

So, you know, those are the types of questions that we ask.  So it's related to the work that has to be done according to policy, but it's not related to the policy itself.  Is that clear?

Q.   Yes.

A.   -ish?

Q.   Can you name other instances of your tenure where you've done surveys or sought to conduct a survey?

Page 84

A.    School climate survey.  Those are the two that I recall, school calendar and school climate are the two I recall off the top of my head, and retention, which is also school climate.

Q.    So, for example, for the school retention survey, did you receive those results?

A.    So, yes, because we are doing those surveys now.  So through Google -- Google Forms.  So, yes, we receive the -- the results.

Q.    And is there someone that analyzes those results?

A.    We analyze the results in-house.

Q.    Are there any subsequent steps that you take after analyzing the results of the surveys?

A.    Yes.  So we typically make a recommendation based on the results of the survey.  For example, we did a retention survey.  And one of the things that they asked about in the retention survey was -- or they said it was difficult to get substitutes.  So we added substitute trainings monthly instead of quarterly.

Q.    Okay.  And was that an initiative of

Page 85

just your office --

A.   Yes.

Q.   -- as a superintendent?

A.   Uh-huh.

Q.   Do survey results ever inform board policies or board votes?

A.   I don't think so.  Let me back up. Survey results do not inform board policy.  I think they would inform board votes like the calendar survey.

Q.   And how did the calendar survey inform board votes?

A.   Pre-Labor Day, post-Labor Day start. The favor.  The majority of people wanted a pre-Labor Day start.  Well, there are board members who wanted a post-Labor Day start, however they voted according to the -- to the survey results.

Q.   Okay.  That's helpful.  Thank you.
Are surveys required by any law or policies or regulations?

A.   Not that I'm aware.

Q.   What if the school board disagreed with the results of the surveys, what would happen?

Page 86

MR. FITZGERALD:  Object to form.
Sorry.

THE WITNESS:  I don't know.  I don't know.

BY MS. PLATER:

Q.  What if your office disagreed with the results of the survey, what would happen?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I -- I -- if my office disagreed -- if I -- if I disagreed with the survey results, I haven't yet.  Just like the calendar survey or the climate survey.  I've not objected to the results or disagreed with them.  So I don't know.

BY MS. PLATER:

Q.  Okay.  If we could turn to Tab 5.

MR. SMITH:  I'm introducing what's been marked as Exhibit 97.

(Sheppard Exhibit 97 marked for identification.)

BY MS. PLATER:

Q.  Ms. Sheppard, are you able to see what's been brought up on the screen?

A.  Uh-huh.

Q.  Have you seen this document before?

Page 87

A.    Uh-huh.  Yes.

Q.    And what is it?

A.    It's a school board agenda -- school board agenda for June the 1st, 2022.

Q.    And did you attend this meeting?

A.    I did.

Q.    You did.  And do you recall why this particular special meeting was called?

A.    It looks like it was called to talk about the survey, the name change survey.

Q.    Okay.  And this -- this is the same name change survey that we've been discussing?

A.    Uh-huh.  Yes.

Q.    Are special meetings open to the public?

A.    They are.

Q.    Do you recall if any public or community members attended this particular meeting?

A.    I do not.

Q.    Are public comments permitted at these specially called meetings?

A.    So hold on just a second.  No, they are not.

Q.    And why is that?

Page 88

A.    They're school board work sessions, in essence.

Q.    But the public can attend?

A.    The public can attend.  There are no comments.

Q.    Okay.

A.    No public comments.

Q.    Are minutes taken at these meetings?

A.    They are.

Q.    Are those minutes shared publicly in any form?

A.    Yes, they are.

Q.    How are those minutes shared?

A.    The same way, on board docs that our regularly scheduled minutes are shared.

Q.    Okay.

A.    And approved by the school board in a subsequent meeting.

Q.    Okay.  You mentioned that this was a work session.  What exactly are work sessions for?

A.    To discuss the topic.  And for this example, it was to discuss the name change survey.

Q.    Are work sessions common?

Page 89

A.   Yes.

Q.   How often do work sessions occur?

A.   A couple of times a year.  During budget season.  More than a couple of times a year.  I would say eight to ten times a year.  And especially during budget season, there are multiple work sessions to talk about budget.

Q.   And are the minutes of work sessions made public?

A.   Yes.

Q.   Okay.  And they're posted on the same board docs --

A.   Yes.

Q.   -- website that you mentioned earlier?

A.   Yes.

Q.   Thank you.  We can take this document down and then move to, I believe, Tab 6.

MR. SMITH:  I'm introducing what's been marked as Exhibit 98.

(Sheppard Exhibit 98 marked for identification.)

BY MS. PLATER:

Q.   Thank you.  Ms. Sheppard, are you able to see the document on the screen?

Page 90

A.   I am.   Thank you.

Q.   Great.   And are you familiar with this document?

A.   It's the minutes of the June 9th -- no.   It's the minutes of the work session on June the 1st.

Q.   Okay.

A.   It was the approved at the June 9th meeting.

Q.   June 9th, yes.   And have you seen this document before?

A.   Yes.

Q.   So I think there's a second page here and there's a agenda item.   Oh, yes, if you can make that a little bit bigger, please.

So if you see where they're referencing Hanover.

A.   Uh-huh.   That was the name of the survey company.   Thank you.

Q.   Is that the survey company?   Okay.

A.   That -- yes.   Uh-huh.

Q.   And this is the survey company that refused to --

A.   Yeah.

Q.   -- do the survey?

Page 91

A.    Uh-huh.

Q.    Okay.  And does this refresh your recollection at all of why they refused to do the survey?

A.    Can you scroll down?

Q.    So I'm not sure exactly, but it looks like there was going to be an additional cost for this particular survey that was on probably page 1?

A.    I saw something 15 to 20 thousand dollars.

Q.    It's your testimony today that the Hanover research declined to do the survey?

A.    That's correct.  And so if we read the minutes, they declined to do the survey because they do not feel comfortable building a survey on this topic.

Q.    And do you recall what -- what they meant by that?

A.    I do not.

Q.    But you said this may be in your notes?

A.    Uh-huh.

Q.    And would it be notes that were taken at this meeting?

Page 92

A.   I would say -- no.  It would be my conversations back and forth with Hanover Research.

Q.   Okay.

A.   Likely e-mail.

Q.   Okay.  Thank you.

All right.  If we can -- we can take this down.  If we can bring up -- actually, we don't -- I don't need to bring the document up at this moment.

So are you -- prior to this vote that was held in 2022, you've already testified about your work and discussions around this survey.  Did you receive any outreach from the community or public related to the name change at this time?

A.   I don't remember.

Q.   Do you customarily receive outreach from community members on various things related to school board meetings?

A.   Sometimes.  Depending on the topic.

Q.   Okay.  Are you aware of whether any school board members received any outreach --

A.   I don't remember.

Q.   -- at this particular --

Page 93

A.    I'm not aware.  Uh-huh.

Q.    Okay.  How do you generally receive outreach from community members or the public about school-related issues or school board meetings?

A.    Typically e-mail.  Or it could be phone conversations.

Q.    Okay.  Do you ever receive text messages?

A.    No.  Not from the community.

Q.    And when you receive this -- oh, do you ever receive any written old school snail mail type of outreach?

A.    Rare.  But occasionally.

Q.    And when you receive these various communications and outreach from the community, what do you do with it?

A.    It depends.  It just depends.

Q.    Do you ever respond to the public?

A.    Sometimes depending on who -- who it was addressed to, but not necessarily.

Q.    Do you recall receiving any outreach from Black students or parents regarding their view or the impact of restoring the Confederate general names during this time in 2022?

Page 94

A.    I do not.

Q.    If we could turn to Tab 25 at this time.

MR. SMITH:  I'm introducing what's been marked as Exhibit 99.

(Sheppard Exhibit 99 marked for identification.)

BY MS. PLATER:

Q.    Are you able to see this document that's been pulled up on the screen?

A.    I am.

Q.    And this appears to be an e-mail -- this looks like an e-mail from Dennis Barlow to a number of people.  Some have been -- who may be associated with the school board.  Are you familiar with any of these people on this e-mail thread?

A.    Yes.

Q.    And who are you familiar with?

A.    So I am -- Dennis Barlow.  Streett Trucking, I'm assuming that's Charles Streett. He comes to our school board meetings and does public comment regularly.  John Chroniger, same. Dorothy Smallwood, community member who's been very vocal.  Steve Heishman, same, he has been

Page 95

very vocal about the name change and community member.  I don't know who BakerINC is.

Q.   And what is your relationship to these individuals?  I think you named, you know, Dennis Barlow from the school board and --

A.   Uh-huh.

Q.   -- Chroniger and Streett -- or Charles Streett who are often vocal school board members?

A.   Uh-huh.

Q.   Do you have a relationship with Dorothy Smallwood?

A.   I do not.  I -- I know who they are. I do not have a relationship with any of them other than my relationship with Dennis Barlow who is a school board member.

Q.   Okay.  And have you seen this e-mail before?

A.   I have not.

Q.   Okay.  And what's the date of this e-mail?

A.   So June the 3rd and June the 2nd, 2022.

Q.   And, in this e-mail, Mr. Barlow appears to be recounting recent board actions on

Page 96

taking surveys related to the name change.  He explains that there's a deadlock had formed and that three members of the board will not support a survey and that they intend, notwithstanding any survey results, to reject a restoration of the names on the southern campus.  Is that your understanding of what this e-mail is about?  If you need a moment to review.

A.    I do.  Thank you.

Okay.

Q.    Was that an accurate characterization of what this -- is being discussed here?

A.    Was -- could you -- I'm not sure I understand your question.

Q.    Sure.  Sure.  What's your understanding of what this e-mail is discussing?

A.    It looks like -- based on what's in front of me, it looks like the e-mail is discussing the vote from the May 12th school board meeting regarding the survey.

Q.    And is it fair to say that Mr. Barlow is recounting that there's essentially a deadlock and that there's certain members of the board -- I believe he mentioned three members of the board who won't support a vote to restoring the names;

Page 97

is that fair?

          A.    Based on this e-mail, yes.

          Q.    And do you see here in the e-mail
where Mr. Barlow then suggests there seems to be
no way ahead other than to put the resolution to
a vote, likely to fail or drop the issue
altogether?

          A.    Based on this e-mail, yes.  It says
drop it forever or for the time being.  Uh-huh.

          Q.    Okay.  He also mentions that he
wanted to provide this update to this group of
folks based on the actions of the school board
over the past few weeks and with his consultation
with Ms. Sheppard.  Is he talking about you?

          A.    I'm sure he is.

          Q.    And what are the consultations that
you had with Mr. Barlow and the school board
during this time?

          A.    I don't recall.

          Q.    Were you providing advice?

          A.    I don't recall.

          Q.    What did you -- how many times did
you meet with Mr. Barlow and the school board?

          A.    Mr. Barlow individually or the school
board in their entirety?

Page 98

Q.   We can start with Mr. Barlow individually.

A.   I don't recall.  I meet with school board members monthly.  One time a month.  And then anytime that they request.

Q.   And during this time period leading up to this e-mail, how many times did you meet with Mr. Barlow about this issue?

A.   I do not know.  And I do not recall this conversation.

Q.   All right.  Thank you.  We can take this document down.  I don't have another document right now.

So turning to a different topic.  Are you familiar with the Coalition for Better Schools?

A.   Yes.

Q.   And what do you know about that organization?

A.   I don't know a whole lot.

Q.   What is it?

A.   So when I first became superintendent, a group called CBS, Coalition for Better Schools, invited me to meet with them.  So I did one meeting.

Page 99

Q.    And what was that meeting about?

A.    Just me introducing myself.  And they wanted to get to know who the new superintendent was and what my goals were for the division, which would be student learning.

Q.    And are you familiar with the mission of the Coalition for Better Schools?

A.    I am not.

Q.    Did they express their mission to you during that meeting that you met with them?

A.    They did not.  The meeting was just a meet and greet.  They wanted to know who I was.

Q.    Did they reach out to you for this meeting?

A.    So Marty Helsley, I don't know if he was a member.  I don't know who the members are.  But Marty Helsley was the one who invited me and took me to the meeting.

Q.    And was he a school board member at the time?

A.    He was.

Q.    Did you discuss anything about the school names of Stonewall Jackson High School and Ashby-Lee or the retiring of the school names?

A.    No, not that I recall.

Page 100

Q.   Are you a member of the Coalition for Better Schools?

A.   I am not.

Q.   Are you affiliated with this coalition in any way?

A.   I am not.

Q.   Are you aware of any school board members during your tenure that have been -- that are members of the Coalition for Better Schools?

A.   I don't know who the members of the Coalition for Better Schools are.  I can -- I know that there are a couple of school board members that have attended their meetings, but I don't know if they're members.

Q.   So you mentioned you met with the Coalition for Better Schools.  Was this meeting in person?

A.   It was.

Q.   And who did you meet with?

A.   So the people that I remember were Dennis Barlow -- no.  No, no, no.  Mary Helsley, Charles Streett, Rhonda Richard, Dorothy Lam. That may be all.  That's all I remember.  But there was -- there were more people there than that.  Let's say 10 or 20.

Page 101

Q.   But those are the names that you --

A.   Those are the names that I -- those are the people that I remember seeing.  And I probably didn't know their names at the time.

Q.   Okay.  And they requested you to attend this meeting; correct?

A.   Yeah.  Yeah.  Meet and greet.

Q.   But you don't know who requested you?

A.   Marty Helsley was the one who invited me and took me.

Q.   How did he invite you?  Was that through e-mail?

A.   Probably not.

Q.   Why?

A.   I just -- I don't know that he responded to e-mail, honestly.  He probably invited me in person.

Q.   Okay.

A.   And there was a very similar group in Woodstock that invited me to meet and greet, and I did the same thing.  But I don't remember their name.

Q.   And just to clarify, is it your understanding that Dennis Barlow is a school board member?

Page 102

A.    I'm sorry, what?

Q.    Is it your understanding that Dennis Barlow is a school board member?

A.    Dennis Barlow is a school board member.

Q.    And is he -- is it your understanding that he is a member of the Coalition for Better Schools?

A.    I don't know who are members of Coalition for Better Schools.  I've not seen a list or -- I have no clue.  Well, the people at the meeting could have been members.  Maybe they were just wanting to see who the new superintendent was.  I don't know.

Q.    Was this meeting that you attended with the Coalition for Better Schools made public?

A.    I don't know.

Q.    And Dennis Barlow was present; right?

A.    I don't think so.  I don't think he was present.  I don't think so.

Q.    Have you attended any other meetings with the Coalition for Better Schools?

A.    I have not.

Q.    Have you ever donated any money to

Page 103

the Coalition?

          A.    I have not.

          Q.    Have they ever donated any money that you're aware of to your office?

          A.    So the only thing that I'm aware that they have done is helped fund the name change at Stonewall Jackson and Ashby-Lee.

          Q.    Okay.  And how do you know that they helped fund the name change?

          A.    Because when we were changing names from Mountain View High School and Honey Run to Stonewall Jackson and Ashby-Lee, we had to be part of -- school board office had to be part of that process.  We accepted no donations, but we -- and, actually, we didn't even manage the work.  The Coalition for Better Schools did.

          Q.    Okay.  So since we're talking about that, what was your role with regard to facilitating the process for the Coalition for Better Schools to provide funding?

          A.    So my role in particular was identifying the things that needed to change from my role and the principal of Stonewall Jackson High School, who was Mike Dorman, was to identify the items that needed changed and then to

Page 104

communicate that information to the representative from the Coalition for Better Schools who was Mike Scheibe.  And then we also, if there was going to be a contractor who changed, who was part of that process, then we made sure that we vetted that contractor if we hadn't worked with them before to make sure there were no crimes against children and that they were quality contractors.

So that really was the role.  And we kept a spreadsheet of the activities that were going to happen, approximately when and who the contractor was going to be, so we would know what was going on at any time.

Q.   Okay.  So you selected the contractors.  How did the money flow if the Coalition for Better Schools were funding the actual implementation of the name change, which you were responsible for the actual physical, you know, labor of the implementation and selecting contractors, how did that work?

A.   We did not select the contractors. The Coalition for Better Schools or the representative from the Coalition for Better Schools selected the contractor.  We just vetted

Page 105

the contractor to make sure that -- that they were appropriate and they wouldn't do poor work.

Q.   So did you exact -- receive the funds, your office --

A.   No.

Q.   -- and then pay, or how did that flow work?

A.   Right.  So I didn't answer your question before.  So -- so the Coalition for Better Schools selected the contractors, and the invoices went to the Coalition for Better Schools and they paid it.

Q.   Did you have any supervision, monitoring, oversight role at all in this process?

A.   Just to vet the contractors to make sure that they were -- they were going to do quality work.

Q.   Did you review any invoices for this work?

A.   Not that I recall.

Q.   Did you have any role in determining the cost for this work --

A.   No.

Q.   -- to restore the names?  No?

Page 106

A.   Huh-uh.

Q.   Who did?

A.   So our -- the Coalition for Better Schools was the group who organized the work. Our supervisor of maintenance, our director of finance, and myself actually had a list of the contractors and who was going to do the work.

But repeat your question.  I don't think I'm answering it.

Q.   Well, that was a part of it.  That was helpful.

So who was responsible for ensuring that the work was being done --

A.   Uh-huh.

Q.   -- and overseeing and monitoring the restoration of the names?

A.   Yeah.  So the principal of the schools -- the Coalition for Better Schools because they -- they were the ones who were going to pay whatever organization it was, contractor that did the work.  So the Coalition for Better Schools had oversight.  And our principal and our supervisor of maintenance also didn't oversee but made sure they checked on the work to make sure it was being done appropriately and properly.

Page 107

Q.    Okay.  And is it fair to say that your office and your responsibilities were to just keep track of the contractors, vet them --

A.    Uh-huh.

Q.    -- and was that all that you did?

A.    Yes.

Q.    Okay.  Did you handle any money related to the restoration of the school names?

A.    I did not.

Q.    How did the Coalition for Better Schools get access to the schools to oversee the contractors and do this work?

A.    So anytime we have contractors doing our work, it's usually during the school day and our principal is there.  So during the work week it's, you know -- so it was a normal school -- oh, it's during the summer.  So there were no kids -- kids were there for sports.  But there -- otherwise there were no kids there.

Q.    Okay.

A.    Uh-huh.

Q.    Are you aware of any school administrators that are affiliated with the Coalition for Better Schools?

A.    I am not.

Page 108

Q.   Are you aware of any other school staff in Shenandoah County that are affiliated with Coalition for Better Schools?

A.   I am not.

Q.   Are you familiar with the Freedom Press?

A.   I am.

Q.   And what do you know about the Freedom Press?

A.   It -- very little.  It goes to all -- I'm assuming it goes to all community members in Shenandoah County.  I get it in my mailbox.  Now, recently, we have been asked by -- I don't know -- the editor, I'm not really sure what their role is, to contribute some articles, but previously not so much.

Q.   And who requested that you contribute articles to the Freedom Press?

A.   Yeah.  So Mike Scheibe is my contact person for the Freedom Press.

Q.   Have you written any articles for the Freedom Press?

A.   I have not written any articles for the Freedom Press.  Our communications person will give ideas and maybe some quotes.

Page 109

Q.   Why did they come to you to request you or your office provide articles to the Freedom Press?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I think just like any other news organization, we are requested regularly WHSV-TV3, Northern Virginia Daily requests information from us regularly for articles.  So why wouldn't the Freedom Press.

BY MS. PLATER:

Q.   Does the Freedom Press have a mission?

A.   I do not know.

Q.   And do you know who's in charge or who runs the Freedom Press?

A.   I do not.

Q.   But your contact is Mike Scheibe --

A.   It is.

Q.   -- at the Freedom Press?

A.   Uh-huh.

Q.   And you testified that you believe he's the editor; is that right?

A.   I'm not sure.  He's the one who requested articles from us, but not sure.

Page 110

Q.   Are you -- other than being requested to provide an article, are you otherwise affiliated with the Freedom Press?

A.   I am not.

Q.   If we could turn to Tab 9.

MR. FITZGERALD:  Marja, while we're pulling up this exhibit, are we nearing a lunch break?

MS. PLATER:  Let's see.  I think after this document, this could be a good place to take a break.

MR. FITZGERALD:  Okay.

MS. PLATER:  So in the next ten minutes or so.  Does that work?

MR. FITZGERALD:  Thank you.

MR. SMITH:  I'm introducing what's been marked as Exhibit 100.

(Sheppard Exhibit 100 marked for identification.)

BY MS. PLATER:

Q.   Ms. Sheppard, can you see what's been brought up on the screen?

A.   Yes.

Q.   And what is it?

A.   It's an e-mail from Brandi Rutz to

Page 111

Dennis Barlow, the chairman of the board; Kyle
Gutshall, the vice chairman of the school board;
myself; and the subject is "name change email."

Q.    And this e-mail is from April 4,
2024; correct?

A.    Correct.

Q.    What is this e-mail detail?

A.    So it asks -- Brandi Rutz is asking
the chair, vice chair, and myself to add the
Coalition for Better Schools e-mail on name
change for information on the April 11th agenda.

Q.    And did the entire school board
receive this e-mail?

A.    So I'm not sure, but it's addressed
to Dennis Barlow, Kyle Gutshall, and myself.

Q.    Okay.  So who -- who decided what
work needed to be done?

MR. FITZGERALD:  Object to form.

THE WITNESS:  What -- work on what?

BY MS. PLATER:

Q.    For this -- strike that.

Strike that.

So you also received this e-mail;
correct?

A.    I did.

Page 112

Q.    And what, if anything, did you do after receiving this e-mail?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Well, I don't know exactly what I -- I don't recall exactly what I did after this e-mail.

BY MS. PLATER:

Q.    Are you -- this e-mail is referencing an e-mail from the Coalition for Better Schools. Are you aware of what that e-mail said?

A.    I am.

Q.    And what -- what did that e-mail say?

A.    They asked -- based on my recollection, they asked for reconsideration of the name Stonewall Jackson High School -- or Stonewall Jackson High School and Ashby-Lee Elementary School.

Q.    Did you also receive that e-mail from the Coalition for Better Schools?

A.    I did.  I don't know if I was an original recipient or whether I was copied on it later, but I did receive it.

Q.    Okay.  And was the Coalition for Better Schools request then placed on the April 11th agenda?

Page 113

A.    I believe so.  I would have to look at the agenda items just to make sure that that was the date and the topics on there.  But I believe so because it was voted on on May the 9th and 10th.  So -- so that would be -- it would be introduced at the April meeting, talked about at the April work session, and then voted on at the May meeting.

Q.    Okay.  And was this a typical process for adding things to the agenda, receiving a request from a community group?

A.    So typical -- we consider requests from community groups and school board members.  So this request came from Brandi Rutz who is a school board member to be added to the agenda item.  So we do receive requests from school board members to add items to the agenda.

Q.    What are some other examples of community groups or individuals reaching out to request items being placed on the agenda?

And we can take --

MR. FITZGERALD:  Object to form.

BY MS. PLATER:

Q.    Sorry.  We can take this document down.

Page 114

A.   So one thing that comes to mind was weekday religious education.  That was another community group.  But a school board had to -- sponsor is not the right word, but recommend that it be put on the agenda before it is.  The community group -- yeah.

Q.   Okay.  So can you -- just so I'm clear on the process, when you -- when there is a request from the general public or community of some sort, whether it be a group or individual, and they reach out about adding something to the agenda, what's the process for that?

A.   So a school board member or the chair or vice chair would have to recommend that it be put on the agenda.

Q.   Do you have any role in that, for example, if someone from the community were to reach out to you directly and ask for something to be placed on a school board agenda, what would happen?

A.   I would inform the chair and the vice chair that that happened.  And then they would make a determination whether it's on or it's not.

Q.   And has that happened during your tenure?

Page 115

A.    Something that was sent to me that wasn't sent to -- I don't believe so.  That wasn't sent to the chair or vice chair as well, I don't believe so.

MS. PLATER:  I think we can take a break there.  We can go off the record.

THE VIDEOGRAPHER:  Off record.  Time is 12:38.

(Lunch recess taken from 12:38 p.m. until 1:18 p.m.)

THE VIDEOGRAPHER:  Back on record. Time is 1:18.

MS. PLATER:  Thank you.  Before -- we have a couple of housekeeping things.  And I will turn it to over to my colleague Tyler.  It's related to exhibits.

MR. SMITH:  Yeah.  Just for purposes of the record, I didn't note the name or the numbers for the first three exhibits we introduced, so I'll just do that now.

So Tab 1, which was the resolutions to the -- (Zoom audio glitch).  That was weird.

MS. PLATER:  Yes.

MR. SMITH:  So Tab 1, which was the

Page 116

resolution condemning racism, that was Exhibit 92.

Tab 2, which was the July 6, 2020, letter for governor -- from Governor Ralph Northam, that was Exhibit 93.

And Tab 3, which was the guidance from the Virginia Secretary of education, that was Exhibit 94.

So all the exhibits should be on the record now.

BY MS. PLATER:

Q.   Great.  Thank you.

Okay.  Ms. Sheppard, just turning back to the Coalition for Better Schools' involvement in funding and facilitating the restoring of the old names for a second.  Like who decided exactly how the work should be done?  Was that solely the Coalition for Better Schools' decision?

A.   So we identified, we, the principal of Stonewall Jackson High School and myself, identified what needed to change and gave that list to the Coalition for Better Schools -- I'm leaving someone else out.  And the principal of Ashby-Lee Elementary School, who was Jennifer

Page 117

Burner at the time, identified what needed to be changed.  And we sent that message to Mike Scheibe in particular.  And he's the one who then organized the contractors to do that work.

Q.   Okay.  And how did you check to make sure that they were actually doing what was asked of them?

A.   Uh-huh.  So our director of -- supervisor of maintenance would actually check the work once it was completed to make sure that it was done as indicated.  And he would also periodically, when he was at that campus, would check to see what -- make sure that the work was being done in accordance to how we would do the work.

And the principals of the two schools were also there regularly, not supervising the work, but, you know, at least checking in on it.

Q.   Okay.  And did you play a role in specifically identifying what needed to be changed and what it should be changed to, for example?

A.   So, no, not necessarily.  Identifying the list of things that needed to change, but I didn't specifically say it has to change from

Page 118

Mountain View High School to Stonewall Jackson High School.  However, that was -- you know, that was the name of the school.  So ...

Q.   Okay.  And the Coalition for Better Schools is not affiliated at all with your office, the school division, or the school board; right?

A.   That's correct.

Q.   So are there other instances where you've delegated authority to change facilities -- school facilities to a community organization?

A.   There are.  I'm trying to think of an example.

The Strasburg Express wanted to make some changes to one of our dugouts, and they did that work.  And they paid for it.

Q.   Okay.  And who is the Strasburg Express?

A.   It's -- I don't know what the teams are called.  Are they called farm teams?  Farm baseball league from the summer.  It's a summer league team.

Q.   And that's a separate community group?

Page 119

A.    Yes.

Q.    Not affiliated with the school system?

A.    That's correct.

Q.    Okay.

A.    And that's -- that's -- that's the most recent one that I can think of, and it happened last year.  So ...

Q.    So in this instance where the Coalition for Better Schools handled these changes, who decided -- who made the decision on how it should be changed?  If you just noted what needed to be changed, who made the decision on how to change it?

A.    Right.  So I think it was -- I don't know who made the decision.  I would assume it was understood.  That's an assumption.

Q.    And was that the same in the instance with the Strasburg group?

A.    Yes.  So the Strasburg group said these are the things that we want to do.  Here's our proposal.  And, you know, that was probably very similar to what the coalition did.  You know, here are the things that we're going to change.  But there was no major renovations or

Page 120

upgrades.  It was changing Mountain View to Stonewall Jackson, or it was changing MV to SJ, you know, there wasn't really many decisions that had to be made.

Q.  Okay.  And for the Strasburg example that you provided, why did they want to make changes to the dugout?

A.  Better line of sight.

Q.  So it's something that they use, this particular community group?

A.  Uh-huh.  Uh-huh.

Q.  Okay.  So going back to this instance here with the Coalition for Better Schools, if they wanted to, you know, paint a Confederate flag on the gym floor of Stonewall Jackson High School, could they have done that?

A.  No.

Q.  Why?

A.  No.  We would have stopped it before it would have happened.

Q.  How would you have done that?

A.  So, like I said, you know, we vetted the contractors.  And our principal knew what was going on on a regular basis.  While he wasn't in charge of -- while he wasn't in charge of

Page 121

the -- of the contractors, he knew the work that was being done.

Q.   And --

A.   As far as the gym floor, if I'm -- I'm sorry to interrupt.

As far as the gym floor was concerned, I believe we had -- I believe he, the principal of Stonewall Jackson High School, Mike Dorman, actually had more say in that than others -- than other areas.  I remember seeing a diagram, but I don't know -- I don't know who it was from, whether it was from the principal or the -- or Mike Scheibe.  I'm not sure.

Q.   So you -- could you tell me a little bit more about the diagram?

A.   Uh-huh.

Q.   You remember seeing a diagram of what exactly?

A.   And I can't recall it exactly.  But it was a picture of what was going to be on the school -- on the floor of Stonewall Jackson High School floor.  And I believe it was a G.  Now, that's -- that's from memory.  I'm not completely sure.

Q.   So there were diagrams or other

Page 122

documents created prior to implementing the changes and restoring the school back to the previous names and logos?

A.    I think in some instances, but not in all.

Q.    Okay.  Did you receive or review any of these documents other than the diagram you just mentioned?

A.    Yeah.  Not that I recall.

Q.    Who would have those diagrams or documents?

A.    So Mr. Dorman may.  And our supervisor of maintenance both have retired since.  But our supervisor of maintenance may, or our director of finance, who is also retired, may have.  So we were all four involved in -- you know, in the process at some level.

Q.    Okay.  And going back to the example of the, you know, Confederate flag being painted on the floor, you said the principal would have known --

A.    Uh-huh.

Q.    -- prior to that happening?

A.    Uh-huh.

Q.    How can you be so sure?  Is there a

Page 123

process for a vetting or --

A.    So we vetted the contractor; however, Mr. Dorman, that was -- that was the way he ran his school.  He knew what was going on in the school.

Q.    And based on how -- your knowledge of how things went during this process, how were communications about what was happening at the school and the steps of the implementation of restoring the names?  How were those done?

A.    The only thing I can recall is the spreadsheet where there was the name of the contractor, what they were going to do and the amount that it was likely going to cost.  Maybe not in that order.  That's the only -- you know, the only thing I can recall.  Occasionally, there would be an e-mail about updates on what has been completed.  But likely from Mike Scheibe, but not sure.

Q.    Okay.  So is it fair to say that the Mike Scheibe and the Coalition for Better Schools had complete control and oversight over the restoration of the name -- of the physical building at Stonewall Jackson High School and Ashby-Lee Elementary School?

Page 124

A.    Yeah, I would not say that they had complete control.  But they did have oversight.  They were the ones who were paying for it and they were the ones who were managing the contractor.  But complete oversight, no.

Q.    Okay.  Who else in addition?  You named Mr. Dorman, the principal at Stonewall Jackson High School.

A.    Uh-huh.

Q.    Is it fair to say that he had some level of control over the implementation of the restoration of the names?

A.    Yes, that would be fair to say.  And the principal of Ashby-Lee who is -- was Jennifer Burner.  So those are the two that would do the day-to-day operations at the school, especially during the summer.

Q.    Are there any other individuals that had some level of control over the restoration of the names --

A.    The only other --

Q.    -- of the building?

A.    Yeah, the only other person that -- would be the supervisor of maintenance.

Q.    And what was that person's name?

Page 125

A.    Danny Ortts.  And Danny is also retired.

Q.    Understood.

A.    Uh-huh.

Q.    So what about the school-related apparel or uniforms and things like that, who decided whether the uniforms or apparel for extracurricular activities would say Stonewall Jackson, SJ, or Generals?  Who was in charge of that process?

A.    Yeah.  So that was -- that was the athletic director, the principal, and myself.

Q.    Okay.  And how did that process work?

A.    So while I was at a high level, the principal and the athletic director were the ones who really communicated what needed to change on the uniforms to -- or if new uniforms needed to be ordered to Mike Scheibe in particular.

Q.    Okay.  And what's the name of the athletic director?

A.    The athletic director is Keith Cubbage.

Q.    And am I understanding this correctly that he would then communicate directly with Mike Scheibe and request Stonewall Jackson, for

Page 126

example, to be placed on the uniforms?

A.    So I'm not sure whether that communication came from the athletic director or the school principal.

Q.    But it would be one of those two --

A.    One of the two.

Q.    -- and it would go directly to Mike Scheibe?

A.    Uh-huh.  Uh-huh.  Or maybe directly to the salesperson for the uniforms.

Q.    Okay.  And how would they then -- if they went directly to the salesperson, how would they facilitate payment?

A.    So they wouldn't have said, hey, we need 20 uniforms that say this, that, or the other.  Actually, I don't know that answer because I wasn't involved in that process.  So I didn't actually -- I know they didn't pay for the uniforms directly, but I don't know the answer.

Q.    Did you play a role in dealing with the changing of the names on the uniforms and extracurricular's apparel?

A.    A minor role, yes.

Q.    What was that role?

A.    Yeah, so do we -- what are the names

Page 127

on the uniforms.  Is -- you know, is it Stonewall?  Is it Generals?  What is it?  So that was -- you know, that was part of a decision that was partly mine.  And then is it SJ or MV, you know, what are the initials.  And where do we -- what do we do with what, but -- what uniforms.  So most of our uniforms have Generals on them and not Stonewall.  Sorry, I interrupted.

Q.  No, it's quite -- quite all right.

So what -- how did you make that determination?

A.  Based on what we had done previously. Most of our uniforms over the last number of years have been Generals and not Stonewall or not Mountain View.  And most of them had an SJ or MV. So we based that decision on what we had done previously.

Q.  Okay.  So back to your Strasburg example, how was funding and actually payment for the physical work that had to be done with the dugout, how was that handled with that outside community group?

A.  Uh-huh.  The community group, very similar to what we're currently do-- what we did with the Coalition for Better Schools of the

Page 128

community group, paid the invoices.  And we just kind of vetted the contractors.

Q.   Okay.  So I think we can now turn to the activities of 2024.  So when was the first time that you heard anyone mention or suggest holding a new vote to change the names back to Stonewall Jackson?

A.   I don't recall.  It would have had to have been sometime after January when the new board members were installed.

Q.   Okay.  What did you think -- well, strike that.

What did you think of the proposal to change the names back?

A.   I don't have an opinion.

Q.   What is your knowledge of how the school name change in 2024 became a topic for conversation with the school board?

You said you possibly have heard of it sometime after January of 2024.  What's your first recollection of discussions or knowledge that you were aware of this proposal?

MR. FITZGERALD:  Object to form.  You can answer.

THE WITNESS:  Uh-huh.  So the topic

Page 129

of the name change has been ongoing since 2020 of returning -- of restoring the name back to Stonewall Jackson High School. It's been ongoing. It's been constant. I don't know that there's ever been anytime that it wasn't part of -- that it wasn't mentioned in the last four years.

BY MS. PLATER:

Q. Okay. And could you tell me a little bit more what -- about what you mean that it's been constant?

A. Uh-huh. Uh-huh. So, in particular, the southern community that was the Stonewall Jackson alum, and some of them have students that still go to Stonewall Jackson, have brought it to our attention over and over and over again. And school board members for 2021 and 2023 ran on that platform.

Q. Okay. Okay. So it's fair to say that it's your understanding that this was a popular opinion to restore the school names in that part of the county?

A. The conversation didn't die over the last four years. It kept resurfacing.

Q. So what is your understanding of the

Page 130

school board members' motivations for requesting to have the 2024 vote to restore the Confederate general names?

A.    I have no understanding of their motivation.  You would have to ask them what their motivation was.

Q.    Okay.  So let's turn to Tab 10, please.

MR. SMITH:  I'm introducing what's been marked as Exhibit 101.

(Sheppard Exhibit 101 marked for identification.)

BY MS. PLATER:

Q.    And do you recognize this document, Ms. Sheppard?

A.    I do.

Q.    What is this?

A.    It looks like the letter from -- or memo from the Coalition for Better Schools dated April the 3rd on the request to restore Stonewall Jackson High School and Ashby-Lee Elementary School names.

Q.    And is this the letter that you testified earlier to receiving from the Coalition for Better Schools?

Page 131

A.    Yes.  I think I said I don't know if I received it firsthand or if it was forwarded to me, but yes.

Q.    Okay.  And isn't it true that this letter was then added to a school board meeting to the agenda for a school board meeting?

A.    Uh-huh.  Probably for the April 2024 meeting for information.

Q.    And do you have any recollection of how this letter was then added to the agenda?

A.    If we followed our process during school board member agenda setting, this -- the chair and myself met, and this was added to the agenda.

Q.    Okay.  And who suggested adding this to the agenda?

A.    I don't recall.

Q.    But you recall receiving the e-mail that we reviewed earlier with -- from Ms. Rutz?

A.    So I don't recall receiving the e-mail, but I'm sure I did.

Q.    Okay.  We can take this down.  Thank you.

Do you recall receiving any written communications from the Virginia NAACP opposing

Page 132

any vote to restore the names?

A.    I do not recall.  We -- we were receiving so many e-mails at that point, I don't recall, in support in -- and in opposition, any particular e-mails.

Q.    Do you recall if any private groups conducted any surveys or polls of the community related to the Confederate school names?

A.    So I did receive -- the only reason I recall is because I received it personally because I live in the area.

Q.    Okay.  So let's turn to -- actually, strike that.

Yeah, let's turn to Tab 11.  Do you recognize this document?

MR. SMITH:  Sorry, just before we --

MS. PLATER:  Sorry.

MR. SMITH:  That's okay, Marja.  I introduced what's been marked as Exhibit 102.

(Sheppard Exhibit 102 marked for identification.)

THE WITNESS:  So I need to correct my answer from before.  This isn't the survey that I was referencing.  There was another

Page 133

survey that was done via phone and text messaging that we received around the same time as this survey.  I did not receive this survey because I do not live in district 1 or district 2.  But, yes, I know this survey was sent.

BY MS. PLATER:

Q.    Okay.  So going back to the survey that you mentioned receiving earlier, the phone and text survey, who conducted that survey?

A.    So I don't know who conducted that survey and I don't know -- and I am not privy to the results of that survey.

Q.    Did you participate in that survey?

A.    I did not.

Q.    Okay.  Did anyone identify themselves when they reached out to you about the survey?

A.    About the voice and text survey, nobody reached out to-- there was nobody that was identified on the text message that said this is a survey from blank.

Q.    Okay.

A.    It was not.  They did not identify themselves.

Q.    And how did you receive that survey?

Page 134

A.    Text message.

Q.    Text message?

A.    Uh-huh.  And phone call.

Q.    And phone call, okay.

Do you recall around when you received that?

A.    I do not.

Q.    Do you have a ballpark?  You know, was it winter, spring, summer, fall, and the year?

A.    I'm going to say it was before the May 9th, 10th vote.  So sometime -- sometime between April and May 9.

Q.    Of 2024?

A.    Yes.

Q.    Okay.  And going back to this document that's on the screen, you did not receive this --

A.    I did not.

Q.    -- you testified you don't live in this district?

A.    I do not.

Q.    And you do recognize that this is a survey conducted by the Coalition for Better Schools and Freedom Press; is that correct?

Page 135

A.    Uh-huh.  I do.

Q.    And just what do you know about this particular survey generally?

A.    So what I know about this survey is that it was -- according to the information I've heard, it was sent to people in district 1, district 2.  I can't define people, whether it was taxpayers or community members or house -- homeowners.  I don't know.  But it was sent to citizens in district 1 and district 2.  And I -- I see on the document it says "Please return by March 25th."  So I don't know when it was sent or anything like that.

Q.    Were you involved with the survey at all?

A.    So I was not, but I knew it was going to be distributed because Mike Scheibe and another person, I don't know who it was, visited me in my office here at the school board office and mentioned they were going to send out a survey.

Q.    And when did Mike Scheibe visit you in your office?

A.    I don't know.  Sometime after the first of the year.

Page 136

Q. And what, if anything, did you do after Mike Scheibe notified you about this survey that they were going to conduct?

A. Nothing. I don't remember doing anything.

Q. Okay. Do you know if anyone from the school board had any involvement with the survey?

A. I do not.

Q. Do you know anyone else that either in your office or in the school system that was involved with the survey?

A. I do not.

Q. So you see here that there are three men on this survey card; is that correct?

A. Yes.

Q. Do you know who these men are?

A. Their names are underneath them, yes. Stonewall Jackson, Robert E. Lee, and Turner Ashby.

Q. Okay. And these are the Confederate generals that the schools were named after in the southern campus; is that correct?

A. So maybe. But I've heard another theory about Ashby-Lee that it was actually the magisterial district that the school was named

Page 137

after, but I don't know that for certain either.
It was named in 1970 something, so I'm not sure.
'75 probably.

Q.    And on this card it also notes that
the names can be restored at no expense to the
taxpayer?

A.    Uh-huh.

Q.    What does that mean?

A.    So while I'm not sure what it meant
at that time that they sent it, but it was that
the names would be restored on the school and on
uniforms and things like that without the school
division having to pay for the change.

Q.    And this survey card also mentions
you've elected a new school board for Shenandoah
County, now it is time for the citizens of
District 1 and 2 to come together to decide how
we want our high school and elementary school to
be named.  Did I read that correctly?

A.    You did.

Q.    So going back to the name changes
being at no expense to the taxpayer, how did the
Coalition know that that could be possible?  Did
they consult with you about that?

A.    They did not.  And I don't know.

Page 138

Q.   So do you know if school board members relied on results of this survey in making their decision to rename the southern campus's schools?

A.   I do not know that.

Q.   Do you know if the Coalition for Better Schools consulted with any of the school board members about the cost of paying for restoring names?

A.   I do not know.

Q.   Okay.  Did the school board members ever inquire about how much the cost would be to restore the names?

A.   I don't believe school board members inquired.  However, the information was publicly available because of the name change from previously, the cost on the previous name change from Stonewall to Mountain View.

Q.   Okay.

A.   Yeah.

Q.   So are you aware if the Coalition for Better Schools consulted with Mr. Gutshall about changing the school name?

A.   I -- I can't answer that.  No, I don't know.

Page 139

Q.   Okay.  Did you consult with Mr. Gutshall about changing the school names?

A.   I did not.

Q.   Okay.  What about Ms. Rutz?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Do you want to ask a specific question about Ms. Rutz?

BY MS. PLATER:

Q.   Sure.  Yeah.  Did you consult with Ms. Rutz about changing the school names?

A.   I did not.

Q.   Okay.

A.   When you say consult, what do you mean?

Q.   Sure.  And I can ask a follow-up question for you.  We can actually turn to Tab 18.

MR. SMITH:  Okay.  I'm introducing what's been marked as Exhibit 103.

(Sheppard Exhibit 103 marked for identification.)

BY MS. PLATER:

Q.   Can you -- do you recognize this document?

A.   Sure.

Page 140

Q.   What is it?

A.   It is a document from myself to Ms. Rutz and copied our director of finance, Angie Stine, on information regarding the cost of changing names at the southern campus.

Q.   Is it fair to say that Ms. Rutz is here requesting information from you and you're following up with that information about the school name change?

A.   So is there more information at the bottom?

Q.   We can scroll if there's -- I believe that this -- the full document?

A.   Is this the full document?

MR. SMITH:  It is, yeah.

THE WITNESS:  Okay.  So I don't know how the original ask came in, whether it was verbal or via e-mail, but it looks like that Brandi Rutz requested the cost of the name, how much the names were in 2020, and we provided that information to her via that link.

BY MS. PLATER:

Q.   Okay.  Thank you.  And can we turn to Tab 19 now.

Page 141

MR. SMITH:  I've marked that as Exhibit 104.

(Sheppard Exhibit 104 marked for identification.)

BY MS. PLATER:

Q.  And do you recognize this document?

A.  I don't.

Q.  Do you want to take a moment to review it?

A.  Uh-huh.

Q.  Is this -- it appears here that Mr. Gutshall is consulting you about the cost and -- of the name change and where there are materials for the name change; is that fair?

A.  Uh-huh.  Yes.

Q.  And this is prior to any vote on the school -- by the school board to restore the names in 2024; correct?

A.  It is, yes.  April 6th.

Q.  And we can take this down.

So based on review of these documents and the survey card, what's your understanding of what the Coalition for Better Schools wanted the school board to do?

A.  So based on the card and those two

Page 142

documents, what the Coalition for Better Schools wanted the school board to do, I think based on the letter that they sent, they wanted them to change the names back to Stonewall and Ashby-Lee.

Q. Do you know why the Coalition for Better Schools and Freedom Press wanted to conduct this survey?

A. I do not. To get -- I can speculate that it was because to get community input.

Q. Did they discuss that with you when they notified you about their intent to conduct the survey?

A. I don't -- I don't recall.

Q. Do you know if the school board requested that the Coalition conduct the survey?

A. Not to my knowledge.

Q. And did you have any role in helping to develop the survey?

A. I did not.

Q. Do you know of anyone that helped to develop the survey?

A. I do not.

Q. Do you know if any of the school board members participated in the developing the survey?

Page 143

A.    I don't know.

Q.    Do you know if Mike Scheibe developed the survey?

A.    I do not.

Q.    Were you involved at all in executing or actually conducting this survey?

A.    I was not.

Q.    Do you know who was involved with executing or conducting this particular survey?

A.    No, I don't.

Q.    Were you ever notified about any results of the survey?

A.    I'm sure I was, but I don't remember how.  I think it's on the letter that we reviewed earlier.

Q.    Which letter are you referring to?

A.    The letter from the Coalition of Better Schools to the school board requesting the agenda item.

Q.    Are you stating that that was how you found out about this survey?

A.    No.  That's -- no, I'm not.  I don't recall, but I know it was on that letter -- or I believe it was on that letter.

Q.    What did you do with the results of

Page 144

the survey once you were notified?

A.   I don't know.  I don't remember.  I don't know that I did anything with the results of the survey.

Q.   Do you have any knowledge of, like, how the survey was mailed or distributed?

A.   I don't think so.

Q.   Do you know who it was sent to or how they determined the recipient lists?

A.   I do not.

Q.   Were there any other additional steps that you took after receiving the letter from the Coalition for Better Schools about the results of their survey?

A.   Not that I'm aware --

Q.   Did you participate in -- I'm sorry, what was that?

A.   -- or recall.  Not that I recall.

Q.   Did you participate in analyzing the results at all?

A.   I did not.

Q.   Did you receive any, like, tally or vote tally of the results?

A.   Not that I remember.

Q.   So if we could turn to Tab 14.

Page 145

MR. SMITH:  I'm introducing what's been marked as Exhibit 105.

(Sheppard Exhibit 105 marked for identification.)

BY MS. PLATER:

Q.  And do you recognize this document?

A.  So it's an e-mail from Dennis Barlow to Melody Sheppard dated April 5th regarding agenda item restoration of school names.  The e-mail requests that the CBS survey be included on as an informational item on the April 11 school board meeting.

Q.  Okay.  And what did you do after receiving this e-mail?

A.  So I put the item on the school board agenda for the April 11th meeting.

Q.  And did you know that Mr. Barlow was going to make this request at this time?

A.  Not that I recall.

Q.  Okay.

A.  Did this e-mail follow Brandi Rutz's e-mail?

Q.  Is that your response to the question?

A.  Well -- so maybe I knew.  I don't

Page 146

know.  If it -- if it followed Brandi Rutz's e-mail, then it would be logical to assume that this would -- this would follow.

Q.   Okay.  We can take this down and let's turn to Tab 15.

Do you recognize this document?

MR. SMITH:  I'll just -- I've introduced this exhibit as Exhibit 106.

(Sheppard Exhibit 106 marked for identification.)

THE WITNESS:  So this document is from Dennis Barlow to Melody Sheppard dated May 3rd, 2024, suggested motion for school board action item.  And this is a recommendation for the motion for the school board item on the name change.

BY MS. PLATER:

Q.   Okay.  And what exactly is Mr. Barlow requesting here?

A.   That the suggested motion for the action item be that "I move that the name Stonewall Jackson High School and Ashby-Lee Elementary School be restored to the school names now named Mountain View High school and Honey Run Elementary School respectively.  The funds

Page 147

required to implement the restoration must be provided by private donations exclusively and not be borne by the school system or government tax funds, though the school board will oversee disbursements within the SCPS."

Q. Okay. And how is this different from the last e-mail from Mr. Barlow we just reviewed?

A. So the last e-mail from Mr. Barlow that we just reviewed was actually the request to put it on for information, and this is the request -- the requested motion that goes with the action item.

Q. Okay. So when you request to put an item on the agenda for information, what does that mean?

A. It just means that it's going -- the school board then is informed that the item will be voted on at a later time, whether it be the, you know -- the following month's meeting or -- or in the near future. Information is just that. It's just there to give school board members an opportunity to know what's coming up.

Q. Okay. And then this request here you stated was a request to move for it to be an action item. What does that mean?

Page 148

A.    No.    This request is specifically to -- that this would be the suggested motion. So on all of our board agenda items, there's a description, there's who's the contact person, and then there's the motion.  So this would be the actual motion that was recommended for the action item that was already on the action item.

Now without looking at board docs, I would not know if this is the actual motion that was recommended or not.  It may have been modified before it was actually on the agenda.

Q.    And why is he notifying you of this motion?

A.    Uh-huh.  He is the school board chair and this is the motion that is being recommended for the -- for this action item.

Q.    And then what is -- what, if any, steps did you take after receiving this particular request?

A.    So create -- either added it in its entirety or modified it slightly to add to the school board agenda item.

Q.    All right.  Thank you.  We can take this down.

Did you or the school board receive

Page 149

any other letters urging in the opposite, like a request to maintain the current names of the schools?

A.   Likely, but I don't specifically recall.

Q.   Okay.  So we can turn to Tab 16.

MR. SMITH:  Okay.  I've introduced -- introduced that as Exhibit 107.

(Sheppard Exhibit 107 marked for identification.)

BY MS. PLATER:

Q.   Do you recognize this document?

A.   Not specifically, but it looks like it's an e-mail from Sarah Kohrs to the school board members and myself and the principal of the school -- both the elementary and the high school on request to leave the names -- the current names.

Q.   Is it fair to say that this request was to maintain the school names at that time in 2024?

A.   Yes.

Q.   And is it fair to say that this group was also asking for their position to be added?

A.   Yes.

Page 150

Q.   Okay.  And was this letter added to the agenda?

A.   It was not.

Q.   And why is that?

MR. FITZGERALD:   Objection. Legislative privilege.

I'm going to advise Dr. Sheppard to invoke her legislative privilege as a legislative staff member who's involved with the legislative process and advise her not to answer that question.

MS. PLATER:  John, I don't see how that privilege applies here if she just answered a similar question about the other request.  This is in the same vein. There was no objection based on privilege. I don't see how you can, you know, split the two here.

MR. FITZGERALD:  She didn't answer a question about why something was added to the agenda on the previous matter.

MS. PLATER:  I'll move on here.

BY MS. PLATER:

Q.   Was the -- is this in line with school board policy to not add a request to the

Page 151

agenda?

A.    So school board members decide what's going to be on the agenda, not community members. So a school board member would have had to have requested to have this added to the agenda.

Q.    Did the school board consider this letter at all, to your knowledge?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I -- I don't know.

BY MS. PLATER:

Q.    And did you do anything in response after receiving the letter?

A.    I did not, that I recall.

Q.    Okay.  We can take this document down.

Do you -- strike that.

The Coalition for Better Schools is a community group that you testified to today that conducted this survey that you were notified about; right?

A.    Yes.

Q.    And the school board was also notified and provided results of this survey; correct?

A.    Yes, I believe.

Page 152

Q.   Are there other instances where there's a third party, an outside group, that conducts a survey and then the school board accepts and relies on the results of that survey?

MR. FITZGERALD:  Objection.  Object to form.

THE WITNESS:  I don't know.

BY MS. PLATER:

Q.   Do you know if the school board conducted any other community surveys or polls related to the Confederate general names of the schools between 2022 and 2024?

A.   I missed the last part of that question.

Q.   Do you know if the school board relied on any other community surveys or polls that they conducted between 2022 or 2024?

A.   I do not know.

Q.   Let's turn to Tab 17.

MR. SMITH:  Okay.  I've marked that as Exhibit 108.

(Sheppard Exhibit 108 marked for identification.)

BY MS. PLATER:

Q.   Do you recognize this document?

Page 153

A.    It looks like text messaging between Kyle Gutshall and Melody Sheppard, but I don't know what the survey has to do with.  Is there more context to it?

Q.    So what's the date of this?

A.    October 25th.

Q.    Of what year?

A.    2022.

Q.    Okay.  And do you recall what survey they're discussing here?

A.    I do not.

Q.    Okay.  Thank you.  We can take this down.

It mentions in that text thread that you were going to e-mail Mr. Gutshall results of a survey?

A.    Uh-huh.  I -- I don't recall.

Q.    Still don't recall?

A.    Huh-uh.

Q.    Okay.  Thank you.  Maybe if we could pause here for a brief break.

MR. FITZGERALD:  Sure.

MS. PLATER:  Can we take maybe a 10-minute break and go off the record.  I'm sorry.

Page 154

THE VIDEOGRAPHER:  Off record.  Time is 2:16.

(Recess taken from 2:16 p.m. until 2:30 p.m.)

THE VIDEOGRAPHER:  Back on record.  Time is 2:30.

BY MS. PLATER:

Q.   Thank you.  So, Ms. Sheppard, you mentioned earlier today that, you know, sometimes the school board conducts surveys or surveys are used sometimes either by your office, your division will conduct surveys, you'll get a third party vendor to conduct surveys.  We've even talked a little bit about a survey that the Coalition for Better Schools, a third-party community group, conducted.  Is it your testimony -- and your testimony today was that you didn't recall receiving any additional or survey results from third parties.  Is that accurate?

MR. FITZGERALD:  Object to form.

THE WITNESS:  So can you be a little more specific?

BY MS. PLATER:

Q.   Sure.  In your time as superintendent, have you received any other

Page 155

surveys or conducted any other surveys other than the ones that we've discussed here today?

A.    Yes.  I'm sure we have.

Q.    Okay.  And do you ever -- and do you recall -- have you received any surveys related to the school name change?

A.    Have I received -- say that again.

Q.    I'm sorry.  Let me rephrase.

A.    Uh-huh.

Q.    Have you conducted any other surveys related to the name change?

A.    Oh, I have not conducted any -- if this is what you're asking, I have not conducted any surveys related to a name change.

Q.    And you haven't received any survey results from any surveys related to the school name change?

A.    Except for the survey results from the Coalition for Better Schools, which definitely was included in the letter, and I may or may not have received it otherwise.  I'm not sure.

Q.    Okay.  So did you actually review any cards that were received from the Coalition for Better Schools survey?

Page 156

A.    I did not.

Q.    Did you receive any other spreadsheet or record or tally of the votes from the survey?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Maybe, but I'm not sure.

BY MS. PLATER:

Q.    Have there been instances where there have been other third-party surveys that have been conducted that you have been notified about related to school board policies?

MR. FITZGERALD:  Object to form.

THE WITNESS:  So third-party would be Hanover; right?  I'm asking for clarification.

BY MS. PLATER:

Q.    So it's anyone that's outside of -- I'm asking for survey results from anyone outside of the school system.

A.    So when we were -- when we participated with Hanover, they were a third party and they did surveys, and we received the results from them, certainly.

Q.    And outside of Hanover, did you or the school board ever rely on any other

Page 157

third-party results?

A.   Not that I recall, but I'm not completely certain about that.

Q.   Did you -- do you recall ever receiving any -- strike that.

Is it your testimony today that the only results from the Coalition for Better Schools survey was the letter that you received?

MR. FITZGERALD:  Object to form.

THE WITNESS:  Uh-huh.

MR. FITZGERALD:  Asked and answered.

BY MS. PLATER:

Q.   So you didn't verify any of the process that the Coalition for Better Schools used to conduct the survey?

A.   I did not.

Q.   And you didn't review any of the physical cards that were filled out for the survey?

A.   I did not.

Q.   And from reviewing the card that we pulled up today, and we can return to that document if we need to, do you think that it was designed to elicit an unbiased opinion --

A.   I have no --

Page 158

Q.    -- about the school name change?

A.    Sorry about that.  I have no opinion on that.

Q.    Okay.  All right.  So you testified that restoring the Confederate general school names was added to the agenda for the school board meeting in May of 2024; correct?

A.    So please say that again because it was actually added in April as information and then voted on in May.  I'm not sure that I caught your whole question.

Q.    So I can rephrase that.  So you added for information to the April 2024 meeting?

A.    Uh-huh.

Q.    And is it accurate that you then were requested to add it to the school board agenda for a vote for the May 2024 meeting?

A.    Yes.

Q.    Okay.  Did you attend the May 2024 school board meeting?

A.    I did.

Q.    And what was your role at the school board meeting?

A.    The same role that I played at all school board meetings as the superintendent.

Page 159

Sometimes present information and sometimes -- yeah. Sometimes I present information for the school board.

Q. Okay. Did you present information at that meeting?

A. So while I don't recall the entire meeting because there were other agenda items other than just the name change, I'm sure I read the part of the -- the agenda item just introducing the topic.

Q. And, to your recollection, that was your only role at that meeting?

A. Yes. For the name change.

Q. Yes, for the name change.

A. Yeah. There were other topics on the agenda, so ...

Q. And were there public comments that were made at that meeting?

A. There were.

Q. And were you able to observe and listen to the public comments that were made?

A. I was.

Q. Were there public comments made in favor of restoring the old school names?

A. There were.

Page 160

Q.    And did you hear comments that were made in opposition to restoring the Confederate school names?

A.    Yes.

Q.    Did any of the public comments that you heard reference the history behind the original naming of Stonewall Jackson High School in 1959?

A.    So all of the comments are part of our school board minutes.  So while I'm not completely sure, but possibly.

Q.    Okay.  Now, what exactly do you recall hearing at that meeting as it relates to the 1959 naming of the school in that history?  Did you hear any public comments that reference that?

A.    So there were over at least three hours of public comment.  So there were people who were for and people who were opposed to the name -- renaming the schools Stonewall Jackson and Ashby-Lee, but as far as specific comments, it was on both sides.  They were on both sides, the comments.

Q.    Did you hear -- were there any Black students that spoke and made public comments at

Page 161

that school board meeting?

A.    There were.

Q.    So after hearing -- strike that.

Did any of those students express their personal views on the impact of restoring those names would have on them.  Did they express that at the meeting?

A.    Based on the number of public comments at that meeting, I can't tell you exactly what they expressed.

Q.    Sure.  But did you hear any Black students express the personal impact to them that restoring the names would have?

A.    I heard Black students address the school board about the name change in opposition. I cannot tell you what they said specifically.

Q.    Did you hear any public comments about the connection of the Confederate general names to the history of segregation at all?

A.    I do.

Q.    And did you hear any public testimony about the connection of the Confederate general names to slavery, perhaps?

A.    I did.

Q.    Were -- was any of that testimony

Page 162

from Black students?

MR. FITZGERALD:  Object to the use of
the word "testimony."

BY MS. PLATER:

Q.   Were any -- I can rephrase that.

Were any of the public comments that
you heard at that meeting from Black students?

A.   Were any of the public comments that
I heard from Black students?  Yes.

Q.   So after hearing about, you know,
various community members and Black students
about their opposition, the history that's
connected to those names, did you have any
concerns about what the potential impact could be
to Black students in restoring the Confederate
general names?

A.   Will you please restate the beginning
of that question?

Q.   Sure.  After being present at the
hearing and hearing a number of public comments
from community members and students, particularly
Black students, that were in opposition opposing
the restoration of the Confederate general school
names, did you have any concerns about what the
potential impact could be to restoring the

Page 163

Confederate general names?

A.    So you're -- so just for seeking clarification, if I can, you're asking what I thought that night after the vote?

Q.    I'm asking after hearing the public comments.

A.    I don't recall what I thought after hearing the public comments.  I don't recall what I was thinking at that time.

Q.    Did you have any concerns about the impact it would have on Black students being that you are the superintendent --

MR. FITZGERALD:   Object to form.

BY MS. PLATER:

Q.    -- of Shenandoah County Public Schools?

MR. FITZGERALD:   Object to form.  I think she's answered the question.

BY MS. PLATER:

Q.    What do you think now about the impact to students now that you're recalling your observation at that time?

A.    What do I think now?  I know the climate and culture at Stonewall Jackson High School in particular, and I do not -- I have not

Page 164

heard any instances of racism or segregation that have occurred at Stonewall Jackson High School now or in the past since I've been superintendent.

Q.    So it's your testimony here today that you don't know of any impact that restoring the Confederate general names could have on Black students?

MR. FITZGERALD:  Object to form.

THE WITNESS:  I don't -- has had on Black students or students of color.

BY MS. PLATER:

Q.    At the time of the vote, what information did the school board gather to try to determine whether or not the Confederate general names would be -- were not discriminatory?

A.    I don't -- I don't know that answer.

Q.    Do you know if the school board took any steps to assess or evaluate what the impact could be of restoring the Confederate general names?

A.    I do not know.

Q.    Did your office take any steps to evaluate or assess the impact of restoring the Confederate general names?

Page 165

A.    We did not.

Q.    Why not?

A.    Knowing -- as I stated earlier, knowing the climate and the culture at Stonewall Jackson High School, then Mountain View High School, there have been no incidents of racism or segregation now or in the past four years.

Q.    So even after hearing -- even after public comments being made about the impact restoring the Confederate general names, is it fair to say you determined that that wasn't sufficient enough to require further evaluation of the impact?

A.    That is not fair to say.

Q.    What would be fair to say?

MR. FITZGERALD:  Object to form.

THE WITNESS:  It would be fair to say that Stonewall Jackson High School's climate and culture is by far very inclusive and does not -- and there is no racism or segregation or issues.  As a matter of fact, many of our Black students are in our most rigorous classes and doing very well.

BY MS. PLATER:

Page 166

Q.    So how exactly do you know that?

A.    Because I track our data.

Q.    And how do you know that there is no racism or there was no need to further evaluate?

A.    There's been no -- besides the school board meeting where public comment, there has been no report of racism at Stonewall Jackson High School or Ashby-Lee Elementary School.

Q.    Have you actually interviewed or spoken with Black students that attend those schools?

A.    I have not.

Q.    Have you studied what the impacts of racism look like on Black students?

A.    I have not.  However, their principal, who is with them daily, has had conversations with Black students on their experience at Stonewall Jackson High School.

Q.    And how were you made aware of that?

A.    He told me.

Q.    And what did you do with that information?

A.    Nothing.

Q.    Were you worried at all that restoring these Confederate general names could

Page 167

impact the school climate and culture that you mentioned earlier for Black students?

A. Yes. And I was worried that it would impact the climate and culture for all students.

Q. So you mentioned having conversations and discussions with the principal. When were those discussions?

A. Before the name change, after the name change. Constantly.

Q. And if you were worried about the impact on school climate and culture, then did you take any steps to address that?

A. No.

Q. So, in your view, might the names just by themself -- in and of themselves be harmful to Black students?

A. I don't know.

Q. Given the history and the connection to segregation and the Vestiges of slavery that you heard about from many of the public comments, would that cause -- would those names cause harm to Black students knowing all of that?

A. I don't know.

Q. So from your discussions I believe you said with the principal, who did speak about

Page 168

Black students, how were those conversations relayed to you?  Was it over the phone?  In person?  Via text?  E-mail?

A.    Over the phone and in person.

Q.    Okay.  And was there ever any -- written communication regarding these discussions you had about how Black students were faring given the restoration of the name change?

A.    I do not believe so.

Q.    And earlier you just stated that you did not know that the school board took any steps to assess or evaluate what the impact could be on restoring these Confederate general names on students.  If they had done so, is that something they would have notified you about?

A.    Not necessarily.

Q.    Why do you say that?

A.    They don't necessarily inform me of everything that they do.

Q.    If they were to do an evaluation or assessment of some sort, is that something you would have to be involved in or approve?

A.    No.

Q.    So it's fair to say that the school board could just evaluate and assess the students

Page 169

in a particular school community on their own?

A.    So I'm not sure that I'm clear about what you're asking.

Q.    Sure.  I asked earlier whether or not the school board conducted any evaluation or assessment of the impact that restoring the Confederate general school names would have on Black students at these schools, and you said no. So now I'm asking if that is something that the school board could do, would you have been involved in that decision?

A.    And I said, not necessarily.  And it depends on whether it's individual school board members or the entire school board.  If it's the entire school board, I would be involved.  If it's individual members, I would not necessarily be involved.  It just depends.

Q.    And how do you make that determination?

A.    I don't make that determination.

Q.    Who does?

A.    The school board would make that determination, or the school board members would make that determination.

Q.    Would you have any level of

Page 170

involvement if they wanted to conduct a survey or an assessment or an evaluation of the impact on students of something like changing the names to Confederate general names?

A.    It would depend on if they would -- on if they wanted me to carry out the survey or the study.

Q.    And if they wanted you to conduct it, then what would you do?

A.    I would be involved.

Q.    So it's fair to say that the school board didn't request for you to do any study or assessment of the impact of the names on Black students?

A.    That's correct.

Q.    Or any assessment on the impact or even the history of the names?

A.    That's correct.

Q.    And going back to the discussions that you mentioned having with the principal about Black students, when were those discussions?

I believe you said around the vote, but could you be a little bit more specific?

A.    No.  So probably April, May, as

Page 171

specific as I can be is April, May, June, and then going into the next school year, August, September.  And I can't pinpoint a particular date, no, or dates.

Q.   Do you know when the discussions with the principal and the individual Black students took place?

A.   So the principal of Stonewall Jackson High School in particular is in the hallway -- was in the hallway, he's retired now, was in the hallway between every class in the morning, in the afternoon and evening.  He had many conversations with all of his students.  About 500 students at Stonewall Jackson, and he knew every single one of them and had communications with them regularly.  So it could have happened at any time.

Q.   Do you know if the school board considered any information about the original history of the naming in 1959 --

A.   I do not know.

Q.   -- Stonewall Jackson?

Okay.  So let's -- I think at this time I'd like to move to the time period following the vote after the 2024 vote.  So

Page 172

following the vote, the school board voted to then restore the Confederate general names in May of 2024.  Is that your understanding?

A.    May of 2024, yes.

Q.    Did you have any discussions with the school board after that vote related to changing the school names?

A.    I'm sure I did, but I don't recall the content of the conversations.

Q.    Did you have any conversations related to next steps or implementing the change of the school names following the vote?

A.    I'm sure I did.

Q.    And what was your role at that time related to implementing changing the school names back?

A.    So it was my responsibility to make sure that it was done.  The names were changed back.

Q.    So what steps did you take to begin to adhere to your responsibility?

A.    Uh-huh.  So formed a team here, which we've talked about.  The director of finance, the supervisor of maintenance, myself, the principal, and met -- met with Mike Scheibe on what the

Page 173

process was going to look like.  And that's when we came up with the form, which had the contractor's name and that we would need to vet all of the -- all of the contractors before -- before they started work, have their names, have them file the no-crimes-against-children forms for the contractors we didn't have on file.  And then put together a list of all of the items that needed to be changed and then we'd begin the work.  We being the Coalition for Better Schools began the work.

Q.   Okay.  And once the names were changed, is it possible for students to request not to use the name "Stonewall Jackson," for example, say on their diploma?

A.   Uh-huh.  So let me hear the first part of that question again.

Q.   So once the school names were restored --

A.   Uh-huh.

Q.   -- is it possible for students to request -- to use a previous name or not to use the name "Stonewall Jackson" on their diploma, for example?

A.   Yeah.  So we did that previously when

Page 174

Stonewall changed to Mountain View two or three years, we allowed students to request Stonewall Jackson on their diploma.  Their official diploma, of course, was a Mountain View High School diploma, but they had a Stonewall Jackson High School diploma as well.  And the same goes for changing it from Mountain View to Stonewall Jackson.  We'll -- we will acknowledge that request.

Q.    Is it a time period for that request or --

A.    Yeah.  So we did it for the -- all three years for Stonewall Jackson to Mountain View.  So I'm assuming we will do the same thing with Mountain View to Stonewall Jackson.

So the graduating class is about 100 students.  And the last time we did it for Mountain View, students who requested Stonewall Jackson, there were more than half of the students requested Stonewall Jackson diplomas. This year we had no student request a Mountain View High School diploma.

Q.    What year did more than half of the students request Stonewall Jackson diplomas?

A.    So I believe -- I believe it was the

Page 175

'23-24 school year.

Q.   And during that time period when the school was named Mountain View, how did students know that they could request a Stonewall Jackson diploma?

A.   Uh-huh.  I'm not sure about that.  But they knew because we have a list of the students who requested it.  So I know that they requested to the school principal, but I don't know what the process of getting that information out to the students was.  I think it was just word of mouth, but that's my opinion.

Q.   And how did you know more than half of the students requested a Stonewall Jackson High School diploma?

A.   Because the principal kept a list.

Q.   And then how did you then get that information?

A.   The principal provided it to me.

Q.   Was that at your request or how did that work?

A.   I don't remember.

Q.   Did you need that information for something?

A.   I don't remember.  I don't remember

Page 176

why he supplied it to me.  But he gave it to me.

Q.    And now that the school's been returned to Stonewall Jackson High School, are students aware that they can request a Mountain View High School diploma?

MR. FITZGERALD:  Object to form.

THE WITNESS:  It would be -- it would be the same process as previous.  And I don't know what that process was or is.

BY MS. PLATER:

Q.    And how did you know that no one requested a Mountain View High School diploma?

A.    The principal shared that information with me.

Q.    Did you request that information?

A.    I don't remember.

MS. PLATER:  Okay.  If we could pause here and go off the record to take a quick brief break.

THE VIDEOGRAPHER:  Off record.  Time is 3:07.

(Recess taken from 3:07 p.m. until 3:16 p.m.)

THE VIDEOGRAPHER:  Back on record. Time is 316.

BY MS. PLATER:

Page 177

Q.   Thank you.   So, Ms. Sheppard, you walked us through your involvement after the vote to restore the names and beginning to implement the change of the names right before the break.

Could you walk through the timeline of when you began ordering items and when the names were then -- when the items were beginning to be installed after the vote in May?

A.   Yeah.   It was really quick.   I don't know exactly the dates, but it was so the -- it was on May the 10th and it was shortly thereafter.   Probably two to three weeks that we started changing the names back to -- from Mountain View High School to Stonewall Jackson High School, like the names on the school and the names on the sign outside, probably before the end of May.   But knowing that summer is the time that we get all of our -- you know, most of our work done when it has to do with construction or any type of major change, summer's our opportunity to do that.

Q.   And what about ordering, you know, physical items and uniforms and apparel with the names and logos on them?

A.   Uh-huh.   I knew that --

Page 178

Q.    What was the timing for that?

A.    Sorry.  Sorry, I interrupted.

I know that we -- we focused mainly on, like, the fall sports first.  And I don't have a timeline, but, you know, fall sports first, and then we moved to winter and then spring.  So -- but I couldn't give you a timeline of -- as to when those were ordered.  That really -- that work really happened at the school level.

Q.    Okay.  And you mentioned that this was a pretty quick turnaround on time frame.  Do you know --

A.    Uh-huh.

Q.    -- why that was so?

A.    Just based on my recollection that it was -- it was just summer, and it was a ample opportunity.  And, frankly, we had saved some of the stuff from previously.  So that was easy to install when we had some of the -- you know, the letters that go on the building, that was easy to get taken care of.

Q.    And how much of this construction or restoration work had taken place by the start of the school year?

Page 179

A.   My recollection, the majority of it probably except for the -- except for the uniforms.  I'd say that was later and then ancillary items that we either overlooked or forgot.

Q.   So it's fair to say the majority of restoring of the names to the buildings and facilities for Stonewall and Ashby-Lee was complete by the fall of 2024?

A.   I think that would be fair.

Q.   And some of that work continued through the school year for other items that needed to be either replaced or restored?

A.   Mainly uniforms.  I don't know that I could point to anything else without looking at the spreadsheet, anything else that occurred after -- after the start of the school year.

Q.   And is it your understanding that the Coalition who funded the restoration, that they had already raised money at this point --

A.   No.

Q.   -- to begin this work?

A.   I wasn't part of that piece of it.  I don't know -- I don't know how much they raised. I don't know who they raised it from.  I don't

Page 180

have any knowledge of that.

Q.    Is it your understanding that the only money that was used to fund the restoration of the school names came from the Coalition for Better Schools?

A.    That is my understanding.

Q.    Was the school board involved in helping to solicit funds for the Coalition for Better Schools?

A.    Not that I'm aware.

Q.    Did you have any involvement with soliciting funds --

A.    Absolutely not.

Q.    -- to restore?

A.    Absolutely not.

Q.    And did you do a calculation of how much it would cost to complete this work to restore the names?

A.    I did not.  The only thing I provided that I can recall is the information from the previous name change which was over $300,000.

Q.    Did you have to make a determination about any projected funds for this project to restore the names?

A.    I don't think so.

Page 181

Q.   And I believe you testified earlier today that you didn't handle any funds related to restoring the names to the school; is that right?

A.   Absolutely not.

Q.   Do you know the source of funds that the Coalition for Better Schools received, where they got the money from?

A.   I do not.  I have no clue.

Q.   Did you ever ask about that information?

A.   I did not.

Q.   Why?

A.   I don't care to know.

Q.   Do you know if any of the school board members helped to solicit funds for the Coalition for Better Schools?

A.   I do not.

Q.   And is it fair to say that you don't know the total amount of funds that the Coalition for Better Schools received and used for the restoration of the school names?

A.   The only thing I would know was what was on the spreadsheet, and you probably have access to that.  And it's been a long time since I've looked at that information.  So the

Page 182

spreadsheet would be the cost of the -- what was paid for the items that were replaced, but I have no clue how much was collected from -- for the name change.

Q.   But you have a spreadsheet that details the funds that were expended to restore the names?

A.   Right.  And I -- honestly, I don't even know if that is complete.  There may be some blank -- blanks on that spreadsheet.  It's been a long time since I've looked at it.  So it may not be a complete document.

Q.   Okay.  Who would have the complete documentation of funds that were received and then spent to restore the school names?

A.    I would speculate that it would be Mike Scheibe, but I'm not sure.

Q.   Do you know when the Coalition for Better Schools began raising money for this initiative to restore the school names?

A.   I do not know.

Q.   Were any county funds used at all during this process to restore the school names?

A.   Not that I'm aware.

Q.   Were any, like, local school

Page 183

dedicated funds used in this process to restore the school names?

A.    Not that I'm aware.

Q.    Was this -- the funding for this process factored into the school budget or had to be noted in any school budget documents in this process?

A.    It was not --

Q.    I'm sorry, what was your answer?

A.    It was not factored into the school budget, nor was it noted as part of an expenditure -- a potential expenditure.

Q.    Did you have to report out at all on this project to restore the school names and the funding or in any of that process?

A.    No, I did not.

Q.    Do you currently have any involvement with any ongoing projects related to restoration of the school names?

A.    I do not believe so.

Q.    Did you keep track of what things you already had that were previously used and what things had to be purchased?  Are there records of that that you have?

A.    They -- I do not have records of

Page 184

that, no.   The school may have records of that.

Q.    You talked -- you talked a lot about sort of your collaboration with the school board when it comes to school board policies and agenda.   So during your -- your time in your position, were you aware of a process for either removing or rescinding a school board policy?

MR. FITZGERALD:   Object to form.

THE WITNESS:   So could you clarify or rephrase so that I can answer the question.   I'm not sure I completely understand it.

BY MS. PLATER:

Q.    Sure.   So during your time as a superintendent of the school -- of Shenandoah County Public Schools, are you aware of any process for removing or rescinding school board policies?

A.    So occasionally we have a policy that we've removed because we've either combined that policy with another policy or -- or the law has changed.   So I believe the answer is yes, if I'm understanding your question correctly.

Q.    So can you give examples of a policy or policies where you've had to rescind it or

Page 185

reverse a decision in situations where the law hasn't changed?

A.    So reverse or rescind.  We have changed policies based on new information or new laws, but I don't know that we've reversed or rescinded.

Q.    Okay.  Well, in instances where you've changed a policy.

A.    Uh-huh.  So we do --

Q.    What's an example of that?

A.    Uh-huh.  We do that regularly.  And all of those documents would be on board docs on the policies, you know, we redline a policy and we underline the new things that we put in there. So we -- there are multiple instances of policies changing because a law or regulation has changed or just our practice has changed.  So absolutely. And you want an example?

Q.    Sure.  Can you provide one example --

A.    I cannot come up --

Q.    -- as it related to a new law?

A.    I cannot provide an example without looking at Word docs.  One just doesn't come to the top of my mind at this point.

Q.    Is there a specific process that's

Page 186

followed when you're changing or rescinding a
school board policy?

A.    Uh-huh.  So the process that we would
follow would be very similar to how we introduce
items on the school board agenda.  It's on the
agenda for information for one month.  Then a lot
of times we'll have a work session in between
where we'll talk about the policies that are
being recommended.  Sometimes we have 80 policies
that we're looking at changing, tweaking a word
or two or whatever.  And then the following
meeting is for approval.  So very similar to how
we do agenda items on our school board meetings,
our policies are done very similarly.

Q.    And I guess during your tenure, has
there ever been a situation where there's been a
school board policy that's been implemented that
was completely reversed or removed later?

A.    So the only thing that comes to mind
is the transgender policies over the last four
years with different administration, governor and
presidential.

Q.    What was that transgender policy
about?

A.    So it boils down to the use of

Page 187

restrooms and locker rooms was what may -- what
changed almost in its entirety.

Q.   Okay.  And when was that policy
implemented?

A.   I don't know.  I'm going to say 2021,
and then it was probably changed in 2024 or 2023.
So but those are -- those are just guesses.

Q.   And what was the initial policy
providing for regarding bathrooms?

A.   That students who identified as
transgender could use the restroom of their
choice, which was a previous policy.  And the
current policy is students who identify as
transgender have to use the restrooms of their
birth gender sex.

Q.   And you said that was changed roughly
in 2023; right?

A.   Probably 2024.

Q.   Okay.

A.   Uh-huh.

Q.   Between 2023 and 2024?

A.   Uh-huh.

Q.   Were those changes based upon a
change in law or regulations?

A.   I don't recall.  I would have to look

Page 188

it up.  It seems to me like it had to do with something with Title IX.  But, again, I would have to look it up.  I'm not sure.

Q.  Was it the school board's request to change those policies?

A.  Yes.

Q.  And what was the process that was followed to make that change in 2023 or 2024?

A.  So we had multiple meetings.  So at least -- at least three.  It was introduced, discussed, and then changed, but there may have been a couple more meetings in between to continue the discussion.

Q.  And are there any special rules or procedures that apply when you are reversing a previous policy as opposed to introducing a completely new policy?

A.  They're very similar.  They're the same.

Q.  Do you know what motivated the school board to request to change this transgender policy that you mentioned?

A.  I do not.

Q.  Do you know if any surveys were conducted by the school board?

Page 189

A.    I don't recall there being any surveys.

Q.    Does your office conduct any surveys on the transgender policy?

A.    Not that I -- sorry.  I'm so sorry.  Not that I remember.

Q.    Do you know if any community groups or third parties conducted any surveys?

A.    Not that I know of.

Q.    And you don't recall it being connected to any changes in any laws or regulations?

A.    I'm not sure, but possibly.

Q.    Okay.  Turning back to your involvement in collecting documents for this case.  You testified earlier that you turned over your phone to be collected by a vendor --

A.    Uh-huh.

Q.    -- to collect your documents within the last I believe you said two or three weeks; is that right?

A.    That's correct.  Maybe a month, but, yes, recently.

Q.    Sure.  Are you aware that a similar document collection was required for the school

Page 190

board members?

A.    Yes.

Q.    Did you have any involvement in the document collection for the school board members?

A.    Just trying to find their availability.

Q.    And why were you involved in that?

A.    So -- because we're a small school division, and there's only a few of us here to do the work.  So that's why I was involved.

Q.    Okay.  Did you -- were you required for handling of any of the documents or facilitating any of the collection?

A.    So from school board members?  Are you talking about their personal texts and personal e-mail?

Q.    I am asking you about all of your -- all or any of your involvement with collecting the documents responsive to the requests as a part of this lawsuit from the school board members?

A.    From the very beginning.

Q.    What was your involvement?  Yeah.

A.    So I was involved in the document collection from -- while I didn't do searches on

Page 191

our network for e-mails and things like that, but some of the other things that I had access to, I collected and shared with our attorney.

Q. Okay. Could you take a step back for me and walk me through what that looked like? You said you connected with the school board members to arrange schedules.

A. Uh-huh.

Q. Let's start there. What did -- how did that work?

A. So there was several discovery documents requested from the plaintiffs. And when the third-party vendor asked for access to our personal devices, I just asked the school board members to supply their personal devices and -- and asked when they were available to do that.

Q. Did you schedule a meeting to gather their personal devices?

A. Typically, after that, I turned it over to our communications person and he took care of it.

Q. And what did that -- what does taking care of it mean? The communications person then did what?

Page 192

A.    Yeah.  So based on what they did to my personal device, he connected it to a machine and talked to somebody on the phone and they collected the information off of the phone.

Q.    Okay.  And did you have any further involvement after that point?

A.    Not really.  Not as far as collecting personal e-mails or phone messages.

Q.    So you were only involved in connecting them to your communications person to collect their personal e-mails and messages from the school board members; is that right?

A.    From school board members, yes.

Q.    Were you involved with anything to collect their school board related documents from their school board related maybe e-mails or text messages?

A.    So discovery -- discovery documents came in and we would look through the discovery documents, and there were four of us that were actually responding to them.  It was myself, the clerk of the school board, our communications person, and another communications person, and keyword searches and all of that.  The whole e-mail piece of it, the communications person did

Page 193

both of the communications.  Whenever there was anything connected to school board e-mail or whatnot, that was all our communications person.

However, if there was a document, if there was a request for something that wasn't e-mail, then -- and if I could, I provided that information.

Q.   How did you gather and collect --

A.   Yeah, so one example --

Q.   -- any of this information?

A.   One example is school board norms.  I went to our board docs, printed the school board norms, and e-mailed them to our -- to our attorneys or uploaded them to the portal.

Q.   And how did you collect other electronic documents from the school board members?

A.   Our communications person sought those documents.

Q.   Okay.  And do you know what the process was for that communications person?

A.   I do not.

Q.   Were you involved at all with that portion of collecting the --

A.   Not --

Page 194

Q.    -- the electronic document?

A.    No.  No, I was not.

Q.    So the communications person met directly with the school board members to gather their school board related electronic documents?

A.    So I don't know that it was necessary for him to meet with them because he could do a keyword search on what was -- what was requested, if you're talking about e-mail.  If you're talking about documents, I -- I don't know.

Q.    Did you review all of the documents, whether it be e-mails, text messages, hard copy documents or digital, did you review all of the documents that were collected from the school board members?

A.    I don't know that I reviewed any of the documents that were collected from school board members.  I don't -- no, I didn't review any of them.

Q.    Did you participate in gathering all of them or collecting all of them?

A.    No.

Q.    What about in -- you mentioned the discovery requests.  What about in preparing to respond and provide answers to the

Page 195

interrogatories, for example?  What was your

process for going about that?

A.    So process for the interrogatories

was to send the school board members the

interrogatories and ask them to respond by a

particular date.  I typically scanned their

responses in if they provided them in paper form,

or if they provided them e-mail, I just forwarded

them to Jim Guynn's office.

Q.    And did you reach out to the school

board members individually to coordinate that?

A.    It was a group.  So it's -- typically

it was a group e-mail unless one hadn't responded

and then I may reach out to them individually --

may have reached out to them individually and say

I haven't received your response yet.

Q.    Were there -- did you receive any

training or instructions about collecting

documents or responding to the interrogatories?

MR. FITZGERALD:  Objection to the

extent you're asking for privileged

information from attorney-client

privilege.

BY MS. PLATER:

Q.    I'm not asking about the details of

Page 196

any attorney-client conversations.  I'm simply asking if she received any training or instructions about how to go about collecting documents in responding to the interrogatories?

MR. FITZGERALD:  Okay.  You can answer.

THE WITNESS:  Possibly.  But I don't remember.

BY MS. PLATER:

Q.    So once the documents were collected, whether it be digital, hard copy, what have you, and the responses were provided for the interrogatories, the written responses, was there anyone that did any relevant checks to ensure everything that was collected was then provided?

A.    Not from this office.  Not from the school division.

Q.    Okay.

A.    Let me make sure I answered that question right.  Will you -- will you re-ask it?

Q.    Sure.  I'm trying to understand if -- if there was any -- any check or anyone to verify that whatever was collected or the responses that were provided was everything that was relevant to the particular request?

Page 197

A.   Okay.  I did not verify if all of the information was collected was relevant or if all of the information was collected that was relevant.  I did not verify that, no.

Q.   Do you know if anyone did some sort of check in that regard?

A.   I don't know.

Q.   And, to your knowledge, was everything that was relevant preserved?

A.   Yes.

Q.   Was everything that was relevant collected?

A.   I don't know.  Our process, just like our process for FOIA, we believe everything that was relevant was collected, but I can't verify that completely.  We used the keywords that were agreed upon.

Q.   What do you mean you used words that were agreed upon?

A.   We agreed with Jim Guynn's office on the keywords that we would use to do our searches.

Q.   Okay.

A.   Uh-huh.

Q.   And, to your knowledge, was anything

Page 198

deleted or disregarded before the litigation began?

    A.    No.  No.  As required by law, mine and school board members communication is forever.  So we don't delete anything.

    Q.    Thank you.  Are you familiar with any documents that the plaintiffs produced in this case?

    A.    I am not.

    Q.    Have you had any access to any documents that the plaintiffs produced?

    A.    I don't believe so.

        MS. PLATER:  Okay.  If we could go off the record for a moment.

        THE VIDEOGRAPHER:  Off record.  Time is 3:53.

  (Recess taken from 3:53 p.m. until 4:01 p.m.)

        THE VIDEOGRAPHER:  Back on record. Time is 4:01.

BY MS. PLATER:

    Q.    All right.  Thank you.  So just moving to a last set of questions for today.

        Ms. Sheppard, what is your understanding of the school board's insurance policy related to this litigation?

Page 199

A.    Can you be a little more specific?

Q.    Sure.  Are you aware that the school board has an insurance policy?

A.    Yes.

Q.    And what is your knowledge of that policy, their coverage?

A.    So the policy coverage is we have $100,000 in litigation of coverage for liability.

Q.    And is that your understanding that that is the full amount that the policy covers?

A.    So it just depends.

Q.    And what do you mean by that?

A.    If -- on what is being litigated, what is being asked for.

Q.    So your understanding of the policy is that the coverage amount varies based on what the underlying litigation is about; is that correct?

A.    That is correct.

Q.    Okay.  Are you aware or is it possible that in this particular circumstance that it could be more than $100,000 of coverage for this particular case?

A.    Yes.

Q.    And is there anyone else covering the

Page 200

cost of litigation on the school board's behalf
here?

A.    Not at this time.

Q.    Do you know what would allow the
insurance coverage to go above 100,000?

A.    Not specifically.

Q.    But it's your understanding that it
is possible depending on the type of litigation?

A.    Yes.

Q.    And it's your understanding that this
case could fit into that category where it could
go above 100,000?

A.    Possibly.

Q.    Are you aware of if the Coalition for
Better Schools is providing any funding for the
cost of litigation?

A.    Not at this time.

Q.    And how did you determine your
understanding of the 100K insurance coverage?

A.    I talked with our insurance
representative or salesperson.  I don't know what
his title is.  Lee Brannon.

Q.    And are you involved in any
determinations with regard to the insurance
coverage?

Page 201

A.   No.

Q.   Is there a reason why you wanted to speak with him about the insurance coverage?

A.   To know what it was.

Q.   Are you aware at all that, you know, in addition to the school board having to pay for its own representation and legal fees that should we prevail in this lawsuit, the school board could be responsible for paying the plaintiffs' attorneys fees and costs?

A.   I read that --

MR. FITZGERALD:  Objection. Privileged.

BY MS. PLATER:

Q.   And when you spoke with the -- your insurance representative, did they provide any insight about any coverage for this case specifically?

A.   Yes.

Q.   What was the -- the conversation about that coverage for this case?

MR. FITZGERALD:  Object to form.

THE WITNESS:  The conversation was about how much money we had in attorney fees.  And that's what -- that's what the

Page 202

conversation was about.

MS. PLATER:  So I think I will end there.  I do want to make one note for the record that I would like to leave this deposition open for the remainder of the time following the close of this deposition.

I just also want to note that I spoke briefly with opposing counsel during the break about the document production for the custodial records for Ms. Sheppard that we have yet to receive that we should be receiving at the end of this week.  And given that, we wish to leave the deposition open in case we want to examine Ms. Sheppard regarding those documents. And other than that, I have no further questions.

MR. FITZGERALD:  I don't have any questions.

THE VIDEOGRAPHER:  Okay.  Off record. Time is 4:07.

* * *

(Deposition adjourned at 4:07 p.m.)

(Read and sign reserved.)

Page 203

CERTIFICATE

I, CHRISTINE A. TAYLOR, Registered Professional Reporter, Certified Court Reporter, do hereby certify:

That MELODY SHEPPARD, the witness whose deposition is hereinbefore set forth, was duly sworn by me, and that such deposition is a true record of the testimony given by such witness taken stenographically by me to the best of my ability.

I further certify that I am not financially interested in the outcome of this action, a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of November, 2025.

_____

CHRISTINE A. TAYLOR
Registered Professional Reporter
Certified Court Reporter #4736

Page 204

DEPOSITION ERRATA SHEET

Case Caption:  Virginia State Conference NAACP, et al., v. County School Board of Shenandoah County

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Sign on the _____ day of _____, 20 __.


_____
MELODY SHEPPARD

Page 205

DEPOSITION ERRATA SHEET

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

Page No. _____ Line No. _____ Change to: _____

_____

Reason for Change: _____

SIGNATURE: _____    DATE:_____

                MELODY SHEPPARD

**[& - 2022]**                                                          Page 1

**&**

**&** 3:9 7:10

**0**

**00000549** 5:7
**00015517** 4:13
**00040** 1:6
**006932** 5:19
**006936** 5:11
**009119** 4:19
**011650** 4:25
**012815** 5:4
**012818** 5:2
**012824** 5:13
**013258** 5:15
**023965** 5:17
**027464** 5:9

**1**

**1** 4:20,22 38:5
    39:2 48:17 91:9
    115:21,25
    133:5 135:6,10
    137:17
**1/9/2015** 4:17
**10** 100:25 130:7
    153:24
**10/25/2022** 5:18
**100** 5:1 110:17
    110:18 174:16
**100,000** 199:8
    199:22 200:5
    200:12
**100k** 200:19

**101** 5:3 130:10
    130:11
**102** 5:6 132:20
    132:21
**103** 5:8 139:19
    139:20
**104** 5:10 141:2
    141:3
**105** 5:12 145:2
    145:3
**106** 5:14 146:8
    146:9
**107** 5:16 149:8
    149:9
**108** 5:18 152:21
    152:22
**10:19** 38:19,20
**10:33** 38:20,22
**10th** 3:10 113:5
    134:12 177:11
**11** 132:14
    145:11
**110** 5:1
**11651** 4:25
**11:35** 76:11,12
**11:43** 76:12,14
**11th** 111:11
    112:25 145:16
**12816** 5:5
**12:38** 115:8,10
**12th** 96:19
**130** 5:3
**131** 28:5

**132** 5:6
**139** 5:8
**14** 50:22 144:25
**141** 5:10
**145** 5:12
**146** 5:14
**149** 5:16
**14th** 3:5
**15** 11:1 91:10
    146:5
**152** 5:18
**16** 50:22 149:6
**17** 152:19
**18** 139:17
**180** 83:9
**19** 140:25
**1959** 160:8,14
    171:20
**1970** 137:2
**1993** 14:18
**1997** 15:2
**1:18** 115:10,12
**1st** 15:25 87:4
    90:6

**2**

**2** 44:3 116:3
    133:5 135:7,10
    137:17
**2/23/22** 4:18
**20** 11:1 29:16
    39:18 91:10
    100:25 126:15
    204:15

**20001** 3:11
**20005** 3:6
**2002** 4:22
**2003** 14:17
**2015** 14:25 15:7
**2019** 15:10
**202.319.1000**
    3:6
**202.662.6000**
    3:11
**2020** 15:10,10
    23:15 24:25
    39:18 44:15
    46:1,22 48:24
    49:12,18 50:1
    50:18 51:6
    52:11,21 53:2
    54:2,7 55:20
    58:12,16,21
    59:11 60:1 61:3
    61:4,10 64:6,8
    73:14 74:10
    116:3 129:2
    140:21
**2021** 13:20
    15:16,25 23:14
    24:25 29:16
    30:10,11 50:15
    51:19,23 66:7
    129:17 187:5
**2022** 4:20 13:18
    14:16 64:7,8,9
    64:13,19,21
    65:23 66:5,23

**[2022 - 9th]**

67:12 69:15,18
70:11 71:9,14
71:18,22 73:12
78:12 79:6
81:17 87:4
92:12 93:25
95:23 152:12
152:17 153:8
**2023** 66:7
129:17 187:6
187:17,21
188:8
**2024** 7:20 30:10
46:3 66:6 74:24
111:5 128:4,17
128:20 130:2
131:7 134:14
141:18 146:13
149:21 152:12
152:17 158:7
158:13,17,19
171:25 172:3,4
179:9 187:6,18
187:21 188:8
**2025** 1:16 2:1
6:7 203:18
**21** 55:22
**21-22** 81:13
**21572** 203:19
**22** 1:16 2:1
67:15
**22nd** 6:6 67:12
**23** 78:13

**23-24** 175:1
**23969** 5:17
**24** 66:12
**24153** 3:16
**25** 94:2
**25th** 39:18
135:12 153:6
**2:16** 154:2,3
**2:30** 154:3,5
**2nd** 95:22

**3**

**3** 46:6 116:6
**30** 81:17
**300,000** 180:21
**316** 176:24
**38** 4:9
**3:07** 176:21,22
**3:16** 176:22
**3:53** 198:16,17
**3rd** 95:22
130:20 146:13

**4**

**4** 111:4
**4/17/2024** 5:16
**4/22/24** 5:8
**4/3/2024** 5:3
**4/4/2024** 5:1
**4/5/2024** 5:12
**4/6/2024** 5:10
**400** 3:5
**415** 3:16
**44** 4:14

**46** 4:16
**4736** 203:22
**4:01** 198:17,19
**4:07** 202:22,24
**4th** 203:18

**5**

**5** 86:16
**5/3/2024** 5:14
**500** 171:14
**540.387.2320**
3:17
**55** 4:17
**550** 5:7
**59th** 28:7
**5:24** 1:6
**5th** 145:8

**6**

**6** 44:15 46:22
89:18 116:3
**6/3/2022** 4:24
**6/6/2020** 4:16
**66** 4:18
**6933** 5:19
**6937** 5:11
**6th** 141:19

**7**

**7** 4:3
**7/6/2020** 4:14
**700** 3:5
**75** 137:3
**7670713** 1:25

**8**

**80** 186:9
**850** 3:10
**86** 4:20
**89** 4:22

**9**

**9** 52:11 58:16
110:5 134:13
**90s** 13:23
**9120** 4:19
**92** 4:9 14:18
38:23 116:2
**93** 4:14 14:18
14:18 44:4
116:5
**94** 4:16,24 46:7
116:8
**95** 4:17 55:23
56:1
**96** 4:18 66:14
66:17
**97** 4:20 86:18
86:19
**97th** 28:5
**98** 4:22 89:20
89:21
**99** 4:24 94:5,6
**990** 83:9
**9:31** 2:2 6:7
**9th** 90:4,8,10
113:4 134:12

**[a.m. - agenda]** Page 3

| a |
| --- |

**a.m.** 2:2 6:7 38:20,20 76:12 76:12
**ability** 203:11
**able** 39:4 44:7 66:20 86:22 89:25 94:9 159:20
**above** 200:5,12
**abridges** 3:12
**absolutely** 29:3 180:13,15 181:4 185:17
**academic** 52:4
**acceptance** 42:15
**accepted** 103:14
**accepts** 152:4
**access** 48:23,25 49:1 53:17 78:1 107:11 181:24 191:2,13 198:10
**accordance** 117:14
**account** 78:1
**accurate** 18:7 23:22 78:5 96:11 154:19 158:15 204:9
**accurately** 10:1

**achievement** 28:4,9 52:4
**acknowledge** 41:19 42:6 174:8
**acknowledges** 45:4
**acknowledging** 43:22
**act** 40:16
**action** 17:6,11 42:16 146:14 146:21 147:12 147:25 148:7,7 148:16 203:14
**actions** 41:21 42:8 95:25 97:12
**actively** 41:18 42:6
**activities** 104:11 125:8 128:4
**actual** 17:20 26:13 37:23 61:5 104:18,19 148:6,9
**actually** 25:16 47:13 57:22 58:6 92:8 103:15 106:6 117:6,9 121:9 126:16,18 127:19 132:12

136:24 139:16 143:6 147:9 148:11 155:23 158:9 166:9 192:21
**add** 111:9 113:17 148:21 150:25 158:16
**added** 75:11 84:22 113:15 131:5,10,13 148:20 149:24 150:1,20 151:5 158:6,9,12
**adding** 113:10 114:11 131:15
**addition** 124:6 201:6
**additional** 25:12 57:23 58:3 76:4 91:7 144:11 154:17
**address** 41:19 42:6 161:14 167:12
**addressed** 93:21 111:14
**adhere** 58:13 172:21
**adjourned** 202:24
**administration** 14:12 15:8,12 80:21 186:21

**administrator** 15:2 33:22
**administrators** 107:23
**advice** 97:20
**advise** 150:7,10
**affairs** 3:4 7:9
**affiliated** 100:4 107:23 108:2 110:3 118:5 119:2
**affirmative** 42:12
**affirming** 4:10 39:14
**afternoon** 171:12
**agenda** 4:21 19:3,6,9,11,12 52:2,15,17,18 52:19 53:1 59:12 65:11 69:20 70:8 71:13,14 73:2 74:5,6 75:3,9 75:11,15 76:2 87:3,4 90:14 111:11 112:25 113:2,10,15,17 113:20 114:5 114:12,15,19 131:6,10,12,14 131:16 143:19 145:9,16

**[agenda - ashby]**                                                    Page 4

| | | | |
|---|---|---|---|
| 147:14 148:3 148:11,22 150:2,21 151:1 151:3,5 158:6 158:16 159:7,9 159:16 184:5 186:5,6,13 | **amendment** 22:9,10,20 43:15,17 | **answers** 9:1 194:25 | **approval** 186:12 |
| **agendas** 74:20 76:5 | **amount** 74:6 123:14 181:19 199:10,16 | **anybody** 35:15 | **approve** 17:9 18:19,21 168:22 |
| **ago** 11:19 12:21 12:22 26:21 80:20 | **ample** 178:17 | **anytime** 98:5 107:13 129:5 | **approved** 75:22 88:17 90:8 |
| | **analese** 3:10 | **apologize** 24:11 | **approves** 16:11 16:15,20 17:14 |
| **agree** 31:13,18 49:4 | **analyze** 84:13 | **apparel** 34:15 125:6,7 126:22 177:23 | **approving** 76:1 |
| **agreed** 6:17 14:4 197:17,19 197:20 | **analyzed** 82:9,9 | **apparent** 61:21 | **approximately** 104:12 |
| | **analyzes** 84:11 | **appeal** 36:20,22 36:23 | **april** 71:9 111:4 111:11 112:25 113:6,7 130:20 131:7 134:13 141:19 145:8 145:11,16 158:9,13 170:25 171:1 |
| **ahead** 7:13 52:10 97:5 | **analyzing** 82:5 84:15 144:19 | **appearances** 3:1 | |
| **al** 1:4 6:10 204:2 | **ancillary** 179:4 | **appearing** 6:17 | |
| | **angie** 140:4 | **appears** 66:22 67:8 68:11 94:12 95:25 141:11 | |
| **allegations** 37:25 | **anguishes** 40:17 | | **area** 132:11 |
| **alliances** 41:13 | **announced** 36:10 | **applied** 45:13 50:12 | **areas** 29:12 57:12 121:10 |
| **allocated** 25:16 | **answer** 13:8 17:1 34:17 49:17 81:8 105:8 126:16 126:19 128:24 132:24 138:24 150:11,19 164:17 183:9 184:10,22 196:6 | **applies** 150:13 | **arrange** 9:18 191:7 |
| **allow** 37:12 45:24 200:4 | | **apply** 15:20 51:7 188:15 | **article** 4:16 110:2 |
| **allowed** 34:14 36:23 174:2 | | **applying** 51:10 | |
| | | **appointed** 15:15 | **articles** 108:15 108:18,21,23 109:2,9,25 |
| **allowing** 32:21 | | **appointment** 15:23 | |
| **altogether** 26:15 97:7 | **answered** 150:14 157:11 163:18 196:19 | **appropriate** 105:2 | **ash** 63:25 |
| **alum** 129:14 | **answering** 106:9 | **appropriately** 106:25 | **ashby** 23:7 24:14 25:7 26:3 26:19,22 30:19 |

**[ashby - barlow]**                                                    Page 5

49:16 50:10 62:24 63:14,19 64:1,2,15 68:19 99:24 103:7,12 112:16 116:25 123:25 124:14 130:21 136:19 136:24 142:4 146:22 160:21 166:8 179:8

**asked** 80:24,25 84:20 108:13 112:13,14 117:6 157:11 169:4 191:13 191:14,16 199:14

**asking** 9:9 13:7 17:4 20:22 21:2 32:11 44:25 49:8 111:8 149:24 155:13 156:14,18 163:3,5 169:3,9 190:17 195:21 195:25 196:2

**asks** 80:5 111:8

**aspects** 27:21

**assess** 164:19 164:24 168:12 168:25

**assessment** 168:21 169:6 170:2,13,16

**assistance** 75:3 75:4

**assistant** 15:7 15:12

**associated** 94:15

**assume** 119:16 146:2

**assuming** 14:2 64:2 94:21 108:11 174:14

**assumption** 119:17

**athletic** 125:12 125:15,20,21 126:3

**atif** 4:16 46:21

**attend** 27:23 29:1 87:5 88:3 88:4 101:6 158:19 166:10

**attended** 87:18 100:13 102:15 102:22

**attention** 129:16

**attic** 62:25 63:13,14

**attorney** 7:10 11:21 191:3 195:22 196:1 201:24 203:14 203:16

**attorneys** 11:6 193:14 201:10

**audio** 115:22

**august** 171:2

**authority** 118:10

**availability** 190:6

**available** 60:8 138:16 191:16

**avenue** 3:16

**aware** 50:8,16 50:20 51:3 58:15,18,20 62:14 63:1,20 65:14,22 66:25 73:12,20,23 74:2 85:22 92:22 93:1 100:7 103:4,5 107:22 108:1 112:10 128:22 138:21 144:15 166:19 176:4 180:10 182:24 183:3 184:6,16 189:24 199:2 199:20 200:14 201:5

|     b     |
| --- |

**b** 4:7

**bachelor's** 14:3 14:5,17

**back** 12:17 15:11 30:1 36:12 38:21 50:21 62:23 63:4 68:16,18 68:23 69:2,24 70:3 76:13 77:5 85:7 92:2 115:11 116:14 120:12 122:2 122:18 127:18 128:6,14 129:3 133:8 134:16 137:21 142:4 154:4 170:19 172:16,19 176:23 177:13 189:14 191:4 198:18

**background** 10:4 13:10 14:21

**bakerinc** 95:2

**ballpark** 134:8

**barlow** 66:23 67:5 69:15,16 69:22 94:13,20 95:5,15,24 96:21 97:4,17 97:23,24 98:1,8 100:21 101:24 102:3,4,19 111:1,15 145:7 145:17 146:12

**[barlow - board]**                                                      Page 6

146:18 147:7,8
**barlow's** 69:1
**baseball** 118:22
**based** 17:5,10
  31:15 32:9,18
  33:2,6,11,17,21
  33:21 34:8,21
  34:25 35:5,22
  36:8 37:10
  84:18 96:17
  97:2,8,12
  112:13 123:6
  127:12,16
  141:21,25
  142:2 150:16
  161:8 178:16
  185:4 187:23
  192:1 199:16
**basically** 8:9
**basis** 78:9
  120:24
**bathrooms**
  187:9
**began** 23:13,18
  173:11 177:6
  182:19 198:2
**beginning** 27:6
  57:3 162:17
  177:3,7 190:22
**behalf** 2:5
  200:1
**behavior** 32:3
  32:13

**believe** 21:20
  72:8 89:18
  96:24 109:22
  113:1,4 115:2,4
  121:7,7,22
  138:14 140:12
  143:24 151:25
  167:24 168:9
  170:23 174:25
  174:25 181:1
  183:20 184:22
  189:20 197:14
  198:12
**best** 203:10
**better** 5:4 62:25
  98:15,24 99:7
  100:2,9,11,16
  102:7,10,16,23
  103:16,20
  104:2,17,23,24
  105:10,11
  106:3,18,21
  107:10,24
  108:3 111:10
  112:9,19,24
  116:14,18,23
  118:4 119:10
  120:8,13
  123:21 127:25
  130:19,25
  134:24 138:7
  138:22 141:23
  142:1,6 143:18
  144:13 151:17

154:14 155:19
  155:25 157:7
  157:14 173:10
  180:5,9 181:6
  181:16,20
  182:19 200:15
**bias** 41:19 42:7
**bigger** 90:15
**birth** 187:15
**bit** 13:10 14:20
  18:11 21:17
  24:12 31:10,11
  76:17 80:20
  90:15 121:15
  129:10 154:13
  170:24
**black** 40:13,18
  55:18 93:23
  160:24 161:11
  161:14 162:1,7
  162:9,11,15,22
  163:11 164:7
  164:11 165:22
  166:10,14,17
  167:2,16,22
  168:1,7 169:8
  170:13,21
  171:6
**blank** 133:21
  182:10
**blanks** 182:10
**blurry** 57:7
**board** 1:7 4:17
  4:20,22 6:11

16:11,15,19,19
  16:23 17:8,13
  18:1,5,9,18,20
  18:21,24,25
  19:3,4,7,7,12
  19:13,13,21
  20:2,5,12,13,18
  21:1,6,6,8,16
  30:2,15 31:2,6
  31:12,14 32:9
  32:17 35:25
  36:21,22 39:18
  44:14,24 45:18
  45:23 46:1,3,24
  47:5 48:20,23
  49:12,14 50:9
  51:4,10,25 52:1
  52:1,12,14,17
  53:1,2,2,23
  54:2,8 55:20
  56:10,20 57:9
  57:13 58:24
  59:7,11,15,22
  60:1,2,2,4,8
  61:11 64:7,9,13
  64:23 65:6,25
  66:1,2,4 67:2
  67:18,22,23
  70:13,24 71:10
  71:17 72:24,25
  73:2,13 74:21
  74:23,23 75:10
  75:12,12,17,22
  75:23 76:5 77:9

**[board - campaign]**    Page 7

77:13 79:16,18 82:19,20,23,25 83:4,7 85:5,6,8 85:9,12,15,23 87:3,4 88:1,14 88:17 89:12 92:20,23 93:4 94:15,22 95:5,8 95:16,25 96:3 96:20,23,24 97:12,17,23,25 98:4 99:19 100:7,12 101:25 102:3,4 103:13 111:1,2 111:12 113:13 113:15,17 114:3,13,19 118:6 128:10 128:18 129:17 130:1 131:5,6 131:12 135:19 136:7 137:15 138:1,8,11,14 141:17,24 142:2,14,24 143:18 145:12 145:15 146:14 146:16 147:4 147:17,21 148:3,8,14,22 148:25 149:15 150:25 151:2,4 151:6,22 152:3

152:9,15 154:9 156:11,25 158:7,16,20,23 158:25 159:3 160:10 161:1 161:15 164:14 164:18 166:6 168:11,25 169:5,10,13,14 169:15,22,23 170:12 171:18 172:1,6 180:7 181:15 184:3,4 184:7,17 185:12 186:2,5 186:13,17 188:21,25 190:1,4,14,20 191:6,15 192:12,13,15 192:16,22 193:2,11,12,12 193:16 194:4,5 194:15,18 195:4,11 198:4 199:3 201:6,8 204:2

**board's** 20:21 21:25 23:6,14 29:15 35:21 36:16,18 52:21 65:15,22 71:22 71:25 74:20 188:4 198:24

200:1
**boards** 17:23 45:25
**boils** 186:25
**boots** 17:20
**borne** 147:3
**bottom** 28:6 140:11
**brand** 26:25
**brandi** 110:25 111:8 113:14 140:19 145:21 146:1
**brannon** 200:22
**break** 9:12,13 9:15,18 39:1 76:9,16 110:8 110:11 115:6 153:21,24 176:19 177:4 202:10
**breakout** 8:16
**breaks** 9:16
**bridges** 3:10
**brief** 38:17 76:8 153:21 176:19
**briefly** 6:20 202:9
**bring** 38:5 66:13 83:5 92:8 92:9
**bringing** 38:8

**broad** 21:19 24:3
**brought** 22:18 39:5 44:7 65:7 74:8 86:23 110:22 129:15
**budget** 89:4,6,7 183:5,6,11
**build** 41:12
**building** 91:16 123:24 124:22 178:21
**buildings** 179:7
**burling** 3:9 7:10
**burner** 117:1 124:15
**business** 12:15 14:7 18:21

**c**

**c** 4:1 6:1
**calculation** 180:16
**calendar** 77:10 77:11 78:4 80:19,22 82:13 83:6,8,10 84:2 85:10,11 86:12
**call** 134:3,4
**called** 87:8,9,22 98:23 118:21 118:21
**campaign** 66:3 66:5

**[campus - changing]**                                   Page 8

**campus** 55:6
  60:15 96:6
  117:12 136:22
  140:5
**campus's** 138:4
**candidate**
  15:22
**caption** 204:2
**captioned**
  204:7
**capture** 57:19
**card** 5:6 136:14
  137:4,14
  141:22,25
  157:21
**cards** 155:24
  157:18
**care** 178:22
  181:13 191:22
  191:24
**carry** 170:6
**case** 1:6 11:16
  13:4 17:25 22:3
  24:8,14 46:1,2
  46:2 69:19 78:9
  78:9 189:16
  198:8 199:23
  200:11 201:17
  201:21 202:15
  204:2
**category**
  200:11
**caught** 158:10

**cause** 167:21,21
**cbs** 5:7 98:23
  145:10
**center** 28:16
  55:5
**ceo** 16:8 24:6
  24:19
**certain** 16:21
  19:11 29:12
  96:23 137:1
  157:3
**certainly** 14:24
  57:5 156:23
**certificate**
  203:1
**certified** 203:4
  203:22
**certify** 203:5,12
**chair** 19:2,2,21
  21:11,11 67:23
  69:16,17 70:23
  75:6,7,8,8,14
  111:9,9 114:13
  114:14,21,22
  115:3,3 131:13
  148:14
**chair's** 75:2
**chairman**
  111:1,2
**chairs** 44:14,24
**challenged**
  21:15
**challenges**
  40:25

**challenging**
  21:24
**change** 19:22
  23:25 25:3,21
  26:9 28:16,24
  29:3,6,8,24,25
  30:6,9,18 46:25
  47:4 49:15
  52:24 53:24
  61:3 62:11
  68:14,17,23
  69:24 73:14
  79:6 87:10,12
  88:23 92:15
  95:1 96:1 103:6
  103:9,22
  104:18 111:3
  111:11 116:22
  117:24,25
  118:10 119:14
  119:25 125:16
  128:6,14,17
  129:1 137:13
  138:16,17
  140:9 141:13
  141:14 142:4
  146:16 155:6
  155:11,14,17
  158:1 159:8,13
  159:14 161:15
  167:8,9 168:8
  172:11 177:4
  177:20 180:21
  182:4 187:24

  188:5,8,21
  205:3,5,6,8,9
  205:11,12,14
  205:15,17,18
  205:20
**changed** 25:10
  25:13 62:23
  66:1 68:16
  103:25 104:5
  117:2,21,21
  119:12,13
  172:18 173:9
  173:13 174:1
  184:22 185:2,4
  185:8,16,17
  187:2,6,16
  188:11
**changes** 30:3
  60:1,2 118:16
  119:11 120:7
  122:2 137:21
  187:23 189:11
  204:9,12
**changing** 25:6
  29:14 44:25
  53:3 54:20,25
  55:7,10 60:6,16
  67:20 70:3
  72:17 103:10
  120:1,2 126:21
  138:23 139:2
  139:10 140:5
  170:3 172:6,15
  174:7 177:13

185:16 186:1 186:10

**characterizati...** 96:11

**charge** 62:12 109:15 120:25 120:25 125:9

**charles** 94:21 95:8 100:22

**chat** 70:4

**check** 117:5,9 117:13 196:22 197:6

**checked** 106:24

**checking** 117:18

**checks** 196:14

**children** 47:22 48:9 104:8 173:6

**choice** 187:12

**chose** 51:7

**christine** 1:23 6:24 203:3,21

**chroniger** 66:23 67:1,7 69:2 94:23 95:7

**circumstance** 199:21

**citizens** 68:22 135:10 137:16

**civil** 2:5 3:4 7:9

**claim** 22:9,10 22:25

**claims** 22:14,17

**clarification** 156:15 163:3

**clarify** 37:24 101:23 184:9

**class** 171:11 174:16

**classes** 32:22 165:23

**clear** 9:9 24:12 30:25 32:5 33:10 42:25 83:20 114:8 169:2

**clearly** 8:25

**clerk** 75:22 192:22

**client** 195:22 196:1

**climate** 84:1,3 84:5 86:12 163:24 165:4 165:19 167:1,4 167:11

**close** 50:3,5 202:6

**clothes** 34:1

**clothing** 34:14

**clue** 102:11 181:8 182:3

**coalition** 5:3 98:15,23 99:7 100:1,5,9,11,16 102:7,10,16,23

103:1,16,19 104:2,17,23,24 105:9,11 106:3 106:18,21 107:10,24 108:3 111:10 112:9,19,23 116:14,18,23 118:4 119:10 119:23 120:13 123:21 127:25 130:19,24 134:24 137:23 138:6,21 141:23 142:1,5 142:15 143:17 144:13 151:17 154:14 155:19 155:24 157:7 157:14 173:10 179:19 180:4,8 181:6,16,19 182:18 200:14

**code** 16:3 34:5 34:7,18

**collaboration** 31:12 184:3

**colleague** 7:11 115:15

**collect** 189:19 192:11,15 193:8,15

**collected** 11:16 12:3,7,13,14

77:25 182:3 189:17 191:3 192:4 194:14 194:17 196:10 196:15,23 197:2,3,12,15

**collecting** 12:19 12:25 189:15 190:18 192:7 193:24 194:21 195:18 196:3

**collection** 189:25 190:4 190:13,25

**college** 3:16

**color** 47:23 48:10 164:11

**combined** 184:20

**come** 31:22 32:20,21 35:24 36:3 72:19 109:1 137:17 185:20,23

**comes** 18:9 20:24 94:22 114:1 184:4 186:19

**comfortable** 91:16

**coming** 27:2 28:10 34:23 147:22

**[commencing - conducts]** Page 10

**commencing**
2:1
**comment** 94:23
160:18 166:6
**comments** 19:8
19:14 54:7,12
54:14,16,24
55:12,19 75:13
87:21 88:5,7
159:17,21,23
160:1,5,9,15,22
160:23,25
161:9,17 162:6
162:8,20 163:6
163:8 165:9
167:20
**commitment**
4:10 39:14
**committed**
41:13
**committee** 3:4
7:8 60:24
**committees**
60:10,14,19,20
**common** 88:25
**commonwealth**
44:15
**communicate**
104:1 125:24
**communicated**
125:16
**communication**
36:12 126:3
168:6 198:4

**communicati...**
12:1 93:16
108:24 123:8
131:25 171:15
191:21,24
192:10,22,23
192:25 193:1,3
193:18,21
194:3
**communities**
71:4
**community**
27:22,24 30:7
40:10,18 41:9
55:5,6,6 71:19
72:16 83:12
87:18 92:14,19
93:3,10,16
94:24 95:1
108:11 113:11
113:13,19
114:3,6,9,17
118:11,24
120:10 127:22
127:23 128:1
129:13 132:7
135:8 142:9
151:3,18
152:10,16
154:15 162:11
162:21 169:1
189:7
**community's**
77:14

**company** 78:13
78:15,17 80:10
80:10 81:12,21
81:24,25 82:2
90:19,20,22
**comparing**
74:20
**complaint** 22:2
22:5 35:5,7,8
35:15,24 37:3
37:25 42:20,24
43:3,4,10,14,23
**complaints**
25:24 26:3,7
29:11 30:13
40:7,22 41:6,16
42:10,18 43:7
43:20
**complete** 14:14
123:22 124:2,5
179:9 180:17
182:9,12,13
**completed**
14:15,16,17
76:19 117:10
123:18
**completely**
6:21 57:17
72:22 121:23
157:3 160:11
184:11 186:18
188:17 197:16
**component**
28:3

**components**
28:3
**concerned**
121:7
**concerns** 30:16
42:10 51:1
73:13,16,19,22
74:2,3 162:14
162:24 163:10
**condemning**
4:9 39:13 116:1
**conduct** 11:9
70:14,15 71:6
72:13 78:8,11
81:5,7 83:3,25
136:3 142:7,11
142:15 154:11
154:12 157:15
170:1,8 189:3
**conducted** 20:1
20:4 74:1 79:12
82:23 132:7
133:10,11
134:24 151:19
152:10,17
154:15 155:1
155:10,12,13
156:10 169:5
188:25 189:8
**conducting**
70:20 71:1
76:18 143:6,9
**conducts** 152:3
154:9

**[confederate - cost]**

**confederate** 23:16 34:15 45:1,4,19 47:1 47:24 48:20 49:4,5 51:1,5 52:22 59:16 64:10,14 65:15 70:11 71:18,23 72:17 93:24 120:14 122:19 130:2 132:8 136:20 152:11 158:5 160:2 161:18,22 162:15,23 163:1 164:7,15 164:20,25 165:10 166:25 168:13 169:7 170:4 172:2

**conference** 1:3 6:10 204:2

**confirm** 8:7 40:14

**connected** 162:13 189:11 191:6 192:2 193:2

**connecting** 192:10

**connection** 161:18,22 167:18

**consent** 76:2

**consider** 34:8 42:20 43:2,10 43:13 44:25 113:12 151:6

**considered** 29:9 34:2 171:19

**constant** 129:4 129:11

**constantly** 167:9

**constitutional** 40:9,13

**construction** 177:19 178:23

**consult** 8:16 20:5,12,18 21:7 137:24 139:1,9 139:13

**consultation** 75:5 97:13

**consultations** 97:16

**consulted** 20:21 138:7,22

**consulting** 141:12

**consults** 21:9

**contact** 67:19 108:19 109:18 148:4

**contacted** 12:24 70:20,25

**content** 79:23 172:9

**context** 69:23 153:4

**continue** 188:13

**continued** 179:11

**contract** 13:21 81:10,12,16

**contracted** 80:10

**contractor** 104:4,6,13,25 105:1 106:20 123:2,13 124:5

**contractor's** 173:3

**contractors** 104:9,16,21,22 105:10,16 106:7 107:3,12 107:13 117:4 120:23 121:1 128:2 173:4,7

**contribute** 108:15,17

**control** 123:22 124:2,11,19

**conversation** 10:9 41:10 69:8 69:12,23 98:10 128:18 129:23 201:20,23

202:1

**conversations** 92:2 93:7 166:17 167:5 168:1 171:13 172:9,10 196:1

**coordinate** 195:11

**copied** 112:21 140:3

**copy** 194:12 196:11

**correct** 15:17 17:17 18:6 23:17,23 24:9 24:17,18,22 45:12,22 48:22 64:16 76:19,21 91:14 101:6 111:5,6,24 118:8 119:4 132:23 134:25 136:14,22 141:18 151:24 158:7 170:15 170:18 189:22 199:18,19

**corrections** 204:10

**correctly** 80:7 125:23 137:19 184:23

**cost** 78:23 91:7 105:23 123:14

**[cost - definitely]**                                    Page 12

138:8,12,17
140:4,19
141:12 180:17
182:1 200:1,16
**costs** 201:10
**cough** 79:10
**counsel** 6:21
7:14,16,19 8:17
77:23,25 202:9
203:14,16
**county** 1:7,7
6:10,11 13:12
13:17,20,22
15:1,1,14 16:16
17:10 18:1
21:16 33:23,23
34:22,23,24
38:1 41:17
42:11 45:9,14
45:17 49:21
50:2,4,25 52:5
74:19 75:6,8
108:2,12
129:22 137:16
163:15 182:22
184:16 204:2,3
**couple** 8:8
22:22 32:20
56:8 89:3,4
100:12 115:14
188:12
**course** 27:19
174:4

**court** 1:1 6:12
6:24 203:4,22
**cov.com** 3:12
3:12
**coverage** 199:6
199:7,8,16,22
200:5,19,25
201:3,17,21
**covering**
199:25
**covers** 199:10
**covid** 60:11
**covington** 3:9
7:10
**create** 17:18,24
18:2 148:20
**created** 122:1
**crimes** 104:8
173:6
**cte** 15:4
**cubbage** 125:22
**culture** 163:24
165:4,19 167:1
167:4,11
**current** 149:2
149:17 187:13
**currently** 13:11
28:7 127:24
183:17
**curriculum**
14:10,10
**custodial**
202:11

**customarily**
92:18
**cv** 1:6
**cycle** 66:1

**d**

**d** 6:1
**d.c.** 3:6,11
**daily** 109:8
166:16
**danny** 125:1,1
**data** 11:17
166:2
**date** 6:6 95:20
113:3 153:5
171:4 195:6
205:22
**dated** 130:19
145:8 146:13
**dates** 171:4
177:10
**day** 83:13,13,14
83:15 85:13,13
85:15,16
107:14 124:16
124:16 203:18
204:14
**days** 50:22 83:9
**deadlock** 96:2
96:22
**dealing** 126:20
**deceased** 56:25
**decide** 137:17
151:2

**decided** 49:13
51:18 111:16
116:17 119:11
125:7
**decision** 21:25
23:6,15 25:1
27:1 29:15,23
29:25 30:2,15
30:18 31:6 36:7
36:9 37:1,5,10
37:15,17 47:6
50:9,17 59:15
74:15 79:18
116:19 119:11
119:13,16
127:3,16 138:3
169:11 185:1
**decisions** 21:15
57:11 77:9
79:15 120:3
**declaration**
204:4
**declare** 204:5
**declined** 91:13
91:15
**dedicated** 183:1
**dedicating**
57:12
**deep** 62:5
**defendant** 1:8
3:14
**define** 135:7
**definitely**
155:20

**[degree - discussing]** Page 13

**degree** 14:1,3,5 14:8,11,16,16 14:18

**degrees** 14:14

**delegated** 118:10

**delete** 198:5

**deleted** 13:7 198:1

**delving** 31:11

**dennis** 66:23 67:5 69:1,14,16 69:22 94:13,20 95:5,15 100:21 101:24 102:2,4 102:19 111:1 111:15 145:7 146:12

**department** 80:13,16 81:1

**depend** 170:5

**depended** 26:16 37:22

**depending** 37:17,17 92:21 93:20 200:8

**depends** 36:17 79:19,22 80:4,5 80:12 81:3 93:18,18 169:13,17 199:11

**depictions** 34:15

**deponent** 6:15

**deposition** 1:13 2:3 6:8,16 8:2 9:17 10:6,8,15 10:24 11:6 202:5,7,15,24 203:7,8 204:1,6 204:11 205:1

**describe** 16:23 29:19

**description** 4:8 52:18 148:4

**designed** 157:24

**desire** 65:23

**detail** 111:7

**details** 65:20 182:6 195:25

**determination** 35:21 114:23 127:11 169:19 169:20,23,24 180:22

**determinations** 200:24

**determine** 19:2 36:7 60:25 78:7 164:15 200:18

**determined** 144:9 165:11

**determines** 79:12

**determining** 35:20 105:22

**develop** 60:24 142:18,21

**developed** 143:2

**developing** 142:24

**device** 192:2

**devices** 191:14 191:15,19

**diagram** 121:11,15,17 122:7

**diagrams** 121:25 122:10

**die** 129:23

**different** 98:14 147:6 186:21

**difficult** 84:22

**digital** 194:13 196:11

**diploma** 173:15 173:23 174:3,4 174:5,6,22 175:5,15 176:5 176:12

**diplomas** 174:20,24

**directly** 42:5 114:18 125:24 126:7,9,12,19 194:4

**director** 15:3,4 15:4,8 35:9 106:5 117:8

122:15 125:12 125:15,20,21 126:3 140:3 172:23

**director's** 37:20

**disability** 32:23

**disagreed** 85:23 86:6,10,10,14

**disbursements** 147:5

**discovery** 11:22 191:11 192:18 192:18,19 194:24

**discriminate** 31:15 32:9,18

**discrimination** 38:1 41:1 42:19 42:21 43:5,11 43:21

**discriminatory** 32:13 164:16

**discuss** 9:15,19 88:22,23 99:22 142:10

**discussed** 9:10 55:16 96:12 155:2 188:11

**discussing** 33:1 76:17 87:12 96:16,19 153:10

**[discussion - e]**

**discussion**
  188:13
**discussions**
  92:13 128:21
  167:6,7,24
  168:6 170:19
  170:22 171:5
  172:5
**disregarded**
  198:1
**dissenting**  54:5
  59:20
**distributed**
  135:17 144:6
**district**  1:1,1
  6:12,13 43:5
  45:10 133:5,5
  134:21 135:6,7
  135:10,10
  136:25 137:17
**division**  1:2 6:6
  6:14 16:5,8,8
  17:21 24:7,9,16
  24:20 27:7,20
  41:6,20 42:7,14
  50:7,23 99:4
  118:6 137:13
  154:11 190:9
  196:17
**division's**  4:10
  39:14
**divisions**  28:5
**docs**  52:2,17
  60:8 71:10

88:14 89:12
148:8 185:12
185:23 193:12
**doctoral**  14:1
  14:11,15
**document**  2:25
  38:5 39:7 44:10
  46:5,11,19,20
  47:13,19 48:15
  48:18,23 49:9
  56:6 58:10
  66:20 71:12
  86:25 89:17,25
  90:3,11 92:9
  94:9 98:12,13
  110:10 113:24
  130:14 132:15
  134:17 135:11
  139:24 140:2
  140:13,14
  141:6 145:6
  146:6,11
  149:12 151:14
  152:25 157:23
  182:12 189:25
  190:4,24 193:4
  194:1 202:10
**documentation**
  182:14
**documents**
  8:19 11:2,15
  12:19,25 48:25
  122:1,7,11
  141:21 142:1

183:6 185:12
189:15,19
190:12,19
191:12 192:15
192:18,20
193:16,19
194:5,10,11,13
194:14,17
195:19 196:4
196:10 198:7
198:11 202:16
**doing**  29:4 37:7
  53:12 80:12,13
  84:8 107:13
  117:6 136:4
  165:23
**dollars**  78:24
  91:11
**donated**  102:25
  103:3
**donations**
  103:14 147:2
**dorman**  103:24
  121:9 122:12
  123:3 124:7
**dorothy**  94:24
  95:12 100:22
**dr**  150:7
**dress**  34:5,6,18
**drinking**  27:20
**driven**  19:21
**drop**  97:6,9
**dropped**  74:16
  74:17

**due**  6:18
**dugout**  120:7
  127:21
**dugouts**  118:16
**duly**  7:2 203:7
**dump**  11:17
**duties**  16:1,4
  17:14
**duty**  31:14,14
  31:22 32:9

e

**e**  4:1,7,18,24
  5:1,8,12,14,16
  6:1,1 11:18
  12:6,15,15
  36:13 53:17
  61:18 66:22
  67:7,17,19
  68:13 70:1,3,6
  73:8 77:19,21
  78:1 92:5 93:6
  94:12,13,16
  95:17,21,24
  96:7,16,18 97:2
  97:3,8 98:7
  101:12,16
  110:25 111:4,7
  111:10,13,23
  112:2,6,8,9,10
  112:12,18
  123:17 131:18
  131:21 132:3,5
  136:18 140:18
  145:7,10,14,21

**[e - example]** Page 15

145:22 146:2
147:7,8 149:14
153:15 168:3
190:16 191:1
192:8,11,16,25
193:2,6,13
194:9,12 195:8
195:13
**earlier**  40:5
52:25 55:16
56:11 61:9,17
62:9 65:25
89:15 130:24
131:19 133:9
143:15 154:8
165:3 167:2
168:10 169:4
181:1 189:16
**easy**  83:7
178:19,21
**editor**  108:14
109:23
**education**
13:25 14:7
46:22 47:4,8,10
47:14 48:16
114:2 116:7
**effect**  39:16,19
39:24
**effects**  45:5
**effectuate**  16:9
**effort**  57:9
68:22

**efforts**  65:15
**eight**  89:5
**either**  18:1 26:9
33:22 34:22
37:20 75:12
80:4 136:9
137:1 148:20
154:10 179:4
179:13 184:6
184:20
**elaborate**  18:13
**elected**  66:2
72:9,10 137:15
**election**  60:1
66:1
**electronic**
193:16 194:1,5
**elementary**
23:8 24:15
25:18 26:4,19
30:20 49:16
50:10 62:24
63:11,15 64:16
79:25 80:25
112:17 116:25
123:25 130:21
137:18 146:23
146:25 149:16
166:8
**elicit**  157:24
**email**  111:3
**empathy**  40:25
**employee**
203:14,16

**employment**
32:19
**encourage**
68:13,23
**encouraging**
67:19
**ended**  81:16
**endured**  41:1
**engage**  41:8
**engine**  81:22
**ensure**  6:20
42:13 196:14
**ensuring**
106:12
**entire**  78:1
111:12 159:6
169:14,15
204:6
**entirely**  57:13
**entirety**  16:13
30:2 47:18
97:25 148:21
187:2
**environment**
4:11 39:15
**errata**  204:1,11
205:1
**especially**  89:6
124:16
**esquire**  3:5,9
3:10,15
**essence**  88:2
**essentially**  8:22
96:22

**et**  1:4 6:10
204:2
**evaluate**  164:19
164:24 166:4
168:12,25
**evaluation**
165:12 168:20
169:5 170:2
**evening**  171:12
**exact**  2:25 75:4
105:3
**exactly**  11:23
34:19 50:13
61:16 65:18
72:22 88:20
91:6 112:5,5
116:17 121:18
121:19 146:18
160:12 161:10
166:1 177:10
**examination**
4:3 7:4
**examine**  202:15
**examined**  7:2
**example**  33:24
33:25 34:13
78:4 80:15,18
83:6 84:6,19
88:23 114:17
117:22 118:14
120:5 122:18
126:1 127:19
173:15,24
185:10,18,19

**[example - ffa]**                                                    Page 16

185:22 193:9 193:11 195:1

**examples** 32:14 32:16,20 33:5 33:10,17 34:25 113:18 184:24

**except** 30:16 155:18 179:2,2 204:9

**exclusively** 147:2

**excuse** 48:6 79:2,10

**executing** 143:5 143:9

**executive** 79:17

**exhibit** 4:8,9,14 4:16,17,18,20 4:22,24 5:1,3,6 5:8,10,12,14,16 5:18 38:23 44:4 46:7 55:23 56:1 66:14,17 86:18 86:19 89:20,21 94:5,6 110:7,17 110:18 116:2,5 116:8 130:10 130:11 132:20 132:21 139:19 139:20 141:2,3 145:2,3 146:8,8 146:9 149:8,9 152:21,22

**exhibits** 2:22 38:8 115:16,19 116:9

**exist** 57:16

**expectations** 28:1,9

**expended** 182:6

**expenditure** 183:12,12

**expense** 137:5 137:22

**expensive** 78:23

**experience** 23:24 24:24 25:2 40:19 166:18

**experienced** 33:20 34:20 35:5

**experiences** 41:3

**explain** 8:8 11:24 35:23

**explains** 96:2

**express** 99:9 118:15,19 161:4,6,12

**expressed** 161:10

**extent** 195:21

**extracurricular** 125:8

**extracurricul...** 126:22

**extremely** 9:1

**f**

**faa** 31:1 45:24 45:24

**face** 50:25

**facilitate** 26:13 126:13

**facilitates** 18:24

**facilitating** 103:19 116:15 190:13

**facilities** 57:11 57:12 118:11 118:11 179:8

**facility** 56:23

**fact** 165:22

**factored** 183:5 183:10

**factual** 27:18

**fail** 97:6

**failed** 74:13

**fair** 39:23 43:9 43:19 96:21 97:1 107:1 123:20 124:10 124:13 129:19 140:6 141:14 149:19,23 165:11,14,15 165:17 168:24 170:11 179:6 179:10 181:18

**fall** 134:9 178:4 178:5 179:9

**falls** 34:7

**familiar** 39:9 44:10 67:14 90:2 94:16,19 98:15 99:6 108:5 198:6

**familiarize** 68:3

**families** 45:6 47:22 48:9 55:19

**far** 25:6 50:3 121:4,6 160:21 165:19 192:7

**faring** 168:7

**farm** 118:21,21

**fast** 78:10

**favor** 85:14 159:24

**february** 66:23 67:10,15 69:15

**federal** 2:4 31:19 32:10

**feel** 28:23 43:15 91:16

**feeling** 79:9

**feelings** 27:17 41:3

**fees** 201:7,10 201:25

**ffa** 4:17 31:1 45:24 56:11,16

**[ffa - forwarded]**

57:22,25

**figure** 50:23

**file** 173:6,7

**filed** 43:3

**filled** 157:18

**final** 35:20 37:5 57:10 74:14

**finance** 16:6 106:6 122:15 140:3 172:23

**financially** 203:13

**find** 25:25 26:1 51:9 70:14 190:5

**finish** 52:9

**fire** 27:21

**firm** 64:25 65:1 65:3 76:24 77:1 77:2,16 79:1,2 81:4

**first** 7:2 22:8,20 23:20 25:1 27:6 28:12 38:4 43:15 47:15 65:22 77:2 78:12 81:14 98:22 115:19 128:4,21 135:25 173:16 178:4,6

**firsthand** 131:2

**fit** 200:11

**fitzgerald** 3:15 7:17,23 10:9,19 13:1 16:25 20:8 21:22 22:7,15 24:2 27:8 30:21 31:23 32:4,15 33:8 34:10 40:20 41:4,23 42:22 44:18 45:21 46:15 48:1 54:18 68:20 69:25 72:5,20 86:1,8 109:4 110:6,12 110:15 111:18 112:3 113:22 128:23 139:5 150:5,19 151:8 152:5 153:22 154:20 156:4 156:12 157:9 157:11 162:2 163:13,17 164:9 165:16 176:6 184:8 195:20 196:5 201:12,22 202:19

**five** 54:5 76:8

**flag** 34:16 120:15 122:19

**flip** 29:12

**floor** 120:15 121:4,6,21,22

122:20

**flow** 104:16 105:6

**floyd** 53:11 55:3 61:13,23 62:2,4,6

**focus** 19:16 28:15,25 29:3,4 52:3

**focused** 178:3

**focusing** 30:11

**foia** 53:17,21 197:14

**foia'd** 61:19

**folks** 97:12

**follow** 35:12 139:15 145:21 146:3 186:4

**followed** 131:11 146:1 186:1 188:8

**following** 140:8 147:19 171:25 172:1,12 186:11 202:6

**follows** 7:3 35:11 70:6

**forever** 97:9 198:5

**forgot** 179:5

**form** 17:1 20:8 21:22 22:7,15 24:2 27:8 30:21 31:23 32:4,15

33:8 34:10 36:4 40:20 41:4,23 42:22 43:22 44:18 45:21 46:15 48:1 54:18 68:20 69:25 72:5,20 86:1,8 88:11 109:4 111:18 112:3 113:22 128:23 139:5 151:8 152:6 154:20 156:4 156:12 157:9 163:13,17 164:9 165:16 173:2 176:6 184:8 195:7 201:22

**formal** 35:4 40:7,11 42:16 42:18 43:20,22

**format** 10:10

**formed** 96:2 172:22

**forms** 78:25 84:9 173:6

**forth** 92:2 203:7

**forward** 9:3 74:8

**forwarded** 131:2 195:8

**[found - governor]** Page 18

**found** 25:13 36:4 143:21
**four** 26:21 122:16 129:7 129:24 165:7 186:20 192:20
**fourteenth** 22:9 43:16
**frame** 178:12
**frankly** 178:18
**free** 78:25
**freedom** 22:21 108:5,9,18,20 108:22,24 109:3,10,12,16 109:20 110:3 134:25 142:6
**front** 28:16 58:7 59:5 96:18
**fulfilling** 57:3,8
**full** 28:12 79:9 140:13,14 199:10
**fund** 103:6,9 180:3
**funded** 179:19
**funding** 25:15 103:20 104:17 116:15 127:19 183:4,15 200:15
**funds** 68:15 105:4 146:25 147:4 180:8,12

180:23 181:2,5 181:15,19 182:6,14,22 183:1
**further** 165:12 166:4 192:5 202:17 203:12
**furtherance** 40:4 42:3 43:24
**future** 147:20

**g**

**g** 6:1 121:22
**gather** 54:15 164:14 191:18 193:8 194:4
**gathered** 37:9
**gathering** 194:20
**geared** 26:4
**gears** 31:10
**gender** 187:15
**general** 23:16 45:19 48:21 49:4 51:5 58:2 58:5 59:16 64:10,14 65:16 70:11 93:25 114:9 130:3 152:11 158:5 161:18,22 162:16,23 163:1 164:7,15 164:20,25 165:10 166:25

168:13 169:7 170:4 172:2
**generally** 79:20 93:2 135:3
**generals** 125:9 127:2,7,14 136:21
**george** 14:9 55:3 61:13,23 62:2,4,6
**getting** 175:10
**give** 8:25 14:20 31:9 44:23 65:20 73:25 80:15 82:6,8,22 108:25 147:21 178:7 184:24
**given** 28:22 38:13 167:18 168:8 202:14 203:9
**glitch** 115:22
**go** 7:13 8:9 9:14 9:19 19:11 38:14,16 52:10 76:7 115:6 126:7 129:15 153:24 176:18 178:21 196:3 198:13 200:5 200:12
**goals** 99:4
**goes** 9:17 48:7 108:10,11

147:11 174:6
**going** 8:23 12:20 19:16 23:2 27:19 28:12 45:24 52:4 59:4 61:7 65:4 68:15 79:10 83:5 91:7 104:4,12,13,14 105:17 106:7 106:19 119:24 120:12,24 121:20 122:18 123:4,13,14 133:8 134:11 134:16 135:16 135:20 136:3 137:21 145:18 147:16 150:7 151:3 153:15 170:19 171:2 173:1 187:5 195:2
**golkow** 6:5
**good** 7:6 9:10 110:10
**google** 78:25 84:9,9
**government** 147:3
**governor** 44:14 44:24 45:3,16 49:3 116:4,4 186:21

**[graduating - high]**                                         Page 19

| | | | |
|---|---|---|---|
| **graduating** 174:16 | **guidance** 46:23 47:9,11,14,17 48:6,11,12,19 49:3 116:6 | **handwritten** 77:19 | 173:16 |
| **grasp** 62:6 | **gutshall** 111:2 111:15 138:22 139:2 141:12 153:2,15 | **hanover** 90:17 91:13 92:2 156:14,21,24 | **heard** 6:21 28:9 48:3 128:5,19 135:6 136:23 160:6 161:14 162:7,9 164:1 167:20 |
| **great** 40:25 90:2 116:12 | | **happen** 85:25 86:7 104:12 114:20 | |
| **greet** 99:12 101:7,20 | **guynn** 3:15 7:17 | **happened** 53:15 72:23,23 114:22,24 119:8 120:20 171:16 178:9 | **hearing** 160:13 161:3 162:10 162:20,20 163:5,8 165:8 |
| **ground** 8:8 9:20 | **guynn's** 195:9 197:20 | | |
| **grounds** 57:13 | **guynnwaddel...** 3:17 | **happening** 50:17 51:15 60:11 122:23 123:8 | **heishman** 94:25 |
| **groundwork** 17:20 | **guys** 38:15 | | **held** 6:9 64:13 67:10 92:12 |
| **group** 35:14 68:22 97:11 98:23 101:19 106:4 113:11 114:3,6,10 118:25 119:19 119:20 120:10 127:22,23 128:1 149:23 151:18 152:2 154:15 195:12 195:13 | **gym** 120:15 121:4,6 | **harassing** 33:2 | **help** 38:12,15 |
| | **h** | **harassment** 33:6,13,16,18 33:21 34:9,21 34:25 35:6 | **helped** 103:6,9 142:20 181:15 |
| | **h** 4:7 | | **helpful** 9:2 38:6 85:19 106:11 |
| | **half** 28:7 174:19,23 175:13 | **hard** 9:6 78:10 194:12 196:11 | **helping** 62:10 142:17 180:8 |
| | **hallway** 171:9 171:10,11 | **harm** 167:21 | **helsley** 99:15 99:17 100:21 101:9 |
| | **hand** 203:18 | **harmful** 45:5 167:16 | |
| **groups** 113:13 113:19 132:6 189:7 | **handed** 11:25 | **harms** 40:17 | **hereinbefore** 203:7 |
| | **handing** 12:4 | **harrisonburg** 1:2 6:13 | **hereof** 204:11 |
| **guess** 8:7 16:12 18:8 26:25 30:7 30:11 32:2 40:2 70:23 72:21 74:1 186:15 | **handle** 107:7 181:2 | **head** 84:4 | **hereunto** 203:17 |
| | **handled** 119:10 127:21 | **hear** 30:16 160:1,15,24 161:11,17,21 | **hey** 79:24 126:14 |
| **guesses** 187:7 | **handles** 18:24 | | **high** 23:3,7 24:14 25:8,17 |
| | **handling** 190:12 | | |

**[high - implement]**                                                                 Page 20

| | | | |
|---|---|---|---|
| 26:2,5 49:15 53:4 63:12,19 63:21 64:15 99:23 103:11 103:24 112:15 112:16 116:21 118:1,2 120:15 121:8,21 123:24 124:8 125:14 129:3 130:21 137:18 146:22,24 149:16 160:7 163:24 164:2 165:5,5,18 166:8,18 171:9 174:4,6,22 175:15 176:3,5 176:12 177:14 177:15 **highest** 13:24 **hired** 11:22 **history** 13:10 45:4 160:6,14 161:19 162:12 167:18 170:17 171:20 **hodges** 35:9 **hold** 87:23 **holding** 128:6 **home** 8:10 12:15 **homeowners** 135:9 | **hone** 3:20 6:4 **honest** 41:9 **honestly** 62:5 101:16 182:8 **honey** 25:7,17 26:3,22 63:11 63:25 103:11 146:24 **hopefully** 9:7 **hose** 27:21 **hour** 9:13,17 50:22 **hours** 83:9 160:18 **house** 13:19 64:25 84:13 135:8 **housekeeping** 115:14 **hr** 35:9 37:20 **huh** 12:23 14:24 16:24 17:2 18:10 19:25 22:20 23:23 25:5 28:21 29:2 30:14 33:20 34:4 35:12 37:6 49:24 52:8 54:17 56:5,14 58:9 59:12,23 61:15 63:7 66:6 66:9,24 67:9,11 68:21 70:1 | 71:19 72:4,15 72:18 74:22 77:7 78:6 85:4 86:24 87:1,13 90:18,21 91:1 91:23 93:1 95:6 95:10 97:9 106:1,14 107:4 107:21 109:21 117:8 120:11 120:11 121:16 122:22,24 124:9 125:4 126:9,9 127:23 128:25 129:12 129:12 131:7 134:3 135:1 137:7 141:10 141:15 148:14 153:17,19 155:9 157:10 158:14 172:22 173:16,20 175:6 177:25 178:14 185:9 185:11 186:3 187:20,22 189:18 191:8 197:24 | **ideas** 108:25 **identification** 38:24 44:5 46:8 55:24 66:15 86:20 89:22 94:7 110:19 130:12 132:22 139:21 141:4 145:4 146:10 149:10 152:23 **identified** 116:20,22 117:1 133:20 187:10 **identify** 103:24 133:16,23 187:13 **identifying** 103:22 117:20 117:23 **impact** 47:21 48:9 49:6 93:24 161:5,12 162:14,25 163:11,21 164:6,19,24 165:9,13 167:1 167:4,11 168:12 169:6 170:2,13,16 |
| | | **i** | **impacts** 166:13 **implement** 17:15,21 18:2,5 62:10 147:1 |
| | | **icid** 83:7 **idea** 69:11,13 79:21 | |

**[implement - introduced]**

177:3
**implementation**
30:9 37:14,16
37:19 104:18
104:20 123:9
124:11
**implemented**
36:10 45:18
186:17 187:4
**implementing**
29:14 122:1
172:11,15
**implications**
53:5,5,8
**important**
27:10 28:10,14
29:6,7
**incident** 53:11
61:13
**incidents** 165:6
**include** 57:25
**included** 74:5
75:14 145:10
155:20
**includes** 58:4
**including** 24:20
65:10 67:13
**inclusive** 4:11
39:15 165:20
**indicate** 2:25
**indicated**
117:11 204:10
**indications**
53:21

**individual**
56:24 114:10
169:13,16
171:6
**individually**
67:4 97:24 98:2
195:11,14,15
**individuals**
26:1 56:25 95:4
113:19 124:18
**inequality**
41:10
**inform** 85:5,8,9
85:12 114:21
168:18
**information**
35:16 37:9
51:14 57:23
73:25 82:10,12
104:1 109:8
111:11 131:8
135:5 138:15
140:4,7,8,10,21
147:10,14,20
158:9,13 159:1
159:2,4 164:14
166:22 171:19
175:10,18,23
176:13,15
180:20 181:10
181:25 185:4
186:6 192:4
193:7,10
195:22 197:2,3

**informational**
145:11
**informed**
147:17
**initial** 23:15
187:8
**initials** 127:5
**initiative** 84:25
182:20
**injustice** 40:17
**input** 71:4
72:16 142:9
**inquire** 138:12
**inquired**
138:15
**insight** 201:17
**install** 178:20
**installed** 128:10
177:8
**instance** 79:3
119:9,18
120:12
**instances** 20:20
65:13 78:8 81:6
83:2,23 118:9
122:4 152:1
156:8 164:1
185:7,15
**institute** 14:8
**instruction**
14:9,10 16:6
81:1
**instructional**
19:16

**instructions**
195:18 196:3
**insurance**
198:24 199:3
200:5,19,20,24
201:3,16
**intend** 96:4
**intent** 142:11
**interested** 53:3
203:13
**interim** 15:9
23:25 25:4
**interrogatories**
195:1,3,5,19
196:4,13
**interrupt** 121:5
**interrupted**
79:7 127:8
178:2
**interview** 35:13
35:14 37:4
**interviewed**
166:9
**interviewing**
35:20
**interviews**
15:22 36:1,2
**intolerance**
41:2
**introduce**
186:4
**introduced**
113:6 115:20
132:19 146:8

**[introduced - kids]**                                                   Page 22

149:7,8 188:10
**introducing**
55:25 66:16
86:17 89:19
94:4 99:2
110:16 130:9
139:18 145:1
159:10 188:16
**investigated**
37:10
**investigation**
37:12
**invite** 101:11
**invited** 98:24
99:17 101:9,17
101:20
**invoices** 105:11
105:19 128:1
**invoke** 150:8
**involved** 60:22
65:14 79:14
122:16 126:17
135:14 136:11
143:5,8 150:9
168:22 169:11
169:15,17
170:10 180:7
190:7,10,24
192:9,14
193:23 200:23
**involvement**
116:15 136:7
170:1 177:2
180:11 183:17

189:15 190:3
190:18,23
192:6
**involves** 16:7
**involving** 37:25
**ish** 83:22
**issue** 22:18
23:11 24:8,13
37:23 97:6 98:8
**issued** 48:15
**issues** 60:21
93:4 165:21
**item** 26:16
52:19 59:12
75:11 90:14
113:16 143:19
145:9,11,15
146:14,16,21
147:12,14,17
147:25 148:7,7
148:16,22
159:9
**items** 52:2,17
53:1 62:23
103:25 113:2
113:17,20
148:3 159:7
173:8 177:6,7
177:23 179:4
179:12 182:2
186:5,13
**ix** 188:2

**j**

**jackson** 23:3,7
25:7 26:2 30:19
49:15 50:10
53:3 63:2,18
64:15 68:18,24
99:23 103:7,12
103:23 112:15
112:16 116:21
118:1 120:2,15
121:8,21
123:24 124:8
125:9,25 128:7
129:3,14,15
130:21 136:18
146:22 160:7
160:21 163:24
164:2 165:5,18
166:7,18 171:8
171:14,22
173:14,23
174:3,5,8,13,15
174:19,20,24
175:4,14 176:3
177:14
**january** 50:15
51:19 128:9,20
**jennifer** 116:25
124:14
**jerseys** 22:24
**jim** 10:9 195:9
197:20
**job** 1:25 51:20

**jobs** 14:22
**john** 3:15 7:17
10:9,14,19,23
13:1 66:23,25
69:2 94:23
150:12
**johnf** 3:17
**johnston** 61:20
**july** 7:20 15:25
23:13 24:25
44:15 52:11
54:7 55:20
58:16 116:3
**june** 4:20,22
39:18,18 46:22
81:17 87:4 90:4
90:6,8,10 95:22
95:22 171:1
**justice** 41:13

**k**

**k** 3:5
**keep** 107:3
183:21
**keeping** 75:17
**keith** 125:21
**kept** 79:9
104:11 129:24
175:16
**keyword**
192:24 194:8
**keywords**
197:16,21
**kids** 50:21
107:18,18,19

**[killed - leadership]**                    Page 23

**killed**  62:7
**kind**  128:2
**knew**  120:23
  121:1 123:4
  135:16 145:25
  171:14 175:7
  177:25
**know**  8:18 9:14
  9:14 12:3,6
  21:13 22:6,11
  22:19,22 25:12
  25:24 26:21
  27:6,21,22 28:2
  28:6,8,23 29:5
  29:6,21,23 30:1
  31:1 33:23
  34:11,14,19
  39:25 47:16
  48:3,22,25 49:2
  49:19 50:14,20
  51:15 52:2,3
  53:16,20 54:6
  55:4,15,18,21
  58:4 59:1 60:3
  60:6,13,18,19
  60:21 61:5,7
  62:1,7,15,19,21
  63:3,4,5,8,10
  63:14,24 65:19
  65:24 66:25
  67:3,5,21 69:18
  77:14,19,24,24
  81:8 83:14,16
  86:3,4,14 95:2

95:4,13 98:9,18
98:20 99:3,12
99:15,16
100:10,12,14
101:4,8,15
102:9,14,18
103:8 104:13
104:20 107:16
108:8,14
109:14,15
112:4,20
117:18 118:2
118:20 119:16
119:22,24
120:3,14,22
121:11,11
122:17,19
123:15 126:16
126:18,19
127:1,3,5 129:5
131:1 133:6,11
133:12 134:8
135:2,4,9,12,18
135:24 136:6,9
136:16 137:1
137:23,25
138:1,5,6,10,25
140:16 142:5
142:14,20,23
143:1,2,8,23
144:2,3,8
145:17 146:1
147:19,22
148:9 150:17

151:9 152:7,9
152:15,18
153:3 154:8
162:10 163:23
164:6,17,18,22
166:1,3 167:17
167:23 168:11
171:5,18,21
175:4,8,10,13
176:9,11
177:10,18,22
178:3,5,13,20
179:14,24,24
179:25 181:5
181:13,14,19
181:22 182:9
182:18,21
185:5,13 187:5
188:20,24
189:7,9 193:20
194:6,10,16
197:5,7,13
200:4,21 201:4
201:5
**knowing**  165:3
  165:4 167:22
  177:17
**knowledge**  13:2
  13:5 23:4 27:16
  31:21 32:2,25
  39:20 40:6
  58:12 123:6
  128:16,21
  142:16 144:5

151:7 180:1
197:8,25 199:5
**known**  122:21
**kohrs**  149:14
**kyle**  111:1,15
  153:2

**l**

**labor**  83:13,13
  85:13,13,15,16
  104:20
**lack**  62:25
**laid**  20:7
**lam**  100:22
**law**  17:5,11
  31:16,19 32:10
  32:11 85:20
  184:21 185:1
  185:16,21
  187:24 198:3
**laws**  31:21 32:3
  32:25 34:3
  185:5 189:11
**lawsuit**  7:12
  21:14,17 22:6
  22:11 23:5,11
  42:20,24 43:3,4
  43:10,21
  190:20 201:8
**lawyers**  3:4 7:8
**leaders**  45:2
  47:1,24 49:5
**leadership**
  14:12

**[leading - made]**                                                Page 24

**leading** 66:8
98:6
**league** 118:22
118:23
**learn** 52:21
53:7 54:1 62:17
64:18
**learning** 99:5
**learns** 40:10
**leave** 149:17
202:4,14
**leaving** 116:24
**led** 60:20
**lee** 23:7 24:14
25:7 26:3,19,22
30:19 49:16
50:10 62:24
63:14,19 64:1,2
64:15 68:19
99:24 103:7,12
112:16 116:25
123:25 124:14
130:21 136:18
136:24 142:4
146:22 160:21
166:8 179:8
200:22
**left** 29:11
**legal** 201:7
**legislative** 17:6
17:11 150:6,8,9
150:10
**letter** 4:14 5:3
44:13,17,23

45:3,13,17 48:5
48:6 49:3 116:4
130:18,23
131:5,10 142:3
143:14,16,17
143:23,24
144:12 150:1
151:7,12
155:20 157:8
**letters** 149:1
178:21
**level** 13:24
122:17 124:11
124:19 125:14
169:25 178:10
**liability** 199:8
**likely** 9:12
81:17,17 92:5
97:6 123:14,18
149:4
**limited** 54:10
**linda** 35:9
**line** 120:8
150:24 205:3,6
205:9,12,15,18
**link** 140:22
**list** 82:22 83:2
102:11 106:6
116:23 117:24
173:8 175:7,16
**listen** 54:11,13
159:21
**lists** 144:9

**litigated** 199:13
**litigation** 198:1
198:25 199:8
199:17 200:1,8
200:16
**little** 13:10
14:20 18:11,13
21:16 24:12
31:11 73:25
80:20 90:15
108:10 121:14
129:9 154:13
154:21 170:24
199:1
**live** 13:11,22,23
132:11 133:4
134:20
**lived** 13:16,18
49:20
**living** 49:25
56:23
**llp** 3:9
**local** 57:10
182:25
**locker** 187:1
**logical** 146:2
**logos** 122:3
177:24
**long** 9:16 10:21
13:16 61:5
81:12 181:24
182:11
**longer** 81:10

**look** 31:24 34:6
34:18 35:1
36:17 58:1
65:18 77:4,20
80:17 113:1
166:14 173:1
187:25 188:3
192:19
**looked** 47:16
52:1,16 76:25
181:25 182:11
191:5
**looking** 18:14
21:1 44:19 71:6
148:8 179:15
185:23 186:10
**looks** 46:20
68:21 87:9 91:6
94:13 96:17,18
130:18 140:18
149:13 153:1
**lot** 25:24 26:3
29:8 78:13
98:20 184:2
186:6
**lunch** 9:17,18
110:8 115:9

**m**

**machine** 192:2
**made** 27:1 35:7
35:8 54:7,12
55:19 61:21
65:22 74:4 89:9
102:16 104:6

**[made - meet]** Page 25

106:24 119:11 119:13,16 120:4 159:18 159:21,23 160:2,25 165:9 166:19

**magisterial** 136:25

**mail** 4:18 5:1 5:12,14 11:18 12:15,15 36:13 66:22 67:7,17 68:13 70:1,3,6 73:8 78:1 92:5 93:6,13 94:12 94:13,16 95:17 95:21,24 96:7 96:16,18 97:2,3 97:8 98:7 101:12,16 110:25 111:4,7 111:10,13,23 112:2,6,8,9,10 112:12,18 123:17 131:18 131:21 140:18 145:7,10,14,21 145:22 146:2 147:7,8 149:14 153:15 168:3 190:16 192:25 193:2,6 194:9 195:8,13

**mailbox** 108:12
**mailed** 144:6 193:13
**mails** 4:24 5:8 5:16 12:6 53:17 61:18 67:19 77:19,21 132:3 132:5 191:1 192:8,11,16 194:12
**maintain** 149:2 149:20
**maintains** 18:24
**maintenance** 16:7 106:5,23 117:9 122:13 122:14 124:24 172:24
**major** 52:3 119:25 177:20
**majority** 85:14 179:1,6
**make** 9:3 35:4 36:7,7 37:4,10 37:15 57:9 84:17 90:15 104:7 105:1,16 106:24 113:2 114:23 117:5 117:10,13 118:15 120:6 127:10 145:18 169:18,20,22

169:24 172:17 180:22 188:8 196:19 202:3

**making** 28:8,11 28:13 35:15 37:1 138:3

**manage** 25:23 26:9,10 103:15

**managing** 124:4

**mandate** 47:4

**manner** 2:23 73:17

**march** 71:8 135:12

**marja** 3:5,7 7:7 110:6 132:18

**mark** 61:19

**marked** 38:23 44:4 46:7 55:23 56:1 66:14,17 86:18,19 89:20 89:21 94:5,6 110:17,18 130:10,11 132:19,21 139:19,20 141:1,3 145:2,3 146:9 149:9 152:20,22

**marty** 67:21,22 68:14 69:3,15 69:17,17,23 99:15,17 101:9

**marty's** 67:20
**mary** 100:21
**mascot** 60:16 60:17
**mascots** 45:1 46:25
**mason** 14:9
**master's** 14:3,8 14:16
**materials** 62:13 63:2,9,12,16,21 63:24 141:14
**matter** 6:9 150:21 165:22 204:7
**mean** 27:5 28:22 61:16,24 74:12 129:10 137:8 139:14 147:15,25 191:24 197:18 199:12
**meaningful** 41:9
**means** 147:16
**meant** 64:8 91:19 137:9
**media** 12:11,12 12:13
**meet** 10:13 19:1 97:23 98:3 98:7,24 99:12 100:19 101:7 101:20 194:7

**[meeting - mike]**

**meeting** 4:18
4:20,22 19:8
27:22,23,25,25
52:12,14 54:8
59:11,17 65:2,3
65:5,6,20 67:8
67:15 68:11,12
68:13 69:2 70:8
71:14 72:24
73:2 75:9,13,24
76:5 87:5,8,19
88:18 90:9
91:25 96:20
98:25 99:1,10
99:11,14,18
100:16 101:6
102:12,15
113:6,8 131:5,6
131:8 145:12
145:16 147:19
158:7,13,17,20
158:23 159:5,7
159:12,18
160:13 161:1,7
161:9 162:7
166:6 186:12
191:18
**meetings** 18:9
18:20,25 20:13
21:6,10 51:4,10
51:25 52:1
65:17 67:3
74:21 75:18,20
87:14,22 88:8

92:20 93:5
94:22 100:13
102:22 158:25
186:13 188:9
188:12
**melody** 1:15
2:3 6:15 7:1
69:3,5 145:8
146:12 153:2
203:6 204:20
205:23
**member** 19:7
19:14 21:1 54:5
59:19 60:2,2
65:6 67:22
75:10,12,13
94:24 95:2,16
99:16,19 100:1
101:25 102:3,5
102:7 113:15
114:13 131:12
150:9 151:4
**members** 19:5
22:22 27:24
30:7 46:24
53:23 65:25
66:2,5 67:18
73:13,15 77:13
79:16 85:16
87:18 92:19,23
93:3 95:9 96:3
96:23,24 98:4
99:16 100:8,9
100:10,13,14

102:9,12
108:11 113:13
113:17 128:10
129:17 130:1
135:8 138:2,8
138:11,14
142:24 147:21
149:15 151:2,3
162:11,21
169:14,16,23
181:15 190:1,4
190:14,21
191:7,15
192:12,13
193:17 194:4
194:15,18
195:4,11 198:4
**memo** 130:19
**memorial**
83:14,15
**memorialize**
45:1 47:1 49:5
**memorials** 51:1
**memorized**
34:5
**memory** 44:20
60:9 121:23
**men** 136:14,16
**mention** 128:5
**mentioned**
18:16 19:7 27:2
49:2 56:11
59:21 61:9 62:2
62:9 77:15 78:3

88:19 89:14
96:24 100:15
122:8 129:7
133:9 135:20
154:8 167:2,5
170:20 178:11
188:22 194:23
**mentions** 97:10
137:14 153:14
**message** 117:2
133:20 134:1,2
**messages** 5:10
5:18 12:7,14
93:9 192:8,11
192:17 194:12
**messaging**
133:2 153:1
**met** 65:2 69:19
69:21,22 99:10
100:15 131:13
172:25,25
194:3
**middle** 50:6
60:16
**mike** 103:24
104:3 108:19
109:18 117:2
121:8,13
123:18,21
125:18,24
126:7 135:17
135:22 136:2
143:2 172:25
182:17

**[mind - nameplates]**

**mind** 20:24 34:9 68:14 114:1 185:24 186:19

**mine** 35:21 127:4 198:3

**minor** 126:23

**minute** 76:8 153:24

**minutes** 4:23 11:1 13:15 52:15 59:7 65:19 75:17,21 76:1,5 88:8,10 88:13,15 89:8 90:4,5 91:15 110:14 160:10

**missed** 24:10 152:13

**mission** 99:6,9 109:13

**model** 42:14

**modified** 148:11,21

**moment** 38:17 46:13 67:25 70:20 92:10 96:8 141:8 198:14

**monday** 10:10

**money** 102:25 103:3 104:16 107:7 179:20 180:3 181:7

182:19 201:24

**monitoring** 105:14 106:15

**month** 19:13,13 98:4 186:6 189:22

**month's** 147:19

**monthly** 19:2 69:20 84:23 98:4

**months** 15:11

**morning** 7:6 171:11

**motion** 74:3 146:13,15,20 147:11 148:2,5 148:6,9,13,15

**motivated** 71:17 188:20

**motivation** 71:22,25 72:7 130:5,6

**motivations** 130:1

**mountain** 25:8 25:17 29:24 30:1 63:12,21 103:11 118:1 120:1 127:15 138:18 146:24 165:5 174:1,4,7 174:13,15,18 174:21 175:3 176:4,12

177:14

**mouth** 175:12

**move** 8:1 10:3 89:18 146:21 147:24 150:22 171:24

**moved** 15:3 178:6

**moving** 9:3 13:9 25:17 26:3 198:22

**multiple** 89:7 185:15 188:9

**mv** 120:2 127:4 127:15

**n**

**n** 4:1,1 6:1

**naacp** 1:4 6:10 21:14 131:25 204:2

**naacpva** 4:13

**name** 6:4 7:7 23:25 25:3,6,21 28:15,24 29:6 29:11,24,25 30:18,19,24 45:25 47:5 50:10,11 53:3 53:23 54:20 55:4,8,10 56:21 61:3 62:11 63:8 64:24 68:16,23 70:3,18 71:5 73:14 75:1

78:15 79:6 81:19,23 83:23 87:10,12 88:23 90:18 92:15 95:1 96:1 101:22 103:6,9 104:18 111:3 111:10 112:15 115:18 118:3 123:12,23 124:25 125:19 128:17 129:1,2 137:21 138:16 138:17,23 140:9,20 141:13,14 146:16,21 155:6,11,14,17 158:1 159:8,13 159:14 160:20 161:15 167:8,9 168:8 173:3,14 173:22,23 180:21 182:4

**named** 13:19 23:2 56:23,24 62:13 95:4 124:7 136:21 136:25 137:2 137:19 146:24 175:3

**nameplates** 26:14

**[names - notified]**

| | | | |
|---|---|---|---|
| **names** 23:6,16 23:19,21 25:2 25:16 26:7 29:14 31:2,6 45:1,5,19 46:25 47:21,23 48:8 48:21 49:5,13 49:15 50:17 51:1,5 52:22,24 54:25 55:13 56:16 57:15,20 58:17,23 59:16 60:5,7,17,25 61:13 62:22 64:10,14 65:16 65:23 68:18 69:24 70:11 71:5,18,23 72:17 74:10 93:25 96:6,25 99:23,24 101:1 101:2,4 103:10 105:25 106:16 107:8 116:16 122:3 123:10 124:12,20 126:21,25 128:6,14 129:21 130:3 130:22 132:1,8 136:17 137:5 137:11 138:9 138:13 139:2 139:10 140:5 | 140:20 141:18 142:4 145:9 146:23 149:2 149:17,18,20 152:11 158:6 159:24 160:3 161:6,13,19,23 162:13,16,24 163:1 164:7,16 164:21,25 165:10 166:25 167:14,21 168:13 169:7 170:3,4,13,17 172:2,7,12,15 172:18 173:5 173:12,18 177:3,4,7,13,15 177:16,24 179:7 180:4,18 180:24 181:3 181:21 182:7 182:15,20,23 183:2,14,19 **naming** 57:11 160:7,14 171:20 **national** 65:1 **nature** 6:19 **near** 147:20 **nearing** 110:7 **necessarily** 2:24 11:25 25:23 65:10 | 79:13 82:20 93:21 117:23 168:16,18 169:12,16 **necessary** 18:5 68:3 194:6 **need** 8:16 9:13 9:16 92:9 96:8 126:15 132:23 157:23 166:4 173:3 175:23 **needed** 28:17 67:18 103:22 103:25 111:17 116:22 117:1 117:20,24 119:13 125:16 125:17 173:9 179:13 **needs** 17:19 **negotiation** 13:21 **neighboring** 15:1 **network** 191:1 **never** 20:19 76:19 78:10 **new** 23:21 25:20 26:11,15 26:25 27:20 60:17,17,25 99:3 102:13 125:17 128:6,9 137:15 185:4,4 | 185:14,21 188:17 **news** 46:21 109:6 **night** 163:4 **nine** 15:11 **nomination** 15:19 **normal** 107:16 **norms** 74:23,23 193:11,13 **northam** 4:15 44:13,14,24 45:3,16 49:4 116:5 **northern** 109:7 **note** 2:22 115:18 202:3,8 **noted** 6:22,22 119:12 183:6 183:11 **notes** 4:18 8:19 67:8 77:5,15,17 77:20 91:22,24 137:4 **notice** 2:4 **notification** 38:13 **notified** 136:2 142:11 143:11 144:1 151:19 151:23 156:10 168:15 |

**[notify - okay]**

**notify** 36:10
**notifying**
  148:12
**notwithstandi...**
  96:4
**november**
  203:18
**number** 48:17
  67:12 94:14
  127:13 161:8
  162:20
**numbers**
  115:19
**nw** 3:5,10

**o**

**o** 4:1 6:1
**oath** 9:24
  204:13
**object** 10:11
  16:25 20:8
  21:22 22:7,15
  24:2 27:8 30:21
  31:23 32:4,15
  33:8 34:10
  40:20 41:4,23
  42:22 44:18
  45:21 46:15
  48:1 54:18
  68:20 69:25
  72:5,20 86:1,8
  109:4 111:18
  112:3 113:22
  128:23 139:5
  151:8 152:5

154:20 156:4
156:12 157:9
162:2 163:13
163:17 164:9
165:16 176:6
184:8 201:22
**objected** 10:12
  23:1,2 86:13
**objecting** 22:21
  22:22,23
**objection** 7:23
  150:5,16 152:5
  195:20 201:12
**observation**
  163:22
**observe** 159:20
**obtained** 13:25
**occasionally**
  93:14 123:16
  184:19
**occur** 89:2
**occurred** 25:6
  25:14 164:2
  179:16
**occurs** 41:20
  42:7
**october** 1:16
  2:1 6:6 153:6
**offensive** 47:1
  47:21 48:8
**offer** 204:12
**office** 8:10,11
  8:12 79:18 85:1
  86:6,9 103:4,13

105:4 107:2
109:2 118:6
135:19,19,23
136:10 154:10
164:23 189:3
195:9 196:16
197:20
**official** 174:3
**officially** 15:24
**oh** 14:15 46:18
  52:10 90:14
  93:11 107:17
  155:12
**okay** 7:21 8:7
  8:15,22 10:3,21
  11:20,23 12:3,6
  12:9,16,24 13:6
  13:14,24 14:13
  14:19 15:18
  16:18,21 17:13
  17:22 18:8
  19:24 20:17
  21:5,12 30:17
  33:25 35:23
  36:25 37:13
  44:2 46:16
  51:17,24 56:10
  57:24 59:1,6
  63:6,20 65:9,12
  65:12 66:10
  68:6,9 69:21
  70:16,19 71:11
  71:16 74:17,19
  75:16,25 76:10

77:6,15,21 78:2
79:8,11,14 80:2
80:6,15,18 81:4
81:11,15,18,21
81:25 82:4,11
82:17,22 84:25
85:19 86:16
87:11 88:6,16
88:19 89:11
90:7,20 91:2
92:4,6,22 93:2
93:8 95:17,20
96:10 97:10
101:5,18 103:8
103:17 104:15
107:1,7,20
110:12 111:16
112:23 113:9
114:7 116:13
117:5,19 118:4
118:18 119:5
120:5,12 122:6
122:18 123:20
124:6 125:13
125:19 126:11
127:18 128:3
128:11 129:9
129:19,19
130:7 131:4,15
131:22 132:12
132:18 133:8
133:16,22
134:4,16 136:6
136:20 138:11

**[okay - part]**

138:19 139:1,4
139:12,18
140:16,24
145:13,20
146:4,18 147:6
147:13,23
149:6,7 150:1
151:14 152:20
153:9,12,20
155:4,23 158:4
158:19 159:4
160:12 168:5
171:23 173:12
176:17 178:11
182:13 185:7
187:3,19
189:14 190:11
191:4 192:5
193:20 196:5
196:18 197:1
197:23 198:13
199:20 202:21
**old**   26:7 29:11
60:5 62:13 63:8
93:12 116:16
159:24
**once**   10:15,17
17:13 37:1
117:10 144:1
173:12,18
196:10
**one's**   83:7
**ones**   106:19
124:3,4 125:15

155:2
**ongoing**   129:1
129:4 183:18
**open**   87:14
202:5,15
**operate**   16:5
**operations**
124:16
**opinion**   31:5,7
47:17 48:13
49:7,8 53:9,10
55:3 128:15
129:21 157:24
158:2 175:12
**opinions**   54:19
**opportunity**
68:2 147:22
177:21 178:18
**opposed**   160:19
188:16
**opposing**
131:25 162:22
202:9
**opposite**   149:1
**opposition**
132:4 160:2
161:15 162:12
162:22
**order**   18:20
123:15
**ordered**   125:18
178:8
**ordering**   177:6
177:22

**organization**
11:21 98:19
106:20 109:6
118:12
**organized**
106:4 117:4
**original**   68:13
112:21 140:17
160:7 171:19
**originally**
76:23
**ortts**   125:1
**outcome**   74:9
203:13
**outline**   16:3
**outlined**   74:22
**outreach**   30:13
92:14,18,23
93:3,13,16,22
**outside**   20:22
127:21 152:2
156:17,18,24
177:16
**overlooked**
179:4
**overly**   21:19
24:3
**oversee**   106:23
107:11 147:4
**overseeing**
106:15
**oversight**
105:14 106:22
123:22 124:2,5

**own**   11:10
50:23 169:1
201:7

**p**

**p**   6:1
**p.c.**   3:15
**p.m.**   115:10,10
154:3,3 176:22
176:22 198:17
198:17 202:24
**page**   4:2,8 68:7
90:13 91:9
205:3,6,9,12,15
205:18
**paid**   105:12
118:17 128:1
182:2
**pain**   41:1
**paint**   120:14
**painted**   122:19
**pandemic**
28:10 50:6,22
60:12 74:7
**paper**   195:7
**paragraph**   57:3
**parents**   93:23
**parliamentari...**
20:16
**parliamentary**
20:23
**part**   13:21
17:14 24:10
36:11 52:25
53:19,20 66:3,4

**[part - plater]**

73:18 75:9
103:13,13
104:5 106:10
127:3 129:6,22
152:13 159:9
160:9 173:17
179:23 183:11
190:20
**participate**
133:14 144:16
144:19 194:20
**participated**
8:2 60:19
142:24 156:21
**particular**
32:22 87:8,18
91:8 92:25
103:21 117:3
120:10 125:18
129:12 132:5
135:3 143:9
148:19 163:25
169:1 171:3,9
195:6 196:25
199:21,23
**particularly**
162:21
**parties** 6:16,21
36:10,13
154:18 189:8
203:15
**partly** 127:4
**party** 152:2
154:12,14

156:9,13,22
157:1 191:13
**passed** 39:17
**past** 97:13
164:3 165:7
**pause** 6:20 68:2
76:7 153:21
176:17
**pay** 105:6
106:20 126:18
137:13 201:6
**paying** 124:3
138:8 201:9
**payment**
126:13 127:19
**penalty** 204:4,5
**people** 25:24
40:18 42:15
55:13 60:18
67:13 85:14
94:14,16
100:20,24
101:3 102:11
135:6,7 160:19
160:19
**perfect** 80:18
**period** 23:19
24:1 25:4 49:12
98:6 171:24
174:10 175:2
**periodically**
117:12
**perjury** 204:4,5

**permitted**
87:21
**person** 12:1
28:13 35:14
40:9 79:11
100:17 101:17
108:20,24
124:23 135:18
148:4 168:3,4
191:21,24
192:10,23,23
192:25 193:3
193:18,21
194:3
**person's** 124:25
**personal** 12:14
67:19 161:5,12
190:15,16
191:14,15,19
192:2,8,11
**personally**
132:10
**perspective**
77:14
**phone** 11:18,25
12:4 93:7 133:1
133:9 134:3,4
168:2,4 189:17
192:3,4,8
**physical** 104:19
123:23 127:20
157:18 177:23
**picture** 121:20

**piece** 179:23
192:25
**pinpoint** 171:3
**place** 25:22
28:14 51:4 52:5
58:21 72:3
110:11 171:7
178:24
**placed** 9:24
38:11 112:24
113:20 114:19
126:1
**plaintiffs** 1:5
1:17 2:5 3:3
7:12 43:12,18
191:12 198:7
198:11 201:9
**plan** 68:17
69:20,24
**planning** 21:5,9
21:10 25:5,14
27:3
**plate** 27:6
**plater** 3:5,7 4:3
7:5,7,25 17:12
20:11 22:1,12
22:16 24:4
27:11 31:4 32:1
32:7,24 33:12
34:12 38:7,10
38:16,25 40:23
41:7,25 42:23
44:6,21 46:4,9
46:17 48:4

**[plater - press]**                                                    Page 32

54:22 56:2
66:18 68:25
70:9 72:11 73:4
76:15 86:5,15
86:21 89:23
94:8 109:11
110:9,13,20
111:20 112:7
113:23 115:5
115:13,24
116:11 129:8
130:13 132:17
133:7 139:8,22
140:23 141:5
145:5 146:17
149:11 150:12
150:22,23
151:10 152:8
152:24 153:23
154:6,23 156:7
156:16 157:12
162:4 163:14
163:19 164:12
165:25 176:10
176:17,25
184:13 195:24
196:9 198:13
198:20 201:14
202:2
**platform**  72:8,9
  129:18
**play**  16:16
  37:14 61:2
  62:10,11 76:3

117:19 126:20
**played**  70:13
  158:24
**please**  6:19
  46:6 57:2 68:4
  90:15 130:8
  135:11 158:8
  162:17
**podium**  26:12
  26:15
**point**  19:10
  43:7 132:3
  179:15,20
  185:24 192:6
**policies**  17:3,5
  18:6,17,19,22
  35:13 37:11
  41:20 42:8
  82:19,21,24,25
  83:4 85:6,21
  156:11 184:4
  184:18,25
  185:4,13,15
  186:8,9,14,20
  188:5
**policy**  4:17 16:9
  16:11,15,16,18
  16:22 17:8,14
  17:16,21 19:22
  19:22 31:1 34:5
  34:7,18 35:22
  36:18,23 45:23
  56:11,16,19
  57:16,19 58:7

58:13 74:25
75:1,1 83:7,18
83:19 85:8
150:25 184:7
184:19,21,21
184:24 185:8
185:13 186:2
186:17,23
187:3,8,12,13
188:16,17,22
189:4 198:25
199:3,6,7,10,15
**polls**  132:7
  152:10,16
**poor**  105:2
**popular**  129:21
**portal**  193:14
**portion**  193:24
**position**  15:21
  16:10 18:17
  23:13,18 24:25
  27:2 51:8,11,15
  53:20 149:24
  184:6
**possible**  137:23
  173:13,21
  199:21 200:8
**possibly**  128:19
  160:11 189:13
  196:7 200:13
**post**  83:13,15
  85:13,16
**posted**  51:20
  89:11

**posts**  12:11,13
**potential**
  162:14,25
  183:12
**practice**  185:17
**practices**  41:21
  42:8
**pre**  83:13,14
  85:13,15
**preference**
  57:10
**preparation**
  10:4 11:3
**prepare**  10:5,8
  11:13,14
**preparing**
  10:22 194:24
**present**  3:19
  10:18 102:19
  102:21 159:1,2
  159:4 162:19
**presented**
  52:25
**preserve**  64:3
**preserved**  13:3
  62:15,20,22
  63:2,3,9,12,22
  63:25 197:9
**preserving**
  62:12
**presidential**
  186:22
**press**  108:6,9
  108:18,20,22

**[press - proposing]**                                                Page 33

108:24 109:3
109:10,12,16
109:20 110:3
134:25 142:6
**pressure** 28:23
**pretty** 78:23
178:12
**prevail** 201:8
**prevent** 41:19
42:6
**previous** 19:8
79:1 122:3
138:17 150:21
173:22 176:8
180:21 187:12
188:16
**previously**
108:16 127:12
127:17 138:17
173:25 178:19
183:22
**primed** 69:4
**principal** 15:5
103:23 106:17
106:22 107:15
116:20,24
120:23 121:8
121:12 122:20
124:7,14
125:12,15
126:4 149:15
166:16 167:6
167:25 170:20
171:6,8 172:24

175:9,16,19
176:13
**principal's**
37:21
**principals**
19:20 27:25
117:16
**printed** 193:12
**prior** 25:15,16
27:1 34:22
51:10 64:22
92:11 122:1,23
141:16
**private** 132:6
147:2
**privilege** 150:6
150:8,13,16
195:23
**privileged** 7:24
195:21 201:13
**privy** 133:12
**probably** 15:6
50:14 51:19
60:13 66:7
69:18 71:8 75:3
77:18 78:12
91:8 101:4,13
101:16 119:22
131:7 137:3
170:25 177:12
177:16 179:2
181:23 187:6
187:18

**procedural**
57:20
**procedure** 2:5
75:16
**procedures**
35:13 57:14
188:15
**process** 11:24
15:18 20:23
21:7 25:11,21
26:18 27:15
35:10,18,20,24
36:3,22,24,25
37:7 60:3,6,13
60:22 61:6
73:23 74:4
75:25 82:4
103:14,19
104:5 105:15
113:9 114:8,12
122:17 123:1,7
125:10,13
126:17 131:11
150:10 157:14
173:1 175:10
176:8,9 182:23
183:1,5,7,15
184:6,17
185:25 186:3
188:7 193:21
195:2,3 197:13
197:14
**processes** 20:6
28:13 73:24

74:20
**produce** 77:22
**produced** 198:7
198:11
**production**
202:10
**professional**
203:4,21
**program** 19:18
**prohibit** 32:3
33:2
**prohibited**
32:12 33:6,19
35:2
**prohibitive**
34:2
**project** 180:23
183:14
**projected**
180:23
**projects** 183:18
**properly**
106:25
**proposal**
119:22 128:13
128:22
**propose** 16:18
16:22 18:17
19:16 79:20
**proposed** 17:7
17:8 82:19
**proposing**
70:10

**[protect - reach]**    Page 34

| | | q | quote  2:25 |
|---|---|---|---|

**protect**  40:8,12
**protests**  53:25
   61:22,25
**provide**  47:8,11
   83:2 97:11
   103:20 109:2
   110:2 185:19
   185:22 194:25
   201:16
**provided**  48:7
   120:6 140:21
   147:2 151:23
   175:19 180:19
   193:6 195:7,8
   196:12,15,24
**provides**  47:20
**providing**
   47:16 97:20
   187:9 200:15
**psyche**  47:22
   48:9
**public**  15:1
   16:17 38:1
   42:11 45:9,10
   45:14 50:25
   51:13 54:6,12
   54:14,16,23
   55:12,19 87:15
   87:17,21 88:3,4
   88:7 89:9 92:15
   93:3,19 94:23
   102:17 114:9
   159:17,21,23
   160:5,15,18,25

161:8,17,21
162:6,8,20
163:5,8,15
165:9 166:6
167:20 184:16
**publicly**  88:10
   138:15
**published**
   48:19
**pull**  19:4 39:3
   58:6
**pulled**  56:3
   94:10 157:22
**pulling**  110:7
**purchase**  26:11
   26:14,15
**purchased**
   13:19 25:9
   183:23
**purpose**  68:11
   68:12 71:3 72:3
**purposes**
   115:17
**pursuant**  2:3,4
**push**  30:5
**pushed**  30:5
**put**  60:10,14
   71:14 75:21
   80:22 81:1 97:5
   114:5,15
   145:15 147:10
   147:13 173:8
   185:14

**q**

**qarni**  4:16
   46:21,24 48:7
   48:19
**qarni's**  49:3
**quality**  104:9
   105:18
**qualtrics**  81:23
**quarter**  28:6
**quarterly**  84:24
**question**  16:12
   20:10,15 27:13
   32:6 41:22,24
   43:1 48:2 49:18
   57:18 71:20
   82:16 96:14
   105:9 106:8
   139:7,16
   145:24 150:11
   150:14,20
   152:14 158:11
   162:18 163:18
   173:17 184:11
   184:23 196:20
**questions**  8:23
   9:5,9,22 10:4
   83:17 198:22
   202:18,20
**quick**  44:20
   176:18 177:9
   178:12
**quite**  127:9,9
**quotations**  2:22

**quote**  2:25
**quotes**  108:25

**r**

**r**  3:15 6:1 57:22
   57:25
**race**  31:15
   32:10,18,23
   33:2,6,11,17,21
   33:21 34:8,21
   34:25 35:5
**racial**  38:1
   40:17 41:10,19
   42:6,18,20 43:4
   43:10,20
**racism**  4:9
   39:14 40:7,22
   41:6,14,17
   42:10 43:8
   116:1 164:1
   165:6,21 166:4
   166:7,14
**raise**  68:15
**raised**  179:20
   179:24,25
**raising**  182:19
**ralph**  4:14
   44:13 116:4
**ran**  72:7,8
   123:3 129:17
**rare**  93:14
**reach**  12:18
   30:8 75:14
   99:13 114:11
   114:18 195:10

**[reach - recommends]**                                                    Page 35

195:14
**reached**  72:13
  133:17,19
  195:15
**reaching**
  113:19
**reaction**  53:12
**read**  2:24 22:2
  47:18 52:14,17
  52:23 57:2 68:1
  68:10 91:14
  137:19 159:8
  201:11 202:25
  204:6,8
**reading**  22:5
**reaffirm**  58:16
  58:19 59:15
**reaffirmed**
  60:4
**real**  44:20 65:8
**really**  9:6 29:5
  50:5 104:10
  108:14 120:3
  125:16 177:9
  178:9,9 192:7
**reason**  9:25
  53:22 64:1,2
  132:9 201:2
  205:5,8,11,14
  205:17,20
**reasons**  54:24
  55:11 61:11
**recall**  23:1
  26:20,22 50:19

50:19 55:1,14
62:18 65:21
69:8,14 71:2,13
72:22 73:3,5
78:16 81:15,18
84:2,3 87:7,17
91:18 93:22
97:19,21 98:3,9
99:25 105:21
112:5 121:19
122:9 123:11
123:16 128:8
131:17,18,20
131:24 132:2,4
132:6,10 134:5
142:13 143:23
144:18,18
145:19 149:5
151:13 153:9
153:17,18
154:17 155:5
157:2,4 159:6
160:13 163:7,8
172:8 180:20
187:25 189:1
189:10
**recalling**  33:1
  163:21
**receive**  14:6
  29:13 73:8
  80:11,14,23
  84:7,10 92:14
  92:18 93:2,8,11
  93:12,15 105:3

111:13 112:18
112:22 113:16
122:6 132:9
133:3,25
134:18 144:22
148:25 156:2
195:17 202:12
**received**  25:24
  29:10 30:13
  37:2,25 40:21
  42:18 43:7,20
  73:5 81:2 82:1
  82:2 92:23
  111:23 131:2
  132:10 133:2
  134:6 154:25
  155:5,7,15,21
  155:24 156:22
  157:8 181:6,20
  182:14 195:16
  196:2
**receives**  80:2,8
**receiving**  26:7
  93:22 112:2
  113:10 130:24
  131:18,20,24
  132:3 133:9
  144:12 145:14
  148:18 151:12
  154:17 157:5
  202:13
**recent**  95:25
  119:7

**recently**  11:17
  77:10 108:13
  189:23
**recess**  38:20
  76:12 115:9
  154:3 176:22
  198:17
**recipient**
  112:21 144:9
**recognize**  46:10
  130:14 132:15
  134:23 139:23
  141:6 145:6
  146:6 149:12
  152:25
**recollection**
  17:7 57:24
  59:14,18 82:7
  91:3 112:14
  128:21 131:9
  159:11 178:16
  179:1
**recommend**
  60:17 114:4,14
**recommendat...**
  84:18 146:15
**recommendat...**
  19:22
**recommended**
  148:6,10,15
  186:9
**recommends**
  46:24

**[reconsideration - repeat]**                                    Page 36

| | | | |
|---|---|---|---|
| **reconsideration** 112:14 | **refresh** 91:2 | 57:15 58:23 | **remainder** 202:5 |
| **record** 2:24 6:4 6:23 9:10,15 38:14,17,18,21 75:20 76:8,10 76:13 115:6,7 115:11,18 116:10 153:24 154:1,4 156:3 176:18,20,23 198:14,15,18 202:4,21 203:9 | **refreshing** 44:20 | 77:21 82:23,25 83:3,17,19 92:15,19 93:4 96:1 107:8 115:16 125:5 132:8 152:11 155:5,11,14,16 156:11 172:6 172:11,15 181:2 183:18 185:21 192:15 192:16 194:5 198:25 | **remains** 39:24 |
| | **refused** 79:3 81:6,6 90:23 91:3 | | **remember** 21:1 21:4 60:9 70:22 73:10 77:4 92:17,24 100:20,23 101:3,21 121:10,17 136:4 143:13 144:2,24 175:22,25,25 176:16 189:6 196:8 |
| | **regard** 103:18 197:6 200:24 | | |
| | **regarding** 10:15 42:10 64:24 72:17 93:23 96:20 140:4 145:8 168:6 187:9 202:16 | | |
| **recorded** 8:24 | **regards** 76:4,4 | **relates** 160:13 | **remind** 51:17 |
| **records** 183:23 183:25 184:1 202:11 | **registered** 203:3,21 | **relating** 67:8 | **remote** 3:1 6:8 6:19 |
| | | **relationship** 95:3,11,14,15 | |
| **recounting** 95:25 96:22 | **regular** 120:24 | **relative** 203:14 203:15 | **remotely** 2:6 6:17,18 |
| | **regularly** 69:20 88:15 94:23 109:7,9 117:17 171:16 185:11 | | |
| **recruitment** 80:1 | | **relayed** 168:2 | **removed** 184:20 186:18 |
| **redline** 185:13 | | **relevant** 13:3,4 27:19 35:16 196:14,24 197:2,4,9,11,15 | |
| **reference** 160:6 160:15 | **regulation** 17:20,24 57:21 185:16 | | **removing** 184:7 184:17 |
| **referenced** 56:8 80:19 | | **relied** 138:2 152:16 | **rename** 138:3 |
| **referencing** 56:13 59:3 69:9 71:10 90:17 112:8 132:25 | **regulations** 17:19 18:2,4 85:21 187:24 189:12 | **relies** 152:4 | **renaming** 61:6 160:20 |
| | | **religious** 114:2 | **renovations** 119:25 |
| | **reject** 96:5 | **reluctance** 67:20 | **repario** 11:17 11:20 |
| **referring** 47:23 143:16 | **relate** 37:11 | **rely** 156:25 | **repeat** 41:22,24 43:1 48:2 64:12 71:20 106:8 |
| **reflected** 2:23 57:15 | **related** 14:21 22:14 51:4 54:2 | **remain** 74:23 | |

**[repeatedly - restoration]**

**repeatedly**
  42:17
**rephrase** 20:9
  24:11 33:9
  155:8 158:12
  162:5 184:10
**replace** 33:14
**replaced**
  179:13 182:2
**report** 19:15
  37:3 166:7
  183:13
**reported** 1:23
**reporter** 6:24
  203:4,4,21,22
**reporter's** 2:22
**reporting** 6:19
**representation**
  7:22 201:7
**representative**
  104:2,24
  200:21 201:16
**represented**
  7:14
**representing**
  3:3,14 7:12
**request** 72:13
  73:6 98:5 109:1
  112:24 113:11
  113:14,20
  114:9 125:25
  130:20 145:18
  147:9,11,13,23
  147:24 148:1

148:19 149:2
149:17,19
150:15,25
170:12 173:13
173:22 174:2,9
174:10,21,24
175:4,20 176:4
176:15 188:4
188:21 193:5
196:25
**requested**
  64:23 70:13
  72:25 101:5,8
  108:17 109:6
  109:25 110:1
  140:19 142:15
  147:11 151:5
  158:16 174:18
  174:20 175:8,9
  175:14 176:12
  191:12 194:8
**requesting**
  130:1 140:7
  143:18 146:19
**requests** 53:18
  53:21 80:7
  109:8 113:12
  113:16 145:10
  190:19 194:24
**require** 165:12
**required** 85:20
  147:1 189:25
  190:11 198:3

**requirements**
  57:20 58:3
**rescind** 184:25
  185:3
**rescinded**
  185:6
**rescinding**
  184:7,17 186:1
**research** 11:9
  51:12,18 52:20
  52:23 53:19
  54:3 61:10
  91:13 92:3
**reserved**
  202:25
**reserves** 56:21
**resistance**
  29:13
**resolution** 4:9
  39:10,13,16,17
  39:24 40:4 42:4
  42:5 43:24
  52:25 55:16
  97:5 116:1
**resolutions**
  115:21
**respect** 57:9
  61:3
**respectively**
  146:25
**respond** 93:19
  194:25 195:5
**responded**
  101:16 195:13

**responding**
  192:21 195:19
  196:4
**response** 10:11
  10:12 27:12
  28:20 30:12
  55:15 69:1
  145:23 151:11
  195:16
**responses** 9:1,4
  195:7 196:12
  196:13,23
**responsibilities**
  16:2,4 17:15
  107:2
**responsibility**
  17:18 19:1
  37:20,21,22
  57:4,8 75:2
  172:17,21
**responsible**
  80:21 104:19
  106:12 201:9
**responsive**
  190:19
**rest** 57:13
**restate** 162:17
**restoration**
  96:5 106:16
  107:8 123:23
  124:12,19
  145:9 147:1
  162:23 168:8
  178:24 179:19

**[restoration - role]**

180:3 181:21
183:18
**restore** 23:6
61:12 64:10,14
65:15,23 70:11
71:17,23 74:10
105:25 129:21
130:2,20 132:1
138:13 141:17
172:2 177:3
180:14,18,24
182:6,15,20,23
183:1,14
**restored** 137:5
137:11 146:23
173:19 179:13
**restoring** 93:24
96:25 116:16
122:2 123:10
129:2 138:9
158:5 159:24
160:2 161:5,13
162:15,25
164:6,20,24
165:10 166:25
168:13 169:6
179:7 181:3
**restroom**
187:11
**restrooms**
187:1,14
**result** 12:4
41:20 42:7

**results** 80:2,8
80:11,14,14,23
81:2 82:1,2,3,5
82:8 84:7,10,12
84:13,15,18
85:5,8,18,24
86:7,11,13 96:5
133:13 138:2
143:12,25
144:3,13,20,23
151:23 152:4
153:15 154:18
155:16,18
156:18,23
157:1,7
**resurfacing**
129:24
**retain** 7:18
**retaining** 62:12
**retaliation** 33:3
33:14,18,21
34:9,21 35:1,6
**retention** 80:1
80:25 84:4,7,19
84:21
**retire** 23:15
25:2 30:18 31:6
45:19 48:20
49:13 50:9,17
52:22 59:16
60:5 61:12
**retired** 23:20
122:13,15
125:2 171:10

**retiring** 51:5
55:13 58:17
99:24
**return** 135:11
157:22
**returned** 176:3
**returning**
129:2
**reverse** 185:1,3
**reversed** 185:5
186:18
**reversing**
188:15
**review** 11:2
37:8 46:14
54:11,13,23
59:6,10 76:6
96:8 105:19
122:6 141:9,21
155:23 157:17
194:11,13,18
**reviewed** 43:25
55:12 58:13
131:19 143:14
147:7,9 194:16
**reviewing** 37:1
47:13,20
157:21
**reword** 16:12
**rhonda** 67:13
100:22
**richard** 100:22
**richards** 67:14

**rid** 64:3
**right** 13:12
15:15,16 23:16
23:21 24:21
28:23 31:9
43:25 45:11
48:21 56:21,21
64:5 65:16,17
66:7 76:16 92:7
98:11,13
102:19 105:8
109:23 114:4
118:7 119:15
127:9 148:23
151:20 156:14
158:4 177:4
181:3 182:8
187:17 189:21
192:12 196:20
198:21
**rights** 3:4 7:9
40:9,13 43:16
43:17
**rigorous**
165:23
**robert** 136:18
**robert's** 20:15
20:22
**role** 16:15 18:9
18:23 20:2,3
24:5 25:20 27:4
30:24 31:3,8,13
35:17,19 36:16
36:18,21 37:14

**[role - school]**                                                                                    Page 39

61:2,4 62:10,11
64:20 65:8
70:10,12,17
76:3,4 103:18
103:21,23
104:10 105:14
105:22 108:15
114:16 117:19
126:20,23,24
142:17 158:22
158:24 159:12
172:14

**rooms**  8:16
187:1
**roughly**  187:16
**rpr**  1:23
**rule**  78:10
**rules**  2:4 8:8
9:20 20:15,23
188:14
**run**  25:7,17
26:4,23 63:11
63:25 103:11
146:24
**running**  16:7
50:6
**runs**  109:16
**rushed**  73:18
**rutz**  110:25
111:8 113:14
131:19 139:4,7
139:10 140:3,6
140:19

**rutz's**  145:21
146:1

**s**

**s**  4:1,7,14 6:1
**safety**  42:14
**salem**  3:16
**salesperson**
126:10,12
200:21
**sanctuary**
42:14
**sarah**  149:14
**save**  204:9
**saved**  178:18
**saw**  91:10
**says**  34:19 45:8
48:17 67:17
69:5 70:4 83:8
97:8 135:11
**scan**  54:23
**scanned**  47:18
54:13,14 195:6
**scanning**  54:15
**schedule**
191:18
**scheduled**
88:15
**schedules**  191:7
**scheibe**  104:3
108:19 109:18
117:3 121:13
123:18,21
125:18,25
126:8 135:17

135:22 136:2
143:2 172:25
182:17
**school**  1:7 4:11
4:17,20,22 6:11
14:21 16:5,7,8
16:11,15,19,19
16:22 17:8,13
17:23 18:1,5,9
18:18,20,21,24
18:25 19:3,4,6
19:7,12,13,13
19:19,21 20:2,5
20:12,13,18,21
21:1,6,6,8,16
21:25 23:2,3,5
23:7,8,14,20,21
24:7,9,14,15,15
24:20 25:1,3,8
25:17,18 26:2,4
26:5,19 27:7,19
28:5,24 29:14
30:2,14,18,20
30:25 31:2,5,12
31:14 32:8,17
35:21,25 36:15
36:18,21,22
39:15,18 40:19
42:13 43:5
44:14,24 45:5
45:10,17,23,25
46:24,25 47:5,5
48:20,21,23
49:12,14,15,16

50:7,9,10,21
51:3,10,25 52:1
52:12,14,21
53:2,4,23 54:2
54:8,25 55:5,7
55:20 56:10,16
56:20,23 57:10
57:11,12,15,20
58:17,23 59:7
59:11,15,22
60:5,7,16 61:11
62:10,24 63:4,8
63:11,12,15,19
63:21 64:6,9,13
64:15,16,23
65:6,14,22,24
66:1,2,4 67:2
67:18,22,23,23
68:18 69:24
70:23 71:5,5,17
71:22,25 72:17
72:24,25 73:1
73:13,14 74:20
74:21,22,23
75:10,11,12,17
75:22,23 76:5
77:8,13 78:5
79:6,16,17,25
80:19,21 81:5
82:19,20,23,25
83:4,6,7 84:1,2
84:2,4,6 85:23
87:3,3 88:1,17
92:20,23 93:4,4

**[school - scope]** Page 40

| | | | |
|---|---|---|---|
| 93:12 94:15,22 | 142:2,14,23 | 177:14,15,15 | 45:25 50:25 |
| 95:5,8,16 96:19 | 143:18 145:9 | 178:9,25 | 56:21,24 60:15 |
| 97:12,17,23,24 | 145:12,15 | 179:12,17 | 63:16 70:18 |
| 98:3 99:19,23 | 146:14,16,22 | 180:4,7 181:3 | 98:16,24 99:7 |
| 99:23,24 100:7 | 146:23,23,24 | 181:14,21 | 100:2,9,11,16 |
| 100:12 101:24 | 146:25 147:3,4 | 182:15,20,23 | 102:8,10,16,23 |
| 102:3,4 103:11 | 147:17,21 | 182:25 183:2,5 | 103:16,20 |
| 103:13,24 | 148:14,22,25 | 183:6,10,14,19 | 104:3,17,23,25 |
| 107:8,14,16,22 | 149:14,16,16 | 184:1,3,4,7,15 | 105:10,11 |
| 108:1 111:2,12 | 149:20 150:25 | 184:17 186:2,5 | 106:4,18,18,22 |
| 112:15,16,17 | 151:2,4,6,22 | 186:13,17 | 107:11,11,24 |
| 113:13,15,16 | 152:3,9,15 | 188:4,20,25 | 108:3 111:10 |
| 114:3,13,19 | 154:9 155:6,16 | 189:25 190:4,8 | 112:9,19,24 |
| 116:21,25 | 156:11,19,25 | 190:14,20 | 116:14,18,23 |
| 118:1,2,3,6,6 | 158:1,5,6,16,20 | 191:6,14 | 117:16 118:5 |
| 118:11 119:2 | 158:22,25 | 192:12,13,15 | 119:10 120:13 |
| 120:16 121:8 | 159:3,24 160:3 | 192:16,22 | 123:21 127:25 |
| 121:21,22 | 160:7,10,14 | 193:2,11,12,16 | 130:19,25 |
| 122:2 123:4,5,9 | 161:1,15 | 194:4,5,14,17 | 134:25 136:21 |
| 123:24,25 | 162:23 163:25 | 195:4,10 | 138:4,7,22 |
| 124:8,16 125:5 | 164:2,14,18 | 196:17 198:4 | 141:23 142:1,6 |
| 126:4 128:17 | 165:5,6 166:5,8 | 198:24 199:2 | 143:18 144:13 |
| 128:18 129:3 | 166:8,18 167:1 | 200:1 201:6,8 | 149:3 151:17 |
| 129:17,21 | 167:11 168:11 | 204:2 | 152:12 154:14 |
| 130:1,21,22 | 168:24 169:1,5 | **school's** 165:18 | 155:19,25 |
| 131:5,6,12 | 169:7,10,13,14 | 176:2 | 157:8,14 |
| 132:8 135:19 | 169:15,22,23 | **schools** 5:4 15:1 | 160:20 163:16 |
| 136:7,10,25 | 170:11 171:2,9 | 16:17 24:7,13 | 166:11 169:8 |
| 137:11,12,15 | 171:18 172:1,6 | 24:21 25:4 | 173:10 180:5,9 |
| 137:18,18 | 172:7,12,15 | 27:23,24 29:12 | 181:6,16,20 |
| 138:1,7,11,14 | 173:18 174:5,6 | 31:2 33:7,19 | 182:19 184:16 |
| 138:23 139:2 | 174:22 175:1,3 | 34:16,22,24 | 200:15 |
| 139:10 140:9 | 175:9,15 176:3 | 35:2 38:2 41:15 | **scope** 7:21 |
| 141:17,17,24 | 176:5,12 | 42:11 45:9,14 | |

**[scps - shortly]**

scps  147:5
screen  38:6
  39:5 42:4 44:8
  56:4 86:23
  89:25 94:10
  110:22 134:17
scroll  91:5
  140:12
scsb  4:19,25 5:2
  5:4,9,11,13,15
  5:17,19
search  81:22
  194:8
searches
  190:25 192:24
  197:22
season  89:4,6
second  31:10
  44:23 65:3,5
  68:2,7 87:23
  90:13 116:16
seconded  74:4
secretary  46:22
  46:23 47:4,8,10
  47:14,20 48:7
  48:15,19 116:7
see  19:5,9 34:7
  34:18 36:18
  39:5 44:7 51:14
  51:15 56:3
  66:20 86:22
  89:25 90:16
  94:9 97:3
  102:13 110:9

110:21 117:13
135:11 136:13
150:12,17
seeing  47:15
  101:3 121:10
  121:17
seek  40:24
  72:16
seeking  163:2
seemed  53:12
  73:18
seems  51:21
  53:9,10 97:4
  188:1
seen  39:7 56:6
  86:25 90:10
  95:17 102:10
segregation
  161:19 164:1
  165:7,21
  167:19
select  104:22
selected  104:15
  104:25 105:10
selecting
  104:20
send  67:18
  80:11 135:20
  195:4
sense  8:10 58:2
  58:5
sent  45:17 81:3
  115:1,2,3 117:2
  133:6 135:6,9

135:12 137:10
142:3 144:8
sentence  79:9
separate  65:13
  77:1 118:24
september
  58:21 59:11
  171:3
series  8:23
session  88:20
  90:5 113:7
  186:7
sessions  88:1,20
  88:25 89:2,7,8
set  8:17 75:2
  198:22 203:7
  203:17
setting  28:1
  70:8 71:13 73:2
  75:9 78:4
  131:12
several  21:24
  67:2 191:11
sex  187:15
share  33:24
  80:14
shared  41:2
  82:3 88:10,13
  88:15 176:13
  191:3
sheet  204:1,11
  205:1
shenandoah
  1:7 6:11 13:11

13:17,20 15:13
16:16 17:10,25
21:15 33:23
34:23,23 38:1
41:17 42:11
45:9,13,17
49:21 50:4 52:5
75:6,8 108:2,12
137:15 163:15
184:15 204:2
sheppard  1:15
2:3 6:15 7:1,7
38:23 39:4 44:4
46:7 55:23
66:14,19 86:19
86:22 89:21,24
94:6 97:14
110:18,21
116:13 130:11
130:15 132:21
139:20 141:3
145:3,8 146:9
146:12 149:9
150:7 152:22
153:2 154:7
177:1 198:23
202:11,16
203:6 204:20
205:23
shift  31:10
shortly  45:16
  48:18 53:15
  177:11

[side - starting]                                                    Page 42

side   29:12 30:5
sides   54:20
   160:22,23
sight   120:8
sign   177:16
   202:25 204:14
signature
   203:19 205:22
significance
   59:24,25
signs   25:9
similar   50:25
   101:19 119:23
   127:24 150:14
   186:4,12
   188:18 189:24
similarly
   186:14
simply   196:1
single   171:15
sit   19:10
situation   53:11
   53:13 55:3
   61:14,24 62:3,4
   62:6 186:16
situations
   16:21 185:1
six   59:19
sj   120:2 125:9
   127:4,15
slavery   161:23
   167:19
slightly   148:21

small   190:8
smallwood
   94:24 95:12
smith   3:9 55:25
   66:16 86:17
   89:19 94:4
   110:16 115:17
   115:25 130:9
   132:16,18
   139:18 140:15
   141:1 145:1
   146:7 149:7
   152:20
snail   93:12
social   12:11,12
   12:13
solely   116:18
solicit   180:8
   181:15
soliciting
   180:12
somebody
   26:10 70:15
   192:3
sooner   9:13
sorry   12:10
   24:10 52:7 61:8
   61:12 63:25
   64:8 66:19 79:7
   86:2 102:1
   113:24 121:5
   127:8 132:16
   132:17 144:16
   153:25 155:8

158:2 178:2,2
   183:9 189:5,5
sort   114:10
   168:21 184:3
   197:5
sought   83:3,24
   193:18
sounds   27:15
   65:13
source   181:5
south   3:16
southern   55:6,6
   96:6 129:13
   136:22 138:3
   140:5
speak   8:25 58:7
   59:4,4 62:1
   71:24 72:1,6
   167:25 201:3
speaking   6:20
   69:14
special   87:8,14
   188:14
specially   87:22
specific   63:21
   139:7 154:22
   160:21 170:24
   171:1 185:25
   199:1
specifically
   18:25 117:20
   117:25 148:1
   149:4,13
   161:16 200:6

201:18
speculate   61:8
   142:8 182:16
speech   22:21
spend   10:22
spent   182:15
split   150:17
spoke   67:2
   160:25 201:15
   202:8
spoken   166:10
sponsor   114:4
sports   21:3
   107:18 178:4,5
spreadsheet
   104:11 123:12
   156:2 179:16
   181:23 182:1,5
   182:10
spring   51:21
   134:9 178:7
staff   45:7 47:23
   48:10 79:17,23
   79:25 108:2
   150:9
start   83:14
   85:13,15,16
   98:1 178:24
   179:17 191:9
started   7:14
   15:2 78:12
   173:5 177:13
starting   23:25

**[state - suggested]**                                                      Page 43

**state** 1:3 6:9
  28:5 31:16
  32:10 45:10
  70:2 204:2
**stated** 12:16
  16:14 29:10
  32:8 42:17
  49:20 72:12
  76:18 147:24
  165:3 168:10
**states** 1:1 6:12
  69:2
**stating** 143:20
**stenographer**
  9:2
**stenographic**
  6:23
**stenographic...**
  203:10
**step** 191:4
**stepping** 25:20
**steps** 26:6 36:1
  40:3,8,11,14,16
  40:24 41:8,12
  41:18 42:5,13
  43:23 84:14
  123:9 144:11
  148:18 164:19
  164:23 167:12
  168:11 172:11
  172:20
**steve** 94:25
**stine** 140:4

**stonewall** 22:23
  23:3,7 24:14
  25:7 26:2 29:24
  30:1,19 49:15
  50:9 53:3 63:1
  63:18 64:15
  68:18,24 99:23
  103:7,12,23
  112:15,16
  116:21 118:1
  120:2,15 121:8
  121:21 123:24
  124:7 125:8,25
  127:2,8,14
  128:7 129:3,13
  129:15 130:20
  136:18 138:18
  142:4 146:22
  160:7,20
  163:24 164:2
  165:4,18 166:7
  166:18 171:8
  171:14,22
  173:14,23
  174:1,2,5,7,13
  174:15,18,20
  174:24 175:4
  175:14 176:3
  177:14 179:8
**stop** 36:19
  40:17
**stopped** 120:19
**stories** 41:2

**story** 46:21
**strasburg**
  118:15,18
  119:19,20
  120:5 127:18
**street** 3:5,10
**streett** 67:13
  94:20,21 95:7,8
  100:22
**strike** 12:17
  73:11 82:14,16
  111:21,22
  128:12 132:13
  151:16 157:5
  161:3
**student** 28:4,9
  33:25 99:5
  174:21
**students** 21:14
  21:24 23:1
  31:15 32:19,21
  33:2 34:14
  40:13,15,18
  45:6 55:18
  93:23 129:14
  160:25 161:4
  161:12,14
  162:1,7,9,11,15
  162:21,22
  163:11,21
  164:8,11,11
  165:22 166:10
  166:14,17
  167:2,4,16,22

  168:1,7,14,25
  169:8 170:3,14
  170:21 171:6
  171:13,14
  173:13,21
  174:2,17,18,20
  174:24 175:3,8
  175:11,14
  176:4 187:10
  187:13
**studied** 166:13
**studies** 19:18
**study** 170:7,12
**stuff** 178:19
**subject** 111:3
**subsequent**
  58:15 84:14
  88:18
**substitute**
  84:23
**substitutes**
  84:22
**successful**
  15:22
**succession**
  65:18
**sued** 21:15
**sufficient**
  165:12
**suggest** 128:5
**suggested**
  131:15 146:13
  146:20 148:2

**[suggestion - surveys]**

**suggestion**
45:18
**suggests** 97:4
**suite** 3:5
**summer** 107:17
118:22,22
124:17 134:9
177:17 178:17
**summer's**
177:20
**super** 19:21
**superintendent**
13:20 15:7,10
15:12,14,16
16:2,4,10 18:15
24:6,16 25:21
27:1,7,20 28:18
30:24 31:13
36:19 40:3 42:3
50:13 51:11
53:18 61:20
75:5 80:20 85:3
98:23 99:3
102:14 154:25
158:25 163:12
164:4 184:15
**superintende...**
17:18 19:15
70:17
**supervising**
117:17
**supervision**
105:13

**supervisor**
106:5,23 117:9
122:13,14
124:24 172:24
**supplied** 176:1
**supply** 191:15
**support** 41:14
96:3,25 132:4
**supporting**
55:13
**sure** 9:3 16:14
18:15 20:12
21:20 24:11
26:24 27:18
28:8,11,13
29:22 32:8 33:5
37:18 42:1 43:2
44:22 48:5
51:19,20,22,24
55:17 57:17,19
61:9 63:18
64:13 65:21
66:8,8 68:5
69:7 71:9,21
72:22 74:25
77:18 91:6
96:13,15,15
97:15 104:6,7
105:1,17
106:24,24
108:14 109:24
109:25 111:14
113:2 117:6,10
117:13 121:13

121:24 122:25
123:19 126:2
131:21 137:2,9
139:9,15,25
143:13 153:22
154:24 155:3
155:22 156:6
158:10 159:8
160:11 161:11
162:19 169:2,4
172:8,13,18
175:6 182:17
184:11,14
185:19 188:3
189:13,24
196:19,21
199:2
**survey** 5:6,7
64:23,25 65:2,5
70:14,15,19,21
71:1,3,7 72:14
72:25 76:17,19
77:1,3,11,12,16
78:8,11,13 79:3
79:12,21,23,24
79:25 80:5,8,12
80:13,16,19,22
80:24 81:1 82:5
83:3,12,25 84:1
84:7,19,19,21
85:5,8,10,11,18
86:7,11,12,13
87:10,10,12
88:24 90:19,20

90:22,25 91:4,8
91:13,15,17
92:13 96:4,5,20
132:24 133:1,3
133:4,6,8,10,10
133:12,13,14
133:17,18,21
133:25 134:24
135:3,4,14,21
136:2,7,11,14
137:14 138:2
141:22 142:7
142:12,15,18
142:21,25
143:3,6,9,12,21
144:1,4,6,14
145:10 151:19
151:23 152:3,4
153:3,9,16
154:13,18
155:15,18,25
156:3,18 157:8
157:15,19
170:1,6
**surveys** 77:8,12
77:22 78:3,14
78:20 80:3 81:5
81:7 82:1,18,22
83:24 84:9,16
85:20,24 96:1
132:7 152:10
152:16 154:9,9
154:11,12
155:1,1,5,10,14

**[surveys - thank]**                                                                    Page 45

155:16 156:9
156:22 188:24
189:2,3,8
**swastika**  34:1
**swear**  6:25
**sworn**  6:18 7:2
  203:8
**symbols**  45:5
**sympathizers**
  47:2,24 49:6
**system**  119:3
  136:10 147:3
  156:19

**t**

**t**  4:1,1,7
**tab**  38:5 39:2
  44:3 46:6 55:22
  66:12 86:16
  89:18 94:2
  110:5 115:21
  115:25 116:3,6
  130:7 132:14
  139:17 140:25
  144:25 146:5
  149:6 152:19
**take**  9:12,15,18
  28:25 44:2 46:5
  46:13 49:9
  58:10 67:25
  71:11 76:8
  84:15 89:17
  92:7 98:11
  110:11 113:21
  113:24 115:5

131:22 141:8
141:20 146:4
148:18,23
151:14 153:12
153:23 164:23
167:12 172:20
176:18 191:4
**taken**  1:17 2:3
  38:20 40:3,8,14
  40:16,24 41:8
  41:12,18 42:5
  42:12 43:23
  76:12 88:8
  91:24 115:9
  154:3 176:22
  178:22,24
  198:17 203:10
  204:7
**talk**  9:6 11:5
  26:9 68:14 87:9
  89:7 186:8
**talked**  53:23
  67:3 70:2 113:6
  154:13 172:23
  184:2,2 192:3
  200:20
**talking**  10:23
  69:5,7 80:9
  82:13 97:14
  103:17 190:15
  194:9,10
**tally**  144:22,23
  156:3

**tasked**  76:18
**tax**  147:3
**taxpayer**  137:6
  137:22
**taxpayers**
  135:8
**taylor**  1:23 6:25
  203:3,21
**teachers**  45:6
  47:22 48:10
**team**  118:23
  172:22
**teams**  118:20
  118:21
**tech**  15:5
**technology**
  14:8 15:3,4,9
**tell**  18:11 21:16
  50:13 81:22,23
  83:10 121:14
  129:9 161:9,16
**ten**  13:15 14:23
  14:24 27:24
  57:1 89:5
  110:13
**tens**  78:24
**tenure**  17:9
  33:22 34:22
  40:2,6,22 41:17
  41:21 42:2,11
  42:13,19 61:19
  75:7 81:11
  82:24 83:4,24
  100:8 114:25

186:15
**term**  33:14
  66:10
**testified**  7:3 8:4
  24:5,19 55:19
  92:12 109:22
  130:24 134:20
  151:18 158:4
  181:1 189:16
**testify**  10:1
**testimony**
  91:12 154:16
  154:16 157:6
  161:21,25
  162:3 164:5
  203:9
**text**  12:7,14
  93:8 133:1,10
  133:18,20
  134:1,2 153:1
  153:14 168:3
  192:16 194:12
**texts**  190:15
**thank**  7:6,18
  13:9 14:19
  19:24 21:12
  26:24 28:19
  31:9 39:1,3
  44:3,3 46:5,18
  49:9 55:17 57:7
  58:11 63:6
  66:21 68:8
  71:11 74:14
  78:2 85:19

**[thank - today's]**                                                Page 46

89:17,24 90:1
90:19 92:6 96:9
98:11 110:15
115:13 116:12
131:22 140:24
148:23 153:12
153:20 154:7
177:1 198:6,21
**themself**
  167:15
**theory**  136:24
**thing**  10:7
  62:21 101:21
  103:5 114:1
  123:11,16
  174:14 180:19
  181:22 186:19
**things**  8:8
  19:12 25:13
  29:1,4,5,8
  36:19,20 56:22
  62:13 75:19
  84:20 92:19
  103:22 113:10
  115:14 117:24
  119:21,24
  123:7 125:6
  137:12 183:21
  183:23 185:14
  191:1,2
**think**  17:3
  20:21 21:19
  32:14 33:13
  34:5,24 38:4

56:11 61:17,21
64:8 65:12 66:6
69:3 71:24,25
74:11 85:7,9
90:13 95:4
102:20,20,21
106:9 109:5
110:9 115:5
118:13 119:7
119:15 122:4
128:3,11,13
131:1 142:2
143:14 144:7
157:23 163:18
163:20,23
171:23 175:11
179:10 180:25
202:2
**thinking**  71:8
  163:9
**third**  57:2 65:6
  152:2 154:11
  154:14,18
  156:9,13,21
  157:1 189:8
  191:13
**thomas**  67:13
**thought**  38:10
  67:18 163:4,7
**thoughts**  30:17
  30:23
**thousand**  91:10
**thousands**
  78:24

**thread**  94:17
  153:14
**three**  12:20,22
  14:14 26:1
  29:22 60:15
  65:13,17 74:11
  74:11,18,18
  96:3,24 115:19
  136:13 160:18
  174:1,13
  177:12 188:10
  189:20
**tied**  18:4
**time**  6:7 20:25
  21:3 23:19,25
  28:12 29:7 30:3
  38:18,22 39:21
  39:25 47:15
  49:11,21,25
  50:12,16 53:2
  53:18 61:20
  64:20 67:24
  70:24 74:6,7
  76:11,14 77:13
  78:11 92:16
  93:25 94:3 97:9
  97:18 98:4,6
  99:20 101:4
  104:14 115:7
  115:12 117:1
  128:5 133:3
  137:10,16
  145:18 147:18
  149:20 154:1,5

154:24 163:9
163:22 164:13
171:17,24,24
172:14 174:10
174:17 175:2
176:20,24
177:17 178:12
181:24 182:11
184:5,14
198:15,19
200:3,17 202:6
202:22
**timeline**  177:5
  178:5,7
**times**  10:13
  56:9 89:3,4,5
  97:22 98:7
  186:7
**timing**  178:1
**title**  188:2
  200:22
**today**  7:11,14
  7:16 8:2,9,17
  8:20,22 9:8,11
  10:1,5 11:3,7
  11:10,13,14
  21:13,21 27:16
  38:9 39:24 56:9
  91:12 151:18
  154:8,16 155:2
  157:6,22 164:5
  181:2 198:22
**today's**  6:6

**[together - uh]** Page 47

**together** 41:14
  60:10,14 80:22
  81:2 137:17
  173:8
**told** 166:20
**took** 12:1 29:3
  51:4 58:20 61:6
  76:16 99:18
  101:10 144:12
  164:18 168:11
  171:7 191:21
**top** 28:7 84:3
  185:24
**topic** 52:19,24
  70:5 88:22
  91:17 92:21
  98:14 128:17
  128:25 159:10
**topics** 52:18
  113:3 159:15
**total** 181:19
**track** 107:3
  166:2 183:21
**training** 195:18
  196:2
**trainings** 84:23
**transcribed**
  8:24
**transcript** 9:3,9
  204:6
**transgender**
  186:20,23
  187:11,14
  188:21 189:4

**transition** 64:6
**transitioned**
  15:9,13
**transpired**
  65:19
**transportation**
  16:6
**traumatizing**
  47:21 48:8 49:6
**treatment**
  32:19
**trial** 8:4
**tried** 76:23
**triplett** 15:5
**trucking** 94:21
**true** 13:11 14:3
  131:4 203:8
  204:8
**truth** 41:2
**try** 9:6 164:14
**trying** 24:23
  50:20,21,22
  118:13 190:5
  196:21
**tsmith** 3:12
**turn** 38:4 44:3
  46:6 49:11
  55:22 66:12
  70:19 86:16
  94:2 110:5
  115:15 128:3
  130:7 132:12
  132:14 139:16
  140:24 144:25

  146:5 149:6
  152:19
**turnaround**
  178:12
**turned** 189:16
  191:20
**turner** 136:18
**turning** 39:2
  98:14 116:13
  189:14
**tv3** 109:7
**tweaking**
  186:10
**two** 11:19 12:20
  12:22 15:21
  24:21 25:4,25
  75:19 84:2,3
  117:16 124:15
  126:5,6 141:25
  150:18 174:1
  177:12 186:11
  189:20
**tyler** 3:9 7:11
  115:16
**type** 29:2 93:13
  177:20 200:8
**types** 32:3
  83:16
**typical** 113:9
  113:12
**typically** 19:4
  19:17 20:14
  75:23 77:8
  82:18 84:17

  93:6 191:20
  195:6,12

**u**

**uh** 12:23 14:24
  16:24 17:2
  18:10 19:25
  22:20 23:23
  25:5 28:21 29:2
  30:14 33:20
  34:4 35:12 37:6
  49:24 52:8
  54:17 56:5,14
  58:9 59:12,23
  61:15 63:7 66:6
  66:9,24 67:9,11
  68:21 70:1
  71:19 72:4,15
  72:18 74:22
  77:7 78:6 85:4
  86:24 87:1,13
  90:18,21 91:1
  91:23 93:1 95:6
  95:10 97:9
  106:1,14 107:4
  107:21 109:21
  117:8 120:11
  120:11 121:16
  122:22,24
  124:9 125:4
  126:9,9 127:23
  128:25 129:12
  129:12 131:7
  134:3 135:1
  137:7 141:10

**[uh - videographer]**

141:15 148:14 153:17,19 155:9 157:10 158:14 172:22 173:16,20 175:6 177:25 178:14 185:9 185:11 186:3 187:20,22 189:18 191:8 197:24

**ultimately** 16:19

**unbiased** 157:24

**uncomfortabi...** 30:4

**uncomfortable** 29:22

**unconfirmed** 39:21

**under** 9:24 31:15,19 32:10 204:4,5,13

**underline** 185:14

**underlying** 22:18 23:11 199:17

**underneath** 136:17

**understand** 9:4 9:20 16:13 24:23 27:14

40:25 57:18 58:8 62:7 71:4 96:14 184:12 196:21

**understandable** 28:19

**understanding** 18:6,19 21:17 22:13 23:10 32:11,12 37:2 44:16 45:7,20 47:2,3,7,12,25 48:11,14 49:14 54:9 56:18 62:3 64:11 71:16,20 71:21 72:2 76:20 80:7 96:7 96:16 101:24 102:2,6 125:23 129:20,25 130:4 141:22 172:3 179:18 180:2,6 184:23 198:24 199:9 199:15 200:7 200:10,19 204:12

**understood** 119:17 125:3

**unhighlight** 57:6

**uniforms** 25:9 125:6,7,17,17 126:1,10,15,19

126:21 127:1,6 127:7,13 137:12 177:23 179:3,14

**united** 1:1 6:12

**university** 14:9 14:11

**update** 19:19 97:11

**updates** 123:17

**upgrades** 120:1

**uploaded** 38:11 193:14

**upset** 30:6,8

**urban** 3:4 7:9

**urging** 149:1

**use** 12:15 53:25 78:17,25 79:2 81:5 120:9 162:2 173:14 173:22,22 186:25 187:11 187:14 197:21

**used** 33:13 53:22 61:14 65:25 66:3 75:6 79:2 81:5,21,25 82:12,18 154:10 157:15 180:3 181:20 182:22 183:1 183:22 197:16 197:18

**usually** 107:14

**v**

**v** 1:6 204:2

**varies** 199:16

**various** 67:13 92:19 93:15 162:11

**vein** 150:15

**vendor** 154:12 189:17 191:13

**verbal** 8:25 36:14 140:18

**verify** 157:13 196:22 197:1,4 197:15

**veritext** 6:5

**versus** 6:10

**vestiges** 167:19

**vet** 105:16 107:3 173:3

**vetted** 104:6,25 120:22 123:2 128:2

**vetting** 123:1

**vice** 19:2 21:11 69:16,17 75:7,8 111:2,9 114:14 114:21 115:3

**video** 6:8 75:21

**videoconfere...** 1:13 2:2

**videographer** 3:20 6:3,5 38:7 38:12,18,21

**[videographer - winter]**

76:10,13 115:7 115:11 154:1,4 176:20,23 198:15,18 202:21

**videos** 51:13,14

**videotaped** 1:13 2:2

**view** 25:8,17 29:24 30:1 63:12,21 93:24 103:11 118:1 120:1 127:15 138:18 146:24 165:5 167:14 174:1,4,7,14,15 174:18,22 175:3 176:5,12 177:14

**views** 161:5

**violated** 43:16 43:17

**violation** 34:2

**virginia** 1:1,3 3:16 6:9,13 14:7,12 44:25 45:11 46:21,25 48:15 109:7 116:7 131:25 204:2

**virtual** 51:25

**virtually** 1:17

**visit** 135:22

**visited** 135:18

**vocal** 94:25 95:1,8

**voice** 133:18

**vote** 24:25 49:12 52:21 54:2,5,7 58:13 58:16,18,20 59:2,9,19 60:5 61:10 64:7,7,14 64:21,22 65:7,8 71:14,22 72:3 73:23,24 74:1,9 74:12,24 92:11 96:19,25 97:6 128:6 130:2 132:1 134:12 141:16 144:23 158:17 163:4 164:13 170:23 171:25,25 172:1,6,12 177:2,8

**voted** 40:1 48:20 49:14 59:15 60:4 64:9 85:17 113:4,7 147:18 158:10 172:1

**votes** 20:1,3,17 58:16 85:6,9,12 156:3

**voting** 45:18

**w**

**waddell** 3:15 7:17

**walk** 177:5 191:5

**walked** 177:2

**want** 8:9 38:14 46:13 53:25 67:25 83:13,14 119:21 120:6 137:18 139:6 141:8 185:18 202:3,8,15

**wanted** 85:14 85:16 97:11 99:3,12 118:15 120:14 141:23 142:2,3,6 170:1 170:6,8 201:2

**wanting** 61:12 102:13

**warren** 15:1 33:22 34:22 50:2,24

**washington** 3:4 3:6,11 7:8

**washlaw.org** 3:7

**watch** 51:24 52:7,11

**watched** 51:12 51:14

**way** 25:14 88:14 97:5

100:5 123:3

**we've** 9:10 40:21 77:12 87:12 154:12 155:2 172:23 184:20,20 185:5

**wear** 34:1,14

**wearing** 22:23

**website** 89:14

**wednesday** 1:16

**week** 11:18 107:15 202:13

**weekday** 114:2

**weeks** 11:19 12:20,22 97:13 177:12 189:20

**weird** 115:23

**went** 10:10 15:11 69:3 105:11 123:7 126:12 193:12

**west** 14:7

**western** 1:1 6:12

**whatnot** 193:3

**whereabouts** 13:14

**whereof** 203:17

**whsv** 109:7

**winter** 134:9 178:6

**[wish - zoom]**                                                   Page 50

| | | | |
|---|---|---|---|
| **wish** 202:14 | **work** 7:8 9:8 | 167:10 | 134:10 135:25 |
| **witness** 6:18,25 | 11:23 12:14 | **written** 36:3,4 | 153:7 171:2 |
| 17:2 20:9 21:23 | 36:11 41:14 | 36:6,8,13 37:3 | 174:21,23 |
| 22:8 24:3 27:9 | 52:6 83:18 88:1 | 93:12 108:21 | 175:1 178:25 |
| 30:22 31:24 | 88:20,20,25 | 108:23 131:24 | 179:12,17 |
| 32:5,16 33:9 | 89:2,7,8 90:5 | 168:6 196:13 | **years** 14:13,23 |
| 34:11 40:21 | 92:13 103:16 | **x** | 14:25 26:21 |
| 41:5,24 44:19 | 104:21 105:2,7 | | 29:22 57:1 66:7 |
| 45:22 46:16 | 105:18,20,23 | **x** 4:7 | 127:14 129:7 |
| 48:2 54:19 | 106:4,7,13,21 | **y** | 129:24 165:7 |
| 68:21 70:1 72:6 | 106:24 107:12 | | 174:2,13 |
| 72:21 86:3,9 | 107:14,15 | **yeah** 12:8 36:12 | 186:21 |
| 109:5 111:19 | 110:14 111:17 | 37:19 38:16 | **yep** 36:2 |
| 112:4 128:25 | 111:19 113:7 | 51:23 52:23 | **youtube** 75:21 |
| 132:23 139:6 | 116:17 117:4 | 57:21 64:22 | **z** |
| 140:16 146:11 | 117:10,13,15 | 66:11 68:8 | |
| 151:9 152:7 | 117:18 118:17 | 71:24 74:8 | **zach** 3:20 6:4 |
| 154:21 156:5 | 121:1 125:13 | 78:16 82:15 | 39:3 68:7 |
| 156:13 157:10 | 127:20 173:5 | 90:24 101:7,7 | **zoom** 2:6 |
| 164:10 165:17 | 173:10,11 | 106:17 108:19 | 115:22 |
| 176:7 184:9 | 175:21 177:19 | 114:6 115:17 | |
| 196:7 201:23 | 178:9,24 | 122:9 124:1,23 | |
| 203:6,9,17 | 179:11,22 | 125:11 126:25 | |
| **wonder** 27:9 | 180:17 186:7 | 132:14 138:20 | |
| **woodstock** | 190:10 191:10 | 139:9 140:15 | |
| 13:15 101:20 | **worked** 13:22 | 159:2,15 | |
| **word** 22:23 | 14:25 60:14 | 173:25 174:12 | |
| 33:4 39:22 | 104:7 | 177:9 190:23 | |
| 53:24 62:25 | **working** 19:18 | 192:1 193:9 | |
| 75:4,5 114:4 | 50:23,24 64:24 | **year** 15:13 | |
| 162:3 175:12 | 65:4 | 23:20 25:1,12 | |
| 185:23 186:10 | **worried** 53:24 | 25:15,16 27:7 | |
| **words** 197:18 | 53:25 61:22,24 | 28:12 77:11 | |
| | 166:24 167:3 | 78:5 81:14 89:3 | |
| | | 89:5,5 119:8 | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.