IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
December 04, 2025
LAURA A. AUSTIN, CLERK
BY: /s/ Erica Jones
DEPUTY CLERK

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP et al., | ) ) ) ) Case No. 5:24-cv-040 ) ) ) ) ) ) By:  Michael F. Urbanski ) Senior United States District Judge ) ) ) |
| Plaintiffs, | |
| v. | |
| COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, | |
| Defendant. | |

## ORDER

On January 22, 2025, the court entered an order granting a motion by six of the plaintiffs to proceed under a pseudonym. Mem. Op. and Order, ECF Nos. 63, 64. The individuals allowed to proceed pseudonymously are two minor children, D.D. and J.D., their parents Kay Doe and Edward Doe, minor child A.J., and her mother, Mary Johnson. After examining the factors set out in James v. Jacobson, 6 F.3d 233, 238 (4th Cir. 1993), the court found that the need to protect the privacy of the minor plaintiffs and to protect them from retaliation outweighed the public's interest in having the minor plaintiffs identified. Mem. Op., ECF No. 63 at 5.[1] In addition, allowing the parents of these minor plaintiffs to proceed using

---

[1] The factors set out in James, 6 F.3d at 238, include the following: [1] whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of sensitive and highly personal nature; [2] whether identification poses a risk of retaliatory physical or mental harm to the requesting party or even more critically, to innocent non-parties; [3] the ages of the persons whose privacy interests are sought to be protected; [4] whether the action is against a governmental or private party; and, relatedly, [5] the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously.

1

pseudonyms is necessary because identification of the parents would likely lead to identification of the school children, given the small size of the Shenandoah County school system. Id. at 4.

A bench trial is set to commence in this matter on December 11, 2025. To continue to preserve the privacy of and reduce the risk of retaliation to the three minor plaintiffs, D.D., J.D., and A.J., it is **ORDERED** that they, and their parents, Kay Doe, Edward Doe, and Mary Johnson, be allowed to testify via Zoom at the bench trial. In addition, it is further **ORDERED** that the courtroom will be closed to the public during their testimony.

It is so **ORDERED**.

Entered: 12/04/2025

Michael F. Urbanski
Senior United States District Judge