UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,<br><br>    Defendant. | Case No. 5:24-cv-00040 |

## FIFTH JOINT STATEMENT OF STIPULATED FACTS

Plaintiffs Virginia State Conference NAACP, *et.al.* ("Plaintiffs") and Defendant County School Board of Shenandoah County (the "School Board"), by and through their undersigned counsel, respectfully submit this Fifth Joint Statement of Stipulated Facts.  The facts stipulated in the Joint Statement of Stipulated Facts dated March 25, 2025, ECF No. 85, the Second Joint Statement of Stipulated Facts dated April 7, 2025, ECF No. 96, the Third Joint Statement of Stipulated Facts dated April 23, 2025, ECF No. 104, and the Fourth Joint Statement of Stipulated Facts dated May 12, 2025, ECF No. 109, are incorporated by reference.

118.    Policy BDDC, Agenda Preparation and Dissemination, outlines the policy the School Board follows when considering and voting on new items.

119.    Under this policy, the Superintendent, School Board Chair, and School Board Vice Chair decide what items will be on the agenda for a particular meeting.  In doing so, they consider input from other members of the School Board.  School Board members can reach out to the

Superintendent, Chair, and Vice Chair via email, phone call, or text message to request that an item be added to the agenda.

120. Once an item is on the school board agenda, the School Board holds a first meeting to discuss the item as an informational item, holds a second meeting for public comment, and holds a third meeting to vote on it as an action item after discussion where the item either passes or fails a vote.

121. An informational item is an agenda item upon which no action is taken at the meeting but rather upon which staff can present on a certain topic and the public can provide input.

122. Once an item is on the agenda, only School Board members can amend the agenda.

123. Members of the community can request that an item be placed on the agenda by reaching out to the School Board.

124. There is nothing in Policy BDDC or any other School Board policy concerning how Board members are to evaluate or consider requests from the community regarding items to be placed on the agenda.

125. School board action items may be drafted by the School Board member, Superintendent, or school district staff.

126. Ultimately, what ends up on the agenda is in the discretion of the School Board Chair, in consultation with the Superintendent.

127. The School Board may consult with legal counsel or the Virginia School Board Association in drafting an action item.

128. The School Board often maintains consent agendas for routine items, such as approval of meeting minutes, personnel matters, approval of field trips, and other operational items. The Superintendent and School Board Chair have the authority to place items on the consent agenda. If

there is not unanimous consent on the item, it can be removed from the consent agenda and transitioned into an informational item or action item or tabled altogether.

129. Nothing in the School Board's policy prevents students, parents, or community members from requesting that items be added to the agenda.

130. School Board practice is to utilize the process of placing an item on the agenda as an informational item, then for public comment, and finally for an action item for major agenda items, particularly for policies which require, mandate, or recommend that public input be taken before any action is taken.

131. Policy FFA outlines the School Board's policy regarding naming schools or changing the names of schools. Policy FFA expressly requires the School Board to seek input from the public prior to changing the names of schools. This policy was in effect in 2020 at the time the School Board retired the names Stonewall Jackson High School and Ashby Lee Elementary School.

132. Policy FFA was not referenced on the July 9, 2020 agenda item regarding the School Board's retirement of the school names Stonewall Jackson High School and Ashby Lee Elementary School.

133. Policy FFA states: "The Board will solicit and accept input from the public regarding the names of schools or school facilities . . . [i]n fulfilling this responsibility, the Board shall make every effort to respect the preference of the local school community."

134. Policy FFA-R is the regulation that also applies to the School Board's naming of schools or changing the names of schools.

135. Beyond Policy FFA, Policy FFA-R, and the School Board Policy Manual, there are no other policies or procedures or requirements for naming or renaming a school.

136. The School Board typically gathers public input through written comments and direct outreach to the School Board, along with public comment at School Board meetings.

137. The School Board provides notice of an item to the public by placing it on the agenda and publishing the agenda to Board Docs.

138. The School Board always has a general public comment period at its meetings.

139. When considering an action item, a School Board member needs to make a motion on the action item, and another School Board member needs to second that motion. After the motion is brought forward and seconded, each School Board member is permitted an opportunity to discuss the action item. After this discussion, the School Board holds a vote on the action item.

140. An action item requires a simple majority vote to pass. If there is a tie, the item fails.

141. Policy BDDG outlines the policy for recording minutes of School Board meetings.

142. The School Board posts meeting minutes on Board Docs and video recordings of meetings on its YouTube channel.

143. The procedures for voting on a resolution are the same as the procedures for voting on an action item.

144. If the resolution concerns a matter of public interest, the School Board would likely apply the same process of placing an item on the agenda as an informational item, then for public comment, and finally as an action item as it does for action items of public interest.

145. Once the School Board policy passes, the policy is in place until and unless it is amended or revoked.

146. The process for amending a School Board policy is the same as the process for passing a new policy.

147. The process for revoking or removing a School Board policy is the same as the process for passing a new policy.

148. The School Board is unaware of School Board policies from the 2020-2021 School Board year that have been rescinded or removed. Amendments or revocations of School Board policies would be reflected in meeting agendas and meeting minutes on Board Docs.

149. If the School Board intends to revoke a policy, it is not required to vote to revoke that policy and then vote on a new policy to replace the former policy. Instead, the School Board can pass a policy that amends or replaces the former policy, rather than voting to revoke it.

150. On January 14, 2021, the School Board passed a resolution that established the names of Mountain View High School and Honey Run Elementary School.

151. School Board Norms outline the expectations for how the School Board operates and how School Board members conduct themselves. They are developed by the School Board Chair and Vice Chair in consultation with the Superintendent and then proposed to the School Board for a vote.

152. Policy BDDH-KD outlines how the School Board solicits public comment on agenda items and the guidelines for public participation in that public comment.

153. The School Board does not have a policy guiding how it reviews and compiles the written public comments it receives.

154. The School Board did not conduct any kind of survey or poll of the public to aid in their consideration of policies or agenda items from 2020-2024.

155. The School Board did discuss whether to conduct a survey or have a third party conduct a survey in 2022 regarding the school names, but ultimately did not end up directing the Superintendent to employ a third party to conduct the survey or conduct the survey itself.

156. The School Board has not conducted surveys of the public on any issue from 2020-2024.

157. The School Board retired the names Stonewall Jackson High School and Ashby Lee Elementary School in part to implement the June 25, 2020 Resolution Condemning Racism and Affirming the Division's Commitment to an Inclusive School Environment for All.

158. The 2024 School Board did not specifically reference the June 25, 2020 Resolution Condemning Racism and Affirming the Division's Commitment to an Inclusive School Environment for All.

159. In 1959, there were six districts within Shenandoah County. One district was named Jackson District; another was named Ashby District; another was named Lee District.

160. Stonewall Jackson was built within Jackson District.

161. On January 12, 1959, the Chairman of the School Board made a motion to name the south area high school Stonewall Jackson, which motion was seconded and unanimously passed.

162. Black students were not permitted to attend Stonewall Jackson High School when it first opened in 1959.

163. The School Board is not aware of any connection in the School Board minutes between Massive Resistance and the naming of Stonewall Jackson High School and Ashby-Lee Elementary School.

164. On November 11, 1974, School Board member, Reverend Pendleton, moved to name the elementary school, previously referred to as Stonewall Jackson Primary, Ashby-Lee Elementary School. That motion was seconded and unanimously adopted.

165. The School Board received public comment discussing the history of the naming of Stonewall Jackson High School and Ashby Lee Elementary School.

166. On the July 9, 2020 School Board meeting agenda, the recommended action for action item 6.5 was a motion by School Board member, Martin Helsley, which stated: "I move that the School Board postpone taking action on the discussion item involving the next steps for the Board's

resolution condemning racism and affirming the division's commitment to an inclusive school environment for all as it relates to school names until the Board's next regularly scheduling meeting."

167.   On the July 9, 2020 School Board meeting agenda, the recommended action for action item 6.6 was a motion that "the names of Stonewall Jackson High School and Ashby-Lee Elementary School be retired as well as the Rebel mascot at North Fork Middle School. The Board directs the superintendent to develop a process and timeline in accordance with Board Policy FFA for selection of new names and a new mascot to bring back to the Board at their August 13 meeting." The motion passed with a 5-1 vote.

168.   The July 9, 2020 School Board meeting had a virtual citizen comment period that immediately preceded the vote to retire the names of Stonewall Jackson High School and Ashby-Lee Elementary School. Policy FFA required that the School Board "solicit and accept input from the public regarding the names of schools or school facilities" and "make every effort to respect the preference of the local school community."

169.   The July 9, 2020 School Board meeting complied with regular process for allowing public comment, except for the meeting being held virtually.

170.   There is no evidence in the School Board agenda materials or minutes that the 2020 School Board was aware of the history of the naming of Stonewall Jackson High School or the history of segregation at that school or other Shenandoah County Public Schools.

171.   There was nothing about the School Board's vote in 2020 that was inconsistent with the School Board's procedure for voting on agenda items.

172.   The July 9, 2020 vote followed voting procedure.

173.   Members of the public who were able to access the virtual meeting provided comments virtually at the July 9, 2020 School Board meeting.

174. The School Board reaffirmed the July 9, 2020 vote during the September 10, 2020 School Board meeting.

175. The School Board has no reason to believe that the September 10, 2020 school board meeting did not follow the School Board's voting procedures.

176. The School Board has no reason to believe that the School Board and Superintendent did not follow Policy FFA in implementing the 2020 name change.

177. The facilities manager at Stonewall Jackson High School retained signage and other items bearing the name Stonewall Jackson High School and Ashby-Lee Elementary School.

178. The School Board noticed reconsideration of the original school names as an informational item on the May 12, 2022 School Board agenda. The School Board received public comments on and discussed that item, including discussing whether to conduct a survey to collect community views on a reversion to the original names. No action was taken during that meeting.

179. The 2024 School Board did not discuss the July 6, 2020 letter issued by Governor Northam leading up to the 2024 vote.

180. Special Called Meetings are School Board meetings that fall outside the schedule set out at the beginning of the year for consideration of an emergency topic, a special topic, or further discussion or action on an item from a previous meeting. Special Called Meetings are open to the public and contain opportunities for public comment unless solely for the purpose of a closed session.

181. A work session is a usually public meeting that provides the School Board extra time outside of the regularly scheduled meeting to receive information from staff and/or third parties, and to have discussion amongst themselves on matters of public business. There can be public comment at public works sessions.

182. The School Board held a Special Called Meeting on June 1, 2022 to determine whether to conduct a survey on the school name changes. Superintendent Melody Sheppard brought a proposal on how the survey could be conducted to the meeting.

183. The School Board did not conduct the survey in 2022 because three out of six board members indicated at the June 1, 2022 Special Called Meeting work session that they no longer wished to proceed with a survey regarding the school name change.

184. At the June 1, 2022 School Board Special Called Meeting, members of the School Board indicated a motion would be made at the June 9, 2022 School Board meeting on restoring the school names.

185. The School Board voted on a motion to restore the names Stonewall Jackson High School and Ashby Lee Elementary School at the June 9, 2022 School Board meeting, and the vote resulted in a 3-3 tie; accordingly, the motion failed.

186. The June 9, 2022 vote complied with the School Board's procedures for hearing and voting on motions.

187. The School Board placed the issue of whether to restore the names Stonewall Jackson High School and Ashby Lee Elementary School on the agenda for the April 11, 2024 as an informational item at the request of the Coalition for Better Schools.

188. The School Board understood from the request letter that the Coalition for Better Schools had conducted a survey of the districts affected by the school name change, which are Districts 1 and 2.

189. The School Board did not ask the Coalition for Better Schools to conduct the survey referenced in the request letter.

190. The School Board understood that, out of 8,507 survey cards mailed out by the Coalition for Better Schools, 1,160 were returned.

191. The School Board does not know how the survey cards were mailed out.

192. The School Board does not know how the Coalition for Better Schools verified the addresses to which they mailed the survey cards.

193. The School Board is not aware of what steps, if any, the individual members took to verify the results of the survey conducted by the Coalition for Better Schools.

194. The School Board does not know why the letter from Claim the Names was not included on the School Board meeting agenda.

195. The School Board followed the required process prior to voting to restore the school names. The topic was placed as an informational item on the April 11, 2024 School Board meeting agenda and discussed by the School Board and the public; there was a School Board meeting on April 22, 2024 containing a Work Session at which Policy FFA regarding school naming was discussed and public comment was received; and at the May 9, 2024 meeting, the School Board received public comment and discussed the action item of restoring the school names before voting on the item.

196. The School Board also received public comment regarding restoration of the school names through written communications from, and in-person interactions with, members of the public prior to the May 9, 2024 vote.

197. The School Board gathered information in the form of School Board meeting minutes from 1959 related to the original naming of Stonewall Jackson High School prior to the 2024 vote.

198. The School Board received information from multiple historians regarding the namesakes of the schools prior to the 2024 vote.

199. The School Board did not take any official board action to gather information about the history of segregation in Shenandoah County Public Schools prior to the 2024 vote.

200. The School Board did not specifically reference the June 25, 2020 Resolution Condemning Racism and Affirming the Division's Commitment to an Inclusive School Environment for All when discussing the impact of restoring the school names prior to the 2024 vote.

201. Plaintiffs' Counsel asked the School Board's 30(b)(6) representative, "[d]id the School Board gather any information demonstrating that the names would not have an impact on Black students, prior to the [2024] vote?" The School Board's 30(b)(6) representative responded stating, "[p]robably no specific knowledge if -- whether or not they did that. There's nothing reflected in the minutes, that I recall, that would indicate they did."

202. The School Board is not required to vote with the majority of public comments.

203. The School Board had available to them public comments from members of the community about the original naming of Stonewall Jackson High School prior to the 2024 vote.

204. The School Board is bound by prohibitions against discrimination pursuant to Major Policy GBA/JHFA and Policy GB, as well as the Virginia Human Rights Act, and Title VI, Title VII, Title IX, and the Fourteenth Amendment.

205. The School Board did not take any official steps to determine whether restoring the names Stonewall Jackson and Ashby Lee would be discriminatory after receiving public comments at the May 9, 2024 School Board meeting that restoring the names would have a harmful impact on Black students.

206. The School Board did not conduct or commission a survey about the impact of the names Stonewall Jackson and Ashby Lee on Black students prior to the 2024 vote.

207. Outside of giving the public the opportunity to comment, the School Board did not conduct any kind of assessment of the impact of the names Stonewall Jackson and Ashby Lee on Black students prior to the 2024 vote.

208. The School Board's 30(b)(6) representative testified that he "did not look" into whether school board members spoke with any staff at Stonewall Jackson and Ashby Lee about the impact of restoring the names, prior to the 2024 vote.

209. The School Board's 30(b)(6) representative testified that "[t]here's nothing reflecting an official School Board action on that. I don't have specific knowledge whether any of the individuals [consulted with any psychologists] about the impact of restoring the names Stonewall Jackson and Ashby Lee on Black students, prior to the 2024 vote."

210. The School Board's 30(b)(6) representative testified that "I don't see anything in the record referencing medical professionals" about whether the school board consulted with medical professionals about the impact of restoring the names Stonewall Jackson and Ashby Lee on Black students, prior to the 2024 vote.

211. The School Board received public comments and written comments directly from students regarding the difference between the way the names Stonewall Jackson and Ashby Lee impact Black students as compared to non-Black students prior to the 2024 vote.

212. The School Board did not seek any evidence at the time of the May 2024 vote indicating that the names Stonewall Jackson and Ashby Lee had no impact on Black students.

213. The School Board did not seek any evidence indicating that the names Stonewall Jackson and Ashby Lee were not discriminatory at the time of the May 2024 vote.

214. The School Board did not create a committee to make recommendations to the School Board about new names for the schools following the May 2024 vote to restore the original names of the schools.

215. The School Board did not create a committee at any time to advise or make recommendations to the School Board on the naming of the schools before or after the May 2024 vote to restore the original names of the schools.

216. The School Board did not solicit suggestions for the names of the schools from the community following the May 2024 vote to restore the original names of the schools.

217. The School Board did not consider or develop a list of names to be considered in advance of the May 2024 vote to restore the original names of the schools.

218. The School Board did not consider any alternative names for the schools other than Stonewall Jackson High School and Ashby Lee Elementary School prior to the May 2024 vote to restore the names Stonewall Jackson High School and Ashby Lee Elementary School.

219. Any costs required to restore the names Stonewall Jackson High School and Ashby Lee Elementary School were borne by the Coalition for Better Schools.

220. The School Board's acceptance of the Coalition for Better Schools paying for the restoration of the school names complied with the School Board policy on accepting gifts: Policy KH.

221. There is no School Board policy that requires the board to report gifts received.

222. The meeting minutes that are on Board Docs are authentic and certified copies of the School Board meeting minutes.

223. The meeting agendas that are on Board Docs are authentic and certified copies of the School Board meeting agendas.

224. The 2024 School Board had available to them at the time of the May 2024 vote the 2022 and 2020 School Board records related to the school name changes, including the public commentary in 2022 and 2020.

225. Shenandoah County Public Schools receive federal financial assistance for education and some extracurricular activities.

Dated: December 8, 2025                                        Respectfully submitted,

*/s/ Ashley Joyner Chavous*                                    */s/ John R. Fitzgerald*
Ashley Joyner Chavous (VSB #84028)                             John R. Fitzgerald (VSB #989221)
Jason C. Raofield (DC Bar #463877)*                            Jim H. Guynn, Jr (VSB #22299)
Kevin B. Collins (DC Bar #445305)*                             Christopher S. Dadak (VSB #83789)
Elizabeth Upton (DC Bar #1031985)*                             Guynn Waddell, P.C.
Samuel Greeley (DC Bar #1656254)*                              415 S. College Ave.
Li Reed (DC Bar #90018796)*                                    Salem, Virginia 24153
Amber Lowery (DC Bar #1780982)*                                Phone: (540) 387-2320
Stephanie Nnadi (DC Bar #90007365)*                            Fax: (540) 389-2350
Tyler Smith (DC Bar #1735958)*                                 jimg@guynnwaddell.com
Lauren Smith (DC Bar #90029733)*                               chrisd@guynnwaddell.com
Analese Bridges (DC Bar #90029992)*                            johnf@guynnwaddell.com
Alyssa Greenstein (DC Bar #90029046)*                          *Counsel for Defendant*
Covington & Burling LLP
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com
*Counsel for Plaintiffs*

*/s/ Kaitlin Banner*
Kaitlin Banner (DC Bar #1000436)*
Ryan Downer (DC Bar #1013470)*
Marja K. Plater (DC Bar #90002586)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

   I hereby certify that on December 8, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email:  jimg@guynnwaddell.com
   chrisd@guynnwaddell.com
   johnf@guynnwaddell.com
*Counsel for Defendant*

              /s/ *Ashley Joyner Chavous*
              Ashley Joyner Chavous
              VA Bar #84028