IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
December 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

| | |
|---|---|
| Virginia State Conference NAACP et al., | ) ) |
| Plaintiffs, | ) Case No. 5:24-cv-040 ) ) |
| v. | ) ) |
| County School Board of Shenandoah County, | ) By: Michael F. Urbanski ) Senior United States District Judge |
| Defendant. | ) ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, the court orders as follows:

(1) Plaintiffs' motion in limine to exclude the expert testimony of Dr. Wanjiru Njoya, ECF No. 193, is **GRANTED**.

(2) Plaintiffs' motion in limine to exclude the expert testimony of Gibson Kerr, ECF No. 197, is **GRANTED in Part and DENIED in Part**.

(3) Defendant's amended motion in limine, ECF No. 200, is **DENIED** insofar as it challenges the testimony of plaintiffs' expert Dr. Adiaha Spinks-Franklin. The motion is **DENIED as moot** insofar as it challenges the testimony of plaintiffs' experts Brig. Gen. Ty Seidule and Dr. Brian Daugherity, based on defendant's representation that it has withdrawn those objections.

1

(4) Plaintiffs' motion in limine to exclude the expert testimony of Harold K. Edgerton, ECF No. 203, is **GRANTED**.

(5) The Clerk is **DIRECTED** to terminate ECF No. 199, as it was replaced by defendants' amended motion at ECF No. 200.

It is so **ORDERED**.

Entered: December 8, 2025

Michael F. Urbanski
Senior United States District Judge