IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CIVIL MINUTES – BENCH TRIAL DAY 1

Case No.: 5:24CV00040				Date: 12/11/2025

| | |
|---|---|
| **VIRGINIA STATE CONFERENCE NAACP, ET AL,**<br>Plaintiff(s)<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,**<br>Defendant(s) | Counsel:  *Amber Lowery, Analese M. Bridges, Ashley J. Chavous, Cara S. Deffebach, Elizabeth Upton, *Jason C. Raofield, *Kaitlin Banner, Kendall T. Burchard, *Kevin B. Collins, Lauren T. Smith, *Li Reed, Marja Plater, Melissa Colon, Ryan C. Downer, *Samuel J. Greeley, Stephanie U. Nnadi, Alyssa R. Greenstein<br><br>Counsel:  Christopher S. Dadak, *Jim H. Guynn, Jr., *John R. Fitzgerald<br><br>* denotes speakers |

TIME IN COURT:  9:45-10:52, 11:03-1:30, 2:29-3:57, 4:07-5:00, 5:11-6:07     6h 51m

PRESENT:     JUDGE:              Michael F. Urbanski, SUSDJ
             Deputy Clerk:       Kristin Ayersman
             Court Reporter:     Whitney Stier

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Kay Doe<br>2. James Tyrus Seidule<br>3. Dr. Brian Daugherity | 1. |

PROCEEDINGS:

☒ Preliminary Remarks by Court.
☒ Opening Statements.  Stipulations and exhibits – stipulations ECF 85, 96, 104, 109, 225.  Agreed exhibits - P1, 2, 3, 4, 294, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 193, 287, 288,  313, 314, 315, all marked/received.  Exhibits to be used with today's pltf witnesses, without obj – P32, 36, 37, 38, 39, 40, 57, 59, 82, 85, 93, 94, 96, 98, 104, 115, 146, 148, 155, 156, 163, 166, 168, 190, 197, 238, 239, 290, 291, 292, 293, 311 – marked/received.
Recess 10:52
Reconvene 11:03
☒ Plaintiff presents evidence.  Motion to exclude, granted.  Kay Doe, appearing by Zoom, sworn.  Cross.  No redirect.  Witness excused.  Court addresses parties with concern re redaction of names in transcript of school board meeting.  Pltf responds and suggests remedy.  Dft does not obj.  Transcript for this trial will be reviewed by counsel prior to being docketed.  Pltf notes names inadvertently used and will be redacted from transcript also.  Recess until 2:30
Recess 1:30
Reconvene 2:29
Professor James Tyrus Seidule, sworn.  P 254, m/r.  Witness moved in as expert.  Obj.  Court admits as an

expert, as stated.  P251, m/r.
Recess 3:57
Reconvene 4:07
Cross.
Court questions witness re expert report/graph from Southern Poverty Law Center.
Redirect.  Pltf moves in specific pages of P251.
Recross.
Recess 5:00
Reconvene  5:11
Dr. Brian Daugherity, sworn.  P257, m/r without obj. Witness moved in as expert, without obj and without voir dire.
Court admits as an expert, as stated.  P247, m/r - pg 59 of Expert Report – Exhibit B.  P90, m – obj.  P83, m.  Both P90 and 83 admitted over obj.
Court stops testimony, as stated, and will resume at 9am tomorrow.  Court advises witness that he may not speak with counsel overnight.
Recess 6:07