# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

## CIVIL MINUTES – BENCH TRIAL DAY 2

Case No.: 5:24CV00040                                                                     Date: 12/12/2025

| | |
|---|---|
| **VIRGINIA STATE CONFERENCES NAACP, ET AL,**<br>Plaintiff(s)<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,**<br>Defendant(s) | Counsel: Amber Lowery, Analese M. Bridges, Ashley J. Chavous, Cara S. Deffebach, Elizabeth Upton, Jason C. Raofield, * Kaitlin Banner, Kendall T. Burchard, Kevin B. Collins, Lauren T. Smith, *Li Reed, Marja Plater, *Melissa Colon, Ryan C. Downer, *Samuel J. Greeley, *Stephanie U. Nnadi, Alyssa R. Greenstein<br><br>Counsel: Christopher S. Dadak, Jim H. Guynn, Jr., John R. Fitzgerald<br><br>* = speakers |

TIME IN COURT: 8:58-10:28, 10:46-12:46, 1:50-2:35, 2:44-5:55   7hrs 26m

PRESENT:        JUDGE:                Michael F. Urbanski, SUSDJ
                Deputy Clerk:         Kristin Ayersman
                Court Reporter:       Whitney Stier

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Dr. Brian Daugherity<br>2. D.D.<br>3. J.D.<br>4. Briana Brown | 1. |

PROCEEDINGS:

☒ Plaintiff presents/continues presentation of evidence. Dr. Daugherity sworn. P258 m. Obj – relevance. Overruled, admitted. P80 m/r. Portion of stipulated facts read into the record. Portion of second joint statement of stipulated facts read into record.
Recess 10:28
Reconvene 10:46
Cross.
Redirect.
Recross.
Witness excused.
Courtroom cleared of all non-parties for next witnesses who are appearing by pseudonym, by Zoom.
D.D. sworn, appearing by Zoom. P30, obj overruled/admitted. P33, obj overruled/admitted. Portion of first joint statement of stipulated facts read into record.
Cross.
Witness excused.
J.D. sworn, appearing by Zoom. Portion of second joint statement of stipulated facts read into record.

Cross.
Witness excused.
Recess 12:46
Reconvene 1:50
Briana Brown, sworn.  P113 m, obj sustained in part and denied in part, as stated, admitted. P112 m only.  P111 m, obj sustained in part and denied in part, as stated, admitted.  P115 admitted 12/11/25, same obj, admitted again under hearsay exception.
Recess 2:35
Reconvene 2:44
Cross.   Video conf deposition transcript of witness dated 9/26/2025 reviewed with witness.
Redirect.
Witness excused.
Video deposition designation (Lewis Michael Scheibe) played into record.  P72, 125, 126, 128, 129, 130, 131, 132, 133, 135, 137, 138, 139, 140, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 317, 318 – m/r without obj.
Recess  5:55
Trial to resume on 12/15/2025 at 9am.