# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

### CIVIL MINUTES – BENCH TRIAL DAY 3

Case No.: 5:24CV00040								Date: 12/15/2025

| | |
|---|---|
| **VIRGINIA STATE CONFERENCES NAACP, ET AL,** <br> Plaintiff(s) <br><br> v. <br><br> **COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,** <br> Defendant(s) | Counsel: Amber Lowery, Analese M. Bridges, Ashley J. Chavous, Cara S. Deffenbach, *Elizabeth Upton, Jason C. Raofield, *Kaitlin Banner, Kendall T. Burchard, Kevin B. Collins, Lauren T. Smith, Li Reed, Marja Plater, Melissa Colon, Ryan C. Downer, *Samuel J. Greeley, Stephanie U. Nnadi, Alyssa R. Greenstein <br><br> Counsel: *Christopher S. Dadak, Jim H. Guynn, Jr., *John R. Fitzgerald <br><br><br> * - speaker |

TIME IN COURT: 9:01-10:22, 10:35-10:53, 10:54-1:35, 2:34-4:08; 4:41-6:21    7hrs 34m

PRESENT:	JUDGE:		Michael F. Urbanski, SUSDJ
		Deputy Clerk:	Kristin Ayersman
		Court Reporter:	Whitney Stier

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. A. D. Carter <br> 2. Dr. Adiaha Spinks-Franklin <br> 3. Rev. Cozy Bailey <br> 4. Brandi Rutz – video deposition | 1. |

PROCEEDINGS:

☒	Court addresses parties, as stated. Dft responds. Pltf has housekeeping issues to address with the court re exhibits and witnesses. P326 – pltf asks for judicial notice. Obj – relevance. Sustained. Not admitted. Exhibits admitted by agreement – P28, 50, 51, 55, 56, 169, 175, 185, 186, 187, 188, 189, 200, 209, 211, 228, 253, 256, 321, 322 – no obj. Dft addresses housekeeping – has a witness who will be in Harrisonburg tomorrow and asks to take out of order.

☒	Plaintiff continues presentation of evidence. A. D. Carter, sworn. P108, m/r. P112 admitted through this Witness for limited purpose.
	Recess 10:22
	Reconvene 10:35
	Cross.
	Recess 10:53
	Reconvene 10:54
	Additional cross. No redirect.
	Dr. Adiaha Spinks- Franklin, sworn. Witness offered as an expert, no obj, accepted as an expert as stated.
	Cross.

Obj/motion to strike testimony.  Response.  Obj/motion overruled, as stated.
Redirect.
Recross.
Court questions witness re providing articles in CV to counsel, and asks that counsel upload these into BOX for the court's review – not exhibits.
Witness excused.
Recess 1:35
Reconvene 2:34
Pltf housekeeping matters- P253 Exh B only.
Rev. Cozy Bailey, sworn.  P328 m.  Obj overruled, received.
Cross.
Redirect.
P229 m. Obj overruled, as stated, received.
Recess 4:08
Reconvene 4:41
Court addresses parties on some prior rulings re Ms. Rutz's deposition and some objections, as stated.  Video designations from Brandi Rutz's deposition, binders provided to court and counsel.   Exhibits are agreed and are admitted. P23, 72, 177, 179, 180, 194, 201, 202, 216, 237, 297.
Court addresses parties re obj by both sides to Ms. Rutz's testimony – correction re Page 47, lines 17-20 – for context reasons, is misleading, so the court reverses and overrules obj to certain other lines of deposition re naming and court will read and admit.  Court overrules all obj by both parties.  Pltf responds, suggesting to strike portion to be consistent with other rulings. Dft would rather  have statement however agrees that striking excerpt will solve the issue.  Court will not consider Page 47,  lines 17-20 because taken out of context.  Dft states deposition was missing designation, Page 217, line 12-Page 218 line 11, that was agreed to.  Pltf state it as an oversight and can play now, starting Page 216 at line 18 ending at Page 218 line 11.  Parties satisfied with the way it came in.  Court addresses pltf re expert testimony tomorrow morning which will be pltf's final witness.  Court reconvenes at 9am.
Recess 6:21