IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CIVIL MINUTES – BENCH TRIAL DAY 4

Case No.: 5:24CV00040              Date: 12/16/2025

| | |
|---|---|
| **VIRGINIA STATE CONFERENCES NAACP, ET AL,**<br>Plaintiff(s)<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,**<br>Defendant(s) | Counsel:  Amber Lowery, Analese M. Bridges, Ashley J. Chavous, Cara S. Deffenbach, Elizabeth Upton, *Jason C. Raofield, Kaitlin Banner, Kendall T. Burchard, *Kevin B. Collins, Lauren T. Smith, Li Reed, Marja Plater, Melissa Colon, Ryan C. Downer, Samuel J. Greeley, Stephanie U. Nnadi, Alyssa R. Greenstein<br><br>Counsel:  Christopher S. Dadak, *Jim H. Guynn, Jr., *John R. Fitzgerald |

TIME IN COURT: 8:59-10:17, 10:46-12:40, 1:48-3:58, 4:09-5:26   6h 39m

PRESENT:        JUDGE:            Michael F. Urbanski, SUSDJ
                Deputy Clerk:     Kristin Ayersman
                Court Reporter:   Whitney Stier

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1.  Dr. Amy Bass | 1.  Dennis Barlow<br>2.  Kyle Gutshall |

PROCEEDINGS:
Housekeeping issues raised by pltf – memo to be docketed.

☒  Plaintiff continues presentation of evidence.  Pltf moves to admit P54, 65, 152, 245, 320 without obj.  Dr. Amy Bass, sworn.  P255 m/r.  Pltf moves witness in as expert, no obj, admitted as stated.  P249 Ex B, m/r.  P325 m, obj overruled, admitted.  Court asks witness for publications to be provided to counsel.  Cross.  Redirect. Witness excused.
Recess 10:17
Reconvene 10:46

☒  Plaintiff does not rest at this point however defendant starts evidence.  Dft Motion for Judgment as a Matter of Law TUA to preserve motion.

☒  Defendant moves in D1, 5-17, without obj, admitted.  Pltf obj to 2-4, will be considered when moved into evidence.  Dennis Barlow, sworn.  Pltf standing obj re legislative privilege.  Dft response.  Court sustains standing obj to testimony, as stated.  Proffer of D2 for the record/appeal purposes, not admitted.  Obj.  Dft addresses authentication.  Pltf responds.  Court responds, as stated, and unredacted document to be produced for the court to review over lunch recess.
Recess 12:40
Reconvene 1:48
Court addresses parties re proposed D2.  Pltf response.  Dft response.  Court will not admit P2, as stated.  Witness returns to stand, still sworn.  Cross.  P199 m/r.  P320 previously marked, now received. P319, m.

P141, m.  Pltf counsel requests Court to clear courtroom to protect identities of juvenile pltfs.  Court will clear courtroom and notes that court reporter will remove person identifiers from transcript. Pltf resumes cross.  P324 m/r.  Public returns to courtroom.  Redirect.  Witness excused.
Recess 3:58
Reconvene 4:09
Kyle Gutshall, sworn.  Cross.  P76, m/r.  P329 m/r.  Redirect.  Recross.  Witness excused.
Recess 5:26