# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

## CIVIL MINUTES – BENCH TRIAL DAY 5

Case No.: 5:24CV00040                                                              Date:  12/17/2025

| | |
|---|---|
| **VIRGINIA STATE CONFERENCES NAACP, ET AL,**<br>Plaintiff(s)<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY,**<br>Defendant(s) | Counsel:  Amber Lowery, Analese M. Bridges, Ashley J. Chavous, Cara S. Deffenbach, Elizabeth Upton, Jason C. Raofield, *Kaitlin Banner, Kendall T. Burchard, Kevin B. Collins, Lauren T. Smith, *Li Reed, *Marja Plater, Melissa Colon, Ryan C. Downer, Samuel J. Greeley, Stephanie U. Nnadi, Alyssa R. Greenstein<br><br>Counsel:  *Jim H. Guynn, Jr., *John R. Fitzgerald |

TIME IN COURT:  9:04-9:58, 10:08-10:54, 11:05-12:58, 2:02-3:18, 3:20-3:40, 3:58-4:14   5h 25m

PRESENT:         JUDGE:                   Michael F. Urbanski, SUSDJ
                 Deputy Clerk:            Kristin Ayersman
                 Court Reporter:          Whitney Stier

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. Michael Dorman<br>2. Gloria Carlineo |

PROCEEDINGS:

☒ Housekeeping matters by pltf.  Ptf m/r -  P44, 45, 61, 69, 70, 78, 106, 107, 158, 160, 181, 195, 206, 217, 218, 240, 331, 333, 335, 337, 338A, 338B, 339A, and 339B.  Error on exhibit P253 that will be corrected as P253A.  No obj to exhibits by dft – admitted.   Cross reference of exhibits identified as D5/P19, D6/P19, D7/P32, D8/P104, D10/P20, D11/P17, D12/P1, D13/P2, D14/P3, and D15/P294.  Defendant housekeeping re D18 (SCSB 006171-116175) m/r without obj.

☒ Defendant continues presentation of evidence.   Michael Dorman, sworn.  Courtroom cleared of public for testimony re pseudonym pltfs.
Recess 9:58
Reconvene 10:08
Cross – open courtroom.  P95, 100, 102 – m/r with obj, overruled.  P62 m.  Obj overruled.  Admitted.  Redirect.  Housekeeping matters by defendant – moving deposition into record for Kerr – to be made an exhibit, pages and lines as agreed to subject to ruling on motion in limine – D20, r.  P41, 71, 73, 99, 105, 167, 178, 182, 203, 212, 233, 236, 241, 242, 246, 289 and 330 m/r.
Recess 10:54
Reconvene 11:05
Gloria Carlineo, sworn.  Standing obj to legislative privilege noted.  Reference to Joint Stip P2/ECF 96.  Reference to D18.   Obj re legislative privilege, sustained.  D19 m, obj, sustained – legislative privilege, not admitted.  Joint stipulation 105 – D14, m/r – read into record.  D21 m/r (paper cc).
Recess 12:58

  Reconvene 2:02
  Cross.
  P340, m, obj, overruled, admitted.
  Redirect.  Joint stipulations 131, 132, 133, 168, 118, 119 read into record – D15, previously m/r.
  Recess 3:18
  Reconvene 3:20
  Recross.
  Witness excused.
☒ Defendant rests.  No rebuttal evidence.
☒ Defendant Motion for Judgment as a Matter of Law.  Motion opposed, as stated.
  Court ☐ grants  ☐ denies  ☒ takes under advisement, as stated.
☒ Court questions parties re P25, page 16.  Pltf responds, case w/d.  No desegregation order in Shenandoah County.  Court recess to allow counsel to review exhibits.
  Recess 3:40
  Reconvene  3:58
  Court addresses the parties re timing/next steps re findings of fact/conclusions.
  Court asks parties to email Word versions of proposed findings of fact and a brief re conclusions.
  Transcripts are due 1/2/26.  These findings of  facts
  Adjourn 4:14