✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE Michael F. Urbanski, SUSDJ | | | PLAINTIFF'S ATTORNEY listed on minute sheet | | DEFENDANT'S ATTORNEY Christopher Dadak, Jim Guynn, John Fitzgerald | |
|---|---|---|---|---|---|---|
| TRIAL DATES 12/11-12/2025, 12/15-17/2025 | | | COURT REPORTER Whitney Stier, Lisa Blair | | COURTROOM DEPUTY Kristin Ayersman | |
| **PLF NO** | **DEF NO** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION AND EXHIBITS\* AND WITNESSES** | |
| 1 | | 12/11/2025 | y | y | ECF 85 | |
| 2 | | 12/11/2025 | y | y | ECF 96 | |
| 3 | | 12/11/2025 | y | y | ECF 104 | |
| 4 | | 12/11/2025 | y | y | ECF 109 | |
| 294 | | 12/11/2025 | y | y | ECF 225 | |
| 5 | | 12/11/2025 | y | y | Def's 2nd Suppl Answers to Pls' INT_9-24-25.pdf | |
| 6 | | 12/11/2025 | y | y | Def's Answer to PL's 3rd INTs #17-25_10-10-2025.pdf | |
| 7 | | 12/11/2025 | y | y | Def's Answers to PLs' 1st INT_3-26-2025.pdf | |
| 8 | | 12/11/2025 | y | y | Def's Answers to PLs' 2nd INT_7-29-2025.pdf | |
| 9 | | 12/11/2025 | y | y | Def's Answers to PLs' 2nd RFAs_10-10-2025.pdf | |
| 10 | | 12/11/2025 | y | y | Def's Answers to PLs' RFAs_10-10-2025.pdf | |
| 11 | | 12/11/2025 | y | y | Def's Revised Suppl Responses to PLs INT and RPD_4-30-2025.pdf | |
| 12 | | 12/11/2025 | y | y | Def's Second Suppl Answers to PLs' INT 6 & 16_10-10-2025.pdf | |
| 13 | | 12/11/2025 | y | y | Def's Suppl Answers to PLs' INT_4-11-2025.pdf | |
| 14 | | 12/11/2025 | y | y | Def's Suppl Response to PL's Discovery Requests_9-26-2025.pdf | |
| 15 | | 12/11/2025 | y | y | Def's Supplemental Answers to PLs' 1st INT_4-1-2025.pdf | |
| 16 | | 12/11/2025 | y | y | Exhibit 11.pdf | |
| 17 | | 12/11/2025 | y | y | Exhibit 13.pdf | |
| 18 | | 12/11/2025 | y | y | Exhibit 152.pdf | |
| 19 | | 12/11/2025 | y | y | Exhibit 153.pdf | |
| 20 | | 12/11/2025 | y | y | Exhibit 159.pdf | |
| 21 | | 12/11/2025 | y | y | Exhibit 2.pdf | |
| 22 | | 12/11/2025 | y | y | Exhibit 3.pdf | |
| 23 | | 12/11/2025 | y | y | Exhibit 52. pdf | |
| 24 | | 12/11/2025 | y | y | NAACPVA_00022606-NAACPVA_00022886.pdf | |
| 25 | | 12/11/2025 | y | y | NAACPVA_00022887-NAACPVA_00023133.pdf | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 1 of 9

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|---|
| Michael F. Urbanski, SUSDJ | | | listed on minute sheet | | | Christopher Dadak, Jim Guynn, John Fitzgerald | |
| TRIAL DATES | | | COURT REPORTER | | | COURTROOM DEPUTY | |
| 12/11-12/2025, 12/15-17/2025 | | | Whitney Stier, Lisa Blair | | | Kristin Ayersman | |
| 26 | | 12/11/2025 | y | y | NAACPVA_00023134-NAACPVA_00023200.pdf | | |
| 27 | | 12/11/2025 | y | y | NAACPVA_00023201-NAACPVA_00023348.PDF | | |
| 193 | | 12/11/2025 | y | y | Exhibit 4.pdf | | |
| 287 | | 12/11/2025 | y | y | Exhibit 154.pdf | | |
| 288 | | 12/11/2025 | y | y | Exhibit 163.pdf | | |
| 313 | | 12/11/2025 | y | y | Thursday April 11, 2024 Shenandoah County School Board Meeting Minutes | | |
| 314 | | 12/11/2025 | y | y | Approved at the May 9, 2024 School Board Meeting | | |
| 315 | | 12/11/2025 | y | y | Monday April 22, 2024 Shenandoah County School Board Meeting & Work Session & Final Budget Adoption | | |
| 32 | | 12/11/2025 | y | y | NAACPVA_00002837.pdf | | |
| 36 | | 12/11/2025 | y | y | NAACPVA_00007601.pdf | | |
| 37 | | 12/11/2025 | y | y | NAACPVA_00007638.pdf | | |
| 38 | | 12/11/2025 | y | y | NAACPVA_00007645.pdf | | |
| 39 | | 12/11/2025 | y | y | NAACPVA_00007650.pdf | | |
| 40 | | 12/11/2025 | y | y | NAACPVA_00007653.pdf | | |
| 57 | | 12/11/2025 | y | y | Exhibit 1.pdf | | |
| 59 | | 12/11/2025 | y | y | Exhibit 156.pdf | | |
| 82 | | 12/11/2025 | y | y | NAACPVA_00001627.pdf | | |
| 85 | | 12/11/2025 | y | y | NAACPVA_00002710.pdf | | |
| 93 | | 12/11/2025 | y | y | NAACPVA_00022567-NAACPVA_00022567.pdf | | |
| 94 | | 12/11/2025 | y | y | NAACPVA_00022568-NAACPVA_00022568.pdf | | |
| 96 | | 12/11/2025 | y | y | NAACPVA_00022570-NAACPVA_00022570.pdf | | |
| 98 | | 12/11/2025 | y | y | NAACPVA_00022572-NAACPVA_00022572.pdf | | |
| 104 | | 12/11/2025 | y | y | RPD 7 - #SCSB 0000001-000014.pdf | | |
| 115 | | 12/11/2025 | y | y | NAACPVA_00020857.pdf | | |
| 146 | | 12/11/2025 | y | y | Ex. 18 - NAACPVA_00000132.pdf | | |
| 148 | | 12/11/2025 | y | y | Ex. 22 - NAACPVA_00000189.pdf | | |
| 155 | | 12/11/2025 | y | y | Ex.41 - NAACPVA_00002976.pdf | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,
V
County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number: 5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | Christopher Dadak, Jim Guynn, John Fitzgerald |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | Kristin Ayersman |

| | | | | | | |
|---|---|---|---|---|---|---|
| 156 | | 12/11/2025 | y | y | Ex.43 - NAACPVA_00009861.pdf | |
| 163 | | 12/11/2025 | y | y | Ex. 51 - SCSB 004774-75.pdf | |
| 166 | | 12/11/2025 | y | y | NAACPVA_0000666.pdf | |
| 190 | | 12/11/2025 | y | y | Exhibit 22.pdf | |
| 197 | | 12/11/2025 | y | y | NAACPVA_00021476.pdf | |
| 238 | | 12/11/2025 | y | y | Exhibit 93 - Melody Sheppard  - 10-22-2025.pdf | |
| 239 | | 12/11/2025 | y | y | Exhibit 94 - Melody Sheppard - 10-22-2025.pdf | |
| 290 | | 12/11/2025 | y | y | mp4 file | |
| 291 | | 12/11/2025 | y | y | mp4 file | |
| 292 | | 12/11/2025 | y | y | mp4 file | |
| 293 | | 12/11/2025 | y | y | mp4 file | |
| 311 | | 12/11/2025 | y | y | Joint Deposition Designation for Melody Sheppard | |
| 254 | | 12/11/2025 | y | y | Seidule Updated CV | Seidule |
| 251 | | 12/11/2025 | y | y | NAACP v. Shenandoah Couty School Board - Ty Seidule Expert Report (revised Exhibit B) | Seidule |
| 257 | | 12/11/2025 | y | y | Daugherity Updated CV | Daugherity |
| 247 | | 12/11/2025 | y | y | Daugherity Expert Report.pdf - pg 59 Exhibit B | Daugherity |
| 90 | | 12/11/2025 | y | y | NAACPVA_00021432.pdf | Daugherity |
| 83 | | 12/11/2025 | y | y | NAACPVA_00002618.pdf | Daugherity |
| 258 | | 12/12/2025 | y | y | NAACPVA_000160765.pdf | Daugherity |
| 80 | | 12/12/2025 | y | y | NAACPVA_00000564.pdf | Daugherity |
| 30 | | 12/12/2025 | y | y | NAACPVA_00001488.pdf | D.D. |
| 33 | | 12/12/2025 | y | y | NAACPVA_00003944.pdf | D.D. |
| 113 | | 12/12/2025 | y | y | NAACPVA_00018275.pdf | Brown |
| 112 | | 12/12/2025 | y | | NAACPVA_00017675.pdf | Brown |
| 111 | | 12/12/2025 | y | y | NAACPVA_00017672.pdf | Brown |
| 72 | | 12/12/2025 | y | y | Exhibit 101 - Melody Sheppard - 10-22-2025.pdf | VD - Sheibe |
| 125 | | 12/12/2025 | y | y | Exhibit 119 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 3 of 9

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,
V
County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | | Christopher Dadak, Jim Guynn, John Fitzgerald | |
| TRIAL DATES | COURT REPORTER | | COURTROOM DEPUTY | |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | | Kristin Ayersman | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 126 | | 12/12/2025 | y | y | Exhibit 121 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 128 | | 12/12/2025 | y | y | Exhibit 123 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 129 | | 12/12/2025 | y | y | Exhibit 126 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 130 | | 12/12/2025 | y | y | Exhibit 127 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 131 | | 12/12/2025 | y | y | Exhibit 129 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 132 | | 12/12/2025 | y | y | Exhibit 131 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 133 | | 12/12/2025 | y | y | Exhibit 132 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 135 | | 12/12/2025 | y | y | Exhibit 136 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 137 | | 12/12/2025 | y | y | Exhibit 145 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 138 | | 12/12/2025 | y | y | Exhibit 146 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 139 | | 12/12/2025 | y | y | Exhibit 147 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 140 | | 12/12/2025 | y | y | Exhibit 148 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 298 | | 12/12/2025 | y | y | Exhibit 111 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 299 | | 12/12/2025 | y | y | Exhibit 112 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 300 | | 12/12/2025 | y | y | Exhibit 113 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 301 | | 12/12/2025 | y | y | Exhibit 114 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 302 | | 12/12/2025 | y | y | Exhibit 115 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 303 | | 12/12/2025 | y | y | Exhibit 116 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 304 | | 12/12/2025 | y | y | Exhibit 117 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 305 | | 12/12/2025 | y | y | Exhibit 124 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 306 | | 12/12/2025 | y | y | Exhibit 125 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 307 | | 12/12/2025 | y | y | Exhibit 130 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 308 | | 12/12/2025 | y | y | Exhibit 133 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 317 | | 12/12/2025 | y | y | Exhibit 128 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 318 | | 12/12/2025 | y | y | Exhibit 141 - Lewis Michael Sheibe, II - 10-23-2025.pdf | VD - Sheibe |
| 326 | | 12/15/2025 | y | | Photograph of marker "A 141 Resilience Amid Resistance" - judicial notice | |
| 28 | | 12/15/2025 | y | y | Ex. 3 - VA Conference NAACP v. County School Board Shenandoah - Declaration of VA NAACP.pdf | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.        Page 4 of 9

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,
V
County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | | Christopher Dadak, Jim Guynn, John Fitzgerald | |
| TRIAL DATES | COURT REPORTER | | COURTROOM DEPUTY | |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | | Kristin Ayersman | |
| 50 | | 12/15/2025 | y | y | NAACPVA_00017075.pdf | |
| 51 | | 12/15/2025 | y | y | NAACPVA_00018539.pdf | |
| 55 | | 12/15/2025 | y | y | Condemning the Display of Commercialization of the Confederate Battle Flag_NAACP.pdf | |
| 56 | | 12/15/2025 | y | y | About_NAACP Virginia.pdf | |
| 169 | | 12/15/2025 | y | y | Exhibit 16.pdf | |
| 175 | | 12/15/2025 | y | y | Exhibit 17.pdf | |
| 185 | | 12/15/2025 | y | y | SCSB 011728 | |
| 186 | | 12/15/2025 | y | y | SCSB 009746.pdf | |
| 187 | | 12/15/2025 | y | y | Exhibit 14.pdf | |
| 188 | | 12/15/2025 | y | y | Exhibit 20.pdf | |
| 189 | | 12/15/2025 | y | y | Exhibit 21.pdf | |
| 200 | | 12/15/2025 | y | y | Exhibit 28.pdf | |
| 209 | | 12/15/2025 | y | y | SCSB 004118.pdf | |
| 211 | | 12/15/2025 | y | y | SCSB 009095.pdf | |
| 228 | | 12/15/2025 | y | y | Exhibit 160.pdf | |
| 253 | | 12/15/2025 | y | y | Spinks-Franklin Expert Report_FINAL_revised.pdf - Exhibit B | |
| 256 | | 12/15/2025 | y | y | Spinks-Franklin Updated CV | |
| 321 | | 12/15/2025 | y | y | Virginia NAACP Condemns Efforts to Name Schools after Confederate Generals  - article 4/22/2024 | |
| 322 | | 12/15/2025 | y | y | Virginia NAACP Condemns Efforts to Name Schools after Confederate Generals  - article 5/20/2024 | |
| 108 | | 12/15/2025 | y | y | NAACPVA_00017630.pdf | |
| 112 | | 12/15/2025 | | y | NAACPVA_00017675.pdf | A. D. Carter |
| 328 | | 12/15/2025 | y | y | Resolution: Proscribing Unsupervised Confederate Flag Displays in K-12 Schools | Bailey |
| 229 | | 12/15/2025 | y | y | SCSB 054804.pdf | Bailey |
| 177 | | 12/15/2025 | y | y | Exhibit 40.pdf | VD - Rutz |
| 179 | | 12/15/2025 | y | y | Exhibit 55.pdf | VD - Rutz |
| 180 | | 12/15/2025 | y | y | Exhibit 56. pdf | VD - Rutz |
| 194 | | 12/15/2025 | y | y | Exhibit 46.pdf | VD - Rutz |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

### EXHIBIT AND WITNESS LIST

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | Christopher Dadak, Jim Guynn, John Fitzgerald |

| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | Kristin Ayersman |

| | | | | | | |
|---|---|---|---|---|---|---|
| 201 | | 12/15/2025 | y | y | Exhibit 48.pdf | VD - Rutz |
| 202 | | 12/15/2025 | y | y | Exhibit 50.pdf | VD - Rutz |
| 216 | | 12/15/2025 | y | y | Exhibit 54.pdf | VD - Rutz |
| 237 | | 12/15/2025 | y | y | Exhibit 92 - Melody Sheppart - 10-22-2025.pdf | VD - Rutz |
| 297 | | 12/15/2025 | y | y | Exhibit 51.pdf | VD - Rutz |
| 54 | | 12/16/2025 | y | y | Exhibit 36.pdf | |
| 65 | | 12/16/2025 | y | y | Exhibit 99 - Melody Sheppard - 10-22-2025.pdf | |
| 152 | | 12/16/2025 | y | y | Ex. 31 - NAACPVA_00001487.pdf | |
| 245 | | 12/16/2025 | y | y | SCSB 002620.pdf | |
| 320 | | 12/16/2025 | y | y | Industry with Plenty * Shanandoh County * emblem | |
| 255 | | 12/16/2025 | y | y | Bass Updated CV | Bass |
| 249 | | 12/16/2025 | y | y | Ex B - VA Conference NAACP v. County School Board Shenandoah - Dr. Amy Bass Expert Declaration and Report.pdf | Bass |
| 325 | | 12/16/2025 | y | y | VHSL Handbook and Policy Manual 2024-2025 | Bass |
| | 1 | 12/16/2025 | y | y | SCSB 036911-036913.pdf | |
| | 5 | 12/16/2025 | y | y | School Board Mtg Agenda 7-9-2020.pdf | |
| | 6 | 12/16/2025 | y | y | Approved Mins Board Meeting 7-9-2020.pdf | |
| | 7 | 12/16/2025 | y | y | CBS Letter Survey Results.pdf | |
| | 8 | 12/16/2025 | y | y | School Board Meeting Minutes 1958-60.pdf | |
| | 9 | 12/16/2025 | y | y | School Board Meeting Minutes 1972-76.pdf | |
| | 10 | 12/16/2025 | y | y | School Board Mtg Agenda 5-9-2024 (detailed).pdf | |
| | 11 | 12/16/2025 | y | y | Approved Mins Board Meeting 5-9-2024.pdf | |
| | 12 | 12/16/2025 | y | y | Joint Statement of Stipulated Facts_3.25.25(85).pdf(highlighted).pdf | |
| | 13 | 12/16/2025 | y | y | Second Joint Statement of Stipulated Facts _4.7.25(96).pdf(highlighted).pdf | |
| | 14 | 12/16/2025 | y | y | Third Joint Statement of Stipulated Facts_4.23.25(104).pdf(highlighted).pdf | |
| | 15 | 12/16/2025 | y | y | Fifth Joint Statement of Stipluated Facts(highlighted).pdf | |
| | 16 | 12/16/2025 | y | y | Official VA Dept. of Elections School Board Election Results - November 2021.pdf | |
| | 17 | 12/16/2025 | y | y | Official VA Dept. of Elections School Board Election Results - November 2023.pdf | |

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | Christopher Dadak, Jim Guynn, John Fitzgerald |
| **TRIAL DATES** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | Kristin Ayersman |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 12/16/2025 | y | | SCSB 079965-0800332 FOIA Response.pdf | |
| | 3 | 12/16/2025 | y | | SCSB 029108-029109 Whetzel Email.pdf | |
| | 4 | 12/16/2025 | y | | SCSB 029110-029261 Petition. Pdf | |
| 199 | | 12/16/2025 | y | y | Exhibit 26.pdf | Barlow |
| 319 | | 12/16/2025 | y | | Coalitions for Better Schools - photo SJHS enterance | Barlow |
| 141 | | 12/16/2025 | y | | NAACPVA_00021552.pdf | Barlow |
| 324 | | 12/16/2025 | y | y | photo | Barlow |
| 76 | | 12/16/2025 | y | y | YouTube video | Gutshall |
| 329 | | 12/16/2025 | y | y | Name Change Survey | Gutshall |
| 44 | | 12/17/2025 | y | y | NAACPVA_00012554.pdf | |
| 45 | | 12/17/2025 | y | y | NAACPVA_00012617.pdf | |
| 61 | | 12/17/2025 | y | y | SCSB 005212.pdf | |
| 69 | | 12/17/2025 | y | y | SCSB 020663.pdf | |
| 70 | | 12/17/2025 | y | y | Exhibit 10.pdf | |
| 78 | | 12/17/2025 | y | y | SCSB 025049.pdf | |
| 106 | | 12/17/2025 | y | y | SCSB 001787.pdf | |
| 107 | | 12/17/2025 | y | y | SCSB 001809.pdf | |
| 158 | | 12/17/2025 | y | y | Ex. 46 - SCSB 001805.pdf | |
| 160 | | 12/17/2025 | y | y | Ex. 48 - SCSB 002917.pdf | |
| 181 | | 12/17/2025 | y | y | Exhibit 59.pdf | |
| 195 | | 12/17/2025 | y | y | Exhibit 58.pdf | |
| 206 | | 12/17/2025 | y | y | NAACPVA_00021771.pdf | |
| 217 | | 12/17/2025 | y | y | NAACPVA_00022578 - NAACPVA_00022592.pdf | |
| 218 | | 12/17/2025 | y | y | NAACPVA_00022593 - NAACPVA_00022605.pdf | |
| 240 | | 12/17/2025 | y | y | NAACPVA_0005026.pdf | |
| 331 | | 12/17/2025 | y | y | | |
| 333 | | 12/17/2025 | y | y | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

## EXHIBIT AND WITNESS LIST

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | | Christopher Dadak, Jim Guynn, John Fitzgerald | |
| TRIAL DATES | COURT REPORTER | | COURTROOM DEPUTY | |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | | Kristin Ayersman | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 335 | | 12/17/2025 | y | y | | |
| 337 | | 12/17/2025 | y | y | | |
| 338A | | 12/17/2025 | y | y | | |
| 338B | | 12/17/2025 | y | y | | |
| 339A | | 12/17/2025 | y | y | | |
| 339B | | 12/17/2025 | y | y | | |
| 253A | | 12/17/2025 | y | y | Spinks-Franklin Expert Report_FINAL_revised.pdf - Exhibit B | |
| | 18 | 12/17/2025 | y | y | SCSB 006171 - 006175 | |
| 95 | | 12/17/2025 | y | y | photo - 1963 Yearbook SJHS | Dorman |
| 100 | | 12/17/2025 | y | y | photo - 1967 Yearbook SJHS | Dorman |
| 102 | | 12/17/2025 | y | y | photo - 1983 Yearbook SJHS | Dorman |
| 62 | | 12/17/2025 | y | y | email Johnston to Mauck | Dorman |
| 41 | | 12/17/2025 | y | y | NAACPVA_0007661.pdf | |
| 71 | | 12/17/2025 | y | y | Exhibit 100 - Melody Sheppard - 10-22-2025.pdf | |
| 73 | | 12/17/2025 | y | y | Exhibit 104 - Melody Sheppard - 10-22-2025.pdf | |
| 99 | | 12/17/2025 | y | y | NAACPVA_00022573 - NAACPVA_00022573.pdf | |
| 105 | | 12/17/2025 | y | y | RPD 8 - #SCSB 0000001-000014.pdf | |
| 167 | | 12/17/2025 | y | y | NAACPVA_00020745.pdf | |
| 178 | | 12/17/2025 | y | y | Exhibit 41.pdf | |
| 182 | | 12/17/2025 | y | y | SCSB 005304.pdf | |
| 203 | | 12/17/2025 | y | y | Exhibit 6.pdf | |
| 212 | | 12/17/2025 | y | y | SCSB 009126.pdf | |
| 233 | | 12/17/2025 | y | y | Exhibit 151.pdf | |
| 236 | | 12/17/2025 | y | y | Exhibit 19.pdf | |
| 241 | | 12/17/2025 | y | y | NAACPVA_00019976.pdf | |
| 242 | | 12/17/2025 | y | y | RPD 6 #SCSB 000400-000415.pdf | |
| 246 | | 12/17/2025 | y | y | SCSB 002933.pdf | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 8 of 9

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF VIRGINIA

Virginia State Conference NAACP, et al,

V

County School Board of Shenandoah County

**EXHIBIT AND WITNESS LIST**

Case Number:  5:24CV00040

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|
| Michael F. Urbanski, SUSDJ | listed on minute sheet | | Christopher Dadak, Jim Guynn, John Fitzgerald | |
| TRIAL DATES | COURT REPORTER | | COURTROOM DEPUTY | |
| 12/11-12/2025, 12/15-17/2025 | Whitney Stier, Lisa Blair | | Kristin Ayersman | |
| 289 | | 12/17/2025 | y | y | NAACPVA_00017724.pdf | |
| | 20 | 12/17/2025 | y | y | Gibson Kerr deposition | |
| | 19 | 12/17/2025 | y | | Excerpt of D2 (D2 not admitted) | Carlineo |
| | 21 | 12/17/2025 | y | y | Article 3/12/1957 "Man  Would Name New Market School for Stonewall Jackson" | Carlineo |
| 340 | | 12/17/2025 | y | y | | Carlineo |
| 168 | | 12/11/2025 | y | y | NAACPVA_00021565.pdf | |
| 330 | | 12/17/2025 | y | y | article   by G. Kerr | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 9 of 9