**Plaintiff's Exhibit**

**PTX- 0010**

Case No. 5:24-cv-00040-MFU-JCH

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISON

VIRGINIA STATE CONFERENCE NAACP, *et al.*    )
    )
    Plaintiffs,    )
    )
v.    )    Case No. 5:24-cv-40
    )
COUNTY SCHOOL BOARD OF    )
SHENANDOAH COUNTY,    )
    )
    Defendant.    )

### DEFENDANT SHENANDOAH COUNTY SCHOOL BOARD'S ANSWERS TO PLAINTIFFS' REQUEST FOR ADMISSIONS

Defendant Shenandoah County School Board, by counsel, for its Answers to Plaintiffs' Request for Admissions, states as follows:

1. Admit that School Board Chair Dennis Barlow relied (entirely or in part) on the survey referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore the school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION:  Defendant objects to this request on the basis of Legislative Privilege. Defendant School Board understands that Dennis Barlow has invoked his legislative privilege and asserted his intent not to waive his privilege through his testimony either in a deposition or at trial. It is the School Board's position that the information requested in this interrogatory is privileged according to the Court's memorandum opinion regarding legislative privilege.**

**RESPONSE: In accordance with its objection, Defendant can neither admit nor deny.**

2. Admit that School Board member Thomas Streett relied (entirely or in part) on the survey referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore the school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION:  Defendant objects to this request on the basis of Legislative Privilege.
Defendant School Board understands that Thomas Streett has invoked his legislative
privilege and asserted his intent not to waive his privilege through his testimony either in a
deposition or at trial. It is the School Board's position that the information requested in
this interrogatory is privileged according to the Court's memorandum opinion regarding
legislative privilege.**

**RESPONSE: In accordance with its objection, Defendant can neither admit nor deny.**

3.    Admit that School Board member Gloria Carlineo relied (entirely or in part) on the
survey referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore
the school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION:  Defendant objects to this request on the basis of Legislative Privilege.
Defendant School Board understands that Gloria Carlineo has invoked her legislative
privilege and asserted her intent not to waive her privilege through his testimony either in
a deposition or at trial. It is the School Board's position that the information requested in
this interrogatory is privileged according to the Court's memorandum opinion regarding
legislative privilege.**

**RESPONSE: In accordance with its objection, Defendant can neither admit nor deny.**

4.    Admit that School Board member Kyle Gutshall relied (entirely or in part) on the survey
referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore the
school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION:  Defendant objects to this request on the basis of Legislative Privilege.
Defendant School Board understands that Kyle Gutshall has invoked his legislative
privilege and asserted his intent not to waive his privilege through his testimony either in a
deposition or at trial.  It is the School Board's position that the information requested in**

2

this interrogatory is privileged according to the Court's memorandum opinion regarding legislative privilege.

**RESPONSE**: In accordance with its objection, Defendant can neither admit nor deny.

5.   Admit that School Board member Brandi Rutz relied (entirely or in part) on the survey referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore the school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION**:  Defendant objects to this request on the basis of Legislative Privilege. Defendant School Board understands that Brandi Rutz has invoked her legislative privilege and asserted her intent not to waive her privilege through his testimony either in a deposition or at trial. It is the School Board's position that the information requested in this interrogatory is privileged according to the Court's memorandum opinion regarding legislative privilege.

**RESPONSE**: In accordance with its objection, Defendant can neither admit nor deny.

6.   Admit that School Board member Michael Rickard relied (entirely or in part) on the survey referenced in paragraphs 113-115 of the Complaint when voting on May 10, 2024 to restore the school names Stonewall Jackson High School and Ashby Lee Elementary School.

**OBJECTION**:  Defendant objects to this request on the basis of Legislative Privilege. Defendant School Board understands that Michael Rickard intends to invoke his legislative privilege when given the opportunity and to assert his intent not to waive his privilege through his testimony either in a deposition or at trial. It is the School Board's position that the information requested in this interrogatory is privileged according to the Court's memorandum opinion regarding legislative privilege.

**RESPONSE**: In accordance with its objection, Defendant can neither admit nor deny.

SHENANDOAH COUNTY SCHOOL BOARD

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax:    (540) 389-2350
Email: jimg@guynnwaddell.com
        christopherd@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of October, 2025, the foregoing was served upon Plaintiffs'

counsel of record via electronic mail.

/s/ John R. Fitzgerald
Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax:    (540) 389-2350
Email: jimg@guynnwaddell.com
        christopherd@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendant*

4