*Virginia State Conference NAACP et al v. County School Board of Shenandoah County*
<u>Dr. Brian Daugherity Expert Report</u>

**Plaintiff's Exhibit**

**PTX- 0247**

Case No. 5:24-cv-00040-MFU-JCH

## I.        Experience and Qualifications

I am a Professor of History at Virginia Commonwealth University (VCU) in Richmond, Virginia.  I teach courses on the history of the civil rights movement, the history of Virginia, and the history of the United States since 1865.  My scholarship focuses on the implementation of the Supreme Court's 1954 *Brown v. Board of Education* decision in Virginia.

I hold a Doctor of Philosophy in U.S. History from the College of William & Mary.  In recognition of my outstanding accomplishment during graduate school study, I was the recipient of the Thatcher Prize for Excellence in Graduate and Professional Study.  My dissertation was titled *Keep On Keeping On:  The NAACP and the Implementation of Brown v. Board of Education in Virginia.*  It was later published in 2016 with the University of Virginia Press.  This book is an examination of the implementation of *Brown v. Board of Education* in Virginia.  The book details the official reaction to *Brown v. Board of Education* and how Virginia helped launch and guide the movement against school desegregation, known as Massive Resistance.

I obtained a Master of Arts in Education from the University of Mississippi, and a Master of Arts in U.S. History from the University of Montana.  I have a Bachelor of Arts in History from the College of William & Mary.

In 1996, I started my career as a public high school teacher through the Mississippi Teacher Corps program.  I taught history in Sunflower County public high schools until 1998.  Subsequently, I taught history courses in Virginia at the College of William & Mary (2003), Richard Bland College (1998-2006), and the University of Richmond (2001-2009).  I then served as an adjunct instructor in the Department of African American Studies at VCU, from 2004 to 2006, before taking a full-time position in the Department of History.

I have delivered presentations on U.S. history at numerous conferences, including conferences sponsored by the Organization of American Historians, the Association for the Study of African American Life and History, the History of Education Society, the Oral History Association, the Southern Historical Association, and the Virginia Forum.

I have received grants to fund my teaching and research from the National Endowment for the Humanities, the Library of Congress, the Virginia Foundation for the Humanities (now Virginia Humanities), the Virginia Historical Society, Duke University, and the College of William & Mary, among others.

In 2023, I received the VCU College of Humanities and Sciences Distinguished Teaching Award.  In 2021, I received the Virginia Museum of History and Culture's William M.E. Rachal Award, which recognizes the author(s) of the best article to appear in its quarterly journal, the *Virginia Magazine of History & Biography*.  I received the award for an article I co-authored with Dr. Alyce Miller, *A New Era in Building:  African American Educational Activism in Goochland County, Virginia, 1911–32*, which examined educational opportunities for rural African Americans in the broader context of educational advocacy across Virginia and the South.  I constructed a history of educational activism

1

in Goochland County from an array of county records, newspapers and periodicals, regional philanthropic records, historical accounts, and interviews with Goochland County residents.

I am co-editor of *A Little Child Shall Lead Them: A Documentary Account of the Struggle for School Desegregation in Prince Edward County, Virginia* (University of Virginia Press, 2019). This book is a collection of primary documents with historical context and scholarly analysis, which examines Prince Edward County, where officials closed the public schools for five years to avoid school desegregation in response to the Supreme Court's *Brown v. Board of Education* decision.

I serve on several advisory boards related to African American studies and history, including the 1939 Alexandria Library Sit-In Project Scholars' Advisory Board; Humanities Advisory Council for a documentary film on Rosenwald Schools in Virginia; The HistoryMakers Higher Education Advisory Board; and the Woodville Rosenwald School Scholars' Advisory Board.

I co-chair the Desegregation of Virginia Education ("DOVE") project. Founded in 2008, DOVE documents, publicizes, and preserves records related to school desegregation in Virginia, from roughly the mid-1940s to the mid-1970s. In addition to physical records, DOVE attains first-person accounts from people who experienced desegregation. As of 2021, DOVE recorded about 120 oral histories.

A copy of my *curriculum vitae*, including a list of my publications, is attached as Exhibit A.

My understanding of the key issues in the case revolves around the fact that Shenandoah County's well-documented history of racial segregation and inequities in educational opportunities is reflected in the County School Board's decision to name two schools, Stonewall Jackson High School and Ashby-Lee Elementary School, after Confederate leaders in 1959 and 1974. The naming decisions were made during an era of substantial racial change, during which the county sought to preserve a racial order based on separation and inequity, which negatively impacted the county's Black residents. In 2020, acknowledging this history and the names' continued negative impact on Black residents, the School Board voted to remove the Confederate names from the schools. However, in 2024, the School Board decided to reinstate these names despite no indication that the names did not invoke the same negative response from Black residents.

I have reviewed various documents and resources, a list of which is attached as Exhibit B. I reserve the right to supplement my opinions based on my review of additional relevant materials if such become available.

## II.    Analysis

### A.    Until 1964, Shenandoah County operated a segregated public school system, where Black students received a separate and inferior education.

The public school system in Virginia, including that of Shenandoah County, was created in the 1870s as required by the 1869 Virginia state constitution.[1] All public schools were racially segregated

---

[1] Brent Tarter, *Virginians and Their Histories* (Charlottesville: University of Virginia Press, 2020), at chapter 14.

PTX-0247.pdf

from the outset.[2]  From the 1870s to the 1960s, the historical record demonstrates that the Shenandoah County School Board operated a racially segregated school system that accorded more substantial educational opportunities for the White schoolchildren of the county.[3]  This was the case because of deliberate policy choices made by county school officials, despite the fact that Black residents regularly petitioned the County School Board for improvements to the schools that were accorded to them.  In other words, separate schools in Shenandoah County were not equal, as required by the U.S. Supreme Court ruling in *Plessy v. Ferguson* (1896).

For example, though the School Board maintained six high school facilities for White students, Shenandoah County was one of 18 Virginia school divisions in the late 1950s that provided no high schools for its Black students.[4]  Instead, Black students who wished to receive a high school education were forced to attend all-Black high schools outside of the county, which were controlled and operated by entities other than the Shenandoah County School Board.[5]  This situation created substantial burdens for high school-age Black students and their families, including–but not limited to–the time required for daily travel to and from school (as well as the risks of said transport), needing to leave home earlier and return later than the county's White students, periodic overnight stays outside of the county to participate in extra-curricular activities, and often additional financial costs not faced by White students and their families in the county.[6]

Additional evidence demonstrates that the educational opportunities afforded to Black public-school students in Shenandoah County were not equal to those afforded to White students.  Disparities were manifested in school facilities, transportation, and educational resources, among other factors.  At Sunset Hill Colored School, a school for Black students, there were no indoor restrooms or water

---

[2] *Id.*

[3] For instance, a former student described living within an all-White neighborhood in Shenandoah County but attending all-Black schools separate from her neighbors.  Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed May 11, 2025). *See also* Shenandoah County Library, *Sunset Hill School*, Shenandoah Stories, https://shenandoahstories.org/items/show/20 (accessed May 11, 2025)("Shenandoah County continued to operate segregated schools until 1964 when the last of the county's 100 African American students were given permission by the state to attend the White schools.").

[4] C. Glenn Wilkins, *District of Columbia Junior High Colored Student Applies at Central for 1962-63*, Shenandoah Valley (Feb. 15, 1962); Rocktown History, *Knocking Down Walls*, YouTube, https://www.youtube.com/watch?v=K-UfwWbzfeE.

[5] C. Glenn Wilkins, *District of Columbia Junior High Colored Student Applies at Central for 1962-63*, Shenandoah Valley (Feb. 15, 1962).

[6] *Hot Election Made Hotter By Censure*, Richmond Times-Dispatch, Sept. 9, 1956; *Schools Stir Concerns*, Richmond Times-Dispatch, May 15, 1959; *Records of the Virginia Pupil Placement Board, 1957-1966*, The Library of Virginia, https://ead.lib.virginia.edu/vivaxtf/view?docId=lva/vi02003.xml (accessed June 12, 20205); *see also e.g.,* Minutes of Meeting of Shenandoah County School Board, October 2, 1944; Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed May 11, 2025).  For similar burdens borne by Black students in Warren County, Virginia, which also provided no Black high schools, see Rocktown History, *Knocking Down Walls*, YouTube, https://www.youtube.com/watch?v=K-UfwWbzfeE.

PTX-0247.pdf

fountains until the 1950s, nor a cafeteria.[7]  Books had to be purchased and were generally second-hand books from the county's White schools.[8]  The building was heated by a stove that was operated by students.[9]  Looking back on her education at the all-Black Creekside Elementary School in Shenandoah County, a former student recalled, "[o]ur education in grade school was awful."[10]

1.    **Virginia officials engaged in the practice of Massive Resistance to school desegregation.**

On May 17, 1954, the U.S. Supreme Court unanimously ruled in the landmark civil rights case *Brown v. Board of Education of Topeka, Kansas* that "separate but equal" public school facilities are inherently unequal, violate the Equal Protection Clause of the Fourteenth Amendment, and therefore are unconstitutional.  Following the Court's ruling, most public officials in the state of Virginia sought to preserve segregated schools within the Commonwealth.  Between 1954 and 1959, this resistance to desegregation coalesced around a series of policies collectively known as Massive Resistance.[11] Massive Resistance included, among other things, an alteration to the state constitution to allow for appropriations to schools not owned or operated by the state; legislation enacted by the General Assembly to revise the state's pupil placement policies and compulsory attendance laws, and to allow for the closure of schools desegregated by federal courts; and policies put forth by Virginia's Superintendent of Public Instruction and State Board of Education to maintain school segregation. The stated goal of Massive Resistance was to maintain segregated schools throughout the state of Virginia.[12]

Massive Resistance was opposed by representatives of the National Association for the Advancement of Colored People (hereafter, NAACP), who challenged the legality of such resistance in federal and state courts.[13]  Between 1958 and 1959, federal and state courts overturned and

---

[7] Shenandoah County Library, *Sunset Hill School*, Shenandoah Stories, https://shenandoahstories.org/items/show/20 (accessed May 11, 2025)

[8] *Id.*

[9] *Id.*; *Tours of African American History in the Shenandoah Valley*, Sunset Hill School, https://www.rootsrundeep.org/sunset-hill-school.html (accessed May 30, 2025); *Historical marker dedicated, unveiled for Sunset Hill School*, Northern Virginia Daily, Nov. 15, 2020.

[10] Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed May 11, 2025).

[11] Brian J. Daugherity, *Keep On Keeping On:  The NAACP and the Implementation of Brown v. Board of Education in Virginia* (University of Virginia Press, 2016), at chapters 3 and 4; Library of Virginia, *The State Responds:  Massive Resistance*, https://www.lva.virginia.gov/exhibits/brown/resistance.htm (accessed June 12, 2025).

[12] Daugherity, *Keep On Keeping On*, at chapters 3 and 4. For more information, see Robbins L. Gates, The *Making of Massive Resistance:  Virginia's Politics of Public School Desegregation, 1954-1956* (Chapel Hill: University of North Carolina Press, 1962); J. Harvie Wilkinson, III, *Harry Byrd and the Changing Face of Virginia Politics, 1945-1966* (Charlottesville: University of Virginia Press, 1968).

[13] Daugherity, *Keep On Keeping On*, at chapters 3 and 4.

PTX-0247.pdf

prohibited *de jure* Massive Resistance—including the state's school closing law, which had been used to temporarily close schools in 3 districts in the fall of 1958—forcing the state of Virginia to begin to desegregate schools.[14]  Initial school desegregation in Virginia began in two localities on February 2, 1959, and school desegregation in the state slowly expanded in subsequent years.  By the fall of 1961, 20 Virginia school districts had experienced some desegregation.[15]  During this period, however, the Shenandoah County School Board continued to operate segregated schools as before 1954.[16]

After state and federal courts rejected the principal tenets of Massive Resistance and ordered the beginning of school desegregation in Virginia, state officials implemented new policies aimed at complying with federal courts orders and yet preserving as much segregation in education as possible.  One new policy, known as "local option," was adopted in 1959 and implemented in 1960.  This policy allowed school districts in Virginia to determine their own pupil placements policies, rather than allow the Virginia Pupil Placement Board to make their placement decisions.  In essence, the policy allowed localities to choose whether to desegregate or remain segregated.[17]

> **2.     Rather than comply with *Brown v. Board of Education*, the Shenandoah County School Board deliberately maintained segregated and unequal schools until forced to abandon this policy by Black residents of the county and federal restrictions.**

After the adoption of local option, the Shenandoah County School Board deliberately and consciously chose to maintain segregation within its public school system.  Between 1954 and 1962, the Board initiated no actions to eliminate segregated schools and instead undertook actions clearly aimed at preserving school segregation.  Whenever School Board members discussed improving or constructing schools during this era, they spoke in terms of Black or White schools, not desegregated schools, and the statements and actions of Board members at the time reflect their desire for racial segregation.[18]  For instance, in spring 1959, after Black residents appeared before the School Board to request school improvements, the School Board adopted a statement expressing its concern about "providing better school facilities for Negro children in Shenandoah county."[19]

---

[14] *Id.*, at chapters 4 and 5.

[15] *Id.*, at chapter 4.

[16] Shenandoah County Library, *Sunset Hill School*, Shenandoah Stories, https://shenandoahstories.org/items/show/20 (accessed May 11, 2025)("Shenandoah County continued to operate segregated schools until 1964 when the last of the county's 100 African American students were given permission by the state to attend the White schools.").

[17] Sara Kathryn Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966,* M.A. thesis, Virginia Commonwealth University (2006), at 18-22, 44, 57; Daugherity, *Keep On Keeping On*, at chapter 4.

[18] *See* e.g., Minutes of Meeting of Shenandoah County School Board, May 23, 1958, Nov. 9, 1959, Dec. 18, 1959, and Feb. 8, 1960.

[19] *Shenandoah Schools Stir Concern*, Richmond Times-Dispatch, May 15, 1959. Note for clarification: at the time, "Negro" or "colored" were words used by White officials to refer to Black students and/or schools.

PTX-0247.pdf

There was no mention of desegregated schools.  Moreover, the Board's willingness to improve school facilities for Black students was likely motivated by its desire to maintain racial segregation. There is little doubt that Board members felt that if the county improved its Black schools, there would be less incentive for Black families to request admission to the county's all-White schools.

As an example of the Shenandoah County School Board's commitment to racial segregation, it is instructive to examine school construction in the county following *Brown v. Board of Education.*  In 1956, the Board proposed, and voters approved, a bond referendum to consolidate and modernize school facilities.[20]  The construction plan, which was implemented between 1956 and 1959, resulted in the construction of three new high schools in the county—all for White students.[21]  A local newspaper later praised the Board's construction of the new schools as a formidable answer to "the county's Negro problem," remarking that "the county woke up to its educational responsibilities in erecting new facilities to mark the county as one of the most progressive in the South."[22]  Black students were prohibited from attending the new schools and, as before, forced to travel to high schools outside of the county to obtain a secondary education.[23]  And, as mentioned previously, when the school board discussed the possibility of constructing additional schools in the late 1950s, to address concerns raised by Black parents about their children's education, members spoke in terms of erecting all-Black schools.[24]  Stonewall Jackson High School was one of the new White high

---

[20] *Rockingham School Projects, 7 Years Old, Still Going Strong*, Richmond Times-Dispatch, May 13, 1957; *Two Shenandoah County Boards Adopt Three High School Construction Plan*, Northern Virginia Daily, June 12, 1956, at 7, https://www.virginiachronicle.com/?a=d&d=NVD19560612.1.7; *School Board Chairman Urges Voters to Think of Children*, Northern Virginia Daily, Sept. 11, 1956, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19560911.1.5; Minutes of Meeting of Shenandoah County School Board, Mar. 12, 1956, Apr. 9, 1956, May 23, 1958, Nov. 9, 1959, Dec. 14, 1959, and Dec. 18, 1959.

[21] Minutes of Meeting of Shenandoah County School Board, Jan. 7, 1955, Mar. 12, 1956, Apr. 9, 1956, May 23, 1958, Nov. 9, 1959, Dec. 14, 1959, Dec. 18, 1959, and Feb. 8, 1960.

[22] *Time to Get off the Fence*, Shenandoah Herald, Feb. 15, 1962.

[23] *Two Shenandoah County Boards Adopt Three High School Construction Plan*, Northern Virginia Daily, June 12, 1956, at 7, https://www.virginiachronicle.com/?a=d&d=NVD19560612.1.7; *School Board Chairman Urges Voters to Think of Children*, Northern Virginia Daily, Sept. 11, 1956, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19560911.1.5; Minutes of Meeting of Shenandoah County School Board, Jan. 7, 1955, Mar. 12, 1956, Apr. 9, 1956, May 23, 1958, Nov. 9, 1959, Dec. 14, 1959, Dec. 18, 1959, Feb. 8, 1960, Nov. 14, 1960, Apr. 10, 1961, and May 14, 1962; *School Board Plans Colored Elem'nt'ry Schools in County*, Shenandoah Herald, June 11, 1959; Carley Bennett and Zachary Hottel, *Mountain View High School*, Shenandoah Stories, https://shenandoahstories.org/items/show/322 (accessed May 11, 2025); Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed June 12, 2025).

[24] *Two Shenandoah County Boards Adopt Three High School Construction Plan*, Northern Virginia Daily, June 12, 1956, at 7, https://www.virginiachronicle.com/?a=d&d=NVD19560612.1.7; *School Board Chairman Urges Voters to Think of Children*, Northern Virginia Daily, Sept. 11, 1956, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19560911.1.5; Minutes of Meeting of Shenandoah County School Board, Jan. 7, 1955, Mar. 12, 1956, Apr. 9, 1956, May 23, 1958, Nov. 9, 1959, Dec. 14, 1959, Dec. 18, 1959, Feb. 8, 1960, and Nov. 14, 1960.

PTX-0247.pdf

schools.  It opened in the fall of 1959 and was formally dedicated on April 24, 1960.[25]  Its initial enrollment was over 500 students,[26] suggesting the school could have easily enrolled the dozen or so Black students who lived within its attendance zone.

It is also instructive to examine the county's relationship with the Virginia Pupil Placement Board (PPB).  Established as part of Massive Resistance in 1956, the PPB was tasked with making school assignment decisions for all public school students in Virginia seeking to transfer schools or applying to attend school for the first time.[27]  State legislators who created the PPB, as well as PPB members themselves, emphasized its purpose of maintaining racial segregation in education.[28]  Over time, due to several successful legal challenges in federal courts, the PPB's powers were restricted.[29]  One important change in 1960 allowed Virginia localities the option of withdrawing from the PPB's jurisdiction and making school assignments themselves.  Many localities did so, and their school assignments often fueled the expansion of school desegregation in Virginia.  Shenandoah County, however, chose to remain under the jurisdiction of the PPB to maintain segregation rather than initiate or promote school desegregation on its own.[30]

Over time, however, Black parents in Shenandoah County began to request that their children be admitted into all-White public schools in the county.  Their reasons for doing so reflected the disparities and inequities of the county's segregated school system.  A transfer application submitted on March 20, 1962, noted that the two Black teachers at Sunset Hill "each have several grades to teach. I do not think that a child under such circumstances can get as good an education as he could with a teacher who has only one grade to teach."[31]  Sunset Hill also lacked a cafeteria and offered no school lunch.[32]  One transfer request submitted by a Black parent in 1963 noted, "[t]he reasons why I want my children . . . transfer [sic] from Creekside Elementary School to Woodstock Elementary

---

[25] Carley Bennett and Zachary Hottel, *Mountain View High School*, Shenandoah Stories, https://shenandoahstories.org/items/show/322 (accessed June 12, 2025).

[26] *Id.*

[27] *Records of the Virginia Pupil Placement Board, 1957-1966*, The Library of Virginia, https://ead.lib.virginia.edu/vivaxtf/view?docId=lva/vi02003.xml (accessed June 12, 2025); Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966*, at 18-22, 44.

[28] *Id.*

[29] Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966*, at 57-77; Daugherity, *Keep On Keeping On*, at chapter 4.

[30] Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966*, at 57-77; Daugherity, *Keep On Keeping On*, at chapter 4; *Shenandoah Integration Move Made*, Ledger-Star, Feb. 13, 1962; *Suit Asks Admission To School*, Ledger-Star, Sept. 25, 1962.

[31] *Records of the Virginia Pupil Placement Board, 1957-1966*, The Library of Virginia, https://ead.lib.virginia.edu/vivaxtf/view?docId=lva/vi02003.xml (accessed June 12, 2025).

[32] Letter from Mr. and Mrs. Wilbert Mitchell to Mr. W.W. Robinson, Mar. 20, 1962; Shenandoah County Library, *Sunset Hill School*, Shenandoah Stories, https://shenandoahstories.org/items/show/20 (accessed May 30, 2025).

PTX-0247.pdf

School is first, the location of the school, for better education, no cafeteria and the distance they have to walk, crossing the track and the high way without protection in all kinds of bad weather."[33] Additional requests for similar transfers pointed out that the county offered no transportation to Creekside Elementary School (Black) but did offer transportation to Woodstock Elementary School (White).[34]

Because Shenandoah County chose to allow the PPB to continue to make school assignments for the county, the Shenandoah County School Board forwarded such transfer requests to the PPB. Initially, the PPB rejected all Black transfer requests;[35] however, because the PPB's stated goal of preserving segregation in education had been severely restricted by federal courts in the late 1950s and early 1960s, the PPB increasingly approved the transfer requests of Black Virginians in the early 1960s, including those from Shenandoah County.[36] In 1962, the PPB approved the transfer requests of three Black high school students—that August, two female students enrolled at Strasburg High School, and one female student enrolled at Central High School.[37] In June 1963, under a new PPB policy that no longer considered the academic qualifications or residence location of Black children applying for transfers to White schools in Virginia, the PPB assigned twenty-four additional Black children to formerly all-White schools in the county.[38] That fall, the PPB transferred two additional Black students.[39] It is no coincidence that by the spring, the Shenandoah County Board of Supervisors unanimously passed a resolution repealing its enforcement of a state law that required students in the county to attend its public schools.[40] It is likely that Shenandoah County officials chose to amend the county's school attendance policy in 1964 to make it clear that White children would not be forced to attend school with Black students.

---

[33] Letter from Mrs. Frances Kaufman to Mr. W.W. Robinson, Feb. 20, 1963.

[34] *Records of the Virginia Pupil Placement Board, 1957-1966*, The Library of Virginia, https://ead.lib.virginia.edu/vivaxtf/view?docId=lva/vi02003.xml (accessed June 12, 2025); *Shenandoah Integration Move Made*, Ledger-Star, Feb. 13, 1962; *Old Dominion Briefs*, World-News, Apr. 9, 1963.

[35] Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966*, at 18–22, 44.

[36] *Id.* at 57–64.

[37] *Schools Integrated With No Incidents*, Ledger-Star, Aug. 31, 1962; *Suit Asks Admission to School*, Ledger-Star, Sept. 25, 1962.

[38] *Board Authorizes 126 Negro Shifts*, Ledger-Star, June 5, 1963.

[39] *White Schools Assigned 151 More Negroes*, Richmond Times-Dispatch, June 6, 1963.

[40] *School Attendance Repeal Stirs Protest in County*, Shenandoah Herald, Apr. 16, 1964, at 1. The state legislature had repealed its compulsory attendance law in 1959, soon after school desegregation began in Virginia, which left enforcement of school attendance policies to Virginia's localities. Daugherity, *Keep On Keeping On*, at chapter 4. The School Board later requested the resolution be rescinded following concern from residents in the community that reduced attendance in the schools would reduce the budget provided from the state to the county. *School Attendance Repeal Stirs Protest in County*; Minutes of Meeting of Shenandoah County School Board, May 11, 1964.

PTX-0247.pdf

In 1964, an additional 71 Black students applied to transfer into the White schools of Shenandoah County.[41]  Undoubtedly, this decision was impacted by the rise of civil rights activism in the South in 1963 and the success of the civil rights movement in 1964.[42]  Local officials forwarded the assignment requests to the PPB, and the PPB chose to admit the Black students into the county's formerly all-White schools.[43]  Local officials made clear the choice to admit Black students was not the county's.[44]  Regardless, the development meant that all Black students in the county would now attend school with White students, for the first time.[45]  Importantly, no White students in the county sought to transfer into Black schools.[46]  In fact, one White parent requested the School Board reimburse tuition to send his children to a segregation academy in Warren County rather than Shenandoah County's now-desegregated schools.[47]  Although the School Board ultimately rejected the request, it was only because an all-White school within the county remained available for the children to attend and the Board would provide free transportation to the children to attend the all-White school, even though it was outside of their district.[48]

The PPB decision highlighted a question that the Shenandoah County School Board had been discussing for some time; what to do with the county's Black schools now that Black students were transferring into the White schools.  School Board members had previously discussed the cost of maintaining two (segregated) school systems, and newspapers indicated that local officials now intended to close all of the county's formerly all-Black schools.[49]  The *Virginian Pilot* reported, "[p]resumably Shenandoah will become the second state locality to close its Negro schools," and Associated Press asserted, "[t]he Negro schools will be closed."[50]  Importantly, the School Board oversaw the closure of at least one Black school in 1964, while also overseeing the expansion of at

---

[41] *71 County Negroes Seek Transfers*, Shenandoah Valley, July 2, 1964.

[42] On the same day that local news reported 71 Black students seeking transfer to Shenandoah County's White schools, President Lyndon Johnson signed the Civil Rights Act of 1964.

[43] *Assignment Of Negroes Not Made At County's Request*, Northern Virginia Daily, July 8, 1964.

[44] *Id.*

[45] *71 County Negroes Seek Transfers*, Shenandoah Valley, July 2, 1964 ; *Assignment Of Negroes Not Made At County's Request*, Northern Virginia Daily, July 8, 1964.

[46] Minutes of Meeting of Shenandoah County School Board, 1962-1964.

[47] *Supervisors Considers Tuition Grant Request*, Shenandoah Valley, Sept. 17, 1964.

[48] Minutes of Meeting of Shenandoah County School Board, Nov. 9, 1964.

[49] *Virginia Negroes Assigned*, Virginian-Pilot, July 7, 1964; *Shenandoah Schools Totally Integrated*, World-News, July 7, 1964; *Board Assigns Negro Pupils In 4 More School Systems*, Richmond Times-Dispatch, July 7, 1964.  Shenandoah County School Board meeting minutes from the 1940s contain various references to the cost, and challenges of funding, two school systems.  *See e.g.,* Minutes of Meeting of Shenandoah County School Board, Oct. 2, 1944.

[50] *Virginia Negroes Assigned*, Virginian-Pilot, July 7, 1964; *Shenandoah Schools Totally Integrated*, World-News, July 7, 1964.

PTX-0247.pdf

least one White school.[51]  The closure of the Black schools in Shenandoah County, rather than utilizing them to further the cause of school desegregation, reflects the fact that the Black schools had never equaled White schools in Shenandoah County, and represents another example of local officials' readiness to make decisions that harmed the Black community.

Because all Black students in the county attended formerly all-White schools starting in fall 1964, contemporaries stated that Shenandoah County was the second county in Virginia to integrate its schools.[52]  Historians of school desegregation, however, distinguish between the "desegregation" of schools and the "integration" of schools.  The former refers to the process whereby a small number of Black students were admitted to formerly White schools, and generally refers to the beginning, and early years, of the transition from segregated schools to compliance with *Brown v. Board of Education.*  Over time, however, federal courts interpreted *Brown v. Board of Education* to require more than the end of segregation in education.[53]  Simply ending segregation often did not lead to substantial change, particularly in urban areas that mandated segregated neighborhoods.[54]  Nor would the end of segregation lead to mixed-race faculty and staff in schools in the South.  Instead, the active promotion of racial integration (and racial diversity) became the federal compliance requirement, most clearly by the late 1960s.[55]  The integration of schools, therefore, refers to the point at which schools in the region no longer reflected their previous all-White or all-Black "dual school" status.  Instead, local officials actively promoted a unitary school system in which all aspects and vestiges of the segregated system were eliminated; meaning, integrated athletics and extra-curricular activities; transportation; administrators, faculty, and staff; as well as the student body.  Clearly, Shenandoah County had not accomplished this in 1964.[56]

---

[51] My research has not discerned if all Black schools were closed in 1964; certainly, a portion were.  *See* Minutes of Meeting of Shenandoah County School Board, Dec. 7, 1964 and January 11, 1965; *Historical marker dedicated, unveiled for Sunset Hill School*, Northern Virginian Daily, Nov. 15, 2020; Shenandoah County Library, *Sunset Hill School*, Shenandoah Stories, https://shenandoahstories.org/items/show/20 (accessed May 11, 2025); Carley Bennett and Zachary Hottel, *Mountain View High School*, Shenandoah Stories, https://shenandoahstories.org/items/show/322 (accessed June 12, 2025).

[52] *Shenandoah Schools Totally Integrated*, World-News, July 7,1964.

[53] Davison Douglas, "Brown v. Board of Education and its Impact on Black Education in America" in Peter F. Lau, *From the Grassroots to the Supreme Court: Brown v. Board of Education and American Democracy* (Durham: Duke University Press, 2004); *Green v. New Kent Cnty*, 391 U.S. 430 (1968).

[54] Robert A. Pratt, *The Color of Their Skin: Education and Race in Richmond Virginia, 1954–89* (Charlottesville: University Press of Virginia, 1992); Jeffrey L. Littlejohn and Charles H. Ford, *Elusive Equality: Desegregation and Resegregation in Norfolk's Public Schools* (Charlottesville: University of Virginia Press, 2012); Davison M. Douglas, *Reading, Writing and Race: The Desegregation of the Charlotte Schools* (Chapel Hill: University of North Carolina Press, 1995).

[55] Douglas, "Brown v. Board of Education and its Impact on Black Education in America" in Lau, *From the Grassroots to the Supreme Court*; *Green v. New Kent Cnty*, 391 U.S. 430 (1968).

[56] *260 Negroes Assigned by Pupil Board*, Ledger-Star, July 7, 1964; *Virginia Negroes Assigned*, Virginian Pilot, July 7, 1964; *Shenandoah Schools Totally Integrated*, World-News, July 7, 1964; *Board Assigns Negro Pupils In 4 More School Systems*, Richmond Times Dispatch, July 7, 1964.

On the eve of initial school desegregation in Shenandoah County in the fall of 1962, members of the School Board discussed "different problems that might arise regarding integration" in the schools.[57] It is unlikely that Board members seriously considered the challenges facing the first Black children to enter the county's formerly all-White schools. The name of the first Black student to attend Central High School was heavily circulated in local newspapers after she submitted a transfer application to the PPB.[58] One newspaper stated that student's application warranted a "frontal assault" by the county against its "Negro problem."[59] The student later recalled threatening phone calls to her home, which lasted a week, and racial epithets yelled at her in school.[60] A White student described the Black student several decades later: "We went to separate elementary schools, even though she lived about two streets down from me. We both went to movies, but she had to sit in the colored section. I never saw her in the town's restaurants because blacks weren't welcome. I swam in the public pool in Woodstock, but I never saw her there. Blacks weren't allowed. I never knew [she] existed until 1962 when she became the first black student to enter my high school."[61] A Black student who attended Stonewall Jackson High School soon after added perspective on the Black experience during an interview in 2016.[62] She recalled White students yelling racial epithets, being denied the opportunity to participate in cheerleading and drill team ("we were never in nothing") and school officials diminishing Black students' experience of discrimination by "telling us that we were always welcome that the schools were always Shenandoah County Schools that they did not know why we did not go there."[63] The same individual, who served as an educator in the county in later years, also recalled repeatedly suing the County School Board for equal treatment.[64]

Ultimately, the end of the segregated school system in Shenandoah County came about as the result of numerous, persistent requests from Black county residents to end it and the threat of judicial actions—and not via voluntary compliance with the *Brown v. Board of Education* ruling by the Shenandoah County School Board. Though the county reluctantly accepted the desegregation of its schools in 1964, it chose not to employ Black teachers within this desegregated school system. In July 1964, "Shenandoah School Supt. W.W. Robinson of Woodstock said today the integration of

---

[57] Minutes of Meeting of Shenandoah County School Board, Aug. 13, 1962.

[58] *District of Columbia Junior High Colored Student Applies at Central for 1962-63*, Shenandoah Valley, Feb. 15, 1962, at 1; *Negro Student Seeks Entry to Central High in Fall*, Shenandoah Herald, Feb. 15, 1962.

[59] *Time to Get Off the Fence*, Shenandoah Herald, Feb. 15, 1962.

[60] Diana Vann, *Integration of Shenandoah County Schools: A Smooth Transition* (1993) (unpublished essay in author's possession).

[61] *Id.*

[62] Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed June 12, 2025).

[63] *Id.*

[64] *Id.*

11

the schools will not mean the integration of the faculties."[65]  The decision was detrimental to the Black educators formerly employed by the county, and also to the Black students who now learned from all-White teachers.  For instance, the Black student who attended Stonewall Jackson High School shortly after it desegregated recalled the rapid decline of her academic performance at the school:  "There was some rough times for me because even in grade school I was a good student and had good grades and everything and even at Sims.  Once I came to Stonewall all that just fell."[66]

That the county failed to anticipate, or address, the unique challenges facing Black students during the school desegregation process is likely due to its continued focus on White students and their families.  Perhaps this is because Black Virginians were largely excluded from the political process until Congress passed the Voting Rights Act of 1965.  Or perhaps it was because Black residents of Shenandoah County made up only a small portion of the local population.  Regardless, the impact was clear.  Black students in the now desegregated schools continued to face challenges and endure burdens that were not imposed upon the county's White students.  For instance, at the conclusion of the first year of desegregation at Stonewall Jackson High School, Harry F. Byrd, Jr., addressed the school's graduates as a special guest speaker.[67]  Byrd had been a strong opponent of school desegregation, and his father, U.S. Senator and former Virginia governor Harry Flood Byrd, Sr., had coined the phrase "Massive Resistance" while leading southern opposition to school desegregation after *Brown v. Board of Education*.[68]

### B.     Shenandoah County used Confederate symbols, including school names, to signal its opposition to equal rights and school desegregation.

In Shenandoah County, commemorating and celebrating the Confederacy and individuals associated with its cause had been a regular part of life since the war ended in 1865.  In part, and increasingly after the 1930s, this was done to promote the ideology of the Lost Cause and White supremacy, and to protest the expansion of rights for Black people.[69]  In 1870, when Shenandoah County began operating public schools, local officials adopted names for the county's six magisterial districts; previously numbered 1-6, five of the districts now bore the names of Confederate leaders (Lee,

---

[65] *Shenandoah Schools Totally Integrated*, World-News, July 7, 1964.

[66] Zachary Hottel, *DeLois Wahr Oral History Interview*, Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed June 12, 2025).

[67] *Jacksonian Heritage*, 1964.

[68] Gates, *The Making of Massive Resistance*, 174-175; J. Douglas Smith, "Armistead Boothe" in Matthew Lassiter and Andrew Lewis, eds., *The Moderates' Dilemma: Massive Resistance to School Desegregation in Virginia* (Charlottesville: University Press of Virginia, 1998).

[69] K. Henderson, S. Powers, M. Claibourn, J.L. Brown-Iannuzzi, & S. Trawalter, *Confederate monuments and the history of lynching in the American South: An empirical examination*, Proc. Natl. Acad. Sci. U.S.A. 118 (42) e2103519118, https://doi.org/10.1073/pnas.2103519118 (2021); *Whose Heritage? Public Symbols of the Confederacy*, Southern Poverty Law Center, 3rd Edition (2022).

12

Ashby, Stonewall, Johnston, and Davis).[70]  In subsequent decades, local Confederate memorial associations constructed monuments to honor Confederate soldiers; reenactments of Civil War battles occurred regularly; programs celebrating the birthdays of Confederate leaders took place; and public spaces and streets were named after Confederates.[71]

Importantly, public schools in Shenandoah County were directly impacted by these events, and students often participated.  In 1939, the Breckenridge Chapter of the United Daughters of the Confederacy (UDC) celebrated the birthdays of Robert E. Lee and Stonewall Jackson in Shenandoah County's New Market Theatre "with a program by the pupils of New Market grade school and by the High School Glee Clubs."[72]  In 1946, the Decoration Day parade and memorial service, hosted by the Mount Jackson UDC, began at Triplett School.[73]  In 1950, one of the four local chapters of the UDC donated equipment to the "Stonewall Jackson Memorial Library" at Strasburg High School;[74] other chapters regularly donated books to local and school libraries.[75]  In 1951, the Strasburg-area UDC held "a program commemorating the birthdays of Lee, Jackson and Maury at the Strasburg High School auditorium."[76]  The event included a salute to the Confederate flag, music by high school students, and the donation of reading materials to the school library.[77]

Confederate commemoration across the South increased along with civil rights activism in the mid-twentieth century and rose substantially after *Brown v. Board of Education*.[78]  In the late 1940s, the

---

[70] *Digital Maps*, Shenandoah Valley Black Heritage Project, https://valleyblackheritage.org/digital-maps.html (accessed May 1, 2025).

[71] Southern Poverty Law Center report regarding six New Market street names:  Confederate Street, Early Street, Lee Street, Lee Highway, Stonewall Street, and Stuart Street.  *Whose Heritage? Public Symbols of the Confederacy*, Southern Poverty Law Center,  3rd Edition (2022).

[72] *New Market U.D.C. Hoors Lee Jackson*, Northern Virginia Daily, Jan. 23, 1939, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19390123.1.5.

[73] *Memorial Services Set At Mt. Jackson*, Northern Virginia Daily*, May 30, 1946, at 4, https://www.virginiachronicle.com/?a=d&d=NVD19460530.1.4.

[74] It is unknown when the library was bestowed this name. *Strasburg UDC Votes to Equip School Library*, Northern Virginia Daily, July 10, 1950, at 3, https://www.virginiachronicle.com/?a=d&d=NVD19500710.1.3.

[75] There is little doubt that donated materials were carefully curated to promulgate the ideology of the Lost Cause. *Children of the Confederacy Prizes*, Manassas Journal, Mar. 7, 1935, at 7, https://www.virginiachronicle.com/?a=d&d=MO19350307.1.7; *Strasburg U.D.C. Chapter Has Tea*, Northern Virginia Daily*, Jan. 21, 1958, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19580121.1.5; *UDC Will Display Plaque Listing Confederate Dead*, Northern Virginia Daily*, May 17, 1962, at 9, https://www.virginiachronicle.com/?a=d&d=NVD19620517.1.9.

[76] *Tri-Birthday Event Scheduled Friday by U.D.C. Chapter*, Northern Virginia Daily*, Mar. 1, 1951, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19510301.1.5.

[77] *Id.*

[78] Alexander J. Azarian and Eden Fesshazion, *The State Flag of Georgia:  The 1956 Change In Its Historical Context*, Georgia State Senate Research Office, https://www.senate.ga.gov/sro/documents/studycommrpts/00stateflag.pdf (accessed (continued…)

13

States' Rights Democratic Party, also known as the Dixiecrats, adopted the Confederate battle flag as a symbol of its opposition to federal civil rights measures including desegregation.[79]  To signify its opposition to school desegregation, the Georgia state legislature added the Confederate flag to its state flag in 1956.[80]  That summer, Harry Byrd Sr. likened Virginia's role in the Massive Resistance movement to its historic leadership of the Confederacy during the Civil War, when Richmond served as the capital of the Confederacy and the state fought to hold the line against Union troops. Byrd declared, "[i]f Virginia surrenders, if Virginia's line is broken, the rest of the South will go down, too."[81]  In his remarks, the former governor of Virginia highlighted the danger posed by Black civil rights activism in Virginia, especially the legal activities of the state NAACP; he warned, "[i]t's no secret that the NAACP intends first to press Virginia . . . ."[82] Byrd spoke near Winchester, Virginia, where Black students from Shenandoah County attended high school.[83]  It was in this context that the state legislature convened in special session in late August to adopt a package of Massive Resistance laws.  Historian Andrew Buni noted, "[t]he Confederate flag-waving by spectators in the crowded galleries set the tone of the special session."[84]

Also following *Brown v. Board of Education*, the practice of naming schools after Confederate leaders increased.[85]  This practice allowed localities to express their opposition to the U.S. Supreme Court's civil rights mandate, highlight their support for racial segregation, and dissuade Black parents and children from requesting admission into all-White public schools.  When localities created private segregated schools, often known as "segregation academies," during the school desegregation era, Confederate names were also sometimes chosen—such was the case with John S. Mosby Academy in Warren County, Virginia, located just over the Blue Ridge Mountains from Shenandoah County, in 1958.[86]

---

May 1, 2025); John M. Coski, *The Confederate Battle Flag: America's Most Embattled Emblem* (Cambridge: Belknap Press, 2005); Christopher C. Nehls, *Flag-Waving Wahoos: Confederate Symbols at the University of Virginia*, 1941-1951, Virginia Magazine of History and Biography, vol. 110, no. 4 (2002), at 461-488; *Whose Heritage? Public Symbols of the Confederacy*, Southern Poverty Law Center, 3rd Edition (2022).

[79] Nehls, *Flag-Waving Wahoos: Confederate Symbols at the University of Virginia, 1941-1951.*

[80] Azarian and Fesshazion, *The State Flag of Georgia: The 1956 Change In Its Historical Context*, Georgia State Senate Research Office, https://www.senate.ga.gov/sro/documents/studycommrpts/00stateflag.pdf (accessed May 1, 2025).

[81] *Byrd Bids State Fight Integration*, Richmond Times-Dispatch, Aug. 26, 1956.

[82] *Id.*

[83] Minutes of Meeting of Shenandoah County School Board, December 2, 1941 and October 2, 1944.

[84] Andrew Buni, *The Negro in Virginia Politics, 1902-1965* (1967), at 185; *see also*, *Drafted for the Duration*, Northern Virginia Daily, May 26, 1954, at 4, https://www.virginiachronicle.com/?a=d&d=NVD19540526.1.4 (Confederate political cartoon).

[85] *Whose Heritage? Public Symbols of the Confederacy*, Southern Poverty Law Center, 3rd Edition (2022).

[86] Ty Seidule, *Robert E. Lee and Me*, at 65-67; *First Prize Letters on 'Why Support Mosby Academy,'* Northern Virginia Daily, Feb. 29, 1960, at 3, https://www.virginiachronicle.com/?a=d&d=NVD19600229.1.3; *Warren*, Northern Virginia Daily, Apr. 6, 1960, at 8, https://www.virginiachronicle.com/?a=d&d=NVD19600406.1.8; *Classmates Recall Divided Schools,* (continued…)

14

During the centennial of the Civil War, between 1961-1965, a large number of commemorative events and battlefield reenactments were held in the South, including several within Shenandoah County. However, there does not appear to have been a substantial increase in Confederate naming or symbology as a result of the centennial celebration of the Civil War, within Shenandoah County or the broader South.[87]  Most importantly, the naming of Stonewall Jackson High School occurred in 1959, well before the centennial of the Civil War, and just weeks before the beginning of school desegregation in Virginia.  That one of the most significant, and unsuccessful, attempts to preserve segregated education occurred in the fall of 1958 in Warren County, Virginia, just across the Blue Ridge Mountains from Shenandoah County, is an essential component of the historical record.

### 1.    The Shenandoah County School Board departed from normal procedures in its decision naming Stonewall Jackson High School and Ashby-Lee Elementary School.

It is in this context in 1959 that the Shenandoah County School Board chose to name one of its newly constructed schools after Confederate General Stonewall Jackson.  The decision was a departure from custom, as Shenandoah County had historically named its schools after communities or towns, environmental or geographic landmarks, community founders, or local educators.[88]  In fact, two of the three new schools, Central High School and Strasburg High School, were named in this manner.[89]

The naming of the third school, in the south end of the county, generated "considerable interest" and several proposed names were floated.[90]  Those included Lee-Ashby, "combining the names of the two districts served and also carrying a historic note," as well as Joseph Salyards, who was a scholar at New Market Polytechnic Institute.[91]  As a local newspaper reported, "[a]fter some months of intermittent consideration of the proper name to be given to the southern-most school, Stonewall Jackson gained favor and emerged as the choice of the people of Lee and Ashby Districts."[92]  It was not important that Jackson was not from, nor had ever lived in Shenandoah County.  It was unclear

---

Northern Virginia Daily, Oct. 16, 2014, https://www.nvdaily.com/news/education/classmates-recall-divided-schools/article_5473ae90-acae-5f5c-9031-7f394fbc66d4.html.

[87] Robert Cook, *(Un)furl That Banner:  The Response of White Southerners to the Civil War Centennial of 1961-1965*, Journal of Southern History, vol. 68, no. 4 (2002), at 879–912.

[88] Minutes of Meeting of Shenandoah County School Board, 1940s to 1960s; *Teachers Are Listed*, Shenandoah Herald, Aug. 6, 1954, at 1.

[89] Minutes of Meeting of Shenandoah County School Board, Jan.12, 1959; Shenandoah Stories, https://shenandoahstories.org/items/browse?tags=School (accessed June 12, 2025).

[90] *School Board Names New High Schools*, Shenandoah Valley, Jan. 15, 1959, at 1.

[91] *Id.*

[92] *Id.*

15

if "the choice of the people" included Black residents, despite the school serving districts that historically had the highest population of Black residents in Shenandoah County.[93]

School Board representatives from the southern part of the county moved to adopt the name "Stonewall Jackson High School" in early 1959, and the motion was unanimously approved.[94]  The School Board meeting minutes of January 12 report:  "The chairman asked the vice-chairman to take the chair in order that he might have the floor to make a motion in effect that the South Area High school be named 'Stonewall Jackson High School.'"[95]  Importantly, none of the motions to name the other two high schools included the ceremonious handing over of the chair.[96]

In the late 1960s, the Shenandoah County School Board began the process of constructing a new elementary school in the southern part of the county, adjacent to Stonewall Jackson High School.[97] The construction and naming of this new school occurred during an era of renewed tension over school desegregation in the South, following the U.S. Supreme Court's ruling in *Charles C. Green v. New Kent County, Virginia*, which required school integration—as opposed to desegregation—and which placed the burden to accomplish this squarely upon local school officials.[98]  Throughout the process of locating and purchasing a site for the school, the new school was referred to as the southern campus primary school.[99]  However, by late 1972, the building was referred to in the School Board minutes as "Stonewall Primary School" or "Stonewall Jackson Primary School."[100] The November 11, 1974 School Board minutes first mention the school's formally adopted name: "Rev. Pendleton made a motion which was seconded by Mrs. [Florence S.] Young and passed unanimously by the Board that the school now under construction in the southern end of the county be named the Ashby-Lee Elementary School."[101]  This name, which had been floated as Lee-Ashby during the process of naming Stonewall Jackson High School, resulted in the second

---

[93] Rosemary Hynes Wallinger, *Commentary:  A denial of their worth*, Northern Virginia Daily, May 8, 2024, https://www.nvdaily.com/nvdaily/commentary-a-denial-of-their-worth/article_ca5ee0b7-41ef-5a2e-b1dbebb623b7b37e.html.

[94] Minutes of Meeting of Shenandoah County School Board, Jan. 12, 1959 and Nov. 10, 1958.

[95] Minutes of Meeting of Shenandoah County School Board, Jan. 12, 1959.

[96] The vice-chairman was Mr. C. W. Long. Shenandoah County School Board Minutes, Jan. 12, 1959 and Nov. 10, 1958.

[97] Minutes of Meeting of Shenandoah County School Board, June 9, 1969, July 14, 1969, Oct. 13, 1969, and Oct. 16, 1969.  For the school's location, see Minutes of Meeting of Shenandoah County School Board, Feb. 7, 1974.

[98] *Charles C. Green v. New Kent Cnty, Virginia*, 391 U.S. 430 (1968); Douglas, "Brown v. Board of Education and its Impact on Black Education in America" in Lau, *From the Grassroots to the Supreme Court*.

[99] Minutes of Meeting of Shenandoah County School Board, Jan. 8, 1973 and Feb. 12, 1973.

[100] Minutes of Meeting of Shenandoah County School Board, Dec.11, 1972 ["the new Stonewall Primary School"], Mar. 1, 1973, Apr. 9, 1973 ["the new Stonewall Jackson Primary School"], June 6, 1973, Oct. 15, 1973, Jan. 14, 1974, Feb. 11, 1974, Mar. 1, 1974, Mar. 28, 1974, Apr. 10, 1974.

[101] Minutes of Meeting of Shenandoah County School Board, Nov. 11, 1974.

16

Shenandoah County school named after Confederate leaders.[102]  Ashby-Lee Elementary School opened in 1975.[103]

> **2.     Shenandoah County pervasively used Confederate symbols and memorialization in its schools with full awareness of the values of slavery and White supremacy that they represent.**

In Shenandoah County, amid efforts to resist school desegregation, residents continued to memorialize the Confederacy and its leaders throughout the civil rights era.  In January 1960, the Strasburg chapter of the UDC took part in an "assembly of students" at Strasburg Elementary School.[104]  The following month, the chapter donated a book on Robert E. Lee—*Robert E. Lee and the Road to Honor*—to the school.[105]  The following year, a parade at the Soldier's Cemetery in Mount Jackson included "children from Triplett Elementary School carrying flowers" as well as the Stonewall Jackson High School Band.[106]  The guest speaker for the occasion was Mr. Gordon D. Bowman, the school board member who had moved to name the high school in 1959.[107]

The 1960 yearbook for Stonewall Jackson High School, its first, was dedicated to "Lieutenant-General Thomas Jonathan Jackson, C.S.A."  The C.S.A. refers to the Confederate States of America, which withdrew from the United States of America in 1861 and then waged war upon the U.S.A. for four bloody years.  Reflecting the Lost Cause portrayal of the Civil War, the dedication stated, "because among all the great men of our nation no one today captures more strikingly the admiration of the high school student, nor affords a stronger pattern of human character" and "because these traits deserve emulation by the youth of our land, this annual is dedicated to him."[108]  That the 1960 Stonewall Jackson High School yearbook openly and loquaciously celebrated the Confederacy, its leaders, and its values—while Black residents of Shenandoah County existed as second-class citizens—is a stark reminder of the inequities of the era and the lack of consideration given to Black Virginians at the time.  The same yearbook proclaimed that "Stonewall Jackson High School will always be a leader in the fight for the advancement of humanity, and will ever be carried forward as a banner for men to live by – a banner that strives for PROGRESS."[109]  Ironically, the Principal's message in the first *Jacksonian Heritage* yearbook read, "our way of life is a heritage – a

---

[102] *School Board Names New High Schools*, Shenandoah Valley, Jan. 15, 1959, at 1.

[103] Shenandoah County School Board  Meeting Minutes, Apr. 14, 1975 and Aug. 11, 1975.

[104] *UDC Tells History of Civil War Events*, Northern Virginia Daily, Jan. 23, 1960, at 6, https://www.virginiachronicle.com/?a=d&d=NVD19600123.1.6.

[105] *UDC In Meeting with Mrs. Artz*, Northern Virginia Daily, Feb. 9, 1960, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19600209.1.5.

[106] *Many Attend Mt. Jackson Memorial Rites*, Northern Virginia Daily, June 8, 1961, at 9, https://www.virginiachronicle.com/?a=d&d=NVD19610608.1.9.

[107] *Id.*

[108] Dedication, *Jacksonian Heritage*, 1960.

[109] Faculty, *Jacksonian Heritage*, 1960.

PTX-0247.pdf

heritage that stands above that of all nations because it evolved from the profound belief in *freedom and opportunity for all men* under God."[110]

In early 1963, the Strasburg UDC organized a student assembly at Strasburg Elementary School to commemorate the birthdays of Robert E. Lee and Stonewall Jackson, among other Confederates.[111] That summer, the Shenandoah County School Board voted that the bands of the county's three high schools participate in the forthcoming commemoration of the one hundredth anniversary of the Battle of New Market (in May 1964), that the New Market School auditorium be used for a "Blue and Gray Ball," and that "schools in the county be closed on May 15ᵗʰ in order that all students may attend."[112]

By this time, of course, the three formerly all-White high schools enrolled Black students. Black students had transferred to Central, Strasburg, and Stonewall Jackson High Schools because the county operated no high schools for Black students, and they faced a variety of unique challenges as part of their attendance. One challenge for those who attended Stonewall Jackson High School was being involuntarily associated with a slave owner and Confederate general who had supported secession from, and treason against, the United States of America, for a movement that aimed to perpetuate the practice of race-based slavery.[113]

The mascot chosen for Stonewall Jackson High School was a Confederate "General," on horseback and carrying a Confederate flag.[114] For over fifty years, this Confederate iconography adorned the school and its students, as well as the school yearbook, signs, paraphernalia, and emblems.[115] In fall 1958, as construction crews worked to prepare the foundation for the new school building, a member of the community proudly displayed a Confederate flag over the site.[116] During the 1963-1964 school year, a portrait of Stonewall Jackson was hung in the main hallway of Stonewall Jackson

---

[110] Emphasis added. Principal's Message, *Jacksonian Heritage*, 1960.

[111] *Historical Program Features Meeting of Strasburg UDC*, Northern Virginia Daily, Jan. 5, 1963, at 5, https://www.virginiachronicle.com/?a=d&d=NVD19630105.1.5.

[112] *Confederate Dead Honored*, Northern Virginia Daily*, May 27, 1963, at 1-2, https://www.virginiachronicle.com/?a=d&d=NVD19630527; Minutes of Meeting of Shenandoah County School Board, August 12, 1963.

[113] *See* Shenandoah County School Board Meeting, May 9, 2024, https://www.youtube.com/live/q9jUbnQYDeo; Complaint ¶ 125.

[114] *Jacksonian Heritage*, 1960.

[115] *Jacksonian Heritage*, 1960-2021. See, as an example, the Stonewall Jackson Cross County banner, *Jacksonian Heritage*, 2004. The Shenandoah County School Board also accepted a "Rebel" mascot at North Fork Middle School (constructed in 1993).

[116] "The Realization of a dream," *Jacksonian Heritage*, 1960. The same photograph appeared in the 1984 yearbook. Activities History, *Jacksonian Heritage*, 1984.

18

PTX-0247.pdf

High School.[117]  During the 1964-1965 school year, the year the PPB admitted the greatest number of Black students to Stonewall Jackson High School, the school wrote its official "Alma Mater" poem that is still used today, which states, "[t]o you our noble high school, which proudly bears the name Of Stonewall Jackson, fearless leader, may you e're remain To us an [inspiration To live our lives aright] For G[od and county and us An everlasting light.]"[118]

### 3.    Black citizens of Shenandoah County were excluded from memorials and naming decisions.

From the initiation of political disenfranchisement during the Jim Crow Era to the passage of the Voting Rights Act in 1965, Black Virginians were largely excluded from participating in political affairs.[119]  This meant that few Black residents of Shenandoah County were able to register to vote, cast ballots, or stand for election.  As a result, Black residents of the county were not chosen as public officials nor represented on its public bodies, including the two most relevant entities for this complaint:  the Shenandoah County School Board and the County Board of Supervisors.  To my knowledge, neither has ever had a Black member.

This was not a preordained conclusion.  For most of the period in question, members of the School Board were appointed rather than elected.  The Shenandoah County School Trustee Electoral Board, which was appointed by a judge of the local Circuit Court, made appointments to the School Board.[120]  It was only later, apparently in the 1990s, that elections were held for seats on the local school board.[121]

### 4.    The Confederate school names continue to send a racially discriminatory message to Black community members in Shenandoah County.

In 2020, in the midst of deliberations over Confederate school names in Shenandoah County, many Black residents publicly offered their opinions on the matter and their feelings about Confederate memorialization.  During the public comment period at the July 9, 2020, Shenandoah County School Board meeting, for example, a Black alumnus of Shenandoah County Public Schools requested of the Board:  "I ask you to put yourself in the position of an African American student for a moment. Imagine the feeling of walking into your school with the face and names of men who fought and

---

[117] *Jacksonian Heritage*, 1964.

[118]*Jacksonian Heritage*, 1965.  The full version of the original poem cannot be viewed as it is obstructed by an image of students.

[119] Andrew Buni, *The Negro in Virginia Politics, 1902-1965* (Charlottesville: University Press of Virginia, 1967).

[120] *School Electoral Board Members Reappointed*, Richmond Times-Dispatch, June 22, 1958.

[121] Shenandoah County Library Archives, *Shenandoah County Schools and Economy*, https://archives.countylib.org/items/show/3921(accessed June 3, 2025) (which notes, "[i]n November 1995, the first School Board election was held in Shenandoah County.  The six members elected took office in January 1996.").

19

killed to own you and your ancestors staring back at you.  Imagine the fear and intimidation you will feel knowing that you are not meant to be there, if things would have turned out differently in the Civil War.  The names of the schools automatically put African American students in a place of inferiority, which completely contradicts your mission and belief statements."[122]  One biracial graduate of Stonewall Jackson High School added:  "The honest and ugly truth of the Confederacy is that it was founded on the steadfast belief in the institution of slavery and [W]hite supremacy.  We know this, it is written in the articles of s[e]cession. Confederate flags and generals are symbols of that oppressive belief. Honoring this symbolism with our school names when we know what they represent means we are accepting, condoning and perpetuating these ideals."[123]  In a letter to the Board that was read aloud during the meeting, one of the first Black students to attend Stonewall Jackson High School explained:  "To me Stonewall Jackson as a Confederate soldier and Confederate flags make people of color hurt.  These symbolize hatred."[124]

## III.     Opinions

### A.     Shenandoah County has a long history of racial segregation and discrimination in its public school system.

The historical record shows that Shenandoah County has a long history of racial segregation and discrimination in education.  The county's public school system was segregated from its inception in the 1870s, and for the next eight decades Black students in the county were excluded from the White schools and deliberately accorded less educational opportunity than White students.  Examples of such disparities included school buildings and facilities, teacher salaries, and transportation to/from school, among others.  The existence and deliberate maintenance of educational inequities is evident in a wide variety of public records, newspaper accounts, and in the historical recollections of county residents.

### B.     Through its "Massive Resistance," Shenandoah County Public Schools intentionally promoted White supremacy and Black inferiority, and excluded Black people.

Following *Brown v. Board of Education*, which ruled that segregated public schools were illegal and a violation of the constitutional rights of Black students, the Shenandoah County School Board consciously and deliberately maintained segregation within the county's public school system.  For nearly a decade post-decision, the School Board preserved an entirely segregated school system, despite opportunities to comply with the mandate in *Brown*.  Again, this is clearly documented in the public record.  It was only after federal courts continued to rule against Massive Resistance tactics

---

[122] Shenandoah County School Board Meeting, July 9, 2020, https://www.youtube.com/watch?v=_tjOZ2ZmMmU (C&B Transcript Witness Copy).

[123] *Id.*

[124] *Id.*

and Black parents demanded the admission of their children into the county's previously all-White public schools—because of inequities in Black and White educational opportunities—that school desegregation began in the county in the early 1960s.

### C.      Stonewall Jackson High School and Ashby-Lee Elementary School were named after Confederates in reaction to integration mandates.

When *Brown v. Board of Education* was handed down in 1954, the Shenandoah County School Board maintained sixteen public schools—none of which were named after Confederates or Confederate leaders.[125]  However, following the *Brown* decision, during the era of Massive Resistance to school desegregation within Virginia and the county, the Shenandoah County School Board constructed three new segregated high schools, all for White students—and one of the schools, in an area that had historically housed the county's largest population of Black residents, was named after Stonewall Jackson, a general in the army of the Confederate States of America and former slave owner.  The construction and naming of Stonewall Jackson High School, in opposition to historical school naming patterns in the county, while the School Board sought to preserve and perpetuate racial segregation in opposition to *Brown v. Board of Education*, reflected the desire of the School Board to exclude and deter Black students from attending the county's all-White schools.  Nearly 15 years later, in the midst of another wave of school integration mandates from the federal government, the Shenandoah County School Board named a new elementary school, located nearby Stonewall Jackson High School, after Confederate general Robert E. Lee and Confederate commander Turner Ashby.

In 2020, when the Shenandoah County School Board voted to remove the Confederate names from two county schools, Stonewall Jackson High School and Ashby-Lee Elementary School, it acknowledged this history, basing the decision on its desire to make all students in the county feel more welcome in its schools. Just prior to its decision, the School Board adopted a resolution which read in part:  "We urgently must act to stop the racial injustice that harms and anguishes Black people," and "we must listen.  Those who have endured discrimination and intolerance deserve to be heard as they share the stories and truth about their experiences and feelings . . . ."[126] The resolution continued, "[e]ach of us, individually and collectively, is responsible for creating and nurturing an anti-racist learning environment where every child is respected and valued for who they are, regardless of their skin color.  We must actively acknowledge, address and present racial bias that occurs as a result of division policies . . . ."[127]  Also in 2020, the Shenandoah County Board of Supervisors adopted a resolution emphasizing its desire to promote "a fully integrated community that respects and values the diversity of all our citizenry" and its belief that all citizens deserve "freedom, justice, dignity, compassion, understanding and protection under the law regardless of

---

[125] *Teachers Are Listed*, Shenandoah Herald, Aug. 6, 1954, at 1.

[126] Shenandoah County School Board, *Resolution Condemning Racism and Affirming the Division's Commitment to an Inclusive School Environment for All* (approved June 25, 2020), https://go.boarddocs.com/vsba/shenandoah/Board.nsf/files/BQTK954E1424/$file/SCPS%20AntiRacism%20Resolution.pdf.

[127] *Id.*

21

race, gender, religious beliefs or disbeliefs, economic status, abilities or disabilities, sexual identity, gender identity, or immigration status."[128]

Together with the School Board's vote to remove the Confederate names from two county schools, these resolutions recognize that naming schools after leaders of the Confederate States of America signaled to the county's Black student population that they were not equally valued in those schools. The values of Confederate leaders, who chose to secede from the United States of America and then wage war upon the same, included the desire to perpetuate and maintain human bondage based on race and skin color.  As shown in public statements by Black residents of the county, included above, these values are not (and were not in the 1950s) shared by the county's Black residents. Removing the names of individuals who championed such values from the Shenandoah County public schools would remove an important vestige of the formerly segregated, dual school system, and make clear that those are not the present-day values of the School Board.

> **D.     The Confederate school names in Shenandoah County are remnants of a Jim Crow-era South, when Black political power was restricted, and equal rights were opposed by the White majority in the county.**

The name given to Stonewall Jackson High School in 1959 and Ashby-Lee Elementary School in 1974 are vestiges of the formerly segregated, dual school system, a reflection of the era of Massive Resistance, and a symbol of an era of racial inequities and injustice.  Moreover, the naming decision of Stonewall Jackson High School occurred during an era in which the political rights of Black residents of the county were restricted and therefore, Black residents had no say in the naming decision.  Numerous Black residents of the county have made clear that they felt grieved by the decision in 1959 and continue to feel the same today, including Black alumni of Stonewall Jackson High School who have described a hostile educational environment and racially negative images and symbols in the school.

## IV.     Conclusion

Based on the full historical record, it is my opinion that the Shenandoah County School Board named the schools Stonewall Jackson High School and Ashby-Lee Elementary in honor of Confederate icons in part to discourage Black students from seeking admission into all-White schools and to protest federally mandated school integration efforts.  This opinion is based on the historical facts known to me, discussed in this report, and summarized below:

(1)  The historical record demonstrates a long history of racial segregation, inequity, and discrimination against Black students in Shenandoah County Public Schools.  The historical record also shows that, following *Brown v. Board*, state and local government officials in

---

[128] Brad Fauber, *Supervisors OK Resolution Condemning Violence*, Northern Virginia Daily, June 10, 2020, https://www.nvdaily.com/nvdaily/supervisors-ok-resolution-condemning-violence/article_0de4a0400b6d-513d-ae67-2fa79ea01fbb.html.

Virginia exhibited strong opposition to school desegregation, coalescing in the state's practice of Massive Resistance.

(2) Confederate memorialization significantly increased across the South and in Virginia as the country experienced an expansion of civil rights for Black Americans.  Likewise, Shenandoah County implemented widespread use of Confederate memorialization during this era, which included naming two schools after Confederates.

(3) A fundamental goal of the Confederacy was to preserve the institution of chattel slavery in America and the subjugation of Black people.  Understanding that Stonewall Jackson, Robert E. Lee, and Turner Ashby were prominent figures of the Confederacy, the Shenandoah County School Board elected to name two schools in their honor during the same period the county was battling court-mandated school integration.

(4) During the period that the Shenandoah County School Board chose the names for Stonewall Jackson High School and Ashby-Lee Elementary School, Black citizens lacked political power due to disenfranchisement measures and their minority status within the county.

Dated: June 13, 2025

Respectfully submitted,

Brian J. Daugherity, Ph.D.

23

# Exhibit A

PTX-0247.pdf

# Dr. Brian J. Daugherity

Professor of History
Virginia Commonwealth University
P.O. Box 842001, Richmond, VA, 23284
Email: bjdaugherity@vcu.edu; Phone: (804) 828-4498

Updated February 2025

## EDUCATION:

**The College of William and Mary**, Williamsburg, Virginia          **1999-2010**
Ph.D., U.S. History. Awarded the Thatcher Prize for Excellence in Graduate and Professional Study (2010). Dissertation title: "'Keep on Keeping On': The NAACP and the Implementation of *Brown v. Board of Education* in Virginia." Advisor: Melvin Patrick Ely (Ph.D., Princeton University, 1985).

**The University of Mississippi**, Oxford, Mississippi          **1996-1998**
Master of Arts, Education (Curriculum and Instruction). Member, Mississippi Teacher Corps. Teacher licensure, grades 6-12 social studies: Mississippi, Virginia.

**The University of Montana**, Missoula, Montana          **1994-1997**
Master of Arts, U.S. History, focusing on the U.S. since 1945. Thesis advisor: Michael S. Mayer (Ph.D., Princeton University, 1984).

**The College of William and Mary**, Williamsburg, Virginia          **1990-1994**
Bachelor of Arts in History. Overall GPA: 3.4; History GPA: 3.7.

## ACADEMIC APPOINTMENTS:

**Virginia Commonwealth University**, Richmond, Virginia          **Fall 2004-Present**
Professor, History Department, 2023-present. Director of Internships, 2018-present. From 2004-2006, I was an adjunct instructor in the Department of African American Studies. From 2007-2011, I served as Assistant to the Chair of the Department.

**The University of Richmond**, Richmond, Virginia          **Fall 2001-Spring 2009**
Adjunct Instructor, History Department. From 2001-2006, I taught 2 classes per semester, including both halves of the U.S. History survey and a self-developed course on the Civil Rights Movement in Virginia. Each summer from 2007-2009, I taught a traveling course on the Civil Rights Movement which traveled through southern states to visit historic sites and monuments, and to interact with scholars and civil rights activists.

**Richard Bland College**, Petersburg, Virginia          **Fall 1998-Summer 2006**
Adjunct Instructor, History. Taught 35+ classes, including both halves of the U.S. History and Western Civilization surveys, the U.S. Civil War, American Politics and Government, the U.S. in World Affairs, and education courses (for teacher certification).

**Appomattox Leadership Academy**, Richard Bland College          **Fall 1999-Summer 2006**

PTX-0247.pdf

Director. The Appomattox Leadership Academy provided leadership and teamwork training for outstanding high school students from central and southern Virginia.

**The College of William and Mary**, Williamsburg, Virginia                    **Spring 2003**
Adjunct Instructor, History Department.

**Virginia Foundation for the Humanities and Public Policy**, Charlottesville    **Summer 2001**
Research Assistant. Updated and expanded "Don't Grieve After Me," a traveling museum exhibit on African American History in Virginia jointly produced by the VFHPP and the Hampton University Museum.

**The College of William and Mary**, Williamsburg, Virginia                    **Fall 1999-Spring 2001**
Teaching Assistant, History Department.

**Indianola School District**, Sunflower County, Mississippi                    **Fall 1996-Spring 1998**
High school Social Studies teacher. Taught World History, Geography, and Mississippi Studies. Responsible for 150 students per year in a rural public school. Member, Mississippi Teacher Corps.

## HONORS/AWARDS:

**Virginia Commonwealth University:** Recipient, VCU College of Humanities and Sciences Distinguished Teaching Award, 2023.

**Virginia Museum of History and Culture:** Recipient, William M. E. Rachal Award, July 2021, for the best article published in the *Virginia Magazine of History and Biography* in 2020. For Brian J. Daugherity and Alyce Miller, "'A New Era in Building': African American Educational Activism in Goochland County, Virginia, 1911-1932," *Virginia Magazine of History and Biography*, vol. 128, issue 1, 44-85 (Spring 2020).

**Virginia Commonwealth University:** Nominated for a VCU College of Humanities and Sciences Distinguished Scholarship Award, 2020. This year's selection process was cancelled because of COVID.

**Virginia Commonwealth University:** Nominated for a Virginia Commonwealth University Distinguished Teaching Award, 2019.

**Virginia Commonwealth University:** Nominated for a VCU College of Humanities and Sciences Distinguished Teaching Award, 2018.

**Second Union School, Inc.**: Recipient, Goochland County: plaque and award of recognition, November 2015, for completion of an oral history and research project on African American educational opportunities during the Jim Crow era, with Dr. Alyce Miller and Mr. Cris Silvent, both of John Tyler Community College.

**College of William and Mary:** Recipient, Thatcher Prize for Excellence in Graduate and Professional Study, 2010.

**University of Memphis, History Graduate Student Conference**: Recipient, Best Paper Prize, Second Place, 2003. For "From Desegregation to Integration:  The Supreme Court's Historic *Green v. New Kent County School Board, Virginia,* Decision (1968)."

**Indianola School District:** Nominated for a Sallie Mae National Teaching Award, 1997.

2

## RESEARCH PUBLICATIONS AND SCHOLARSHIP

### Books

Brian J. Daugherity and Brian Grogan, editors, *A Little Child Shall Lead Them: A Documentary Account of the Struggle for School Desegregation in Prince Edward County, Virginia* (Charlottesville: University of Virginia Press, 2019). Published reviews of *A Little Child Shall Lead Them*:
- Jeffrey A. Turner, *Journal of American History*, vol. 108, issue 2 (September 2021), 422-423.
- Kevin B. Johnson, *Journal of Southern History*, vol. 86, number 2 (May 2020), 527-528.

Brian J. Daugherity, *Keep on Keeping On: The NAACP and the Implementation of Brown v. Board of Education in Virginia* (Charlottesville: University of Virginia Press, 2016). Published reviews of *Keep on Keeping On*:
- Rebecca F. Stone, *Journal of American Studies*, vol. 53, issue 1 (February 2019).
- Alexander Hyres, *History of Education Quarterly*, vol. 59, issue 2 (2019), 292-294.
- Tondra L. Loder-Jackson, *Journal of Southern History*, vol. 83, number 3 (August 2017), 743-744.
- Robert Pratt, *American Historical Review*, vol. 122, issue 3 (June 2017), 876-877.
- Mark Newman, *Social History*, vol. 42, issue 3 (2017), 446-447.
- Jeffrey Littlejohn, *Virginia Magazine of History and Biography*, vol. 125, number 1 (2017), 76-77.

Brian J. Daugherity and Charles C. Bolton, editors, *With All Deliberate Speed: Implementing Brown v. Board of Education* (Fayetteville: University of Arkansas Press, 2008). Published reviews of *With All Deliberate Speed*:
- Marybeth Gasman, *History of Education Quarterly*, vol. 40, issue 1 (2011), 130-131.
- Mark Whitman, *Journal of Southern History*, vol. 76, number 1 (2010), 204-206.
- Derek Catsam, *Virginia Magazine of History and Biography*, vol. 118, number 2 (2010), 191-192.
- Brian Landsberg, *Journal of American Studies*, vol. 44, issue 1 (2010), 1-5.
- Martin Vyleťal, *Studia Territorialia (*Institute of International Studies, Charles University, Prague), vol. 10, number 1 (2010), 121-122.
- Eric Jackson, *Indiana Magazine of History*, vol. 105, number 3 (2009), 293-294.
- Stephen Middleton, *The Alabama Review*, vol. 62, number 3 (2009), 217-219.
- Christopher Schmidt, *Journal of American History*, vol. 96, number 1 (2009), 299-300.
- Brent Tarter, *Virginia Libraries*, vol. 55, number 1 (2009), 34.
- Robert A. Pratt, *Georgia Historical Quarterly*, vol. 93, number 1 (2009), 122-125.
- J. R. Edwards, *Choice*, vol. 46, number 3 (2008), 468.

### Journal articles and Book chapters [peer reviewed] (see also Teaching Publications, below)

Journal article: Yonghee Suh, Joanna Garner, and Brian Daugherity, "Teacher Learning to Teach Difficult Histories: Navigating Identities in Varying Contexts." This journal article was submitted to *Professional Development in Education* in fall 2024.

Yonghee Suh, Brian J. Daugherity, and Danielle Hartsfield, "Planning to Teach Difficult History through Historical Inquiry: The Case of School Desegregation," *Journal of Social Studies Research*, vol. 45, issue 2 (April 2021), 71-83.

Yonghee Suh, Brian J. Daugherity, and Jihea Maddamsetti, "Experiences of African American Teachers in Desegregated Pre K-12 Schools: A Systematic Review," *Schools: Studies in Education*, vol. 17, no. 2 (fall 2020), 271-293.

3

Brian J. Daugherity and Alyce Miller, "'A New Era in Building': African American Educational Activism in Goochland County, Virginia, 1911-1932," *Virginia Magazine of History and Biography*, vol. 128, issue 1 (Spring 2020), 44-85. In 2021, we received the William M. E. Rachal Award from the Virginia Museum of History and Culture when this article was chosen as the best article published in the *Virginia Magazine of History and Biography* in 2020.

Brian E. Lee and Brian J. Daugherity, "Program of Action: The Rev. L. Francis Griffin and the Struggle for Racial Equality in Farmville, 1963," *Virginia Magazine of History and Biography*, vol. 121, issue 3 (Autumn 2013), 251-287.

Brian J. Daugherity, "'Keep on Keeping On': African Americans and the Implementation of *Brown v. Board of Education* in Virginia," in Brian J. Daugherity and Charles C. Bolton, editors, *With All Deliberate Speed: Implementing Brown v. Board of Education* (Fayetteville: University of Arkansas Press, 2008), 41-57.

Jody L. Allen and Brian J. Daugherity, "Recovering a 'Lost' Story Using Oral History: The United States Supreme Court's Historic *Green v. New Kent County, Virginia*, Decision," *Oral History Review*, vol. 3, issue 2 (June 2006), 25-45.

## Book reviews [at the request of the editor]

J. Christopher Schultz, *Going to Hell to Get the Devil: The 1972 Charlotte Three Case and the Freedom Struggle in a Sunbelt City* (Louisiana State University Press, 2024), *Journal of Southern History*, vol. 91, no. 2 (May 2025), 407-408.

Jon N. Hale, *A New Kind of Youth: Historically Black High Schools and Southern Student Activism, 1920–1975* (University of North Carolina Press, 2022), *Virginia Magazine of History and Biography*, vol. 132, no. 4 (Fall 2024), 322-323.

Mollie Godfrey and Sean McCarthy, "Celebrating Simms: The Story of the Lucy F. Simms School" (a digital humanities project), *Reviews in Digital Humanities*, vol. 5, no. 11 (November 2024), and online (Summer 2023).

Wanda Little Fenimore, *The Rhetorical Road to Brown v. Board of Education: Elizabeth and Waties Waring's Campaign* (University of Mississippi Press, 2023), *Journal of Southern History*, vol. 90, no. 3 (August 2024), 655-656.

Brenda Mitchell-Powell, *Public in Name Only: The 1939 Alexandria Library Sit-In Demonstration* (Amherst: University of Massachusetts Press), *Virginia Magazine of History and Biography*, vol. 131, no. 2 (Spring 2023), 164-166.

Theodore D. Segal, *Point of Reckoning: The Fight for Racial Justice at Duke University* (Durham: Duke University Press, 2021), *Journal of Southern History,* vol. 88, no. 1 (February 2022), 195-196.

David W. Levy, *Breaking Down Barriers: George McLaurin and the Struggle to End Segregated Education* (Norman: University of Oklahoma Press, 2020), *The History Teacher,* vol. 55, no. 1 (November 2021), 166-167.

Michelle A. Purdy, *Transforming the Elite: Black Students and the Desegregation of Private Schools*. (Chapel Hill: University of North Carolina Press, 2018), *Journal of American History,* vol. 107, issue 3 (December 2020), 787-788.

4

PTX-0247.pdf

Wayne Au, Anthony L. Brown, and Dolores Calderon, *Reclaiming the Multicultural Roots of U.S. Curriculum* (New York: Teachers College Press, 2016), *Journal of African American History,* vol. 104, no. 4 (Fall 2019), 726-728.

Steve Estes, *Charleston in Black and White: Race and Power in the South after the Civil Rights Movement*. (Chapel Hill: University of North Carolina Press, 2015), *Journal of African American History,* vol. 104, no. 3 (Summer 2019), 515-517.

Henry L. Marsh, with Jonathan Stubbs and Danielle Wingfield-Smith, editors, *The Memoirs of Hon. Henry L. Marsh, III: Civil Rights Champion, Public Servant, Lawyer*. (Jonesboro, AR: GrantHouse Publishers, 2018), *Virginia Magazine of History and Biography*, vol. 127, no. 1 (Spring 2019), 81-82.

David Garcia, *Strategies of Segregation: Race, Residence, and the Struggle for Educational Equality* (Oakland: University of California Press, 2018), *Pacific Historical Review*, vol. 88, no. 2 (Spring 2019), 292-293.

Margaret Edds, *We Face the Dawn: Oliver Hill, Spottswood Robinson, and the Legal Team that Dismantled Jim Crow*. (Charlottesville: University of Virginia Press, 2018), *Journal of American History,* vol. 105, issue 4 (March 2019), 1084-1085.

Gregory W. Bush, *White Sand Black Beach: Civil Rights, Public Space, and Miami's Virginia Key* (Gainesville: University of Florida Press, 2016), *Oral History Review*, vol. 46, issue 1 (Winter-Spring 2019), 213-214.

Erin Krutko Devlin, *Remembering Little Rock* (Amherst: University of Massachusetts Press, 2017), *American Historical Review,* vol. 123, no. 1 (February 2018), 258-259.

Matthew F. Delmont, *Why Busing Failed: Race, Media, and the National Resistance to School Desegregation* (Oakland: University of California Press, 2016), *Pacific Historical Review,* vol. 87, no. 1 (Winter 2018), 179-181.

John E. Batchelor, *Race and Education in North Carolina: From Segregation to Desegregation* (Baton Rouge: Louisiana State University Press, 2015), and Ansley T. Erickson, *Making the Unequal Metropolis: School Desegregation and its Limits* (Chicago: The University of Chicago Press, 2016), *Reviews in American History*, vol. 45, no. 2 (June 2017), 300-305.

Edward H. Peeples with Nancy MacLean, *Scalawag: A White Southerner's Journey through Segregation to Human Rights Activism*. Afterword by James H. Hershman, Jr. (Charlottesville: University of Virginia Press, 2014), *Virginia Magazine of History and Biography,* vol. 123, no. 2 (Summer 2015), 184-186. Note: this is the only book review I offered to provide myself, rather than been asked by a journal editor to provide it.

Tracy K'Meyer, *From Brown to Meredith: The Long Struggle for School Desegregation in Louisville, Kentucky, 1954-2007* (Chapel Hill: University of North Carolina Press, 2013), Kentucky Historical Society *Register,* vol. 112, no. 4 (Autumn 2014), 653-654.

Daniel Martinez HoSang, Oneka LaBennett, and Laura Pulido, editors, *Racial Formation In the Twenty-First Century* (Berkeley: University of California Press, 2012), *History: Reviews of New Books*, vol. 42, no. 1 (January 2014), 24-25.

Martha Minow, *In Brown's Wake: Legacies of America's Educational Landmark* (Oxford: Oxford University Press, 2010), *Journal of African American History*, vol. 98, no. 1 (Winter 2013), 164-166.

5

Jill Ogline Titus, *Brown's Battleground: Students, Segregationists, and the Struggle for Justice in Prince Edward County, Virginia* (Chapel Hill: University of North Carolina Press, 2010), *Virginia Magazine of History and Biography*, vol. 120, no. 3 (Autumn 2012), 291-292.

Mia Bay, *To Tell The Truth Freely: The Life of Ida B. Wells* (New York: Hill and Wang, 2009), *Journal of American Ethnic History*, vol. 30, no. 4 (Summer 2011), 90-91.

Karen Anderson, *Little Rock: Race and Resistance at Central High School* (Princeton: Princeton University Press, 2010), *Journal of Southern History*, vol. 77, issue 3 (August 2011), 777-778.

Fay Botham, *Almighty God Created the Races: Christianity, Interracial Marriage, and American Law* (Chapel Hill: University of North Carolina Press, 2009), *Virginia Magazine of History and Biography*, vol. 118, no. 2 (Summer 2010), 188-189.

Derek Charles Catsam, *Freedom's Main Line: The Journey of Reconciliation and the Freedom Rides* (Lexington: University of Kentucky Press, 2009), *Virginia Magazine of History and Biography*, vol. 117, no. 3 (Fall 2009), 304-305.

James Sweeney, *Race, Reason, and Massive Resistance: The Diary of David J. Mays, 1954-1959* (Athens: University of Georgia Press, 2008), *Virginia Magazine of History and Biography*, vol. 116, no. 4 (Fall 2008), 426-427.

Simon Hall, *Peace and Freedom: The Civil Rights and Antiwar Movements in the 1960s*, on H-South Email Listserv for Southern History, Michigan State University, March 2006.

Peter Lau, editor, *From the Grassroots to the Supreme Court* (Durham: Duke University Press, 2004), *Virginia Magazine of History and Biography*, vol. 113, no. 2 (Summer 2005), 201-203.

Lewis A. Randolph and Gayle T. Tate, *Rights for a Season: The Politics of Race, Class, and Gender in Richmond, Virginia* (Knoxville: University of Tennessee Press, 2003), Kentucky Historical Society *Register*, vol. 101 (Summer 2004), 384-385.

Kenneth Robert Janken, *White: The Biography of Walter White, Mr. NAACP, Journal of African American History*, vol. 88, no. 3 (September 2003), 317-319.

Matthew Pratt Guterl, *The Color of Race in America, 1900-1940*, on H-South: Email Listserv for Southern History, Michigan State University, July 2002.

## Encyclopedia Entries

Brian E. Lee and Brian J. Daugherity, "Reverend L. Francis Griffin." *Encyclopedia Virginia* (Charlottesville, VA: Virginia Humanities), 2023.

"Farmville Protests of 1963," co-authored with Brian E. Lee. *Encyclopedia Virginia* (Charlottesville, VA: Virginia Foundation for the Humanities and Public Policy), 2014.

"*Green, Charles C. et al. v. County School Board of New Kent County, Virginia*," co-authored with Jody Allen. *Encyclopedia Virginia* (Charlottesville, VA: Virginia Foundation for the Humanities and Public Policy), 2009.

"Desegregation in Public Schools." *Encyclopedia Virginia* (Charlottesville, VA: Virginia Foundation for the Humanities and Public Policy), 2008.

6

PTX-0247.pdf

"Oliver White Hill." Henry Louis Gates, Jr., and Evelyn Brooks Higginbotham, editors, *African American National Biography* (Cambridge: Harvard University Press), 2008.

"Calvin Coolidge Green." Henry Louis Gates, Jr., and Evelyn Brooks Higginbotham, editors, *African American National Biography* (Cambridge: Harvard University Press), 2008.

"Moorfield Storey." Paul Finkelman, editor, *Encyclopedia of American Civil Liberties* (New York: Routledge), 2006.

"The NAACP." Molefi Asante and Ama Mazama, editors, *Encyclopedia of Black Studies* (Thousand Oaks, CA: Sage Publications), 2004.

### Newsletter article

"African American Educational Activism and the Julius Rosenwald Fund Schoolbuilding Program," co-authored with Alyce Miller. Published in the Rosenwald Park Campaign Board newsletter, at the request of its director, February 2023.

### Digital collections

"Virginia Students' Civil Rights Committee Oral History collection," with VCU Special Collections and former activists. In 2015, I helped interview former members of VSCRC for a new VCU oral history collection. The collection went live in 2019, at: https://archives.library.vcu.edu/repositories/5/resources/568. In 2023, this collection was added to the Civil Rights Movement Archive, a well-known national online repository.

"Goochland County Rosenwald Schools Oral History Project, 2013-2015," with Dr. Alyce Miller (of the History Department at John Tyler Community College) for VCU Special Collections. The collection went live in 2016, at: https://go.vcu.edu/goochland. In 2023, this collection was utilized for a museum exhibit on Rosenwald Schools in Virginia sponsored by the Virginia Museum of History and Culture.

## RESEARCH PUBLICATIONS IN PROGRESS:

### Book

Jody L. Allen and Brian J. Daugherity, *The Green Light: Fulfilling the Promises of Brown v. Board of Education*. This monograph examines one of the most important U.S. Supreme Court decisions of the civil rights era, *Charles Green v. New Kent County, Virginia* (1968), within the context of the late 1960s. During 2024, I conducted trips to archival repositories, organized a conference panel related to the case, met with two book publishers regarding this story, and corresponded with other scholars about the case and its context.

### Journal articles and book chapters

Journal article: Yonghee Suh, Brian Daugherity, and Joseph Smith, "The Construction of Teacher Meaning-Making When Teaching Difficult Histories: The Case of School Desegregation." This journal article was revised and submitted to *Learning, Culture, and Social Interaction* in summer 2024.

7

Journal article: Yonghee Suh, Brian Daugherity, and Joanna Garner, "Learning to Teach Difficult Histories: Building Teacher Identity and Cultural-Historical Activity Theory Perspectives." This journal article was submitted for publication in the *Journal of Educational Change* in fall 2024.

Book chapter: Yonghee Suh, Brian Daugherity, and Joanna Garner, "Voices of the Past: How Teacher Identities Shape the Use of Oral Histories in Teaching Difficult Histories," book chapter proposal submitted in fall 2024 to the editors of *Contextualization, Critical Literacy, and Emotional Engagement in History Education*. In spring 2025 we were asked to submit a full chapter by June 2025. This book will be edited by David Lefrançois; Marc-André Éthier; Sylvain Doussot; and Nadine Fink, as part of the Contemporary Research in Education series published by Information Age Publishing.

### Peer-reviewed special historical study

Brian J. Daugherity and Pippa Holloway, "*Davis v. Prince Edward County*, *Brown v. Board of Education*, and School Desegregation in Virginia," a Special History Study to be published by the U.S. National Park Service. Dr. Holloway is the chair of the History Department at the University of Richmond. This project is funded by a grant from the National Park Service and will be completed in 2024-2026.

### Documentary film

Jody L. Allen and Brian J. Daugherity, executive producers, "*The Green Light: Fulfilling the Promises of Brown v. Board of Education.*" This in-progress documentary film examines the important but little-known U.S. Supreme Court decision in *Green v. New Kent County, Virginia* (1968). We have received approximately $35,000 in grants which have funded script development, filmed interviews, research, and other production work. During 2024, I conducted trips to archival repositories, organized a conference panel related to the case, and corresponded with other scholars about the case and its context.

### Book Reviews

Charise L. Cheney, *Blacks Against Brown: The Intra-racial Struggle over Segregated Schools in Topeka, Kansas* (Chapel Hill: University of North Carolina Press, 2024), for the *Journal of American History*, due spring 2025.

## RESEARCH GRANTS AWARDED (SEE TEACHING GRANTS, BELOW):

**U.S. National Park Service:** Special History Study Award (2024), $146,000. To research and write "*Davis v. Prince Edward County*, and *Brown v. Board of Education* - School Desegregation in Virginia," which will be a peer-reviewed report published by the National Park Service. I serve as Principal Investigator and co-project director with Dr. Pippa Holloway (Chair, UR Department of History).

**VCU Office of the Vice President for Research and Innovation:** VCU Breakthroughs Award (2024), $170,000, for "Race and Ethnicity in Virginia: Innovation in the Secondary Education Curriculum." This project will result in research and publications related to public education in Virginia. I serve as Co-Principal Investigator and co-project director with Dr.s Cristina Stanciu (Department of English) and Rachel Gomez (School of Education).

**VCU Humanities Research Center:** Conference travel grant (2023), $1,000. For travel to present at the Organization of American Historians annual conference, New Orleans, LA, April 2024.

8

**Library of Congress:** Consortium member mini-grant (2023), $2,000. Co-recipient with Dr. Yonghee Suh. For travel to present our research at the National Council for Social Studies annual meeting, Nashville, TN, November 2023.

**VCU Humanities Research Center:** Conference travel grant (2023), $1,000. For travel to present at the American Educational Research Association annual meeting, Chicago, IL, April 2023.

**Virginia Commonwealth University**: Arts, Humanities, and Social Sciences faculty innovator grant (2022); $9,000. For research related to my next book project on the U.S. Supreme Court decision, *Green v. New Kent County, Virginia* (1968).

**VCU College of Humanities and Sciences**: Seed grant (2021); $5,000. For research related to my next book project on the U.S. Supreme Court decision, *Green v. New Kent County, Virginia* (1968).

**VCU History Department**: Schilling Fund grant (2021); $2,500. For research related to my next book project on the U.S. Supreme Court decision, *Green v. New Kent County, Virginia* (1968).

**4-VA Collaborative Research Grant Program**: Collaborative Research Grant (2021); $5,000. With Dr. Yonghee Suh of Old Dominion University, to build upon our National Endowment for the Humanities, and Library of Congress, grant-funded workshops for schoolteachers on school desegregation in Virginia.

**VCU Humanities Research Center:** Conference travel grant (2018), $1,000. For travel to present at the National Council for Social Studies annual meeting, Chicago, IL, November 2018.

**VCU History Department**: Schilling Fund grant (2017); $2,500. For rights and permissions for my book, *A Little Child Shall Lead Them: A Documentary Account of the Struggle for School Desegregation in Prince Edward County, Virginia*. I submitted the final report for this grant in April 2018.

**VCU Faculty Council**: Faculty research grant (2014); $500. To pay for research travel for my book manuscript on the NAACP and school desegregation in Virginia.

**John Tyler Community College Foundation**: Mini-grant (2014); $1,500, with Alyce Miller, Chair of the Department of Humanities and Social Sciences at John Tyler Community College. For research travel for "Preserving the Past Through Community Histories: The Rosenwald Schools in Goochland County, Virginia."

**Virginia Community College System [multiple]**: Paul Lee Professional Development Grant (2013 and 2014); $4,500 each, with Alyce Miller, Chair of the Department of Humanities and Social Sciences at John Tyler Community College. For research for a local museum exhibit, online oral history collection, and journal article. Titled "Preserving the Past Through Community Histories: A Collaborative Research and Oral History Project."

**Virginia Foundation for the Humanities and Public Policy:** Project grant (2013); $5,000 with Alyce Miller, Chair of the Department of Humanities and Social Sciences at John Tyler Community College. For oral history interviews and transcriptions, and research travel for a local museum exhibit and journal article, "Preserving the Past Through Community Histories: The Rosenwald Schools in Goochland County, Virginia."

**Martin Luther King Commission of the Virginia General Assembly**: Publication assistance grant (2008); $2,000, with Brian Grogan of Mercy Seat Films, for our book, *A Little Child Shall Lead Them: A Documentary Account of the Struggle for School Desegregation in Prince Edward County, Virginia*.

9

**Virginia Foundation for the Humanities and Public Policy [multiple]:** Documentary film grants (2005 and 2003); $12,000 and $10,000, with Jody Allen of the College of William & Mary. For scriptwriter (hired), pre-production and production work on "*The Green Light*: Fulfilling the Promise of *Brown v. Board of Education*."

**The College of William and Mary [multiple]:** History Department Travel Award (2004); Provost's Summer Research Grant (2003); Dean's Office Minor Research Grant (2003); Graduate Student Association Conference Travel Award (2003); Office of Student Activities Conference Travel Award (2002); History Department Travel Award (2002); Provost's Summer Research Grant (2002); Dean's Office Minor Research Grant (2002); History Department Summer Research Grant (2001); Dean's Office Minor Research Grant (2001).

**Virginia Foundation for the Humanities and Public Policy [multiple]:** African American History in Virginia (2002 and 2003), $3,000 each, with Jody L. Allen of the College of William and Mary, for oral history interviews and research related to *Green v. New Kent County, Virginia* (1968).

**Rock Island Arsenal Historical Society, IL:** Richard C. Maguire Scholarship, $1,000 (2002).

**Virginia Historical Society**: Andrew W. Mellon Research Fellowship, $500 (2001).

**Duke University, John Hope Franklin Research Center**: Special Collections Research Grant, $1,000 (2001).

## TEACHING PUBLICATIONS:

Journal article: Yonghee Suh and Brian J. Daugherity, "Oral History as Inquiry: Using Digital Oral History Collections to Teach School Desegregation," *The History Teacher*, vol. 51, no. 4 (August 2018), 697-709.

*Richmond Times Dispatch* blog post: "Rosenwald Schools," with Dr. Alyce Miller of John Tyler Community College, September 3, 2015, at the request of the *RTD* Newsroom Researcher and Archivist.

Magazine article: Dan Carr, Dr. Brian Daugherity, Andrew Parent, and Dr. James Vonesh, "River of Knowledge," *VCU Alumni Magazine* (and Medical College of Virginia Alumni Magazine), vol. 62, no. 2 (Fall 2014), 16-19.

Lesson plan: "New Kent School and the George W. Watkins School: From Freedom of Choice to Integration," co-authored with Jody Allen and Sarah Trembanis. Reproduced in Murray, Menkart, and View, editors, *Putting the Movement Back into Civil Rights Teaching* (Washington DC: Teaching for Change, 2004), 270-273.

Digital lesson plan: "New Kent School and the George W. Watkins School: From Freedom of Choice to Integration." Co-authored with Jody Allen and Sarah Trembanis for the National Park Service's "Teaching with Historic Places" program. Featured on the U.S. Department of Education website, 2004. Posted online at: https://www.nps.gov/nr/twhp/wwwlps/lessons/104newkent/104newkent.htm.

## TEACHING GRANTS AWARDED (SEE RESEARCH GRANTS, ABOVE):

**National Endowment for the Humanities [multiple]**: Landmarks of American History and Culture grants, 2014, 2016, 2019, and 2024 (~$175,000 each, with $25,000 in additional funding in 2020). These grants are also funding research (on how to best train schoolteachers, and how to best teach the subject of school desegregation). I serve as co-project director with Dr. Yonghee Suh, a professor of education at Old Dominion University. In 2015, 2017, and 2025 (forthcoming), this grant brought schoolteachers from throughout the U.S. to VCU for two weeks to study

10

school desegregation in Virginia. We visited historic sites, listened to scholarly presentations, and discussed reading and teaching assignments related to the subject. Our 2021 workshops took place virtually.

**Library of Congress [multiple]**: Teaching with Primary Sources grants, 2017 and 2020 ($20,000 each), and 2024 ($100,000). These grants are also funding research (on how to best train schoolteachers, and how to best teach the subject of school desegregation). I serve as co-project director with Dr. Yonghee Suh, a professor of education at Old Dominion University. This grant provides workshops for schoolteachers and teacher educators; professional development sessions focus on school desegregation history, pedagogical approaches, and activities.

**VCU Center for Teaching Excellence:** Course development grant, 2013, $5,000; with Dan Carr and James Vonesh of the VCU Biology Department. For HIST 391, "Footprints on the James: The History and Natural History of the James River."

**U.S. Department of Education, Teaching American History grant**: applied in 2010 with the Manager of Educational Services of the Virginia Historical Society and Chesterfield County Schools; proposal was funded in 2011. I served as Lead Instructor for the 2013-2014 year, focusing on civil rights. In Summer 2013, I served as historian during a week-long trip on civil rights to Alabama, and then delivered lectures on modern America as part of a week-long course at the Chesterfield County School Board office.

**The University of Richmond [multiple]:** Course development grants (2007 and 2008), $5,000 each. Funding by Common Ground (a campus initiative to promote racial and ethnic understanding and tolerance) and PETE (campus program to promote excellence in teaching) to co-teach a traveling class on the Civil Rights Movement entitled "A Course in Motion: The Civil Rights Movement in the South."

**The University of Richmond, Program for Enhancing Teaching Effectiveness:** 2008, to attend the Southern Historical Association annual meeting in October. For the SHA, I co-organized and co-led a panel discussion on teaching traveling courses, focusing on civil rights and race relations.

**The University of Richmond Quest [multiple]:** Course funding grants (2007 and 2008), totaling $65,000. Funding given to co-teach "A Course in Motion: The Civil Rights Movement in the South." (see above)


## COURSES TAUGHT AT THE COLLEGE LEVEL: (as Instructor of Record)

- VCU History Internships (undergraduate and graduate)
- U.S. History survey, parts I and II (pre- and post-1865)
- Online: U.S. History Since 1865 (recognized as a top program by BestOnlineColleges.org, 2013)
- Online: Survey of Virginia History
- Online: Virginia History Since 1865
- Footprints on the James: The History and Natural History of the James River [a 4-week traveling course taught with Professors James Vonesh and Daniel Carr of the VCU Biology Department, Summer 2014]
- A Course in Motion: The Civil Rights Movement in the South [a 3-week traveling course]
- The History of the Civil Rights Movement, readings seminar (graduate course)
- The History of the Civil Rights Movement, senior seminar (HIST 490)
- The History of the Civil Rights Movement
- The History of Virginia, readings seminar (graduate course) [taught online also]
- The History of Virginia
- The History of Virginia since 1865

11

- 50 Years *Since Brown v. Board of Education* in Virginia:  Desegregation, Integration, Re-segregation
- The History of the Civil Rights Movement in Virginia
- The History of the Civil Rights Movement in Virginia (VCU Honors College course)
- Race Relations in Virginia from the Civil War to the Present (part of an initiative sponsored by the VCU College of Humanities and Sciences recognizing the 150th anniversary of the Civil War)
- Teaching the Virginia Standards of Learning: Social Studies (an Education course; for schoolteachers)
- The Coming of the Civil War
- The U.S. Civil War and Reconstruction
- American Government and Politics
- The U.S. in World Affairs
- Western Civilization survey, parts I and II
- Independent Studies: Gender in the Civil Rights Era, Nichole Harper (M.A., Virginia Commonwealth University, fall 2024); Civil Rights Movement in Virginia, Jasper Conner (Virginia Commonwealth University, 2016); African American Higher Education since the Civil War, Nick Betts (M.A., Virginia Commonwealth University, 2012); School Desegregation in the Kennedy Administration, Brian Lee (M.A., Virginia Commonwealth University, 2008); Civil Rights Movement in Virginia, Spencer Dicks (University of Richmond, 2004); Civil Rights Movement in Virginia, Brian Deming (University of Richmond, 2004)
- Supervised Research: Research internship (Arman Chowdhury), Spring 2014

Courses as a teaching assistant (graduate student):  Quantitative Historical Methods, The U.S. in Vietnam, U.S. History (parts I and II), European History (parts I and II)


## SERVICE, PROFESSIONAL ORGANIZATIONS:

The Virginia Forum (a professional organization which organizes an annual conference of Virginia scholarship):
- Elected vice president and president-elect, 2023-present
- Elected member, board of directors, 2021-present. Re-elected for a second 3-year term, March 2024.
- Chair, Nominations Committee, 2022-present; member, Nominations Committee, 2021-present
- Chair, 2021 Program Committee (virtual)
- Member, Virginia Forum steering committee, 2015-2017
- Member, 2017 Program Committee
- Member, 2016 Program Committee
- Co-chair, 2015 Program Committee (and co-organizer of the 2015 Virginia Forum, held at VCU)
- Member, 2014 Program Committee

Co-Chair, Desegregation of Virginia Education (DOVE) project, a statewide initiative of scholars, librarians, and archivists that aims to publicize the history of school desegregation in Virginia, and to locate and preserve records related to school desegregation in Virginia. Member, 2008-2009; co-chair, 2009-present.

Served as an external reviewer of the scholarship of a faculty member at the University of Richmond, at the request of the promotion committee, Summer 2024.

12

PTX-0247.pdf

Reviewed and ranked presentation applications for the American Educational Research Association 2024 annual meeting (three divisions: School Contexts and Communities; Critical Examination of Race, Ethnicity, Class and Gender in Education; and Experiential Education and Community Engagement**),** Summer 2023.

Member, Southern Historical Association, Membership Committee, 2019-2022.
- Member, subcommittee on teaching and mentoring, 2022.
- Member, subcommittee on new members and first time conference attendees, 2021.

Submitted a letter for the promotion and tenure dossier of a faculty member at Sweet Briar College, at the request of the dean, Fall 2021.

Member, National Scholars Honor Society, 2007.

Member, National Society of Collegiate Scholars, 2004.

Member, Phi Alpha Theta History Honors Society, 1993.

Member, National Honors Society, 1990.


## SERVICE, COMMUNITY, AND ADVISORY BOARDS:

I regularly give public talks and conduct television/radio interviews related to my work. These are listed in a separate section below, titled "Invited presentations and media interviews."

Member, Richmond Public Library, Mellon Working Group, 2024-present.

Member, The Ealey Project, Steering Committee, at the request of its directors, 2024-present.

Member, Humanities Advisory Council for documentary film on Rosenwald Schools in Virginia, produced by Longleaf, 2024-present.

Member, 1939 Alexandria Library Sit-In Project Scholars' Advisory Board, at the request of its director, Spring 2022-present.

Member, Gilder Lehrman Institute of American History Advisory Board, at the request of its president, Fall 2020-present.

Member, Library of Virginia Scholarly Advisory Board for the National Newspaper Digital Program, at the request of its director, Fall 2020-present.

Member, Woodville Rosenwald School Scholars' Advisory Board, at the request of its director, 2020-present.

Member, The HistoryMakers Higher Education Advisory Board, at the request of its founder and president, 2019-present. Reviewed and ranked research grant applications submitted to The HistoryMakers, Spring 2019.

Volunteer, State Council for Higher Education in Virginia (SCHEV) Working Group on Student Readiness for Internships, 2020-present. Reviewed online training modules for a student internship toolkit, and career champions, 2023.

13

Worked with the Virginia Department of Historic Resources to identify and classify historic sites related to the civil rights movement in Virginia, 2016-2017. Assisted new Diversity Outreach Coordinator with internship partnerships, 2021. Assist the Virginia Highway Markers program with entries and marker text, 2018-present.

Member, Ph.D. dissertation committees:
- Catherine MacDonald, MATX program, Virginia Commonwealth University, 2025-present.
- Jon Graham, School of Education, Virginia Commonwealth University, 2024-present.
- Emily Cochran, History Department, University of South Carolina, 2019-2021.
- Marvin Chiles, History Department, University of Georgia, 2018-2020.

Advised the president of the Goochland County Historical Society about grant funding for research on school desegregation in the county, 2021. Assisted the Goochland County Historical Society about a historical marker regarding school desegregation, 2023. The society received grant funding from Virginia Humanities in 2023 for a school desegregation project.

Advised leaders of the Richmond Public Library about creating a Richmond Room of materials related to the city, and provided letter of support for funding opportunities, 2021-2022. The library received a large amount of Mellon Foundation funding in Fall 2023.

Advised new head librarian at Heritage Library about New Kent County community engagement, and history, Summer 2023.

Answered questions on the civil rights era for students from St. Michael's Episcopal School in Richmond, who completed a podcast, at the request of the president of the Virginia Council for the Social Studies, Spring 2023.

Answered history questions for a team of students from Maggie Walker High School in Richmond, who competed in the We the People program, Spring 2022, and Spring 2019.

Advisor, Hanover County Museum of History and Culture (which opened in Summer 2021), 2019-2021.

Advisor, Brown Grove Preservation Group, Hanover County, which opposes the development of a Wegman's distribution center within the community, 2021.

Advised leaders of the Louisa County Historical Society about research on school desegregation, 2020-2021.

Advisor, Hanover County NAACP, which initiated legal action against the county school board to require name changes at several county public schools, 2019-2020.

Scholar/advisor, Embrace Richmond, Virginia Humanities grant application (funded). Embrace Richmond is a non-profit community organization focusing on education and community development, 2018-2019.

Member, selection committee for Virginia's "History Teacher of the Year," at the request of the Virginia State Department of Education's History and Social Sciences Specialist, 2018.

Advised members of the Middlesex County Board of Supervisors about research on school desegregation in the county, Spring 2018.

Member, *Virginia Magazine of History and Biography* editorial advisory board, at the request of the managing editor, 2015-2017.

14

Volunteer, Open Minds project, instruct inmates incarcerated at the Richmond City Justice Center, 2016-2017.

Reviewed content for a new exhibit at the Black History Museum and Cultural Center of Virginia before the museum's grand re-opening, at the request of the museum director, Spring 2016.

Consultant for 50th reunion of the Virginia Students' Civil Rights Committee, 2014-2015. Worked with VCU Special Collections and former activists. In June 2015, I helped interview former members of VSCRC about organizing African American voters in Virginia in 1965-1966 for a new VCU oral history collection. These interviews were uploaded to the VCU Cabell Library Special Collections website in 2019.

Member, Martin Luther King Commission of the Virginia General Assembly, subcommittee on the 1958-1959 school closings in Virginia, 2009-2014.

Served as a consultant for a team of students from Maggie Walker High School, who competed in the We the People program and won 3rd place nationally, Spring 2014. Was asked to help coach the students by Sam Ulmschneider, a graduate of the VCU M.A. Program in History.

Previewed and offered feedback on a documentary film, "Locked Out:  The Fall of Massive Resistance," for the University of Virginia Center for Politics, and the Community Ideas Stations (PBS), Fall 2009.

Historical consultant for the Civil Rights Memorial Commission, a joint government/private organization which constructed a civil rights memorial on the grounds of the Virginia State Capitol, Summer 2006.

Co-produced a 10-minute film which was shown as part of a Virginia Historical Society exhibit commemorating the 50th anniversary of *Brown v. Board of Education*, 2004.

Lead historical consultant for an exhibit on the 50th anniversary of *Brown v. Board of Education* that commemorated the Civil Rights Movement and campaign for school desegregation, focusing on Virginia, for the Black History Museum and Cultural Center of Virginia, Richmond, Virginia, Fall 2002-Summer 2004.

## SERVICE, REVIEWER FOR JOURNALS, PUBLISHERS, AND FUNDING AGENCIES:

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of South Carolina Press, Summer 2024.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, AOSIS Scholarly Publishing (South Africa), Summer 2024.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor, *North Carolina Historical Review,* Spring 2024.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of North Carolina Press, Spring 2023. Provided a marketing quotation for the book jacket, at the request of the publisher, Spring 2024.

Reviewed a collection of U.S. History materials at the request of textbook publisher W.W. Norton, Fall 2023.

15

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of Virginia Press, Summer 2023.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of North Carolina Press, Spring 2023.

Reviewed grant applications for the National Endowment for the Humanities, Landmarks of American History and Culture program, at the request of the NEH, Spring 2023.

Reviewed grant applications for the National Historical Publications and Records Commission, Publishing Historical Records in Documentary Editions program, at the request of the director for publishing, Spring 2023, and Summer 2017.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of Arkansas Press, Spring 2023.

Reviewed articles being considered for publication as part of the peer review process, at the request of the editor, *Virginia Magazine of History and Biography*: Spring 2023, Summer 2022, Spring 2021, Fall 2020, Fall 2019, Spring 2019, Spring 2018, Summer 2017, Summer 2016, Spring 2016, Summer 2015, Spring 2014, Fall 2013, Summer 2012, and Fall 2011.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, Georgetown University Press, Spring 2022. Provided a marketing quotation for the book jacket, at the request of the publisher, Spring 2023.

Reviewed a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of Virginia Press, Summer 2022.

Reviewed an article being considered for publication as part of the peer review process, at the request of the editor, *Acadiensis*, Spring 2022.

Read a book manuscript to provide a marketing quotation for the book jacket, at the request of the publisher, University of Kansas Press, Fall 2021.

Reviewed a book proposal and partial manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of South Carolina Press, Summer 2020. Reviewed the full manuscript at the request of the publisher, Fall 2021.

Reviewed, and then re-reviewed, a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of California Press, Spring 2019 and Fall 2021.

Participated in a panel discussion providing feedback on a book manuscript being considered for publication for the benefit of the author, at the request of the publisher, University of Virginia Press, Summer 2021.

Reviewed U.S. History materials at the request of textbook publisher McGraw-Hill, Spring 2021.

Reviewed a book proposal and several chapters being considered for publication as part of the peer review process, at the request of the publisher, Georgetown University Press, Fall 2020.

16

Reviewed, and then re-reviewed, a book manuscript being considered for publication as part of the peer review process, at the request of the publisher, University of Virginia Press, Summer 2020. Provided a marketing quotation for the book jacket, at the request of the publisher, Fall 2021.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor (two rounds), *Journal of Teacher Education,* Fall 2017 and Spring 2018.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor, *History of Education Quarterly,* Spring 2018.

Reviewed a book manuscript being considered for publication at the request of its author, Fall 2017. Reviewed a book chapter at the request of its author, Fall 2017.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor, *Journal of American History,* Fall 2016.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor, *History of Intellectual Culture,* Fall 2016.

Reviewed an article being considered for publication at the request of the editor, *Southern Studies: An Interdisciplinary Journal of the South,* Summer 2014.

Reviewed an online textbook of Virginia History for elementary students at the request of ProQuest, Fall 2013.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor, *Journal of American History*, Spring 2013.

Member, History Technology Advisory Board, Wadsworth-Cengage Learning, 2008-2012.

Reviewed a collection of "Tech Apps" for teaching history for Pearson, Fall 2012.

Reviewed an article being considered for publication at the request of the editor, *The Public Historian,* Spring 2012.

Reviewed a proposed online textbook website at the request of Cengage Publications, Fall 2011.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor of the *Oral History Review*, Spring 2010.

Reviewed a collection of historical documents for a collection on the Civil Rights Movement at the request of Sage Publications, Spring 2010.

Reviewed a proposed eReader for a collection on the Civil Rights Movement at the request of Cengage Publications, Spring 2010.

Reviewed a proposed online textbook website at the request of Cengage Publications, Spring 2010.

Participated in an online history focus group at the request of Pearson Education, Spring 2010.

Reviewed an article being considered for publication as part of the peer review process at the request of the editor of the *Oral History Review*, Fall 2006.

17

PTX-0247.pdf

## SERVICE, VIRGINIA COMMONWEALTH UNIVERSITY:

Member, VCU Research Institutes and Centers Oversight and Review Committee (RIC-ORC), Summer 2024-present.

Faculty representative, VCU Career Services Leadership Council, Fall 2023-present.

Reviewer, for VCU Career Services, student applications for summer internship funding, Spring 2024.

Provided a letter of support for a Cabell Library grant application seeking funding for organizing and processing a research collection 2024. This application was successful.

Co-chair, Public Humanities Laboratory, VCU Humanities Research Center, Fall 2023-Summer 2024. Member, VCU Humanities Research Center symposium of the Future of the Humanities, Fall 2023.

Member, VCU Quality Enhancement Plan (QEP) Steering Committee, Spring 2023-Spring 2024. Member, subcommittee on "Implementation and Curricular / Co-Curricular Integration," Summer 2023-Spring 2024.

Member, Recruiting Inclusive Champions training program, at the request of the Dean of the College of Humanities and Sciences, Fall 2022. In 2023, I attended post-training meetings related to the program.

Reviewed funding applications for the VCU Office of Research and Innovation, Postdoctoral Independent Research Award, Fall 2023.

Volunteer, Richmond Teacher Residency Program, VCU Center for Teacher Leadership, School of Education, 2011-2022.

Member, promotion committee for the VCU School of Education, Fall 2021.

Member, promotion and tenure committee for the VCU Department of Art Education, Fall 2020.

Member, University Budget Advisory Committee (formerly University Budget Redesign Steering Committee; formerly New Budget Model Steering Committee), January 2016-June 2020.

Member, President's History and Community Relations working group, 2017-2019.

VCU Faculty Senate:
- Recording Secretary, and Treasurer, 2016-2018
- Chair of the Economic Status, Budget, and Planning Committee, 2017-2019, 2015-2016, and 2013-2014; vice-chair, 2014-2015
- Elected senator, 2010-2013, 2016-2019
- Monroe Park campus representative, 2013-2014
- Chair of the Student Affairs Committee, 2012-2013

Member, Vice President for Inclusive Excellence Search Committee, Fall 2017-Spring 2018.

Panel moderator, VCU President's Forum on public history and commemorations, Fall 2017.

18

Commentator, with Dr. Alyce Miller, "Rosenwald," VCU Office of Multicultural Student Affairs, February 2017.

Member, promotion committee for VCU Focused Inquiry, Fall 2015.

Participant, Division of Student Affairs and Academic Partners for Student Success conversations, Fall 2015.

Participant, Division of Community Engagement and VCU President's Office, conversations on regional engagement and the arts and humanities, Fall 2015-Spring 2016.

Volunteer participant, VCU Make It Real campaign, Summer 2014. See: www.makeitreal.vcu.edu/#brian

Volunteer advisor, VCU Libraries/Special Collections Freedom Now Project, 2014-2015. Chosen as Cabell Library "Researcher of the Week" for this project and *Virginia Magazine of History and Biography* article, 2014.

Member, promotion committee for VCU Focused Inquiry, Fall 2013.

Member, Committee on the 175[h] Anniversary of VCU. Appointed by the Provost as a representative of Faculty Senate, 2012-2013.

Member, Task Force on the 150th Anniversary of the Civil War and Reconstruction. Appointed by the Provost, Spring 2011, to help develop VCU's "Year of Freedom, 2012-2013."

Member of a "Faculty Learning Community" related to Online Learning at VCU, 2011-2012.

Member, Online Course Development Initiative, VCU Center for Teaching Excellence, 2010-2011.

Assisted Ray Bonis of VCU Special Collections (Cabell Library) in planning a VCU event commemorating the 50th anniversary of the sit-ins in Richmond, held in February 2010.

## SERVICE, COLLEGE OF HUMANITIES AND SCIENCES:

CHS representative, VCU Professional Educator's Coordinating Council, 2024-present.

Affiliate faculty member, VCU Department of African American Studies, 2022-present.

Chair, promotion committee for a faculty member in the School of World Studies, Fall 2022. Member, pre-promotion review committee for a faculty member in the School of World Studies, Spring 2022.

Reviewed scholarship applications for Victor Humberto Narro awards for the College of Humanities and Sciences, 2019, 2020, 2021, and 2022.

Member, College of Humanities and Sciences Grade Appeals committee, at the request of associate dean James Mays, 2009, 2012, 2013, and 2019.

Member, ranking panel for Catalyst and Seed research grant applications at the request of the Associate Dean of Research, Spring 2018.

Member, Cluster Hire Search Committee, "Migration Studies" Focus Latin America, Fall 2017-Spring 2018. This committee hired new faculty members in three departments with interrelated teaching and research interests.

19

Member, promotion committee for a faculty member in the School of World Studies, Spring 2017 and Fall 2017. Dr. Means was promoted in spring 2018.

Member of master's thesis committee, Art History. Dennis Williams graduated in December 2014.

Member, "Landscape and Memory" reading group, Humanities Research Center, Fall 2014.

Member, search committee for Gender, Sexuality, and Women's Studies faculty member, Spring 2012.

Member, Sesquicentennial of the Civil War course initiative, 2011, led by Interim Dean Catherine Ingrassia. In Spring 2011 we created a "Faculty Learning Community" on this subject, which lasted two years.

Member, National Endowment for the Humanities Digital History grant planning and submission team, 2010-2011. This was a collaborative effort involving local historical agencies and the University of Richmond; unfortunately, the grant was not funded.

Member, search committee for Student Advisor position, Office of Student Services, 2010.

Member, College of Humanities and Sciences Technology Committee, 2010-2011.

Member, search committee for the Assistant Chair of the Department of African American Studies, 2009.

Member, search committee for the Assistant Dean of Undergraduate Academic Affairs, 2009.


## SERVICE, HISTORY DEPARTMENT:

Graduate Faculty (appointed 2010):
- Chair of master's thesis committee: 2025-present [Nichole Harper]
- Member of master's thesis committees: 2025-present [Elizabeth Dooley]; 2023-present [John Ferguson]; 2022-2024 [Tracy Herman]; 2019-2020 [Meika Downey] (thesis won a VCU award); 2016-2017 [Emma Ito; co-directed with John Kneebone]; Spring 2013 [Nicholas Betts]; Spring 2012 [Karen Adam, with distinction]; Fall 2010 [Lisa Jordan]
- Chair of master's oral examination committee: Spring 2021 [Aaron Rodriguez]
- Member of master's oral examination committees: Spring 2024 [Will Pell]; Spring 2023 [Kendall Sargent]; Fall 2020 [Kyle Rogers]; Fall 2020 [Chesney Rhoades]; Fall 2017 [Antonio Williams]; Spring 2017 [Brian Riley]; Spring 2017 [Brittany Johnson]; Fall 2016 [Lauren Jeffress]; Spring 2016 [Ben Tyree]; Fall 2014 [Dustin Robinette]
- Graduate student mentor: 2019-2020 [Willow Pell]

Member, Undergraduate Studies Committee, 2011-2015, 2019-2022, and 2024-present.

Member, Graduate Studies Committee, 2023-2024.

Faculty advisor, The Alexandrian Society, a History Department student organization, spring 2024, at the request of the chair.

Chair, Personnel Committee, 2022-2023. Member, Personnel Committee, 2015-2017, and 2018-2019.

20

PTX-0247.pdf

History Department Diversity Committee, founding member, 2019-2022. Chair, Fall 2021. Secretary, 2019-2021.

Chair, promotion and tenure committee for a VCU history faculty member, at the request of the department chair, 2022.

Chair, Third Year Review committee for a VCU history faculty member, at the request of the department chair, 2021.

Member, Nominating Committee, 2009, 2015, and 2021.

Department secretary, 2015-2016, and 2019-2020 (at the request of the department chair).

Member, Southern Film Festival Committee, 2012-2018. Coordinator of volunteers, 2016.

Member, search committee for a Latin American history position, 2017-2018.

Member, Schilling Fund Committee, 2013 and 2017.

Co-advisor, The Alexandrian Society, a History Department student organization, 2009-2013, and Fall 2014.

Host, Chew and View session on "The Freedom Riders," January 2014.

Member, search committee for a Civil War/Reconstruction era position, 2012-2013.

History Department Representative, Academic Program Review Development Process, 2011-2012. Served, along with the Chair of the History Department, as a representative to university-wide meetings to develop and implement the Program Review process. Helped the department complete its first review, 2012-2013.

History Department representative, VCU Higher Education Equipment Trust Fund, 2010-2011, as chair of the department's Resources and Equipment Committee. Secured a new digital microfilm reader, 2011.

Member, search committee for an Asian history collateral position, 2010.

VCU History Department Santa Claus, 2009.

Member, Scholarships and Awards Committee, 2009-2010.


# PRESENTATIONS – PROGRAMS, PAPERS, LECTURES:

## Conference presentations

"Navigating Teacher Identities and Affective Disruption: Teaching Difficult Histories with Oral Histories through Historical Inquiry," with Dr.s Yonghee Suh and Joanna Garner of Old Dominion University, Hildesheim, Germany, forthcoming October 2025.

Poster session: "Empowering Educators with Primary Sources: Bridging the Gap in Understanding and Teaching Rural School Desegregation," with Dr. Yonghee Suh, National Council for History Education annual meeting, St. Louis, MO, March 2025.

21

Panel moderator: "A Critical Reexamination of Social Movements," Virginia Forum, Sweet Briar College, VA, March 2025.

Panel moderator: "Community-Engaged Public History and Place-Based Storytelling: Considerations for Collaboration in Community Spaces," Organization of American Historians (OAH) annual meeting, New Orleans, LA, April 2024.

Panel organizer and moderator: "From *Brown* to *Green*: Freedom of Choice and School Integration in Virginia; Firsthand Participants Tell Their Stories," Lemon Project annual symposium, Williamsburg, VA, March 2024.

Poster session: "Learning to Teach Difficult Histories: Navigating Identities in Varying Context," with Dr. Yonghee Suh, National Council for Social Studies annual meeting, Nashville, TN, November 2023.

Panel moderator: "No Two Alike: From the Frontlines of Virginia's School Desegregation, Diverse Pioneers Tell You Their Stories," Virginia Museum of History and Culture first annual History Matters Symposium, Richmond, VA, November 2023.

"The Analysis of Opportunities for Teacher Learning to Teach Difficult Histories: A Sociocultural Perspective," with Dr. Yonghee Suh, American Educational Research Association annual meeting, Chicago, IL, April 2023.

"Investigating Teacher Learning to Teach Difficult Histories: The Analysis of Teacher Role Identities," with Dr. Yonghee Suh and Dr. Joanna Garner, American Educational Research Association annual meeting, Chicago, IL, April 2023.

Panel organizer and moderator: "No Two Alike: From the Frontlines of Virginia's School Desegregation, Diverse Pioneers Tell You Their Stories," Virginia Forum, Shepherd University, Shepherdstown, WV, March 2023.

"How Primary Sources are Used in Teaching and Learning from Grade 8 to University," Organization of American Historians (OAH) annual meeting, Boston, Massachusetts, April 2022.

Panel moderator: "Desegregating Virginia," Virginia Forum, Virginia War Memorial, Richmond, April 2022.

"The Discursive Construction of Teacher Learning to Teach Difficult Histories in a Professional Learning Community," with Dr. Yonghee Suh, American Educational Research Association annual meeting, April 2021 (virtual).

"The Discursive Construction of Teacher Knowledge in a Community of Practice: The Case of School Desegregation," virtually, with Dr. Yonghee Suh and Joseph Smith, National Council for Social Studies annual conference, College and University Faculty Assembly, December 2020 (virtual).

Panel moderator: "Virginia Politics at the Crossroads of 20th Century Change," Virginia Forum, Longwood University, Farmville, Virginia, March 2019.

"Teacher Knowledge that Matters: The Case of School Desegregation," with Dr. Yonghee Suh, National Council for Social Studies annual conference, College and University Faculty Assembly, Chicago, IL, November 2018.

Panel organizer and panelist: "The Rev. L. Francis Griffin, Civil Rights and Moral Leadership in Prince Edward County, 1951-1969," with Brian Lee and John Kern, Virginia Forum, Emory & Henry University, March 2018.

22

"Firing Up Students through Oral History: Vietnam and School Desegregation," with Joe Phelan (National Endowment for the Humanities), National Council for Social Studies annual conference, San Francisco, California, December 2017. This presentation was added to the NCSS Live Learning Center, February 2018.

"*Brown* at 63: Teaching *Brown* through GIS and Oral Histories," with Dr. Yonghee Suh (Old Dominion University), National Council for Social Studies annual conference, San Francisco, California, December 2017.

Panel moderator: "Performing Difficult Stories," Oral History Association annual meeting, Minneapolis, Minnesota, October 2017.

"Teaching 'Tough to Tackle' History: The DOVE Project and Civil Rights" poster session, National Council for Social Studies annual conference, Washington, D.C., December 2016.

"'Hell, We Have Only Begun to Fight: The NAACP and the Rise of Massive Resistance in Virginia, A New Interpretation," Oral History Association annual meeting, Long Beach, California, October 2016.

Panel organizer and panelist:  "School Desegregation in Virginia," Association for the Study of African American Life and History annual meeting, Richmond, Virginia, October 2016.

Invited panelist, "Teaching Footprints on the James: The History and Natural History of the James River," VCU ALT Fest (conference on higher education instruction), May 2015.

"The NAACP and the Rise of Massive Resistance: A New Interpretation," Virginia Social Science Association annual meeting, April 2014.

Invited panel moderator: "The Law and Conflict in 1920s-1930s Virginia," Virginia Forum, Randolph Macon College, Ashland, Virginia, March 2013.

"Harry F. Byrd, Sr. and Massive Resistance to School Desegregation:  Law and Politics in Virginia in the 1950s," Virginia Forum, James Madison University, Harrisonburg, Virginia, March 2012.

Panelist: "Teaching the History of Virginia," Virginia Forum, Washington and Lee University, Lexington, Virginia, March 2011.

Invited panel moderator: "Civil Rights and Education in Virginia," Virginia Forum, Christopher Newport University, Newport News, Virginia, April 2010.

Panel organizer and panelist: "With All Deliberate Speed: Implementing *Brown v. Board of Education*," History of Education Society annual meeting, Philadelphia, Pennsylvania, October 2009.

"'Hell, We Have Only Begun to Fight':  The NAACP and the Rise of Massive Resistance in Virginia, 1955-1956," Virginia Forum, Longwood University, Farmville, Virginia, April 2009.

Organizer and panelist: "'Just Around the Bend':  Teaching the Civil Rights Movement on the Road," Southern Historical Association annual meeting, New Orleans, Louisiana, October 2008.

"'Keep On Keeping On':  The NAACP and the Campaign for School Integration in Virginia, 1954-1968," graduate student panel, Southern Historical Association annual meeting, Richmond, Virginia, November 2007.

23

Organizer and panelist: "The Era of School Desegregation: Two Documentaries," on the *Green v New Kent County* Supreme Court decision and "The *Green* Light" documentary film, Virginia Forum, Library of Virginia, Richmond, April 2007.

"School Desegregation Through Oral History:  *Green v. New Kent County, Virginia,*" Oral History Association annual meeting, Bethesda, Maryland, October 2003.

"From *Brown* to *Green*:  The U.S. Supreme Court's Historic *Green v. New Kent County School Board,* Decision" Race and Place Conference, University of Alabama, Tuscaloosa, March 2003.

"'Resisting Massive Resistance':  The NAACP and the Massive Resistance Movement in Virginia," Association for the Study of African American Life and History annual meeting, Washington, DC, September 2001.

"'Keep on Keeping On':  The NAACP and the Campaign for School Desegregation in Virginia" at the Law, Race, and Society conference, Marshall-Wythe School of Law, College of William & Mary, March 2000.

## Research presentations (not at conferences)

Panel moderator: "The Brunswick (County) 15: The 60th Anniversary of the Desegregation of Brunswick High School," Library of Virginia, Richmond, VA, September 2024.

"Fulfilling the Promise of *Brown v. Board of Education – Green v. New Kent County (1968)*," RVA Open University of the Shepherd Center of Richmond, Richmond, VA, May 2024.

"*Green v. New Kent County* and School Integration in the United States," Tuckahoe Library, Henrico County, February 2024.

"School Desegregation in Virginia after *Brown v. Board of Education*," Black History Museum and Cultural Center of Virginia Civil Rights Summit, at the request of the president of the Virginia Council for the Social Studies, October 2023.

"The *Green* Light: School Integration in the United States," VCU research week, Enriching the Human Experience panel, April 2023.

"*Keep on Keeping On*: School Desegregation in Virginia," Tuckahoe Library, Henrico County, May 2022.

Banner Lecture: "A New Era in Building': African American Educational Activism in Goochland County, Virginia, 1911-1932," Virginia Museum of History and Culture, with Dr. Alyce Miller, February 2022.

"African American Educational Activism in Goochland County, Virginia, during the Jim Crow Era," Humanities Faculty Discussion (virtual), Valencia College, October 2021.

"The Long Road from *Brown*: School Desegregation in Virginia," to National Endowment for the Humanities summer scholars, Richmond, Virginia, July 2015, July 2017, and July 2021 (virtually).

Radio show guest, on school desegregation in Virginia, "With Good Reason," produced by Virginia Humanities, September 2020.

"*A Little Child Shall Lead Them*: The Story Behind the Book," John Tyler Community College History Forum, March 2020.

24

Guest lecture, "Researching School Desegregation and Civil Rights in Virginia," graduate class in the Department of Art Education, VCU, February 2020.

"*A Little Child Shall Lead Them*: The Story Behind the Book," Midlothian Library, Chesterfield County, February 2020.

"*A Little Child Shall Lead Them*: The Story Behind the Book," Tuckahoe Library, Henrico County, February 2020.

"*A Little Child Shall Lead Them*: The Struggle for School Desegregation in Prince Edward County, Virginia," 5400 Club, Weinstein Jewish Community Center, Richmond, December 2019.

"School Desegregation in Louisa County, and Virginia: 1954-1968," Louisa County Historical Society annual meeting, November 2019, at the request of the executive director.

"*A Little Child Shall Lead Them*: The Story Behind the Book," VCU Commonwealth Society, September 2019, at the request of the director.

Banner Lecture: "*Keep on Keeping On*: The NAACP and the Implementation of *Brown v. Board of Education* in Virginia," Virginia Museum of History and Culture, September 2019.

"Legacies of the Struggle for School Desegregation," Berglund Lecture Series, VCU Honors College, April 2019.

"*Keep on Keeping On*: The Story Behind the Book," Fairfield Library, Henrico County, March 2019.

"*Keep on Keeping On*: The NAACP and the Implementation of *Brown v. Board of Education* in Virginia," Modern American History Reading Group, College of William & Mary, March 2019.

Guest speaker, unveiling of plaque for Dr. Calvin C. Green, New Kent County High School, at the request of the New Kent County superintendent of schools, October 2018.

"*Keep on Keeping On*: The Story Behind the Book," Hull Street Library, Richmond, Virginia, Books for a Better World lecture series, October 2018.

Guest lecture, "School Desegregation in Virginia," to a student group visiting from Northumbria University, England, at VCU, April 2018.

"Massive Resistance to School Desegregation in Virginia," 5400 Club, Weinstein Jewish Community Center, Richmond, February 2018.

Documentary film interview, Henrico County Television, for "Desegregation: Stories of Integration of Henrico County Public Schools," December 2017. The film was aired and released in early 2018.

Guest lecture, "School Desegregation in Virginia," to a student group visiting from Northumbria University, England, at VCU, April 2017. With Genevieve Siegel-Hawley of the VCU School of Education.

Radio show guest, "With Good Reason," produced by the Virginia Foundation for the Humanities, May 2017.

Television interview, VCU InSight show, on *Keep on Keeping On: The NAACP and the Implementation of Brown v. Board of Education in Virginia* (2016), March 2017.

25

Guest lecture, "Massive Resistance to School Desegregation in Virginia," University of Richmond, February 2017.

"*Keep on Keeping On*: The Story Behind the Book," VCU Humanities Research Center, Meet the Author lecture series, January 2017. See related VCU *Commonwealth Times* news article.

"What Makes the Civil Rights Movement in Virginia Unique," Virginia Department of Historic Resources annual staff plenary, September 2016.

"School Desegregation and Resegregation in Virginia: From *Brown v. Board of Education* to the Present," Educational Leadership Doctoral Student Association annual lecture, VCU, April 2016.

"African American Educational Activism and the Julius Rosenwald Fund," Black History Month lecture series, Chesterfield County Central Library, February 2016.

"The Julius Rosenwald School Building Program" at the second annual conference on Rosenwald Schools co-hosted by Preservation Virginia and John Tyler Community College, February 2015.

"African American Educational Activism in Goochland County, Virginia, 1905-1932," with Dr. Alyce Miller, Black History Month lecture series, John Tyler Community College, February 2015.

"Oral Histories Related to Rosenwald Schools" and "The Julius Rosenwald School Building Program," at a conference on Rosenwald Schools co-hosted by Preservation Virginia and John Tyler Community College, February 2014.

"Program of Action: The Rev. L. Francis Griffin and the Struggle for Racial Equality in Farmville, 1963," with Brian Lee, John Tyler Community College, Chester, February 2014.

"Program of Action: The Rev. L. Francis Griffin and the Struggle for Racial Equality in Farmville, 1963," with Brian Lee, Weinstein Jewish Community Center, Richmond, January 2014

"Program of Action: The Rev. L. Francis Griffin and the Struggle for Racial Equality in Farmville, 1963," with Brian Lee, Robert R. Moton Museum, Farmville, September 2013.

"Program of Action: The Rev. L. Francis Griffin and the Struggle for Racial Equality in Farmville, 1963," with Brian Lee, Virginia Commonwealth University Special Collections, Richmond, September 2013.

"The Rosenwald Schools of Goochland County, Virginia," on behalf of the Goochland Historical Society, J. Sergeant Reynolds Community College, Goochland campus, Summer 2013.

"The Civil Rights Movement in Virginia," VCU Honors College Berglund faculty research seminar, Spring 2013.

"The Civil Rights Movement in Virginia," John Tyler Community College Black History Month presentation, Chester, February 2013.

"What Does the Local Level Teach Us?:  The Civil Rights Movement in Virginia," with Jody Allen, to a Teaching American History Grant, Summer Teachers' Institute, University of Colorado-Boulder (visiting Williamsburg, VA), June 2010.

26

"School Desegregation in Virginia," on my research on the Civil Rights Movement in Virginia, Virginia Historical Society, Summer Teachers Institute, July 2010.

Documentary film interview, Henrico County Television, about former Virginia Governor Mills Godwin, April 2010. The film was aired and released in 2010.

"Archival Research on School Desegregation in Virginia," Museum of the Confederacy, Virginia History and Archives Day, October 2009.

Panelist, "The 100th Anniversary of the NAACP and Civil Rights in Richmond, Virginia," Maggie Lena Walker National Historic Site, National Park Service, Richmond, February 2009.

"School Desegregation in Virginia," VCU Honors College Berglund faculty research seminar, April 2008.

"School desegregation and the *Green v New Kent County* (1968) U.S. Supreme Court decision," University of Richmond Center for Civic Engagement, February 2005.

"The *Green v New Kent County* decision," Randolph-Macon College, February 2005.

Guest lecture, "From Desegregation to Integration in Education," Longwood University class on the Civil Rights Movement, December 2004.

"The *Green v New Kent County* decision," Heritage Public Library, New Kent County, Virginia, 350th Anniversary of New Kent County's founding, September 2004.

"Dr. Green and the *Green v New Kent County* decision," New Kent County, celebration unveiling the National Historic Landmark plaques for the New Kent School and G.W. Watkins School by the National Park Service, June 2004.

"The *Green v New Kent County* decision," College of William & Mary program honoring the 50th Anniversary of *Brown v. Board of Education*, April 2004.

Radio show guest, "With Good Reason," produced by the Virginia Foundation for the Humanities. Interviewed about the *Green* decision and our in-progress documentary film, January 2004.

"*Green v. New Kent County*, An Oral History Project" with Jody Allen and Sarah Trembanis to a graduate level Civil Rights history course, William & Mary, October 2002.

## Invited presentations and media interviews

Public teaching: "History of the Virginia NAACP," to the VCU college chapter of the NAACP, November 2024.

Public teaching (virtual): "Race and the History of Richmond," National Network of Education Research-Practice Partnerships Forum (Rice University), Summer 2024.

Media interview, Virginia Public Media, on school desegregation in Brunswick County, Virginia, September 2024.

Media interview, *VCU News*, on the 70th anniversary of *Brown v. Board of Education*, July 2024.

27

Media interview, *Cardinal News*, on school desegregation in Giles County, VA, February 2024.

Interviewed for documentary film on Rosenwald Schools in Virginia, produced by Longleaf, April, 2024.

Guest lecture, "School Segregation, Desegregation, and Integration: An Overview," undergraduate class in the Department of Art Education, VCU, September 2023.

Public teaching: "*Charles C. Green v. New Kent County*," with Anthony Green, New Kent County High School, January 2023.

Public teaching: "Best Practices for NEH Landmarks of American History and Culture Grants," National Endowment for the Humanities program director training, with Dr. Yonghee Suh, October 2022, and October 2016.

Public teaching (virtual): "School Desegregation in Virginia, and the DOVE Project," The Literacy Lab, September 2022.

Media interview, *Virginia Public Media*, on school vouchers in Virginia, January and July 2022. This article ran on July 12, 2022.

Media interview, *New Journal and Guide*, on massive resistance and tuition grants in Virginia, July 2022.

Teaching presentation: "Teaching School Desegregation in Virginia," Virginia Museum of History and Culture, Teachers Institute, July 2022.

Symposium presentation: "Rekindling the Past: Race, Education, and Inequity in Virginia," Alexandrian Society symposium, VCU, April 2022.

Media interview, *The Guardian*, on massive resistance to school desegregation in Virginia, November 2021.

Public teaching (virtual): "School Desegregation in Virginia, and the DOVE Project," The Literacy Lab, September 2021.

Teaching presentation: "*A Little Child Shall Lead Them*: School Desegregation in Prince Edward County, Virginia," Robert R. Moton Museum Teachers' Institute (virtual), June 2021.

Media interview, *The Beacon*, on school desegregation in Virginia and the DOVE (Desegregation of Virginia Education) Project, April 2021.

Teaching presentation (virtual): Panelist, "*Virginians and Their Histories*," Library of Virginia, March 2021.

Teaching presentation (virtual): "Online Learning in the Age of Zoom," American Association of Retired Persons - Virginia, September 2020.

Media interview, *Yahoo Sports*, on schools named for Confederate leaders in Hanover County, July 2020.

Public teaching, "School Desegregation in Virginia," filmed video, for Richmond Public Schools Department of Curriculum and Instruction, REAL Richmond initiative, June 2020.

Media interview, *Richmond Times Dispatch*, on school closures in Virginia during the era of school desegregation, April 2020.

28

Radio show guest, CSPAN Radio by Roberta Jackson, on the Desegregation of Virginia Education (DOVE) project, February 2020.

Guest lecture, "Oral History and the Desegregation of Virginia Education project," via Zoom, Sweet Briar College history class, February 2020.

Media interview (via email), *Virginia Lawyers Weekly*, on the new historical markers for civil rights attorneys Oliver Hill and Spottswood Robinson in Richmond, February 2020.

Guest lecture, "The Civil Rights Movement in Virginia," to Professor Bernard Moitt's history class, February 2020.

Media interview, *Richmond Times-Dispatch*, on my National Endowment for the Humanities, Landmarks of American History and Culture grant workshops, December 2019. This article ran on December 29, 2019.

Public teaching: "The History of Richmond and the James River" to a Volunteers as Chesapeake Stewards course, Chesapeake Bay Foundation, September 2019.

Television interview, *VCU Insight*, on my new National Endowment for the Humanities, Landmarks of American History and Culture grant, August 2019. This interview aired on WCVW on September 27, 2019.

Media interview, *VCU News*, on my new National Endowment for the Humanities, Landmarks of American History and Culture grant, August 2019. This article ran on September 4, 2019.

Media interview, *VCU News*, on Edward H. Peeples, August 2019. This article ran on September 10, 2019.

Media interview, *Charlottesville Tomorrow*, on school desegregation in Charlottesville and Albemarle County, August 2019.

Guest lecture, "The History of Virginia: An Overview," VCU American Studies – China program, July 2019.

Media interview, *VCU News*, on my new book, *A Little Child Shall Lead Them,* April 2019. This article ran on May 14, 2019.

Lesson plan introduction (filmed), for Chesterfield County schoolteacher Brice Harrington, who participated in my NEH teacher workshops, for his unit on the civil rights era and school desegregation, March 2019.

Media interview, WAVY-10 (TV), Portsmouth, on *Green v. New Kent County*, January 2019.

Public teaching: Panel moderator, "School Desegregation in Middlesex and West Point, Virginia," Middlesex County Museum and Historical Society, January 2019. I also presented research to Middlesex County High School students.

Radio interview, WMRA Harrisonburg, on federal district court Judge John Paul and the history of school desegregation in Virginia, December 2018. Answered follow-up questions via email in February and March 2019. Two broadcasts were made public in March 2019.

Class taught: University of Richmond, Osher Institute, "*Brown v. Board of Education* in Virginia, 1951-1959," September 2018, at the request of the director.

29

Teaching presentation: "Teaching School Desegregation and the Civil Rights Movement," to the "Pathways to History in Action" cohort of teachers from the Richmond Public Schools (RPS), Virginia Museum of History and Culture, at the request of the RPS department of curriculum and instruction, Fall 2018.

Guest lecture, "Race Relations in Virginia," VCU American Studies – China program, July 2018.

Public teaching: Panel moderator, fiftieth anniversary celebration of the *Green v. New Kent County*, U.S. Supreme Court decision (1968), New Kent County, Virginia, May 2018. I also showed the trailer of the documentary film that I am co-producing on the *Green* case to a separate anniversary event in May 2018.

Media inquiry about a research topic, *Richmond Times-Dispatch*, May 2018.

Media interview, *The Alexandria (Va.) Times*, on the history of school desegregation in northern Virginia, Spring 2018. Quoted in Jim McElhatton, "The homeless man who made Alexandria civil rights history," May 3, 2018.

Class taught: VCU Commonwealth Society, "*Brown v. Board of Education*: Its History and Its Legacies," March-April 2018, at the request of the director.

Class taught: Virginia Historical Society, "*Brown v. Board of Education*: Its History and Its Legacies," September 2017, at the request of the managing editor of the *Virginia Magazine of History and Biography*.

Guest lecture, "*Brown v. Board of Education*" to Professor Bernard Moitt's history class, November 2017.

Public teaching: Panel moderator, "The Loving Story" film, Southern Film Festival, September 2017.

Media interview, *The Washington Post*, on the history of Civil War monuments and memorials in Virginia, Summer 2017. Quoted in Antonio Olivo, "After Charlottesville, Va., Democrats see opening to change 114-year-old monuments law," August 25, 2017.

Guest lecture, "Civil Rights and Virginia History," VCU American Studies – China program, July 2017.

Media interview, *Tidewater Review*, on my National Endowment for the Humanities, Landmarks of American History and Culture grant workshops, Summer 2017.

Radio interview, WVCW (VCU), on *Keep on Keeping On*, March 2017.

Public teaching: Panelist, "American Identities: Black Expressions of Freedom" program, Cosby High School, February 2017.

Public teaching: "The History of Richmond and the James River" to a Volunteers as Chesapeake Stewards course, Chesapeake Bay Foundation, September 2016.

Radio interview, WVTF - RadioIQ (NPR), on *Keep on Keeping On*, September 2016.

Media interview, *VCU News*, on *Keep on Keeping On*, August 2016.

Guest lecture, "Americans from Africa," Shanghai Institute of Visual Arts (SIVA) - VCU program, August 2016.

Media interview, *VCU News*, on my second National Endowment for the Humanities "Landmarks of American History and Culture" grant award, August 2016.

30

PTX-0247.pdf

Guest lecture, "The Civil Rights Movement in the U.S.," VCU American Studies – China program, July 2016.

Radio interview, WVTF (NPR), on the Desegregation of Virginia Education (DOVE) project, June 2016.

Newspaper interview, *New Journal and Guide* (Norfolk), on segregationists during the era of initial school desegregation in Virginia, April 2016.

Guest lecture, "The Assassination of Dr. Martin Luther King, Jr." to a newly designed interdisciplinary ARTS class focusing on the year 1968, VCU, March 2016.

Public teaching: Commentator, Created Equal Film Series, Virginia Historical Society, film "Freedom Summer," March 2016.

Public teaching: Panel moderator, "*Green v. New Kent County, Virginia* (1968)" to Goochland High School class, February 2016.

Media interview, *VCU News*, on Goochland County oral history project and the new VCU Libraries digital collection, Spring 2016.

Public teaching: "School Desegregation in Virginia," Goochland High School history class, November 2015.

Media interview, *VCU News*, on my National Endowment for the Humanities workshops for schoolteachers on school desegregation in Virginia, July 2015.

Guest lecture, "The Civil Rights Movement," VCU American Studies – China program, July 2015.

Public teaching: Panelist, Virginia Historical Society roundtable with a delegation of young politicians from Russia, April 2015.

Public teaching: "School Desegregation in Virginia," Deep Run High School history class, April 2015.

Media interview, *VCU News*, on my National Endowment for the Humanities "Landmarks of American History and Culture" grant award, Fall 2014.

Teaching presentation: "Footprints on the James: The History and Natural History of the James River," Berglund Seminar Series, VCU Honors College September 2014.

Newspaper interview, *Commonwealth Times*, on my National Endowment for the Humanities grant award, Summer 2014.

Radio interview, WCVE-Richmond, on the Footprints on the James traveling class, Summer 2014.

Newspaper interview, *Commonwealth Times*, on our Footprints on the James traveling class, Summer 2014.

Newspaper interview, *Charlottesville Daily-Progress*, on Footprints on the James traveling class, Summer 2014.

Newspaper interview, *Richmond Times-Dispatch*, on our Footprints on the James traveling class, Summer 2014.

Media interview, *VCU News*, on our Footprints on the James traveling class, Summer 2014.

Guest lecture, "The Civil Rights Movement," VCU American Studies – China program, Summer 2014.

31

PTX-0247.pdf

Television interview, CBS local news with Melissa Hipolit, on hate groups in Virginia, April 2014.

Virginia Public Radio interview, by Sandy Hausman, on the VCU Freedom Now project, April 2014. Story at: http://wvtf.org/post/freedom-now/

Television interview, VCU InSight, on the VCU Freedom Now project, April 2014.

Teaching presentation: "Teaching Social Studies to ESL learners," to Richmond elementary schoolteachers for the VCU School of Education, March 2014.

Media interview, *The Daily Beast*, by Jamelle Bouie, on Busing and School Desegregation, February 2014.

Public teaching: Organized and moderated a panel discussion on "Remember the Titans," including Coach Raymond Boone, VCU Southern Film Festival, February 2014.

Guest lecture, "High School Teaching as a Career Choice" to Professor Emilie Raymond's history class, November 2013.

Newspaper interview, *Commonwealth Times*, on online learning at VCU, Fall 2013.

Guest lecture, "The Civil Rights Era in Prince Edward County, Virginia" to Professor Bernard Moitt's history class, October 2013.

Television interview, CBS local news with Sandra Jones, on the Ku Klux Klan and the NAACP meeting in Wyoming, September 2013.

Guest lecture, "The Civil Rights Movement," VCU American Studies – China program, Summer 2013.

Teaching presentations: "Race and Education in Richmond, VA" to students enrolled in the Richmond Teacher Residency program, Professor Kurt Stemhagen's class, Summer 2013 and Summer 2012.

Television interview, CBS local news with Catie Beck, on the Ku Klux Klan in central Virginia, January 2013.

Public teaching: "Virginia since 1930," Virginia Historical Society Robins Teachers Institute, November 2012.

Public teaching: "The Civil Rights Movement in Virginia" to Events That Changed America program, Brandermill Woods, Chesterfield County, Virginia, Summer 2012.

Guest lecture, "The Civil Rights Movement," VCU American Studies – China program, Summer 2012.

Radio interview, Morning Show with Jimmy Barret, on President Obama and gay marriage, WRVA, May 2012.

Colloquium presentation: "The Civil Rights Movement in Virginia," HistoryNow! colloquium on the 1960s, VCU, April 2012.

Newspaper interview and follow-up interview, Merrill Perlman, "The Freedom Riders, *New York Times Upfront*, on the 50[th] Anniversary of the Freedom Rides, Fall 2011 (published January 10, 2011).

Guest lecture, "A Brief History of Richmond, Virginia," VCU American Studies – China program, Summer 2011.

32

Teaching presentation: "HIST 104 online," to the VCU Online Course Development Initiative monthly luncheon, Spring 2011.

Newspaper interview, *Detroit News*, article on the 50th Anniversary of the Freedom Rides, Spring 2011.

Guest lecture: "Green v. New Kent County and Oral History," presentation to Professor John Kneebone's graduate Oral History course, Virginia Commonwealth University, October 2010.

Guest lectures, "Richmond, Virginia," and "Race Relations in the United States," VCU American Studies – China program, Summer 2010.

Media interview, University of Richmond Newsroom, on "A Course in Motion:  The Civil Rights Movement in the South" traveling class, 2010.

Teaching presentation: "Making a Film:  Interviewing," Peep This grant program led by Dr. Shawn Utsey, Virginia Commonwealth University, Richmond, Virginia, September 2008.

Public teaching: "Oral History, Practices and Techniques," Virginia Historical Society, September 2008.

Newspaper interview, *Richmond Times-Dispatch*, on "A Course in Motion:  The Civil Rights Movement in the South" traveling class, June 2008.

Television interview, VCU InSight, Black History Month, February 2008.

Public teaching: Panelist, "African American Voting," Martin Luther King, Jr., celebration, University of Richmond Center for Multicultural Affairs, February 2008.

Teaching presentation: "A Course in Motion:  The Civil Rights Movement in the South" traveling class, University of Richmond, Jepson School of Leadership Studies, November 2007.

Media interview, *RichmondNow*, University of Richmond on "A Course in Motion:  The Civil Rights Movement in the South" traveling class, May 2007.

Guest lecture: "Public History, Oral History, and Documentary Film," presentation to Professor John Kneebone's graduate Oral History course, Virginia Commonwealth University, September 2007.

Newspaper interview, *Orlando (Fla.) Sentinel*, on the Jena Six, September 2007.

Public teaching: "The Mississippi Delta:  Past, Present, and Future" to a U.S. History class and members of the public, Rhodes College, Memphis, TN, April 1998.

## Graduate student conference research presentations

"From Desegregation to Integration: The History of the U.S. Supreme Court's Historic *Green v. New Kent County School Board, Virginia,* Decision (1968)," African American History Graduate Student Conference, University of Memphis, Tennessee, September 2003. This essay won a Second Place Paper prize at the conference.

"Implementing *Brown*: The NAACP and the Campaign for School Desegregation in Virginia, 1954-1968," Brian Bertoti Graduate Student Conference, Virginia Polytechnic University, April 2003.

33

"The NAACP and the Campaign for School Desegregation in Virginia," Graduate Symposium, College of William & Mary, February 2003.

"From Desegregation to Integration: The NAACP's Education Campaign in Virginia, 1954-68," African American History Graduate Student Conference, University of Memphis, Tennessee, October 2002.

"From Desegregation to Integration: Education in Virginia, 1954-1968," Graduate History Forum, University of North Carolina, Charlotte, March 2002.

"The Role of the NAACP in the Campaign for School Desegregation in Virginia," Graduate Symposium, College of William & Mary, January 2002. Chaired panel on the "Politics of Manhood."

"Cambodia Spring: Antiwar Protests at The University of Montana, May 1970," Phi Alpha Theta Regional Conference, Bozeman, Montana, April 1995.

34

**Exhibit B**

## Documents and Resources Reviewed by Dr. Brian Daugherity

1. Shenandoah County School Board Meeting Minutes and Transcripts (various dates), SCSB 0000001-000014; SCSB 000015-000089; NAACPVA_00001663-00001737; NAACPVA_00002683-00002696; NAACPVA_00015518-00015644; NAACPVA_00015924-00015932; NAACPVA_00015986-00015988; NAACPVA_00015992-00015993; NAACPVA_00016010-00016015

2. Shenandoah County Board of Supervisors Meeting Minutes (various dates)

3. Newspapers: *Ledger-Star*; *Manassas Journal*; *Northern Virginia Daily*; *Richmond Times-Dispatch*; *Shenandoah Herald*; *Shenandoah Valley*; *The Progress Index*; *Virginian Pilot*; *World-News*

4. Records from the Shenandoah County Archives, NAACPVA_00000098-00000103; NAACPVA_00000181; NAACPVA_00000232-00000233; NAACPVA_00000564-00000626; NAACPVA_00000632; NAACPVA_00000691-00000699; NAACPVA_00001627-00001658; NAACPVA_00001743-00001752; NAACPVA_00001760-00001763; NAACPVA_00002618-00002619; NAACPVA_00002647-00002648; NAACPVA_00002710-00002722; NAACPVA_00015485-00015493; NAACPVA_00015509-00015516; NAACPVA_00015933-00015985; NAACPVA_00015994-00016009; NAACPVA_00016016; NAACPVA_00016031-00016038

5. Records of the Virginia Pupil Placement Board, 1957-1966, accession 26517, Library of Virginia

6. Library of Virginia online exhibition, *Brown v. Board of Education: Virginia Responds*, https://www.lva.virginia.gov/exhibits/brown/resistance.htm (accessed May 30, 2025)

7. Letter from Mr. and Mrs. Wilbert Mitchell to Mr. W.W. Robinson, March 20, 1962, NAACPVA_00016076

8. Letter from Mrs. Frances Kaufman to Mr. W.W. Robinson, February 20, 1963, NAACPVA_00016052

9. Diana Vann, "Integration of Shenandoah County Schools: A Smooth Transition" (1993), NAACPVA_00016053-00016075

10. *Jacksonian Heritage* (1960, 1961, 1963-1969, 1974-1977, 1980-1984, 2004, 2020, 2021), NAACPVA_00000652; NAACPVA_00015645-00015922

11. Zachary Hottel, "DeLois Wahr Oral History Interview," Shenandoah County Library Archives, https://archives.countylib.org/items/show/74853 (accessed May 11, 2025), NAACPVA_00016017-00016030, NAACPVA_00016039-00016051

12. Shenandoah County Library, "Sunset Hill School," *Shenandoah Stories*, https://shenandoahstories.org/items/show/20 (accessed May 11, 2025)

13. Carley Bennett and Update by Zachary Hottel, April 2023, "Mountain View High School," *Shenandoah Stories*, https://shenandoahstories.org/items/show/322 (accessed May 30, 2025)

14. Brent Tarter, *Virginians and Their Histories* (Charlottesville: University of Virginia Press, 2020)

15. "Breaking Down Walls," https://www.youtube.com/watch?v=K-UfwWbzfeE

16. Tours of African American History in the Shenandoah Valley, accessed May 30, 2025, https://www.rootsrundeep.org/sunset-hill-school.html

17. Brian J. Daugherity, *Keep On Keeping On: The NAACP and the Implementation of Brown v. Board of Education in Virginia* (University of Virginia Press, 2016)

18. Robbins L. Gates, The *Making of Massive Resistance: Virginia's Politics of Public School Desegregation, 1954-1956* (Chapel Hill: University of North Carolina Press, 1962)

19. J. Harvie Wilkinson, III, *Harry Byrd and the Changing Face of Virginia Politics, 1945-1966* (Charlottesville: University of Virginia Press, 1968)

20. Sara Kathryn Eskridge, *Virginia's Pupil Placement Board and the Massive Resistance Movement, 1956-1966*, M.A. thesis, Virginia Commonwealth University (2006)

21. *Woodson v. Cnty. Sch. Bd. Shenandoah Cnty.*, Civil Action No. 641 (W.D. Va. Sept. 19, 1962)

22. Davison Douglas, "*Brown v. Board of Education* and its Impact on Black Education in America" in Peter F. Lau, *From the Grassroots to the Supreme Court: Brown v. Board of Education and American Democracy* (Durham: Duke University Press, 2004)

23. *Charles C. Green v. New Kent County, Virginia*, 391 U.S. 430 (1968)

24. Robert A. Pratt, *The Color of Their Skin: Education and Race in Richmond Virginia, 1954–89* (Charlottesville: University Press of Virginia, 1992)

25. Jeffrey L. Littlejohn and Charles H. Ford, *Elusive Equality: Desegregation and Resegregation in Norfolk's Public Schools* (Charlottesville: University of Virginia Press, 2012)

26. Davison M. Douglas, *Reading, Writing and Race: The Desegregation of the Charlotte Schools* (Chapel Hill: University of North Carolina Press, 1995)

2

27. J. Douglas Smith, "Armistead Boothe" in Matthew Lassiter and Andrew Lewis, eds., *The Moderates' Dilemma: Massive Resistance to School Desegregation in Virginia* (Charlottesville: University Press of Virginia, 1998)

28. Shenandoah Valley Black Heritage Project, Digital Maps, accessed May 1, 2025, https://valleyblackheritage.org/digital-maps.html

29. Southern Poverty Law Center, "Whose Heritage? Public Symbols of the Confederacy," 3rd Edition (2022)

30. John M. Coski, *The Confederate Battle Flag: America's Most Embattled Emblem* (Cambridge, MA: Harvard University Press, 2006)

31. Christopher C. Nehls, "Flag-Waving Wahoos: Confederate Symbols at the University of Virginia, 1941-1951," *Virginia Magazine of History and Biography*, vol. 110, no. 4 (2002), 461-488.

32. *The State Flag of Georgia: The 1956 Change In Its Historical Context*, Georgia State Senate Research Office, https://www.senate.ga.gov/sro/documents/studycommrpts/00stateflag.pdf (accessed May 1, 2025)

33. Andrew Buni, *The Negro in Virginia Politics, 1902–1965* (Charlottesville: University Press of Virginia, 1967)

34. Robert Cook, "(Un)furl That Banner: The Response of White Southerners to the Civil War Centennial of 1961-1965," *Journal of Southern History*, vol. 68, no. 4 (2002), 879-912

35. John G. Deal, Marianne E. Julienne, and Brent Tarter, *Justice for Ourselves: Black Virginians Claim Their Freedom after Slavery* (Charlottesville: University of Virginia Press, 2024)

36. K. Henderson, S. Powers, M. Claibourn, J.L. Brown-Iannuzzi, & S. Trawalter, *Confederate monuments and the history of lynching in the American South: An empirical examination*, Proc. Natl. Acad. Sci. U.S.A. 118 (42) e2103519118, https://doi.org/10.1073/pnas.2103519118 (2021)

37. Alexander J. Azarian and Eden Fesshazion, *The State Flag of Georgia: The 1956 Change In Its Historical Context*, Georgia State Senate Research Office, https://www.senate.ga.gov/sro/documents/studycommrpts/00stateflag.pdf (accessed May 1, 2025)

38. Ty Seidule, *Robert E. Lee and Me: A Southerner's Reckoning with the Myth of the Lost Cause* (St. Martin's Griffin, 2022).

3

PTX-0247.pdf

39. Shenandoah County School Board, Resolution Condemning Racism and Affirming the Division's Commitment to an Inclusive School Environment for All (Approved June 25, 2020), https://go.boarddocs.com/vsba/shenandoah/Board.nsf/files/BQTK954E1424/$file/SCPS%20AntiRacism%20Resolution.pdf, NAACPVA_00015517

40. Brad Fauber, *Supervisors OK Resolution Condemning Violence*, Northern Virginia Daily (June 10, 2020), https://www.nvdaily.com/nvdaily/supervisors-ok-resolution-condemning-violence/article_0de4a0400b6d-513d-ae67-2fa79ea01fbb.ht

41. Slide deck, "Background Information: Process for Reaming Schools and/or Mascots on the Southern Campus, First Meeting of the Stonewall Jackson High School Renaming Committee," SCSB 002329-002337

42. Frequently Asked Questions on the Retirement of School Names and Mascot on the Southern Campus, SCSB 002933-002940

43. School Name Committee Agenda – First Meeting, SCSB 002358-002360

44. Image of Stonewall Jackson FFA Chapter jacket reading, "Virginia Stonewall Jackson," NAACPVA_00001614, NAACPVA_00015463

45. Shenandoah County Public Schools Draft Flag, Decor, and Displays Policy, June 23, 2024, NAACPVA_00000637-00000638; NAACPVA_00000649-00000650; NAACPVA_00015465-00015467; NAACPVA_00015470-00015471; NAACPVA_00015482-00015483; NAACPVA_00015495-00015508

46. Image of Stonewall Jackson Future Business Leaders of America sign, NAACPVA_00000671; NAACPVA_00015484

47. Image of Stonewall Jackson High School bulletin board, NAACPVA_00000216; NAACPVA_00015494

48. Images of Stonewall Jackson High School General logo on various objects, July 13, 2024, NAACPVA_00000128, NAACPVA_00002638-00002646

49. Background, Shenandoah County 2020-2024 -School name related, May 17, 2024, NAACPVA_00001533-00001584

50. Images of The Freedom Press newspaper, Volume 4, Issue 2 (July 2024), NAACPVA_00000091-00000097; NAACPVA_00002660-00002669, and Issue 3 (October 2024), NAACPVA_00002670-00002677

51. Coalition for Better Schools fundraiser notice, July 16, 2024, NAACPVA_00000634-00000636

4

52. Racial demographics of Stonewall Jackson High School and Ashby-Lee Elementary School, 2010-2025, SCSB 000400-000415; NAACPVA_00000195-00000210

53. Stonewall Jackson High School entrance sign, November 27, 2009, NAACPVA_00000659

54. Stonewall Jackson High School entrance sign, June 5, 2024, NAACPVA_00000660

55. *NAACP, et al. v. Shenandoah County School Board*, Complaint, June 11, 2024

56. *NAACP, et al. v. Shenandoah County School Board*, Memorandum and Order Denying 29 Motion to Dismiss for Failure to State a Claim, January 22, 2025

5

PTX-0247.pdf