**Plaintiff's Exhibit**

**PTX- 0129**

Case No. 5:24-cv-00040-MFU-JCH

Scheibe

**Exhibit**
**126**

KKidwell RMR CRR
10/23/2025

of [REDACTED] was present for the counting of the name change surveys. The process was entirely fair and unbiased. There were 4 sets of eyes that viewed every ballot; 2 that sorted the ballots and 3 that counted the ballots. I am satisfied in the accuracy of the count and the honesty of all involved.

witness: [REDACTED]

All ballots were kept secure in the possession of Rick Moomaw. No others had access to the ballots from time of collection from PO ~~there~~ box 954, Mt. Jackson until the ballots were counted. Mr. Moomaw secured the ballots following the count and will hold them until they can be deposited in the Holtzman vault.

witnes [REDACTED]

CBS000491

Stonewall Jackson High School
Ashby Lee Elementary School

Stonewall Jackson High School
Ashby Lee Elementary School

CBS000492

CBS000493

Case 5:24-cv-00040-MFU-JCH    Document 242-78    Filed 12/18/25    Page 4 of 116
Pageid#: 5644



For (Stonewall)

64

70

88

17

56

Against (Stonewall)

60

30

(Signed Ashby Lee)

CBS000494

Cancelled Votes

22

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 卌 卌 卌 ||| | 卌 卌卌 || | 卌 || | — | |
| (14) // | (12) | (2) | (1) |

CBS000495

CBS000496

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 卌 | 卌 | || | —— || |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 ✗ | 卌 ✗ | | |
| 卌 | 卌 | \| | \| |
| 卌 ✗ | 卌 ✗ | // | // |
| 卌 ✗ | 卌 ✗ | | |
| 卌 | 卌 ✗ | \| ✗ | \|. ✗ |
| 卌 | 卌 | \| | \|: |
| 卌 | 卌 | ||| | ||| |
| 卌 | 卌 | ||| | // |
| 卌 ✗ | 卌 ✗ | \| ✗ | \| ✗ |
| 卌 | 卌 | \|. ✗ | \| ✗ |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 ✗ | \| ✗ | \| ✗ |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| 卌 | 卌 | | |
| \|\| | \|\| | | |

| (127) | (127) | (16) | (15) |

CBS000497

CBS000498

| Stonewall Jackson | Ashby Lee | Mountain View | Honey Run |
|---|---|---|---|
| (115) | (108) | (3) | (3) |

CBS000499

PTX-0129.pdf



CBS000500

| Stonewall Jackson | Ashby Lee | View | Honey Run | |
|---|---|---|---|---|

| Stonewall Jackson | Ashby Lee | View | | Honey Run | |
|---|---|---|---|---|---|
| | | 1 | α | ---1 | ✸ |
| | | 1 | X | 1 | X |
| | | 1 | | 1 | |
| | X | | α | | |
| | | | | | |
| | | // | | // | |
| α | α | // | | // | |
| | | | | | |
| | | | | | |
| | | ! | | ! | |
| | ✸ | ! | ^ | ! | ← |
| | | //.! | | !!/ | |
| | | | | | |
| | | | | | |
| α | X | α | X | | |
| | | ? | | | |
| α | ^ | ! | | ! | |
| | | ! | α | ! | α |

| (118) ✓ | (115) | (15) | (15) | **CBS000501** |
|---|---|---|---|---|

PTX-0129.pdf

CBS000502

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 128 | 125 | 14 | 14 |

CBS000503

PTX-0129.pdf

CBS000504

PTX-0129.pdf

Stonewall Jackson | Ashby Lee | Mountain View | Honey Run

(tally marks)

(1/8)  (116)  (8)  (10)

CBS000505

PTX-0129.pdf

CBS000506

| Stonewall Jackson | Ashby Lee | Phoenix View | Honey Run |
|---|---|---|---|
| NN NN III (13) | NNI NN III (13) | l l (2) | l l (2) |

CBS000507

PTX-0129.pdf

CBS000508

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 126 | 125 | 22 | 22 |

CBS000509

CBS000510

**CBS000511**

Totals

Signed Ashby Lee

Signed Honey Run

Signed Stonewall Jackson

Signed Mountain View


Unsigned Ashby Lee

Unsigned Honey Run

Unsigned Stonewall Jackson

Unsigned Mountain View

2nd

Total Ashby Lee    2180 (91.8%)    81    2261    91.3%
                    2376
Total Honey Run    196 (8.2%)    19    2476    215    8.7%

Total Stonewall Jackson    2232 (91.7%)    80    2312    91.3%
                    2435            2532
Total Mountain View    203 (8.3%)    17    220 — 8.7%


Total Received Digitally

Total Hand Delivered

**CBS000512**

| Stonewall Jackson | | Ashby Lee | | View | | Honey Run | |
|---|---|---|---|---|---|---|---|

Handwritten tally sheet with the following totals recorded at the bottom:

- Stonewall Jackson: (125)
- Ashby Lee: (126)
- View: (3)
- Honey Run: (4)

CBS000513

CBS000514

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| ||||·<br>|||| ||||<br>|||| |||||<br>|||| ||||<br>|||| ||||<br>|||| ||||<br>|| | 1 | 1 | |
| (37) | (35) | (2) | (2) |

CBS000515

PTX-0129.pdf

CBS000516

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 卌 \ 卌 卌 ||| | ' 卌 卌 卌 ||| | ' | |
| (140) | | | |
| (18) / | (18) / | | |

CBS000517

CBS000518

Stonewall Jackson | Ashby Lee | View | Honey Run

(130)   ✓     (130)     (12)     (11)

CBS000520

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 51 | 51 | | |

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 卌 卌 卌 卌 ||| | 卌 卌 卌 卌 ||| | | |
| (74) | (74) | | |

**CBS000521**

CBS000522



| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|

(133)     (130)     (9)     (9)

**CBS000523**



CBS000524

| Stonewall Jackson | Ashby Lee | Spotswood View | Honey Run | |
|---|---|---|---|---|
| (tally marks) | (tally marks) | (tally marks) | (tally marks) | |
| 78 73 ✓ | 77 ✓ | 16 ✓ | 17 ✓ | |

**CBS000525**



CBS000526

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| (124) | (121) | (8) | (9) |

CBS000527

PTX-0129.pdf

CBS000528

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| (127) | (126) | (7) | (7) |

(Handwritten tally sheet with counts totaling 127, 126, 7, and 7 for each column. Marker "100" noted in the Stonewall Jackson column.)

**CBS000529**

CBS000530

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|

Tally marks:

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| (tally marks) | (tally marks) | 1 / 1 / ||| | 1 / 1 / ||| |
| 100 | | | |
| **101** ✓ | **101** ✓ | **7** ✓ | **7** ✓ |

CBS000531



CBS000532

| Stonewall Jackson | Ashby Lee | View | Honey Run |
|---|---|---|---|
| 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 ||| ·  | 卌 卌 卌 卌 卌 卌 卌 卌 卌 卌 || | || · | | · | | · | ·
| (53) ✓ | (52) ✓ | (4) ✓ | (4) ✓ |

CBS000533

PTX-0129.pdf

CBS000534

CBS000535

PTX-0129.pdf

CBS000536

PTX-0129.pdf

CBS000537

PTX-0129.pdf

CBS000538



SJ          2232
MV          203
AL          2180
HR          196

CBS000539



7:37     Not mailed ; carried in

| $\frac{23}{SJ}$ / | $\frac{23}{AL}$ / | MV | HR |
|---|---|---|---|
| 1 | 1 | | |
| 3 | 3 | | |
| 3 | 3 | | |
| 4 | 4 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 3 | 3 | | |
| 1 | 1 | | |
| 2 | 2 | | |
| 1 | 1 | | |
| 1 | 1 | | |

CBS00054

PTX-0129.pdf

| SJ | | AL | |
|---|---|---|---|
| 2 | 2 | 2 | 2 |
| 2 | 3 | 2 | 3 |
| 2 | 1 | 2 | 1 |
| 1 | 51 | 1 | 51 |
| 2 | | 2 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 2 | | 2 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 3 | | 3 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 3 | | 3 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 4 | | 4 | |
| 1 | | 1 | |
| 2 | | 2 | |

CBS000541

PTX-0129.pdf

| 139 | | 138 | | 24 | 24 |
| SJ | | AL | | MV | HR |
|---|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 3 | 3 |
| 1 | 1 | 1 | 1 | 3 | 3 |
| 1 | 1 | 1 | 1 | 4 | 4 |
| 1o | 4 | 1o | 4 | 1o | 1o |
| 2 | 2 | 2 | 2 | 3 | 3 |
| 3 | 2 | 3 | 2 | 1o | 1o |
| 1 | 1 | 1 | 1 | 2 | 2 |
| 1 | 2 | 1 | 2 | 1o | 1o |
| 1 | 1 | 1 | 1 | 1o | 1o |
| 1 | 3 | 1 | 3 | 2 | 2 |
| 2 | 3 | 2 | 3 | 1o | 1o |
| 2 | 2 | 2 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 3 | 2 | 3 | 2 | | |
| 1 | 2 | 1 | 2 | | |
| 1 | 2 | 1 | 2 | | |
| 2 | 2 | 2 | 2 | | |
| 1 | 1 | 1 | 1 | | |
| 2 | 1 | 2 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 2 | 3 | 2 | 3 | | |
| 4 | 1 | 4 | 1 | | |
| 4 | 1 | 4 | 1 | | |
| 2 | 1 | 2 | 1 | | |
| 2 | 1 | 2 | 1 | | |
| 1o | 1o | 1 | | | |

CBS00054

PTX-0129.pdf

225

SS        AL

| SS | | AL | |
|----|----|----|----|
| 2 | 1 | 2 | 1 |
| 1 | 3 | 1 | 3 |
| 1 | 2 | 1 | 2 |
| 1 | 1. | 1 | 1. |
| 3 | | 3 | |
| 2 | | 2 | |
| 1. | | 1. | |
| 1 | | 1 | |
| 3 | | 3 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 3 | | 3 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 3 | | 3 | |
| 4 | | 4 | |
| 1 | | 1 | |
| 3 | | 3 | |
| 2 | | 2 | |

CBS000543

| SJ | | AL | |
|---|---|---|---|
| 2 | 3 | 2 | 3 |
| 1 | 1 | 1 | 1 |
| 2 | 1 | 2 | 1 |
| 1 | 1 | 1 | 1 |
| 1 | 2 | | 2 |
| 1 | 2 | 1 | 2 |
| 3 | 2 | 3 | 2 |
| 1 | 1 | 1 | 1 |
| 3 | 2 | 3 | 2 |
| 5 | 4 | 5 | 4 |
| 2 | 3 | 2 | 3 |
| 1 | 2 | 1 | 2 |
| 1 | 2 | | 2 |
| 2 | 1 | 2 | 1 |
| 1 | 2 | 1 | 2 |
| 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 |
| 2 | 3 | 2 | 3 |
| 1 | 1 | 1 | 1 |
| 3 | 1 | 3 | 1 |
| 1 | 2 | 1 | 2 |
| 3 | 1 | 3 | 1 |
| 1 | 2 | 1 | 2 |
| 1 | 2 | | 2 |
| 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 |
| 43 | 47 | | |

PTX-0129.pdf

CBS000544

| SS | | AL | | MV | HR |
|---|---|---|---|---|---|
| 3 | 1 | 3 | 1 | 1 | |
| 2 | 1 | 2 | 1 | 2 | 2 |
| 2 | 1 | 2 | 1 | 1 | 1 |
| 1o | 2 | 1o | 2 | 2 | 2 |
| 2 | 2 | 2 | 2 | | 1 |
| | 1 | 1 | 1 | 1o | 1o |
| 1 | 2 | | 2 | | 1 |
| 1 | 3 | 1 | 3 | 1o | 1o |
| 1 | 1o | 1 | 1o | | 1o |
| 1 | 3 | 1 | 3 | 1o | 2o |
| 2 | 2 | 2 | 2 | 1o | 1o |
| 1 | 3 | 1 | 3 | 3 | 3 |
| 2 | 1 | 2 | 1 | 1 | 1 |
| 3 | 1 | 3 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 | | |
| 1o | 1 | 1o | 1 | | |
| 1 | 1 | 1 | | | |
| 2 | 2 | 2 | 2 | | |
| 2 | 2 | 2 | 2 | | |
| 1 | 3 | 1 | 3 | | |
| 1 | 2 | 1 | 2 | | |
| 2 | 1 | 2 | 1 | | |
| 3 | 1 | 3 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 1 | 2 | 1 | 2 | | |
| 40 | 43 | 39 | 42 | | |

CBS000545

#180    176

| SJ | | AL | |
|---|---|---|---|
| 1 | 3 | | 3 |
| 1 | 2 | 1 | 2 |
| 2 | 1 | 2 | 1 |
| 2 | 2 | 2 | 2 |
| 2 | 3 | 2 | 3 |
| 1 | 3 | 1 | 3 |
| 2 | 1u | 2 | 1u |
| 2 | 1 | 2 | |
| 3 | 1 | 3 | 1 |
| 3 | 3 | 3 | 3 |
| 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 |
| 2 | 1 | 2 | 1 |
| 1 | 1u | 1 | 1u |
| 5 | 1 | 5 | 1 |
| 2 | 3 | 2 | 3 |
| 5 | 1 | 5 | 1 |
| 4 | 1 | 4 | 1 |
| 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 |
| 1 | 2 | 1 | 2 |
| 1 | 2 | 1 | 2 |
| 3 | 3 | 3 | 3 |
| 2 | | | |

179

PTX-0129.pdf

CBS0005

| SJ | | AL | | MV | HR |
|---|---|---|---|---|---|
| 2 | 3 | 2 | 3 | | |
| 1. | 3 | 1. | 3 | 1 | .1 |
| 1 | 2. | 1 | 2 | 1 | 1 |
| 2 | 2 | 2 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 |
| 1. | 1 | 1. | 1 | 1.v | 1. |
| 1 | 2 | 1 | 2 | 2 | 2 |
| 2 | 2 | 2 | 2 | 1. | 1. |
| 2 | 5 | 2 | 5 | 1 | 1 |
| 2 | 1 | 2 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 1 | 2 | 1 | 2 | | |
| 2 | 3 | 2 | 3 | | |
| 2 | 1 | 2 | 1 | | |
| 2 | 3 1 | 2 | 1 | | |
| 2 | 1. | 2 | 1. | | |
| 2 | 1 | 2 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 2 | 1 | 2 | 1 | | |
| 3 | 1 | 3 | 1 | | |
| 1 | 1 | 1 | 1 | | |
| 4 | 1 | 4 | 1 | | |
| 1 1 | 2 | 1 | 2 | | |
| 2 | 1 | 2 | 1 | | |
| 1. | 1 | 1 | 1 | 1 | |
| 1. | 1 | 1 | 1 | | |
| 42 | | 42 | | | |

CBS000█

211

| SJ | | AL | |
|---|---|---|---|
| 2 | 4 | 2 | 4 |
| 2 | 2 | 2 | 2 |
| 2 | 1o | 2 | 1o |
| 2 | 2 | 2 | 2 |
| 2 | 1 | 2 | 1 |
| 1 | 2 | | 2 |
| 1 | 1 | 1 | 1 |
| 1 | 1 | 1 | 1 |
| 2 | 1o | 2 | 1o |
| 1 | 1 | 1 | 1 |
| 3 | 1 | 3 | 1 |
| 2 | 1 | 2 | 1 |
| 2 | 1 | 2 | 1 |
| 1o | 1 | 1o | 1 |
| 4 | 1o | 4 | 1o |
| 1 | 1 | 1 | 1 |
| 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 |
| 1 | 2 | 1 | 2 |
| 1 | 2 | 1 | 2 |
| 1o | 1 | 1o | 1 |
| 1 | 1 | 1 | 1 |
| 1 | 2 | 1 | 2 |
| 2 | 3 | 2 | 3 |
| 3 | 2 | 3 | 2 |
| 43 | 40 | | |

CBS000548

PTX-0129.pdf

5.25

| SJ | | | AL | | | 2S MV | 2u HR |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 2 | 2 | 2 | 2 | | |
| 2 | 1 | 2 | | 1 | 2 | | 2 |
| 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 |
| | 1 | 1 | 2 | 1 | 1 | | 2 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1u | 1u |
| 3 | 2 | 2 | 3 | 2 | 2 | 2 | |
| 3 | 1 | 1 | 3 | 1 | 1 | 1u | 1u |
| 1 | 1 | 1 | 1 | 1 | 1 | 1u | 1u |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 4 | 1 | 3 | 4 | 1 | 3 | 1u | 1u |
| 2 | 2 | 2 | 2 | 2 | 2 | 1u | 1u |
| 1 | 2 | 4 | 1 | 2 | 4 | 2 | 2 |
| 1u | 2 | 2 | 1u | 2 | 2 | | 1 |
| 1 | 1 | 1 | 1 | | 1 | 1 | 1 |
| 2 | 1 | 2 | 2 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1u | 1u |
| 2 | 1 | 2 | 2 | 1 | 2 | 1u | 1u |
| 5 | 1 | 1 | 5 | 1 | 1 | 1u | 1u |
| 1 | 3 | 2 | 1 | 3 | 2 | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | x2 | 2 |
| 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 |
| 1u | 3 | 1 | 1u | 3 | 1 | 1u | 1u |
| 1 | @ | 2 | 1 | 1 | 2 | | |
| 3 | 1 | 1 | 3 | 1 | 1 | | |
| 1 | 2 | 1 | 1 | 2 | 1 | 2 | |
| 1 | 1u | 1 | 1 | 1u | 1 | | |
| 47 | 3 | 42 | | | | | |

PTX-0129.pdf

CBS00054

| SJ | AL |
|----|----|
| 2  | 2  |
| 2  | 2  |
| 1  | 1  |
| 1  | 1  |
| 3  | 3  |
| 1  | 1  |
| 2  | 2  |
| 1  | 1  |
| 2  | 2  |
| 2  | 2  |
| 1  | 1  |
| 1  | 1  |
| 1  | 1  |
| 1  | 1  |
| 2  |    |

CBS0005

PTX-0129.pdf

| SJ | | | AL | | | MV | HR |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 |
| 2 | 1 | 4 | 2 | 1 | 1 | 1o | |
| 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 |
| 1 | 1 | 1o | 1 | 1 | 1o | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1o | 1o |
| 1o | 3 | 1 | 1o | 3 | 1 | 1o | 1o |
| 1 | 3 | 2 | 1 | 3 | 2 | | |
| 1o | 3 | 3 | 1o | 3 | 3 | | |
| 2 | 2 | 2 | 2 | 2 | 2 | | |
| 1 | 2 | 1 | 1 | 2 | 1 | | |
| 2 | 2 | 2 | 2 | 2 | 2 | | |
| 1 | 1 | 2 | 1 | 1 | 2 | | |
| 1 | A2 | 3 | 1 | 2 | 3 | | |
| 3 | 2 | 1 | 3 | 2 | 1 | | |
| 1 | 2 | 1 | 1 | 2 | 1 | | |
| 2 | 2 | 3 | 2 | 2 | 3 | | |
| 5 | 2 | 1 | 5 | 2 | 1 | | |
| 3 | 2 | 2 | 3 | 2 | 2 | | |
| 1 | 3 | 1 | 1 | 3 | 1 | | |
| 1 | 4 | 1 | 1 | 4 | 1 | | |
| 2 | 2 | 1o | 2 | 2 | 1o | | |
| 3 | 3 | 2 | 3 | 3 | 2 | | |
| 3 | 1 | 1 | 3 | 1 | 1 | | |
| 1 | 1 | 1o | 1 | 1 | 1o | | |
| 1 | 1 | 2 | 1 | 1 | 2 | | |
| 1o | 1 | 1 | 1o | 1 | 1 | | |

CBS00055

PTX-0129.pdf

| SJ | | | AL | | | MV | HR | |
|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 2 | 2 | 7 | 2 | 1o | 1o | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 1o | 1o | |
| 1 | 1 | 1 | 1 | 1 | 1 | 1o | 1o | |
| 3 | 2 | 1 | 3 | 2 | 1 | 2 | 2 | |
| 1 | 1 | 3 | 1 | 1 | 3 | 2 | 2 | |
| 2 | 2 | 5 | 2 | 2 | 5 | 1 | 1 | |
| 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | |
| 3 | 2 | 2 | 3 | 2 | 2 | 2 | | |
| 2 | 2 | 2 | 2 | 2 | 2 | | | |
| 1 | 2 | 1o | 1 | 2 | 1o | | | |
| 2 | 2 | 3 | 2 | 2 | 3 | | | |
| 1 | 1 | 1o | 1 | 1 | 1o | | | |
| 2 | 1o | 2 | 2 | 1o | 2 | | | |
| 1 | 2 | 1 | 1 | 2 | 1 | | | |
| 1 | 2 | 1 | 1 | 2 | 1 | | | |
| 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 1o | 2 | 2 | 1o | 2 | 2 | | | |
| 3 | 2 | 2 | 3 | 2 | 2 | | | |
| 2 | 3 | 3 | 2 | 3 | 3 | | | |
| 1 | 3 | 3 | 1 | | 3 | | 1 | |
| 2 | 3 | 2 | 2 | 3 | | | | |
| 1 | 2 | 2 | 1 | 2 | 2 | | | |
| 1 | 1 | 2 | 1 | 1 | 2 | | | |
| 2 | 1 | | 2 | 1 | | | | |
| 1 | 1 | | 1 | 1 | | | | |
| 2 1 | 1o | | 2 1 | 1o 626 | | | | |

CBS000552

PTX-0129.pdf

| SJ | | AL | |
|---|---|---|---|
| 1 | 2 | 1 | 2 |
| 1o | 2 | 1o | 2 |
| 1 | 1 | 1 | 1 |
| 1 | 2 | 1 | 2 |
| 2 | 2 | 2 | 2 |
| 2 | 2 | 2 | 2 |
| 2 | 1o | 2 | 1o |
| 2 | 2 | 2 | 2 |
| 1 | 2 | 1 | 2 |
| 1 | 1 | 1 | 1 |
| 1 | 1o | 1 | 1o |
| 1o | 1 | 1o | 1 |
| 1 | 2 | 1 | 2 |
| 2 | 1 | 2 | 1 |
| 3 | | 3 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 3 | | 3 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 1 | | 1 | |
| 1 | | 1 | |
| 2 | | 2 | |
| 1o | | 1o | |
| 2 | | 2 | |
| 1o | | 1o | |

CBS000055

PTX-0129.pdf

#5

| SJ | | | | AL | | | | MV | HR |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 3 | 2 | 2 | 2 | 3 | 2 | 2 | 2 | 2 |
| 2 | | 2 | 2 | 2 | | 2 | 2 | 1 | 1 |
| 1 | | 1 | 3 | 1 | | 1 | 3 | 2 | 2 |
| 4 | | 1 | 2 | 4 | | 1 | 2 | | |
| 3 | | 1 | 1 | 3 | | 1 | 1 | 1 | 1 |
| 1 | | 1 | 2 | 1 | | 1 | 2 | 1 | 1 |
| 3 | | 1 | 1 | 3 | | 1 | 1 | 1 | 1 |
| 1 | | 2 | 1 | 1 | | 2 | 1 | | 1 |
| 1 | | 3 | 2 | 1 | | 3 | 2 | | |
| 1 | | 2 | 1 | 1 | | 2 | 1 | | |
| 2 | | 2 | 1 | 2 | | 2 | 1 | | |
| 1 | | 2 | 1 | 1 | | 2 | 1 | | |
| 1 | | 2 | 3 | 1 | | 2 | 3 | | |
| 3 | | 2 | 1 | 3 | | 2 | 1 | | |
| 3 | | 2 | 2 | 3 | | 2 | 2 | | |
| 1 | | 1 | 4 | 1 | | 1 | 4 | | |
| 4 | | 2 | 2 | 4 | | 2 | 2 | | |
| 1o | | 5 | 2 | 1o | | | 2 | | |
| 2 | | 1o | 1 | 2 | | 1o | 1 | | |
| 1 | | 1 | 2 | 1 | | 1 | 2 | | |
| 2 | | 3 | 1 | 2 | | 3 | 1 | | |
| 2 | | 2 | 1 | 2 | | 2 | 1 | | |
| 1 | | 2 | 1 | 1 | | 2 | 1 | | |
| 1 | | 3 | 1o | 1 | | 3 | 1o | | |
| 1 | | 2 | 1 | 1 | | 2 | 1 | | |
| 3 2 | | 1 | 2 | 2 | | 1 | 2 | | |

CBS000554

| SJ | AL | MV | AR |
|---|---|---|---|
| 2 | 2 | | |
| 2 | 2 | | |
| 1 | 1 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 1 | 1 | | |
| 1 | 1 | | |
| 2 | 2 | | |
| 3 | 3 | | |
| 2 | 2 | | |
| 1 | 1 | | |
| 1 | 1 | | |
| 2 | 2 | | |
| 2 | 2 | | |
| 2 | | | |
| 2 | 2 | | |
| 1 | 1 | | |

CBS000

| SJ | | | AL | | | MU | HR |
|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 |
| 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 |
| 1 | 3 | 5 | 1 | 3 | 5 | 10 | 10 |
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 3 | 3 | 1 | 3 | 3 | 1 | 3 | 3 |
| 3 | 1 | 4 | 3 | 1 | 4 | 1 | |
| 2 | 2 | 4 | 2 | 2 | 4 | 2 | 2 |
| 2 | 4 | 1 | 2 | 4 | 1 | 10 | 10 |
| 2 | 2 | 1 | 2 | 2 | 1 | 10 | 10 |
| 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 |
| 2 | 2 | 3 | 2 | 2 | 3 | 1 | 1 |
| 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| 10 | 10 | 2 | 10 | 10 | 2 | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| 1 | 1 | 2 | 1 | 1 | 2 | | |
| 2 | 1 | 1 | 2 | 1 | 1 | | |
| 2 | 1 | 2 | 2 | 1 | 2 | | |
| 2 | 1 | 2 | 2 | 1 | 2 | | |
| 1 | 2 | 2 | 1 | 2 | 2 | | |
| 10 | 1 | 2 | 10 | 1 | 2 | | |
| 8 1 | 2 | 1 | 1 | 2 | 1 | | |
| 10 | 1 | 1 | 10 | 1 | 1 | | |
| 1 | 1 | 2 | 1 | 1 | 2 | | |
| 10 | 1 | 1 | 10 | 1 | 1 | | |

PTX-0129.pdf

3.21.5

| Stonewall Jackson | | | Ashby Lee | | | Mountain View | Honey Run |
|---|---|---|---|---|---|---|---|
| O 1s | 2s | | 1s | 2s | | B 1s 1u | B 1u |
| 1s | 1s | 1s | 1s | 1s | 1s | 1u | 1u |
| 1s | 1s | 1s | 1s | 1s | 1s | 1s | 1s |
| 8 | 2s | 2s | 2s | 2s | | 1u | 1u |
| 1 | 4s | 2s | 4s | 2s | 1 | 3s | 3s |
| 1 | 2s | 1s | 2s | 1s | 1 | 1 | 1 |
| 1u | 2s | 1s | 2s | 1s | 1u | | |
| 3 | 1s | 1s | 1s | 1s | 3 | 1s | 1s |
| 1 | 2s | 3s | 2s | 3s | 1 | 1u | 1u |
| 2 | 2s | 1u | 2s | 1u | 2 | | |
| 1 | 4s | 2s | 4s | 2s | 1 | | |
| 1 | 2s | 3s | 2s | 3s | 1 | | |
| 2 | 2s | 1s | 2s | 1s | 2 | | |
| 1 | 1s | 1s | 1s | 1s | 1 | | |
| 2 | 1s | 1s | 1s | 1s | 2 | | |
| 1 | 2s | 1s | 2s | 1s | 1 | 2 | 2 |
| 3 | 1s | 3s | 1s | 3s | 3 | | |
| 3 | 3s | 1u | 3s | 1u | | | |
| | 2s | 2s | 2s | 2s | | 2 | 2 |
| | 1s | 3s | 1s | 3s | | | |
| | 1u | 2s | 1u | 2s | | | |
| | 1s | 3s | 1s | 3s | | | |
| | 1s | 1s | 1s | 1s | | | |
| | 1s | 1u | 1s | 1s | | | |
| | 1s | 2s | 1s | 2s | | | |
| | 1s | 2s | 1s | 2s | | | |
| | 1s | 2s | 1s | 2s | | | |

CBS000557

| SJ | AL |
|----|----|
| 1 | 1 |
| 1 | 1 |
| 1 | 1 |
| 1 | 1 |
| 3 | 3 |
| 1 | 1 |
| 2 | 2 |
| 2 | 2 |
| 2 | 2 |
| 1 | 1 |
| 1 | 1 |
| 3 | 3 |
| 2 | 2 |

CBS000558

PTX-0129.pdf

| SS | | | AL | | | MV | HR |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 |
| 2 | 81 | 1 | 2 | 1 | 1 | 1 | 1 |
| 1 | 1 | 2 | 1 | 1 | 2 | 1u | 1u |
| 2 | 2 | 2 | 2 | 2 | 2 | 4 | 4 |
| 1 | 2 | 2 | 1 | 2 | 2 | 1u | 1u |
| 3 | 1 | 2 | 3 | 1 | 2 | 1u | 1u |
| 1 | 3 | 3 | 1 | 3 | 3 | | |
| 1u | 1 | 1 | 1u | 1 | 1 | | |
| 2 | 1 | 3 | 2 | 1 | 3 | | |
| 1 | 3 | 3 | 1 | 3 | 3 | | |
| 1 | 2 | 53 | 1 | 2 | 5 | | |
| 3 | 1 | 2 | 3 | 1 | 2 | | |
| 1 | 2 | 1u | 1 | 2 | 1u | | |
| 1 | 1 | 1 | 1 | 1 | 1 | | |
| 1 | 2 | 1 | 1 | 2 | 1 | 1 | |
| 3 | 1 | 2 | 3 | 1 | 2 | | |
| 2 | 1 | 1u | 2 | 1 | 1u | | |
| 1 | 2 | 2 | 1 | 2 | 2 | | |
| 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3 | 2 | 1 | 3 | 2 | 1 | | |
| 1 | 1 | 1 | 1 | 1 | | 12 | 14 |
| 1 | 1 | 1 | 1 | 1 | | | |
| 2 | 2 | 2 | 2 | 2 | | | |
| 1 | 2 | 1u | 1 | 2 | 1u | | |
| 2 | 1 | 3 | 2 | 1 | 3 | | |
| 1 | 1 | 1 | 1 | | | | |

CBS000559

PTX-0129.pdf

CBS000560

MV

꘎꘎꘎ ꘎꘎꘎ ꘎꘎꘎ 1

HR

꘎꘎꘎ ꘎꘎꘎ ꘎꘎꘎ 11

U

꘎꘎꘎ 1111

25

U

꘎꘎꘎ 1111

26

CBS000561

CBS000562

PTX-0129.pdf



CBS000563

**CBS000564**

PTX-0129.pdf



CBS000565

CBS000566

PTX-0129.pdf



CBS000567

CBS000568

PTX-0129.pdf

*9811 Total Votes*

Totals

Signed Ashby Lee

Signed Honey Run

Signed Stonewall Jackson

Signed Mountain View

Unsigned Ashby Lee

Unsigned Honey Run

Unsigned Stonewall Jackson

Unsigned Mountain View

*91.8%*
*8.2%*

Total Ashby Lee          2180              *2,376*

Total Honey Run          196

Total Stonewall Jackson  2232                         *91.67%*

Total Mountain View      203      *2,435 − 8.33%*

Total Received Digitally

**CBS000569**

2nd
Count,

(59)

79%

Stonewall 161

80 Total

Ashby Lee 81%

81

Total 21%

17

Mtn View

19% Total 19%

HR

36

97 HS

100 Elem

CBS000570

Unsigned Ashby Lee



CBS000571

**CBS000572**

PTX-0129.pdf

CBS000573



CBS000574

CBS000575

PTX-0129.pdf



SH

AL

U

NN

U

NN    125

CBS000576

CBS000577

CBS000578

PTX-0129.pdf

CBS000579

PTX-0129.pdf

CBS000580

PTX-0129.pdf

Hand Delivered

MV

HR

U

ST
~~~~ ~~~~ ~~~~ ~~~~ ////

AL
~~~~ ~~~~ ~~~~ ~~~~ /////

Boyse —

51  ST
5 (  Asly lie

**CBS000581**

CBS000582



CBS000583

Page 94 of 116

CBS000584

MV

HR

|||| |||| ||||
||||

24

24

U

U

||||

||||

CBS000585

CBS000586

PTX-0129.pdf



50

100

150

200

218



225

CBS000587

CBS000588

CBS000589

**CBS000590**

MV

~~||||~~ |||||

⊙

HR

~~||||~~ |||||

⊙

∪

//

u

//

**CBS000591**

CBS000592



CBS000593

CBS000594

PTX-0129.pdf



CBS000595

CBS000596

PTX-0129.pdf



CBS000597

**CBS000598**



CBS000599

Unsigned Honey Run



CBS000600

# The Freedom Press

*"Giving a Voice*  *to the Majority"*

**From Coalition for Better Schools**

# OPEN AT ONCE

*You can decide how YOUR*
*SCHOOLS WILL BE NAMED!*
**RETURN BY DATE OF MARCH 15TH**

PRESORT
STANDARD
U.S. POSTAGE
**PAID**
Coalition For
Better Schools

\*\*\*\*\*ECRWSS\*\*\*\*\*\*\*\*\*\*
Local Postal Customer

## THE NAMES CAN BE RESTORED
# AT NO EXPENSE TO THE TAXPAYER

*(Please indicate your choice of one name for each school.)*

☐ Stonewall Jackson High School        ☐ Ashby-Lee Elementary School
☐ Mountain View High School            ☐ Honey Run Elementary School

Sincerely,

_____        _____

_____        _____

_____        _____
Name(s)                                Address (optional)

**CBS000601**

PTX-0129.pdf



Stonewall Jackson          Robert E. Lee          Turner Ashby

With support from the Coalition for Better Schools and *The Freedom Press*, **YOU** have elected a new School Board for Shenandoah County. Now it is time for the citizens of Districts 1 and 2 to **come together to decide how we want our high school and elementary school to be named**.

We urge you to mail the attached reply card as soon as possible.

Sincerely,
*Coalition for Better Schools*

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 1     MOUNT JACKSON, VA

POSTAGE WILL BE PAID BY ADDRESSEE

COALITION FOR BETTER SCHOOLS
PO BOX 854
MOUNT JACKSON, VA 22842-9800

**CBS000602**

PTX-0129.pdf

# The Freedom Press

*"Giving a Voice"* ... *"to the Majesty"*

**From Coalition for Better Schools**

# OPEN AT ONCE

You can decide how YOUR
SCHOOLS WILL BE NAMED!
**RETURN BY DATE OF MARCH 15TH**

PRESORT
STANDARD
U.S. POSTAGE
**PAID**
Coalition For
Better Schools

\*\*\*\*\*ECRWSS\*\*\*\*\*\*\*\*\*\*
Local Postal Customer

## THE NAMES CAN BE RESTORED
# AT NO EXPENSE TO THE TAXPAYER

*(Please indicate your choice of one name for each school.)*

☐ Stonewall Jackson High School      ☐ Ashby-Lee Elementary School
☐ Mountain View High School          ☐ Honey Run Elementary School

Sincerely,

_____          _____

_____          _____

_____          _____
Name(s)                               Address (optional)

**CBS000603**





Stonewall Jackson          Robert E. Lee          Turner Ashby

With support from the Coalition for Better Schools and *The Freedom Press*, **YOU** have elected a new School Board for Shenandoah County. Now it is time for the citizens of Districts 1 and 2 to **come together to decide how we want our high school and elementary school to be named**.

We urge you to mail the attached reply card as soon as possible.

Sincerely,
*Coalition for Better Schools*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 1    MOUNT JACKSON, VA

POSTAGE WILL BE PAID BY ADDRESSEE

COALITION FOR BETTER SCHOOLS
PO BOX 854
MOUNT JACKSON, VA 22842-9800



CBS000604

PTX-0129.pdf

# The Freedom Press

*"Giving a Voice _____ for the Majority"*

**From Coalition for Better Schools**

# OPEN AT ONCE

*You can decide how YOUR*
*SCHOOLS WILL BE NAMED!*
*RETURN BY DATE OF MARCH 15TH*

PRESORT
STANDARD
U.S. POSTAGE
PAID
Coalition For
Better Schools

\*\*\*\*\*ECRWSS\*\*\*\*\*\*\*\*\*\*
Local Postal Customer

## THE NAMES CAN BE RESTORED
# AT NO EXPENSE TO THE TAXPAYER

*(Please indicate your choice of one name for each school.)*

☐ Stonewall Jackson High School          ☐ Ashby-Lee Elementary School
☐ Mountain View High School             ☐ Honey Run Elementary School

Sincerely,

_____          _____

_____          _____

_____          _____
Name(s)                                   Address (optional)

**CBS000605**

PTX-0129.pdf





Stonewall Jackson          Robert E. Lee          Turner Ashby

With support from the Coalition for Better Schools and *The Freedom Press*, **YOU** have elected a new School Board for Shenandoah County. Now it is time for the citizens of Districts 1 and 2 to **come together to decide how we want our high school and elementary school to be named.**

We urge you to mail the attached reply card as soon as possible.

Sincerely,

*Coalition for Better Schools*



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 1     MOUNT JACKSON, VA

POSTAGE WILL BE PAID BY ADDRESSEE

COALITION FOR BETTER SCHOOLS
PO BOX 854
MOUNT JACKSON, VA 22842-9800



**CBS000606**