Scheibe
**Exhibit**
**133**
KKidwell RMR CRR
10/23/2025

Plaintiff's Exhibit
**PTX- 0308**
Case No. 5:24-cv-00040-MFU-JCH

# The Freedom Press

"Giving a Voice to the Majority"                    June 2023 | Volume 3, Issue 1

---

## Inside

### Special section
### Rails with Trails

*New for the Valley, Established Nationwide*

We believe in the success of trails, but not at the expense of vital railroad infrastructure that is deeply sought after by light industry and business.



# W.W. Robinson Principal Suspended

**By Lewis Michael**

Many rumors and theories on the recent removal of Principal Robin Shrum from W.W. Robinson Elementary School in Woodstock have been going around Shenandoah County. We have obtained information regarding the incident that likely is the cause of her no longer running the school.

On March 2nd, 2023, at 8:25 am W.W. Robinson Elementary School Resource Officer J.D. Thompson was made aware of oral threats allegedly made by a student to kill or injure others. The student had made these threats at approximately 2:45 pm on the previous day, March 1, according to Principal Robin Shrum's statement to the officer when he was summoned to her office to investigate the incident.

The investigation then proceeded according to the Sheriff's incident report, obtained by The Freedom Press, which resulted in a search of the juvenile's person, bookbag, and home for weapons. Fortunately, no weapons were found and the threat was deemed non credible. During the

investigation by the Sheriff's Deputy it was reported that the threat was allegedly made in response to another juvenile student telling a teacher that the student, who made the threats, was not doing his school work in class. The student then reportedly retaliated by stating he would bring weapons to school and shoot people. After the Sheriff's deputy interviewed the student and contacted his parent(s), a psychological evaluation and assessment of the juvenile were both made through the county Department of Social Services and Winchester Medical Center. Subsequently, the child was deemed a low level threat according to the incident report. The students involved in this incident are seven years old, and their names are withheld for privacy reasons in all correspondence on the incident.

The delayed timing of Principal Shrum's decision to involve the proper authorities is likely the cause of her being relieved of her duties as principal.

This report from Shrum to the Sheriff's deputy came almost 16 hours after the alleged threat had



been made, which is a clear violation of procedure in regards to a threat made against others, particularly in a school setting. One can only wonder why so much time was allowed to elapse between the initial report by the concerned parent and the involvement of the Shenandoah County Sheriff's Department. Ms. Shrum

has not answered requests for comment via email or phone up to this point. Neither the School Board nor Superintendent is able to comment publicly on school personnel matters, but the May personnel report available on the Shenandoah County

**Continued on page 3**

---

# A 6 Figure Mistake:

*Shenandoah County Public Schools received Tax Credits for which they were not eligible*

**By Lewis Michael**

In April of 2020, the federal government enacted the Family's First Coronavirus Response Act which required certain private and public sector employers with fewer than 500 employees to provide their employees with emergency paid sick leave and emergency paid medical leave due to absences as a result of covid-19. This help assistance would be paid out through tax credits via the IRS, and employers claimed the tax reliefs through their quarterly Form 941, which is used to report and deposit required tax withholdings.

Although the Shenandoah County Public School Division employs over 1,000 employees, the previous administration applied for the tax credits. This has resulted in the new administration under Superintendent Melody Shepherd and new Finance Director, Angie Stine needing to rectify this problem and pay back funds due the IRS from the current school budget. The unauthorized application clearly falls under former Superintendent Mark Johnston and his administration.

Timeline of events

April 2, 2020: a poster was sent out from HR Director Linda Hodges to all principals in the school division to inform the employees of their paid sick leave and expanded Family and Medical Leave under the FFCRA.

October 22, 2020: presumably under the direction of Superintendent Mark Johnston, an SCPS payroll department employee filled out the SCPS 941 for July thru September of 2020 applying for the tax credit.

December 11 and 18, 2020: Su-

perintendent Johnston mentioned in his Friday Superintendent's letters mentioning details on the FFCRA and meeting with the Shenandoah County Public School Board's personnel committee to discuss payments and eligibility criteria for SCPS employees out on leave during the pandemic.

January 8, 2021: an email from HR Director Linda Hodges to Mark Johnston and Finance Director Demetria Brown stated; " I saw a news release from the US Department of Labor dated 12/31/20 that the payroll credit for covid leave has been extended through March 31st. There has been some discussion about whether or not school divisions are eligible. Demetria - can you please check on this and let me know so that we know if we need to continue tracking this leave separately? Thank you.

January 8, 2021: Demetria Brown responds via email to Hodges that the FFCRA had expired, but that "it is my understanding that school divisions are eligible for the extended credit as the bill does not appear to exclude specific types of employers." She also suggested "as such, I would continue to track this leave separately so we can take advantage of the payroll tax credits through March 31st, 2021."

January 14, 2021: SCPS employee deposits 1st check from IRS for the tax credit totaling $37,521.48 (July-Sept 2020)

January 27, 2021: SCPS 941 listing 1083 total employees sent to IRS requesting $94,126.18 reimbursement.

January 29, 2021: Johnston's Friday Superintendent's letter informs employees that the FFCRA was not



extended and expired on December 31, 2020.

February 8, 2021: Demetria Brown emails that " based on the IRS FAQ link, scps is not an eligible employer under the FFCRA… any leave wages that were paid to employees under the ACT are not subject to the employer's share of Social Security tax. Therefore if we inadvertently paid the employer share of the Social Security tax for the EPSL or EMFLA wages that we paid out to employees taking such leave, that would be the "credit "or refund of those taxes we would have received."

April 15, 2021: IRS issues check for $99,649.80.

June 4, 2021: FFCRA refund deposited by SCPS in amount of $99,649.80 (October-December 2020).

June 9, 2021: SCPS received letter from the Internal Revenue Service informing that the school division was not eligible for the tax credit in amount of $94,126.18.

June 28, 2021: FFCRA refund deposited by SCPS in amount of $2,451.53 (October-December 2020).

The Shenandoah County Public Schools received a total of $139,712.81 via checks from the IRS.

Including penalties SCPS has had to repay the IRS $148,139.35 in total. Both Mark Johnston and Demetria Brown hold degrees in finance and were apparently not being well effectively supervised by the School Board at that time. These decisions made coincide with the school name changes voted on by the 2020 Board, coincidentally and happened during the Covid-19 shutdown. Current School Board members Marty Helsley, Andrew Keller, and Cynthia Walsh were on the Board at that time. One of the checks received from the IRS was made out to Shenandoah County School Board, which implies that they should have been aware and validated of such large financial transactions. Lack of oversight at the very least is obvious in the situation. However Additionally, some huge significant questions arise after a review: ing this situation.

If Superintendent Johnston was

made aware of the Shenandoah County Public Schools not being eligible for the tax credit in February by Brown, why did SCPS deposit checks in June?

The check for $99,649.80 was received by SCPS in April of 2021, but was held and not deposited until June 4, 2021. When asked if checks made out to Shenandoah County Schools were regularly held, present Superintendent Sheppard said "No, they are deposited by SCPS almost immediately".

The decision to hold that this check is not normal procedure and, unfortunately as both Johnston and Brown are no longer employees of Shenandoah County Public Schools, and neither could not be reached for comment or explanation. I asked Superintendent Sheppard how this type of thing could be prevented from happening again, and she replied ; "That's a great question, through more transparency and further checks and balances." One thing in this situation that is perfectly clear is that the current Superintendent and her administration are left dealing with still another problem left by their predecessors. Our students, staff, and taxpayers certainly deserve better. Copies of correspondence, checks, IRS forms, and deposit information can be obtained by emailing The Freedom Press. Fpmedia62@gmail.com

---

ECRWSS
Residential Customer

STANDARD PRESORT
U.S. POSTAGE
**PAID**
**PERMIT NO. 82**
WOODSTOCK, VA

**CBS000268**

# An Election to Remember, as We Vote this November

**By Tom Paine**

Less than two years ago, the District 4 Supervisor election was won by the incumbent Supervisor Karl Roulston, in a race against an endorsed Republican candidate, Wade Guinn. Roulston earned 1,316 votes, prevailing by 19 votes over his opponent's 1,297 votes, with 8



voters choosing "other" presumably write-ins. To break this down even further, this election saw Absentee Precinct Voting breakdowns as follows: Early (in person) votes of 543 Roulston to 506 Guinn and Absentee (mail in) votes of 114 Roulston to 64 Guinn.

While this race was close enough to earn a candidate-requested recount, Wade Guinn did not request this, and conceded the election to Karl Roulston.

Since this time, the ballots have been destroyed by the registrar. Virginia code allows for destruction of such ballots after one year "if no election contest or other proceeding is pending in which such ballots may be needed as evidence." (Virginia Code 24.2-669)

However, this particular election was conducted in a way that did raise eyebrows, even within the Shenandoah County Registrar. A number of mail-in ballots may have been inappropriately provided to non-District 4 voters. In other words, registered voters in districts other than District 4 may have inadvertently or purposely voted in that election. How did this happen?

How many of these ballots were sent out beyond the District? To which addresses were they mailed? Were they requested in error by non-District 4 voters, or not? Were any of these mailed ballots returned, and counted, towards the totals? How did this happen? When did the Registrar herself became aware of this aberration, and what did she do about it?

It is easy to understand what should have happened. Given the known or estimated number of ballots mailed outside of the District, and the 19 vote differential between the winning and losing candidates, the election itself should have been invalidated by the Registrar, with a public mea culpa. The County Registrar should have re-conducted the election to ensure that it actually represented the will of eligible voters in District 4.

This, in fact, did not happen. The situation was not publicized. Several County Supervisors, two Electoral Board Members, and the Registrar's office are and have been fully aware of this situation since 2021. Yet, surprisingly, nothing was done, and nothing was said. Well, perhaps that's not entirely true. The ballots were destroyed, despite being key evidence of a flawed election, and last month, the Electoral Board reappointed Lisa McDonald for another 4 year term as Registrar.

As many of us have heard, "it's not the crime, it's the cover-up." Do we indeed have our very own Martha Stewart or Richard Nixon here in Shenandoah County?

We ask that the BoS appoint an independent and qualified committee to: 1) investigate the procedures and processes within the Registrar and Electoral Board relating to ballot control and voting in District 4 in the 2021 BOS election, 2) to determine when the errors were discovered, and 3) determine if there was indeed a cover-up after the fact.

# Another Controversial Move

*Public School Budget Amendend without Due Process*

**By Lewis Michael**

Brad Pollack suggested it might be a "Fast One" being pulled on the taxpayers of Shenandoah County when the Board of Supervisors voted to amend the Shenandoah County Public Schools budget request without a formal request from the Shenandoah County Public School Board. A spirited exchange ensued between Pollack and Karl Roulston after Pollack's statement. At the very least the whole process was confusing to citizens, and to Board Members alike. Supervisors Josh Stephens, Dennis Morris, and Pollack showed surprise that this was occurring and Stephens even voiced his concerns over something being amiss.

The budget process had been moving along with a 5% flat pay increase for Public School Employees being adopted by the Board of Supervisors. Things got quite controversial after School Board Chairman Marty Helsley and District 2 Board Member Cyndy Walsh spoke at the Public Hearing held by the BOS asking for more money to be allotted to the Public School budget and the 5% flat pay increase being passed by the Board of Supervisors . A motion to amend the budget was made at a subsequent Board of Supervisors meeting, was voted upon, and passed to increase the Budget without a formal request from the School Board as a whole. Instead it was orchestrated by one School Board member. That school board member was Chairman Marty Helsley. Helsley initiated conversations individually with several of the Board of Supervisors members in order to lobby for an increase in the SCPS budget. Citizens voiced concern after learning about this, some recalling the actions by some school board members which excluded one school board member during the name change decisions on the Southern Campus. That school board member ironically was Helsley himself. Helsley stated that it was " not a conspiracy" and that "I didn't mean to stir up anything and did so in good faith. I went to bat for our employees", as part of his statement and apology during the

**Continued on page 8**

# Why I'm Running for School Board in District 3

**By Gloria E. Carlineo, Esq.**

In case you haven't noticed, the American political landscape has drastically changed over the past couple of decades. There was a time when the outcome of an election was barely consequential, mostly a contest between a party that wanted higher taxes and one that didn't. In many cases, the main reason some decided to vote for one candidate over another had nothing to do with politics or issues, per se, but because they knew and liked one guy better than the other. The candidate's stance on any particular issue or his qualifications to hold an office was of little or no consequence to the voter.

Those days are long gone and now, more than ever, elections have consequences. The main differences between the parties have become drastic while the old distinction of tax expenditures have become moot. For one, too many Republicans like to spend other people's money as much as Democrats and have no problem with raising taxes and wasting your money.

Today, the main differences between the parties have to do with social engineering issues and moral values that are diametrically opposed to each other. While most Republican conservatives want to "conserve" the traditional Judeo-Christian values that this country was founded upon, most Democrats have adopted a far-Left ideology that seeks to completely remove true Christian values from society and erase God from our daily lives. This is in large part what the man-made climate change and transgender movements are about: examples of Leftist attempts at denying God and His Creation.

Why is this important? Because our elections now are more than popularity contests among our neighbors: they are definitive tests on the direction that we want our country's future to take. We need strong leaders with unwavering values to lead the charge against a demonic agenda that seeks to rob our children and grandchildren of their future.

While this battle is being waged in all governing bodies, whether local, state, or national, nowhere is it more evident than in our schools and school boards. There is no doubt that the Left derives much of its power from the malleable youth they have been able to influence. For decades, the Left has been imposing its values on our impressionable youth starting at a very young age. It began innocently enough using the Trojan horse of diversity and acceptance before turning it into a tool to introduce pot use & drug abuse, sexual immorality, and the rejection of traditional values that corrupt and change our society.

Today, many schools unabashedly promote those Leftist ideals and indoctrinate the children they are entrusted to teach. On a daily basis, we hear about this happening all around the country, from preschool to college. Yet, what many of us don't realize is that this indoctrination is also happening, albeit in a much lesser degree, right here in our own Shenandoah County schools. Some of the more brazen teachers indulge in the promotion of their Leftist ideals going so far as to teach our children legally and factually incorrect principles and alternate facts. Not only are they failing in their duty to teach our children, they are creating unsafe educational environments that are not conducive to learning. Can a child really feel safe in voicing an opinion when they know that their teacher subscribes to an opposing view? Meanwhile, too many of our youth are graduating from high school lacking the most basic skills in order to have a productive and successful future be it in trade school, college, a family business, or an entry-level job. This must stop and now is the time to address it before things deteriorate any further.

This is why I am running for the Shenandoah County School Board for District 3 (Fort Valley, St. Luke's, & Edinburg). It is time to re-prioritize our children's education and review the curricula they are being taught from. We need to assess and improve the areas that need attention so that our kids will know the basics of reading, writing, and simple math. We must stop indoctrination, respect parental rights, and create safe learning environments for both students and teachers. Also importantly, we must do all this without raising taxes on our already over-burdened community. At a time of financial insecurity for so many, raising taxes should always be the last resort and not a blank check for special projects.

It is not too late to turn the tide that will not only benefit our kids but our community in general. How can our kids lead the future when they are barely prepared to survive today? Whether we choose the public school system to educate our children (as we did for our son) or we choose private schools or homeschooling (as we did for our daughter) let's make sure we offer them the very best alternatives that they can have. Together, I know that we can do this.

PAID POLITICAL ADVERTISEMENT

# Tom Streett



- Tom Grew up in Shenandoah County on a family dairy farm, Graduated from Stonewall Jackson High School.

- He attended Ferrum College, and Graduated 1993 w/ Bachelors of Science in Public Administration.

- Tom is an armed forces veteran with proud service in the Virginia Army National Guard, Infanty and West Virginia Air Force National Guard, where he served as a Crew Chief.

- Tom also has served on Shenandoah County Fair Board 17 years. (President 7 years)

- **Tom will bring these much needed virtues to the Shenandoah County School Board:**

Christian Values | Family
Integrity | Equality
Collaborate | Fiscally Conservative

**Vote for Tom Streett in November for District 2 School Board!**

AUTHORIZED AND PAID FOR BY THE CANDIDATE

PAID POLITICAL ADVERTISEMENT



BRAD **POLLACK**
FOR VIGINIA

**My name is Brad Pollack. I am a retired United States Marine Corps Lieutenant Colonel and a member of the Shenandoah County Board of Supervisors.**
As a member of the Board of Supervisors, I have voted against every increased budget and tax, including a personal property tax increase last year of over 40%. I joined my colleague Dennis Morris in opposing the rezoning of 99 acres in Oranda from agriculture to industrial. Shenandoah County is spending over $14,000 per pupil. How about we just repeal the 1870 amendment to the Constitution of Virginia mandating public schools and replace it with giving $10,000 per pupil to spend on schools as they deem fit? We would save billions of dollars and have plenty left over for special programs.
As for Convention of the States, if I win the nomination on June 20, I will devote the next five months of my life to ensuring that convention of states supporters, in other words Republicans, have a majority in both the Virginia House and Senate. If we are short a vote or two in either or both houses, my over 40 years of involvement in Virginia politics should give me the best chance of flipping a Democrat to support the convention of states.
AUTHORIZED AND PAID FOR BY THE CANDIDATE

CBS000269

# School Discipline and Shenandoah County

With the almost constant mention of student discipline and behavioral issues within our county's schools, I decided to take a look at overall situation. School Districts around the Commonwealth of Virginia as well as nationally are being tasked with much more than just education via a curriculum or classroom. They are so often required to help children outside of the schools and are either actively seeking to hire, hiring, or employing licensed social workers to fulfill the needs of their students. Here in Shenandoah County this is absolutely the case. Superintendent Melody Sheppard has been attempting to fill Social Worker positions within the School Division for the last 2 years. She said that "although the positions remain open, that they will keep trying to fill them in order to do what's best for our students."

It makes perfect sense that if counselors, principals, and support staff are taking care of assisting students getting needed services and care outside of the schools, that those staff members might not have the time they need to focus on discipline and behavior of students within the schools. For instance, when an assistant principal who normally would be able to interact with students is doing things line finding a student food or a source for eyeglasses, it most likely will detract from proper attention to other tasks. If schools are needed to do Social Work, it leads to questions about what the County Department of Social Services is accomplishing?

I asked Director of Shenandoah County Department of Social Services Beth DeLullo about what her organization is dealing with and is accomplishing. She said that her staff is "dealing with a higher and higher caseload each month and year and that the turnover rate for DSS employees in Shenandoah County is around 70%." In other words, the County Department of Social Services employees are being overworked and overwhelmed by the increasing caseloads. There has been a 41% increase in cases over the last two fiscal years. I asked her what could be done to help improve her department's successes and she replied "To increase staffing to sufficiently meet the rise in cases. This will also alleviate the overloaded work force and enable them to provide quality service to a manageable caseload consistent with state policy guidelines.

Retention and recruitment of qualified individuals through competitive salaries and manageable caseloads." Funding as always seems to be a major hurdle for success in hiring and maintaining staff to adequately serve the community. The Department of Social Services budget for Shenandoah County is decided upon at the state level, not locally, so our County Board of Supervisors can't increase or decrease like they can the amount they provide to the schools.

The Shenandoah County Department of Social Services provides assistance to citizens including:

Medicaid
Supplemental Nutritional Assistance Program (SNAP)
Energy Assistance
Temporary Assistance to Needy Families (TANF)
Virginia Initiative for education and work (VIEW)
Child Care
Child Protective Services (CPS)
Adult Protective Services (APS)
Adult Services Guardianships
Nursing home/Assisted Living Screenings
Foster Care
Adoption
Housing Choice Voucher Program (HCVP)
Children's Services Act (CSA)

In FY 2021, these programs combined served approximately 15,109 citizens of Shenandoah County.

I also asked Delullo about the relationship between DSS and Shenandoah County Public Schools in regards to the aforementioned disciplinary issues and she answered that "it would be good for the community to have a better understanding of the work we do.The situation is becoming more and more widespread across nation and schools are seeing more and more disciplinary issues overall." Both she and Superintendent Melody Sheppard were positive in attitude regarding the communication between SCPS and DSS and that they continue to do what they can to make things better for the people they serve. One comment by Delullo that stood out to me was "It's a good day when we close a case, because it's a success". I realized then how tough it must be to work in social services.

It certainly seems that due to the overwhelming amount of work required and lack of staff and funding that employees of both schools and social services departments are being asked to do more and more. It's not a winning formula for success and our citizens are often not aware of what a difficult position many teachers, principals and social workers are in. To me, it's clear that the students who aren't being adequately cared for outside of the schools are likely ones who may be disruptive inside the classroom and when teachers and administrators are distracted by other things, that the school discipline issue isn't going to go away very quickly or easily. The real question is, what can we all do about it?

Submitted by Mike Scheibe
New Market, VA

# Cato's Letters

No experience or sufferings can cure the world of its innocence. It has been a bubble from the very beginning; and, even when we learn tough lessons, the people still run into old snares. Even if these schemes have a new name or not, it doesn't matter. The common working-class people will suffer.

Self-love beguiles men into false hopes and they will venture again into a hundred probable evils to catch just one good possibility. Yes, they run frequently into distracting pains and more expenses in order to gain advantages which are purely imaginary and utterly impossible.

If their passions were properly balanced, men would act rationally; but, by suffering one passion after another to get the better of all the rest, they act madly or ridiculously.

Prevailing passions in America, of late, have been those of hope, avarice, and ambition, all of which have had a negative force upon the people. People are becoming more wretched and poor because of the ravenous appetites of the elite-classes who seek to grow great and rich. Our fear and caution have been put aside; and, with an optimistic struggle for what we had not, we lost what we had. Could such courage be inspired by those who pedal stocks, which in effect, is a cowardly business-science of mean tricks and lies?

Every manipulating adventurer in this mighty stock-market-lottery foresaw that many must be losers. What was gained by one must be lost by another. Every man hoped that fate would be kinder to him than to a thousand others; and so, this mad hope to become rich, has created unspeakable financial calamities for many. This situation shows what little power that reason and truth have over the high passions of men when they run amuck and without common sense. Common sense could have told them that stocks are the most uncertain and most fluctuating things in the world.

The stock market has long been exalted at a higher level than it could well stand. It has always tottered and has been plagued with rumors and lies. A story of a sunken ship, a few thieves in the dark dens of FTX, the sickness of a politician, the saying of a stock-broker in a coffee-house; all, or any, of these contemptible causes have been able to reduce the people's investments into a very minimal figure. Particularly, investors might have seen that it has now amounted to such an outrageous height in value that all the silver and gold in the world could not support it. Therefore, when people consider selling (and to sell is the whole basis of their buying), the market would have a dreadful fall leading to the detriment of the nation. This is happening as we read. Our hopes, which are now ruined, are gone; and, we behold nothing but the face of the mourner.

In spite of this continuing mischief, propagated by innocence and deceitful sleight-of-hand, it is much to be feared that some artful salesman offering outlandish promises would make us repeat it all over thereby growing mad again. This seems possible, not only from the folly and feebleness of human nature, but also from man's endless searching for new projects and our eagerness to acquire them. We have been bruised in a fight and we are none the wiser. While one ruin is yet upon us, we are chasing after another.

O, the weakness and folly of men! Many are like whirlpools which destroy and drown, not only the halves, but also as one part is drawn in the whole follows.

Surely the pleasure is as great, of being cheated, as to cheat! This statement makes no sense to me!

Otherwise, men could not be deceived. Whoever can deceive mankind, has nothing to do but to throw out a bait to man's unbalanced passions,and infallibly they become caught. This secret is well known to corrupt courts and unscrupulous business organizations who flatter or frighten their obeying and believing vassals into all the excesses of misery and curtsies. Through these means standing armies have been maintained; wild wars have been waged; and, an idle, expensively absurd and cruel popish hierarchy of illegitimate politicians have been supported.

Once more, O wretched man, thou are a willing instrument of thy own bondage and delusion. Even charlatans know this secret of cajoling thee and picking thy pockets. Nay, worse than charlatans, sellers of stock know it.

When people are ruined, it is some consolation to reflect that they had no hand in their own demise, that they did all they could to prevent it by using the best counsels available and by the bravest defense that they could make. Alas, poor Americans, thou hast not that consolation. Thou hast not fallen by able traitors; thou art not the victim of deep design nor artful treason; nor art thou the price of victory in the field. Neither art thou outwitted by the subtle dealers in mystery and distinction, nor in this instance deceived by their false alarms.

No, we have no such palliating reflection to reconcile us to our own misery, or to abate its pangs. To our deathless shame, we are the conquest, the purchase of speculators. The American lions crouch to a nest of owls! Can we survive the remembrance without revenge?

All this is complaining. Some will say we want remedies not complaints. To bewail our calamities is indeed natural; but, to extricate

Continued on page 8

## W.W Robinson Principal Suspended

**Continued from page 1**

Public Schools website shows Ms. Shrum being employed presently in the School Board office in an administrative role. This has caused many citizens to wonder why such a move would be made. Seemingly, if such an egregious error was made, a termination of a contract would be more than appropriate.

In this day and age, with school shootings being such a common occurrence, any threat must be taken very seriously. One can only speculate why the person in charge of overseeing the safety of a particular school on a daily basis would wait for such a long time to initiate a threat assessment. The Shenandoah County Public Schools have a Threat Assessment Policy and teams in place to immediately deal with such a serious issue. With the tragedy recently committed in Nashville, one must wonder how or why a principal could allow so much time to pass. What if this child had brought a weapon to school the following morning? Thus is a likely violation of Virginia Law 22.1-279.3:1, which requires immediate reporting of a threat made against a school or its personnel.

A copy of the Sheriff's report can be provided to those who wish to view it. Please email the Freedom Press at Fpmedia62@gmail.com to acquire a copy.

## GET YOUR COPY OF THIS IMPORTANT NEW BOOK NOW!! ORDER ONLINE!



THE WEAPONIZATION OF LONELINESS
HOW TYRANTS STOKE OUR FEAR OF ISOLATION TO SILENCE, DIVIDE, AND CONQUER
STELLA MORABITO

Stella Morabito cracks the code of one of today's most powerful political weapons: isolation. The Weaponization of Loneliness is an eye-opening and chilling look at how propagandists use the tool to enforce compliance and smear dissenters.
*-- Sharyl Attkisson, Emmy Award winning investigative reporter*

Stella Morabito is an original thinker. I don't say that about many people. In this important new book she explains how the left exploits the natural human fear of being isolated and alone to silence its opponents.
*-- Dennis Prager, author of the Rational Bible series and founder of PragerU*

Stella Morabito may have honed her craft as a former CIA analyst, but she has become one of America's most valuable experts on propaganda by casting a keenly observant eye inward. . . .
*-- Mollie Hemingway, Editor-in-Chief, The Federalist*
www.stellamorabito.net

PAID POLITICAL ADVERTISEMENT

On November 7th, vote for
# GLORIA CARLINEO
Conservative for
**Shenandoah County School Board District 3**
(Edinburg, Fort Valley, & St. Luke's)




•**Support Parental Rights**
•**End School Indoctrination**

*"Let's stop making our children partisan political pawns and focus on better preparing them for their future."*

**Paid for by Carlineo for School Board**

# Rails *With* Trails:

## *New for the Valley, Established Nationwide*

**By Kody Linden**

Many Shenandoah County residents who use the 117 corridor crossings haven't looked both ways for an oncoming train in years. In fact, they would rather not look left or right and see the sight of weeds, brush and trees that currently plague parts of this 48-mile corridor. Its unsightly state calls to the viewer to do something, and so the question becomes, "What exactly should we do?" While the idea of a rails-to-trails conversion is immediately appealing, it is ultimately a loss for the future generations that will inhabit our Valley and will need an actual transportation solution. The idea of "rails WITH trails" (RWT) is simple; preserve the Shenandoah Valley's heritage, re-empower the railroad as an economic engine, and create a full range of tourism and recreational opportunities.

RWT is not a new idea. As far as rail-trails go, RWT is the foremost transportation solution and has been around since the 1980's. There are 343 examples of safe, successful rails sharing their right of way with trails nationwide. One example can be found to our north. The Western Maryland Scenic Railroad (WMSR) and the Great Allegheny Passage (GAP) trail have co-existed accident-free for 16 years side by side, with no dividing barrier (see picture). These two organizations work in harmony, with the railroad being tasked with maintaining the trail and surrounding foliage and growth. The railroad also serves as a safety partner for the trail. The GAP trail and parking lots double as vehicle access points for railroad maintenance crews and county workers maintaining utilities in the right-of-way. More importantly, this path also allows first responders to quickly access a rail or trail user having a health event without having to contact the railroad first. Moreover, a strategic, parallel trail network in local towns gives visitors a unique opportunity to appreciate the railroad for its historic resources today.

The U. S. Department of Transportation (USDOT) recognizes these truths and released a comprehensive RWT study early last year. The study, dubbed "Lessons Learned", identifies key areas of focus when considering rail trails. In their words, "Well designed rails-with-trails have the potential to provide safe, accessible infrastructure that encourages and enables people to walk and bike…". Preserving vital freight and passenger rail arteries should always be the priority for any community struggling to provide high wage jobs and reliable transportation for its citizens.



**WMSR rails WITH Trails**

Truly, some abandoned rail lines are unviable and rail-to-trail conversion is the best option for the decrepit tracks. Fortunately, this corridor is neither abandoned nor unviable. It just needs the right operator.

Some of the bigger questions throughout the rail revival process have been "What are the condition of the bridges?" and "When the railroad is re-opened, how will the trail cross these bridges?"

The corridor has 9 tall bridges, with the one at Stoney Creek being the topic of discussion for years. Contrary to what some say, we believe that less than half our bridges will need major structural repair. Even still, our coalition has ordered a complete inspection of every bridge on the corridor, to dispel myths and legends about structural integrity.

As for crossing these divides via rail and trail, you might say "Well, just build a second, parallel bridge." But, consider a brilliant example at Harpers Ferry, WV. Adjacent to the historic John Brown's Fort is an active CSX railroad bridge that shares right of way with the famed Appalachian Trail as it crosses the confluence of the Shenandoah and Potomac Rivers. This is achieved with a plastic deck that is secured to the side of the original steel girders with large triangle brackets. This picturesque section of the trail has a sleek chain-link fence to separate pedestrians and cyclists from the active rail line, but fencing isn't found, or necessary in most RWT examples, and isn't required by the USDOT.

This tried-and-true method of sharing right-of-way is, of course, the most resourceful use of taxpayer funding. It's important to remember that if the railroad were to be scrapped, the cost of replacing it would also be funded by taxpayers when it is needed again. When the railroad is revived with trails nearby, the taxpayer won't be funding the removal of priceless infrastructure, but rather a sustainable solution for all our diverse citizens, at a far lesser price tag. We must tell our elected officials to save the rails and protect our future by supporting rails WITH trails. If we act now, the Shenandoah Valley will truly be able to have their cake and eat it too.

Visit shenandoahrailcorridor.org to learn more.



**Family rail bike.**

## The Right Questions for Rails With Trails

**By Mark Dotson**

Discussions on how Shenandoah County should use its unutilized rail corridor for the best long-term benefit requires a balanced approach. This topic has gained recent focus with proponents who desire to change this historic rail line and use it as a biking/hiking trail. Shenandoah County citizens are concerned this short-sighted concept will create drastic opportunity costs for future generations. Fortunately, momentum is building for the balanced alternative developed by the Shenandoah Rail Corridor (SRC) coalition. The SRC envisions a bold vision for the preservation of the rail line and creation of a trail to create a true win/win future for Shenandoah County. One approach to examining complex projects is to ask the right questions and seek out unbiased answers – both steps are especially important in Shenandoah County where transparency is valued.

What led to this rail corridor's current condition?

"Out of service" is the technical term for this lines' current state which can be traced to the owner's (Norfolk Southern) decision. Norfolk Southern decided to prioritize a parallel line to the east which resulted in deferred maintenance and gradually led to higher costs and driving customers to truck freight. Trail advocates incorrectly interpreted these circumstances as an indication that this rail line (NorfolkSouthern) was of no economic value and perpetuated a theory that the only option was to remove the rails. The SRC coalition, consisting of citizens with business and rail experience, recognized this flawed assumption and developed a compromise plan to restore rail freight service provided by a short line rail operation along with starting a tourist-focused scenic rail operation and building a trail on the rail corridor.

Is it too expensive to restore rail service?

No, in fact the SRC coalition has worked with rail experts on

Continued on page 6



**The Shenandoah GOP Freedom Caucus and the ShenValley Student Leadership Initiative** are pleased to announce the winners of our

### 2023 Triplett Tech Scholarship Awards

**Ian Wymer** – Electrical Construction Wiring (CHS)
**Gavin Wolfe** - Bricklaying (MVHS)
**Chris Neff** – Carpentry (SHS)

Thanks to all the supporters of the Scholarship Fund!
Subscribe to the Newsletter at info@shencogop.org

PAID POLITICAL ADVERTISEMENT

# DAVE LaROCK
## REPUBLICAN FOR SENATE



**Serving the Northern Shenandoah Valley for 10 Years:**

- 10 years of **Fighting for Gun Rights!** Endorsed by VCDL and a 100% NRA-ILA score.

- 10 years of Endorsement from **The Virginia Society for Human Life**, an Affiliate of the **National Right to Life Committee**.

- 10 years of Pro-Business, Limited Government, Conservative Republican Leadership.

- 10 years of **full support for Law Enforcement, First Responders,** and **Veterans**.

- A Champion of **School Choice**, **Fair Elections**, and **Broadband expansion**.

Paid for and Authorized by Dave LaRock for Senate.

CBS000271

# The First and Last Mile of The American Rail Freight

**By Ben True**

When you watch a freight train rolling by on a main line railroad, do you ever wonder what's inside the rail cars? Most people do for a moment, but then life goes on. Even a few take a moment to wonder how it finds its way from point A to point B. For those freight cars, part of that journey happens over a Short Line Railroad.

A short line railroad is defined by the United States as a railroad earning $40 million or less in annual revenue. My personal definition is a railroad with a soul. They make their existence out of the vital link between the customers' doorstep and the Wall Street owned Class I railroads possible.

According to a recent interview with American Short Line Railroad Association President Chuck Baker, Short line Railroads handle 1 in 4 of every American freight car and make up 40% of tack mileage of the US rail network.

Short line railroads come in all shapes and sizes. Some are owned by single individuals; some are owned by large holding companies. Some short lines are 200 miles long, some short line railroads are barely two miles long. However, all of them share a common theme; every short line railroad clings to its individual life-giving niche like lichen on a rock. Even the short lines owned by large investment companies know every customer counts. They can't afford to dictate unreasonable terms to a customer. They simply cannot decide to cut off an entire region based on economic margin. Their board meetings aren't usually found hundreds of miles away from the customers. Short lines are dug in. Their customers on the railroad are their neighbors after work. Their managers go to church and civic events with those that they serve during the week.

So how does this system work? Somewhere out there a rail carload of feed needs to be shipped. A customer on a short line railroad in the Midwest receives the order from a customer in the mid-Atlantic. The mill in the Midwest calls the short line railroad with an estimate of the number of empty cars needed to be loaded in the coming days. The short line manager has already anticipated the customers' needs and staged the cars so that the next day the crew can spot them as they are called for.

The following day the rail car is loaded and sealed. The originating customer has entered the Bill of Lading information into



Harpers Ferry.

the computer system of a Class I railroads website via a preapproved template for routing and rate information.  The originating customer calls the short line to confirm that the data has been entered and this railcar, along with any others, are indeed ready for pick up.

The short line railroads agent reviews the bill of lading that has been submitted. The crews work orders for the next day to have the information entered, and the car is picked up the following day and taken to the interchange with a Class I railroad.

At this point the railcar becomes a number among many. Into a computer system it goes. Rates, trip plans, tare weights, destination, consignees, and dwell time pass through the elec-

**Continued on page 7**

## Preserving Access to Passenger Rail

**By Dan Hadacek**

Many think passenger rail service into the Shenandoah Valley to be just a dream. The infrastructure for passenger rail connecting the Shenandoah Valley to the northeast is in place. We need to make sure the rails are preserved until the time the connection happens.

The Virginia Railway Express (VRE) already provides daily passenger/commuter service from Union Station in Washington, DC to Manassas, VA.  At Manassas, the Norfolk Southern Railroad (NSR) splits into the North/South (NS) main line which goes south to Charlottesville,VA and the B line which proceeds west to Front Royal then north to Hagerstown, MD. At Front Royal (Riverton Junction) there is a switch that connects the B line to the Shenandoah Rail Corridor (SRC) tracks. So, the potential exists to not only have commuter service from Northern VA to Strasburg, but also all the way to Harrisonburg, VA.  In fact, the rails south of Broadway, VA continue into Harrisonburg and go right through the James Madison University campus.

Passenger rail service became a priority in VA 2020 with the creation of the VA Passenger Rail Authority (VPRA). According to its website, the VPRA "administers all capital expansion projects, infrastructure, and land acquisitions related to the Transforming Rail in Virginia Program (TRVP), which will double Amtrak state-supported service and increase Virginia Railway Express (VRE) service in Virginia over the next decade."  The TRVP came about with the agreement by Amazon to build its world headquarters in Alexandria.  As part of the agreement, VA Tech will build a satellite campus in Crystal City, VA and the Commonwealth of VA will finance passenger rail service restoration to Blacksburg, VA. In addition, Amtrak service has been expanded to Roanoke, VA with trains increased daily between Charlottesville and Washington, Richmond, VA and Washington, Richmond and Hampton, VA and Petersburg, VA and VA Beach, VA. In addition, passenger service will be established between Richmond and Raleigh, NC. The Commonwealth has purchased the CSX Washington Division line from Doswell to Clifton Forge, the NS (old Virginian) line from Salem, VA to Christiansburg, VA and the CSX X line from Petersburg to Ridgeway, NC (Raleigh).

The Transforming Rail in Virginia Act (TRVA); however, does not include the Shenandoah Valley. Our group has been told

**Continued on page 7**



River Valley Railroad.



PAID POLITICAL ADVERTISEMENT

**Your Voice
Your Vote**

**Restore our
School District**

## Vote Mike Rickard
**for Shenandoah County School Board - District 6**

AUTHORIZED AND PAID FOR BY THE CANDIDATE



PAID POLITICAL ADVERTISEMENT

★★ **JOHN** ★★
# MASSOUD
## Republican for State Senate

AUTHORIZED AND PAID FOR BY THE CANDIDATE

The Freedom Press  |  June 2023

CBS000272

PTX-0308.PDF

# The History of Rails in Shenandoah County

**By Kevin Walker**

On March 2, 1859, the piercing cry of a steam whistle could be heard echoing across Meems Bottom, and from Third Hill to Hell Town, signaling to all that the Railroad had finally reached Mount Jackson. It had been a long time coming, and when it came, the heart of the Shenandoah Valley was connected to the outside world like never before. The Manassas Gap Railroad Company had been chartered by the Commonwealth of Virginia in 1851, and began construction of its line that same year. The work began at the eastern terminus of the line in Alexandria, and progressed westward toward a low place in the Blue Ridge Mountains from which the railroad would take its name. Once through Manassas Gap, the railroad passed through the town of Front Royal before crossing the Shenandoah River, and continuing around the north end of Massanutten Mountain. Beyond the Massanutten lay the town of Strasburg, where the line turned south, and was to continue to its western terminus at Harrisonburg.

Ups and downs with investors, contractor disputes, and construction delays slowed progress. Even with delays, tie after tie was laid on new stone ballasts, cuts were cut; and, fills were filled. The railroad was completed to Strasburg in 1854, Woodstock in 1856, and then all the way to Mount Jackson three years later. As soon as the first train smoked and puffed down the track, the farmers of Shenandoah County brought wagon loads of goods to the nearest station and filled railcars headed east. Cattle by the hundreds were driven to the loading pens, and then into cattle cars to head to new markets that brought new prosperity to the region. The farm families of the Valley were suddenly connected to a world market with much of their grain and stock being transported, first by the new railroad, and then by ship to far off customers once unreachable. Passenger service brought new business as well, with locals, business travelers and tourists all using the line as soon as it was completed. These travelers needed places to eat and sleep, and hotels sprang up near the stations in Strasburg, Edinburg, and Mount Jackson. Wagon and buggy services were created to take people and their luggage from the station to their destination. Resort destinations like Orkney and Cacapon added rooms and amenities, and dozens of other small industries and services grew everywhere the railroad went.

In 1860, Michael Graham was awarded the contract to complete the railroad from Mount Jackson to Harrisonburg. Graham, his wife and children purchased the Central Hotel in town and a sizable house nearby. Graham set about hiring the crews needed to fulfill his contract with the railroad. Supplies and materials were forwarded along the line to begin laying track; building culverts and bridges, with the goal of finishing construction within the next year. By April, work on the grade was completed as far as Timberville, and the trestles were nearing completion. Unfortunately, the outbreak of the Civil War brought work to a halt, and the railroad would not extend past Mount Jackson for another nine years. The enterprising Graham began purchasing horses and loads of straw to sell to the Confederate government. Graham's allegiance to the Confederacy ended with his willingness to profit from their need for supplies and materials. When the Union Army arrived in Mount Jackson, Graham immediately began supplying information to Union commanders by spying and scouting at various times throughout the war for Generals Banks, Fremont, Hunter and Meade. He reported after the war that he had supplied the materials for the construction of the Confederate Hospital in Mount Jackson and submitted a $4000.00 claim for damages to the Federal government to be reimbursed for his losses. The government paid the claim.

Following the end of the Civil War, work began to repair the line; which had been heavily damaged by the armies, and to complete the line to Harrisonburg. This work would continue into the mid-1870's with the railroad once again becoming a major driver of the region's economic prosperity. New Market was the only town along the Valley Pike that was bypassed by the railroad. This was at the request of New Market's town leaders; who were opposed to the railroad on the grounds that the noise would bother the citizens of the town, and scare milk cows into reduced production. Town officials felt that these concerns far outweighed any economic benefits that the railroad could ever bring to New Market. The vocal opposition drove the miles westward, and along with it, all the economic benefits and growth that followed the line. In 1876, a derailment on the Narrow Passage Bridge sent a train over the edge and it plummeted more than 180 feet to the creek bottom below. The mangled wreck of twisted iron and wood was littered with the bodies of cattle, and passengers, and represented one of the worst railroad disasters in Virginia history. The bridge was in the process of being rebuilt at the time of the accident. The new bridge was completed; service resumed; and continued well into the 20th century.

Passing through several hands the railroad became part of the Southern Railway and would haul passengers, freight, cattle and loads of limestone from the quarries that developed along the line. Civil War Veterans, touring groups, fraternal organizations and family tourists came by the thousands each year to explore the Valley, its natural beauty and history. By the late 1940's, the steam engines on the line were replaced by new more powerful and dependable diesel locomotives. Passenger travel slowed as bus service along Route 11 became a more economical and expedient option for travelers, and reliance on the automobile became more universal. The last passenger trains stopped running the line in the early 1950's, but freight service continued in earnest, and to the advantage of the county's economy for decades. The last long line train to run the line was the Valley Queen. She rumbled over the rails between Strasburg and Harrisonburg daily, taking about 12 hours round trip with a maximum speed of twenty-five miles per hour out of town, and 8 miles per hour through the towns.

When the corporate merger created the Norfolk Southern Railway (NSR) the line came under the care and operation of the new company and was one of three parallel lines that the company now owned. The company's business model put a heavy emphasis on intermodal traffic and long-distance shipping. This focus and the redundancy of the line resulted in less and less investment by NSR. Higher shipping rates and less service drove customers away from the once vibrant railroad. By 2020, the last rail cars were removed from the line and service was discontinued. At the same time short line service immediately north and south of this line is booming and the economies in those areas are showing positive results. Rail transportation, and this particular railroad, have seen many changes through the years; periods when the line was operable and periods when it wasn't. Its bridges have been burned and rebuilt; its track upgraded and its ties replaced. The line has seen triumph and tragedy, great warring armies and peacetime recreational travelers. What has remained constant is the line's importance to the future of the region. Every generation has returned to the railroad for its own use, reviving the rails and along with them the economy of Shenandoah County.

## The Right Questions for Rails With Trails

**Continued from page 4**

estimating the resumption of operations on this rail corridor, and these costs are substantially less than the state's estimates to remove the rails and build a trail. Additionally, many of these restoration costs will also support construction of the adjacent trail for increased efficiencies. Finally, a key cost consideration is the source of funding to complete the project, assuming the state purchases the corridor. The trails approach is to pursue a large amount of additional state funding placing the burden on taxpayers. While the Rails With Trails concept will leverage readily available federal grants for rail maintenance, private investor funding, and a much smaller amount of state funds. This will result in a public/private model providing the best value for taxpayers.

What does our comprehensive plan envision?

Shenandoah County's Comprehensive Plan provides a roadmap for balancing economic development and land use issues while retaining the rural and scenic attributes of our County. The chapter on economy states "Economic opportunities will exist in technology, manufacturing, agriculture, small business, tourism and business innovation in a rural, historic, environmentally conscious area of the Commonwealth attracting, encouraging and balancing population growth with ever improving educational, recreational and governmental service."

How will Rails With Trails provide the maximum economic impact for Shenandoah County?

Of course, we should preserve our agriculture and tourism sectors, but attracting technology, agricultural and light manufacturing industries will provide the county with a much needed, balanced tax base to reduce an over reliance on property taxes. The geography of this rail corridor is very relevant – it passes through 3 industrial parks, adjacent to 11 "rail-ready" existing industrial sites, and near 10 workforce-rich communities. From a demand perspective, the SRC coalition already has significant freight commitments from existing businesses. Imagine the economic and overall quality of life impact from adding well-paying jobs with benefits to existing industrial zoned areas preserving our rural vistas; increasing our tax base; shortening commutes; and, moving freight traffic off our congested highways and interstate.

What Virginia policies are important to the Rails With Trails discussion?

Revitalizing this rail line directly supports both the site development and transportation elements of Virginia's "Compete to Win" economic development policy while leveraging the Shenandoah County's strategic location to major markets and the Virginia Inland Port. The Virginia Statewide Rail Plan's policy to "Prioritize the preservation of rail right-of-way for rail and transportation use while facilitating proposals for co-located recreational uses as appropriate" is in direct alignment of the Rails With Trails concept. Finally, the larger Shenandoah Valley is "an important example of a large cultural landscape, with an intact geography of the same ridges, road, farms, towns, and rail lines that made the Valley strategically important during the [Civil] War". Rails With Trails will integrate with the historic resources along this rail corridor and provide a full range of expanded tourism opportunities which include not only a trail, but also a scenic railroad and pedal powered rail bikes.

Are there examples of similar projects restoring a rail line to freight service?

Yes, there is a short line railroad near Staunton which started on 20 miles of abandoned (PLEASE CHECK WITH MARK DOTSON ON THIS) track which now ships 2,200 cars of poultry feed, stone, fertilizer, fuel, lumber, and rock salt on a yearly basis. This short line

**Continued on page 8**



**THINKING OF SELLING OR BUYING?**

CALL YOUR LOCAL SHENANDOAH COUNTY REALTOR

**CRYSTAL FLEMING**
**LICENSED REALTOR in VA**
**540-287-7722**

BRIGHTMLSHOMES.COM/CRYSTAL-FLEMING
CRYSTALFLEMINGHOMES@GMAIL.COM

**SKYLINE TEAM REAL ESTATE**
**WOODSTOCK, VA 22664**

SOLD



## YOU ARE WANTED!

Over the past two years a small group of concerned citizens came together to address what we felt was poor, politically-driven decision making by our Superintendent and School Board. An information sheet named THE FREEDOM PRESS was founded, and we named ourselves Coalition for Better Schools. We have worked hard, donated our own resources, and believe we have made a difference.

What did we do? We highlighted poor, if not outrageous, hiring practices by our school system. We highlighted operating inefficiencies, we showcased misallocation of funds where administrative expenses were running ahead of our teachers' salaries and benefits, and we showed how political philosophies were taking precedence over our local history -- and the entire system was being governed by a School Board that was not governing.

And it all started when we were incensed that our own school names were changed to cancel the legacy of our ancestors in order to satisfy the political whims of our School Board and Superintendent. This, without any advice, input, or opinion from the students or public.

What happened? All three of the School Board candidates who challenged the incumbents this past Fall were elected, and we have a new Superintendent who is an education professional, dedicated to analytical and thoughtful decision making. We believe Coalition for Better Schools HAS made a difference.

Now, we are in an environment of aiding and assisting the Superintendent and School Board in rebuilding our system; providing more resources to our teachers, trimming inefficient staff, and boosting morale. For these continuing tasks, we need your help!

We can continue our work only with your support. We want to continue our research work, as well as continue publishing THE FREEDOM PRESS.

### Join us!  Here's how to help

- Donate what you can to defray our expenses. Each issue is expensive! Send your checks made payable to THE FREEDOM PRESS, to P.O. Box 854, Mt. Jackson, Va. 22842.
- Volunteer! THE FREEDOM PRESS needs capable writers, researchers, layout specialists, and copy editors. Let us know! Send a brief note to: fpmedia62@gmail.com
- Send us your opinions and ideas. In our next issue we will be launching an OPINIONS page!

PAID POLITICAL ADVERTISEMENT

# Timmy French

**CONSERVATIVE FARMER FOR STATE SENATE**

## Republican Timmy French will stand up for conservative values:

- Restore discipline and respect to our schools.
- Defend Agriculture and rural communities.
- Return tax surpluses to working families.

Authorized and for by Paid for by Timmy French for State Senate

CBS000273

## The First and Last Mile of American Rail Freight

Continued from page 5

tronic world much faster than the car moves through switchyard after switchyard.

Coming out the other side of all the noise in another region of America, our carload of freight arrives on the inbound interchange track of another short line. It could be hotly anticipated, or it could be a surplus load that needs to sit for a while before it's unloaded. The short line operator has more than likely anticipated this and prepared to store the car or expedite its movement which is far different than the Class 1 railroad. Such introductions from a Class 1 railroad would usually come in the form of a storage bill months after the fact.

Smooth delivery isn't all a short line has to offer. For smaller customers (those shipping under 500 car loads a year) they can act as an advocate to the larger railroads. Short lines have some say in setting the rates for the car movements over their own railroad, but they also can use the aggregate of their business to get attention from the larger railroads. If a shipping rate is out of line on a Class 1, a short line shipping a total annual volume of 2000 cars has more of a chance getting a Class 1 to listen to it than a customer shipping 100 cars. Going to the table with such an expanded customer is what keeps the businesses off the highways.

Short line railroads have been operating in one form or fashion since the beginning of railroads. They are usually products of the unique economic conditions found around them. They are the railroads that don't hide behind large buildings in Georgia, Florida, Nebraska, or Texas. They don't run 2 mile long, 70 mile per hour freight trains. They run trains that serve customers and build relationships. They even find the time now and then to chase a cow back into the field. Short line railroads are not the embodiment of the old TV series, Petticoat Junction, but sometimes they're not that far off…

**Scan the QR code for more information on saving the rails in the Shenandoah Valley.**



## Partnership Meetings

The Shenandoah Rail Trail Partnership has been holding public meetings around Shenandoah County to inform  people of the proposal to turn the 48 mile Norfolk Southern owned rail corridor into a recreational trail. Controversy erupted  during the Town of New Market's meeting. As the speaker from the Shenandoah Alliance was in the middle of her presentation, feedback from the crowd momentarily diverted the attention in the room. Directly after she hade mentioned "overwhelming community support" several people voiced their opinions from their seats in the audience in direct contrast to this.  One man stood up and loudly voiced his opposition to the railroad being turned into just a trail.  Many others in the audience expressed their support of his sentiments and reluctantly quieted down to allow the presentation to be completed.

Overall, the presentation was not extremely informative in regards to details on the Rails to Trails Project. Instead, it provided an overview of the endeavor and had some data from Virginia Department of Transportation surveys and studies on the feasibility of the project. There were more questions than answers, it seemed, for most of the audience after the speaker finished. With no time given for public questions or comments, citizens were directed to go to one of the half dozen tables around the room with displays of maps and information on the Trail Project  and the organization itself.  Each table was staffed by Rail to Trail volunteers and a few representatives from VDOT. Those stations offered little more in specific details, however a comment sheet was available to those who wished to leave commentary.

Brandon Davis, the Executive Director  of the Northern Shenandoah Regional Commission and spokesperson of the Shenandoah Rail Trail Partnership was clearly surprised by the interruption of the program. "We certainly did not expect that", he stated. I asked if this type of community reaction had occurred in previous meetings and he shook his head no.

Davis said that,  the Partnership has been working on the project for quite a while and that it was far from complete and that there is not a definite amount of money appropriated by the   Commonwealth of Virginia to purchase the rail corridor itself. "Only some of that money will come here". When asked how much, he said he, "did not know."

Dr. Donald Hindman was a volunteer at one of the tables and fielded many questions from local residents in regards to the trailas I waited to speak to him. When he was asked who would maintain and fund upkeep of the trail, he replied that they, "weren't sure yet." Hindman, a former emergency room physician spoke enthusiastically about the health benefits of the trail. Stating that, "he wanted to see kids utilize the trail to get to and from school."

There were also some people in the audience who were in support of keeping the rails and adding a trail alongside the tracks. Davis had no comment when asked if his partnership had met with the group suggesting the alternative idea. Two Amish farmers, Silas and Abraham, rode their bicycles all the way from Fort Valley to voice their personal wishes to keep the rail system intact. Silas said that "the rails were part of Shenandoah County history and should be restored and reused." His brother followed up by saying that, "rails could increase tourism," and help "keep open land in the area."

There definitely was much left to be answered in regards to details after the meeting in New Market, and the next week, I visited the next public meeting in Mount Jackson.  Before the meeting there were a few dozen people toting "Save the Rails "signs outside and providing information on the alternative movement to utilize both the rails and an accompanying trail.  Noticeably in attendance were the two Amish gentlemen who rode in a few minutes before the meeting started.

Steve Hollingsworth of Woodstock said that, "many successful examples of  rails and trails exist around the country," and added, "that tearing up the rails would be a big mistake." He wasn't alone in that sentiment judging from the people outside rallying to keep the railroad.

Information on both ideas can be found via ShenandoahAlliance.org and Shenandoahrailcorridor.org.

*Mike Scheibe*
*-New Market, VA*

## Preserving Access to Passenger Rail

Continued from page 5

by the VPRA that the Shenandoah Rail corridor is not in the purview of the VPRA. The Commonwealth of VA is, by statute, not interested in passenger rail west of the Blue Ridge. It is up to us to preserve the rails. Once they are taken up, they will never be put back.

We have history to teach us. Let's look back to 1970 in Northern VA. The Washington & Old Dominion Railroad (W&ODR) operated from 1855-1968. It provided freight and passenger service from Alexandria to Bluemont, VA. Because of neglect and mismanagement, the Interstate Commerce Commission (ICC) ordered the W&OD be sold. Two parties were vying for the railroad. The Commonwealth of VA needed a portion of the right of way for highway improvement and had made a deal to sell the remaining right of way to VA Power (now Dominion Energy). The other party was Loudon County and the W&OD Users Association. This group wanted to preserve the railroad as a transportation corridor concentrating on commuter service but preserving freight as well. At that time, projections showed the tremendous growth that was soon to happen. This was also the time that the Washington Metro System was in its planning stages. Dulles Airport, to which the W&OD had hauled aggregate during its initial construction in the early 1960s, was only two miles from the railroad.

The Commonwealth bought the corridor and the tracks were removed.While a successful bike/pedestrian trail was built on a portion of the corridor, the huge mistake made to remove the W&OD rails has recently become crystal clear with the 7 billion dollars taxpayers spent to build the Silverline Metro connecting Dulles Airport to Washington, DC.  Let's not make the same mistake.

PAID POLITICAL ADVERTISEMENT

# BERGIDA
## VA SENATE

☑ Valley-Raised, Conservative Educator
☑ Solutions-Driven Republican

**Call James today! 540-686-1520**

**Learn more at JamesBergida.com**

Paid for by Bergida for Virginia



# JON HENRY
## GENERAL STORE
est. 2018

# 40% Off Silly Socks*
* Expires August 1, 2023. Bring this coupon

## Open Daily 9-6
## Downtown New Market



*He causes the grass to grow for the cattle, And vegetation for the labor of man, So that he may bring forth food from the earth.*
*Psalm 104:14*

f LIKE US ON facebook

# Daryl Bowman Livestock, Inc.

*Owned & Operated by Daryl & Tara Bowman*

**Licensed & Bonded Livestock Broker**
**Order Buying, Weaned & Vaccinated Cattle**

## Daryl Bowman
## 540-325-8255

### 2828 Fairview Road
### Woodstock, VA 22664

www.darylbowmanlivestock.com
daryl@darylbowmanlivestock.com

**CBS000274**

# The Blacksmith

A profession that is one of the oldest in the world, dating back over a millennium, it is rarely seen in action in the modern-day world of today. However, they are still around, and here in Shenandoah County, in the hidden gem of Fort Valley, resides Dennis Clem, owner and founder of Cedar Creek Blacksmithing LLC.

How does one even know where to start the ancient artisanal skill of Blacksmithing? Dennis's story begins over five years ago while researching history of the Clem family. He discovered that he had an ancestor, A.W. Clem, who served with the 12th Virginia Calvary during the Civil War as a blacksmith. A.W. Clem's son, and as well as Dennis's Great Grandfather, Richard Clem, were also blacksmiths in the Shenandoah Valley, but after Richard, the trail of blacksmiths in his family just suddenly came to a halt. Being at a crossroads in his life at the time, Dennis decided that he would pick up the craft again and "keep the trade going" through his family line. He started by taking a few classes in West Virginia on how to blacksmith, and shortly afterwards Dennis began his own business in 2018, naming it Cedar Creek Blacksmithing, after his childhood home living near the Cedar Creek Battlefield in southern Frederick County. He started out with his great grandfather's forge, which until recently, he was using to blacksmith. "Even though I didn't know my great grandfather, the forge was an item that made me feel connected to him and those before him who were also blacksmiths. Blacksmithing is something I really enjoy doing now, and in many ways, it keeps history alive."

Starting out with his business, "I was making a lot of hooks in the beginning" he said, "and would experiment on how to improve items such as trivets and bottle openers." Proving that blacksmithing can also be artistic in addition to practical, he adds decorative metal leaf motifs on wall hooks, and even freestanding roses and daylilies, making the perfect long-lasting gift for a loved one. "I also can make hardware for just about anything one may need. I have just recently finished all the custom made hardware for a new horse barn that is being built here in Shenandoah County--down to the last horse-shaped door hinge." Historical reproductions are something else Cedar Creek Blacksmithing LLC has to offer, anything from knives and cookware for the hearth.

Reaching out beyond his business and into the greater community, Dennis also volunteers at historic sites and with preservation groups such as Cedar Creek Battlefield Preservation (Foundation?), Belle Grove Plantation and Shenandoah Valley Battlefields Foundation. "There are occasionally kids camps, or field trips at these historic sites and I enjoy teaching the next generation about blacksmithing." Working at one of these events a young child came up to Dennis and inquired why he was blacksmithing, and continued to tell him that his father told him that there was no use for people like Dennis anymore in today's world. That was really concerning for Clem, he stated that; "This is one of the reasons why I want to come out and demonstrate to the public, as an educational interpreter. We live in a world where we can essentially order everything online with a click of the button. Fewer things are made by hand and more things are machine made. While products made from a machine can be wonderful and keep the cost of goods down, it doesn't make up for when or if we will ever need to know this knowledge by hand. We are losing our connection to our past in many ways, and I find it rather concerning."

One of the most common misconceptions about being a Blacksmith is being asked if he works on horses. "I have never worked on a horse in my life," he replied. He goes on to say that historically speaking, while a Blacksmith could make and shoe horses if it was necessary, it was primarily a farrier's job to properly shoe a horse. "A farrier was the traveling veterinarian of the day and could properly diagnose a horse to what type of shoe would be needed from a blacksmith, and then they would mold and tamper with the shoe to make it fit." Dennis explains. Today blacksmiths and farriers operate in very much the same manner as they did a hundred years ago.

Working out of the blacksmith shop that he built last year on the small farmette that he shares with his wife and their two daughters, he explains the future of his business. "The girls are still too young to help much, and it is extremely dangerous, but sometimes I will let them push the handle to the blower that pushes air up from my forge to keep the coals hot enough to heat the metal at the right temperatures." His wife also helps in the forge, especially if there is a job requiring a second pair of hands. "My wife was out here over the winter holding the ends of tie rods being made for a historic barn in Maryland, while I was heating one end and hammering out an eyelet to 16-foot 1 inch steel bars." It was work that was mandatory to have a second person in helping. Having the family involved in some way when they can is very important to him, as it ensures that the knowledge of being a blacksmith will move into the next generation in the Clem family and hopefully stay in the family this time.

Cedar Creek Blacksmithing is a true example of a home grown, local, family business in our beautiful community

For more information please visit www.cedarcreekblacksmithing.com

Or contact via email ccblacksmith2018@gmail.com



**Dennis Clem at work.**

---

# *Public School Budget Amendend without Due Process*

**Continued from page 2**

April 27 School Board work session. District 5 Member Brandi Rutz had a different view on the issue. She stated that" we have procedures and while I can appreciate there are folks that are Ok with Mr. Helsley falling on his sword because he wants to go to bat for them, we have procedures. We have it for a reason. She said three years ago this Board changed the names of schools in eight days; it cost the taxpayers $350,000 and they are still ticked off about it. She said we are paying back the IRS $140,000 for money that we took erroneously, again under the pretense that it is probably going to help our employees. She said at what point do we do the right thing?"

Cyndy Walsh voiced "that she thinks the Board of Supervisors took her public comment from the hearing and took what Marty (Mr. Helsley) was saying and put it together. She said that neither one of them asked the Board of Supervisors to do that. She said the only comments she made were in public. It was at the public hearing and then it was at our Board meeting when she asked whether the step had been left out unintentionally. That was it; it was just one of those things that happens. She said there was no conspiracy. She said there was no "us" talking in the background and making a deal. It just happened". The confusion seemingly began after The SCPS Board voted for a 6% flat pay increase with no step raise included. After the vote, Cyndy Walsh had asked about the step increase being left off mistakenly. School Board Member Kyle Gutshall had suggested it may have been left off inadvertently. However, there was no formal motion or discussion of making any change to the adopted budget. This is when the controversial and independent actions by Helsley ensued. Board of Supervisors Chairman Karl Roulston said that Helsley had texted asking him to call Helsley and that when he did, that they discussed an increase in the SCPS budget in order to increase the pay further than what had been asked for. "A step increase was not discussed, however", stated Roulston. Mr. Roulston did bring up the step increase when asking the Board of Supervisors for the $661,000.00 needed to fund the increase and implied the School Board had mistakenly left off the initial request. During the April 18 meeting, Roulston and Pollack jousted and argued over comments and due process. (The entire meeting can be viewed on the Shenandoah County Board of Supervisors website). The process was hurried according to Roulston in order to make sure that the budgets were finalized before the county tax bills were to be sent out. Had stated that there was "No ill intent" and that he felt " it definitely could have been handled better". Supervisor Tim Taylor said exactly the same thing adding that "we continue to learn and will handle things better in the future".

District 1 School Board Member and Vice Chair, Dennis Barlow commented that" it was hammered into us that we do not act as separate entities on the Board. He said," we make decisions as a group and then those decisions are enforced. We were told many times over that we, especially the chairman, have to keep that concept of neutrality and keep that concept of uniformity, foremost. There was enough time to call a separate meeting. There was time to call us and talk to us, but he did not hear about this until it was a done deal". That certainly shows how certain School Board Members were left out of this process. A process that in the end is being paid for by the taxpayers of Shenandoah County.

Regardless of the confusion, the variance from procedure and dissension amongst elected board members, the Shenandoah County Public Schools were given the additional funds which resulted in an overage of their requested budget of $89,000.00. Superintendent Melody Sheppard reports that those excess funds have not been destined for a specific purpose as of yet.

---

# Cato's Letters

**Continued from page 3**

ourselves from these horrors is absolutely necessary.

Millions of undisclosed properties have been lost and more millions of real property plundered from the honest and industrious. Given to charlatans, pick-pockets, unsavory business dealers and scheming politicians who cavort with this sort. Shall these defrauders be allowed to enjoy their plunder? Shall the losses be drawn out of other men's estates who are in no way responsible for such mischief? Must we prostitute the public honor of the nation to draw in other people, such as unaware taxpayers, to take the bold bargains of rash men and deceived men off of their hands? If none of these methods are taken, our unknown friends must deal with their loss or the traitors be forced to pay.

If they make new schemes, or diversify the old ones until doomsday, there will be no paying millions in losses without having millions to pay for it. The payment, therefore, will either be a real payment or a sham payment. In thistle case, caveat emptor (let the buyer beware) as it always should be, is the general rule of business bargains and stock sales.

If we have any state-financial-chemists who have art enough to make millions evaporate into smoke, I must doubt their skill at consolidating smoke into gold.

I hope that I shall not be misunderstood by what I have said, nor do I oppose any integral or moral attempt to redeem us out of our present wretched condition. On the contrary, I shall be the first to vote for any man who can strike out an honest, skillful and expedient plan, for our recovery, who may make himself a statue of gold. I admit it is far past my own skill and I am no candidate for the golden statue.

Through this essay, I would caution my countrymen not to be caught again in a new snare of webs. As to the losers, they have not a great deal to expect and I can say no more to them here. In the countries where this nefarious plague rages, the preservation of the whole populace is the principal care. The infected are, for the most part, left to take care of themselves; and, I never heard it suggested that millions of people ought to be exposed to the contagion of that distemper in order to preserve but a few individuals.

–Signed,
*Cato*

Written almost 300 years ago, yet still pertinent today.

---

# *Questions*

**Continued from page 6**

improves not only their customer's freight rates across all shipping modalities, but also removes 7,700 trucks from our roads. SRC's vision includes a scenic railroad operation – the Virginia Scenic Railroad (VSR) in Staunton is expanding their sold-out dinner excursions which brings significant tourism and small business spending to the region.

I've lost count of the number of citizens, local and state elected officials, and state administrators who've commented that preserving rails and building a trail is "common-sense". Shenandoah County is fortunate to have citizens who value balanced, common-sense solutions. I urge you to consider the questions you may have on how our rail corridor can impact the trajectory for future generations and discuss the topic in a civil manner with your friends and neighbors.

Written by Mark Dotson, Shenandoah County Planning Commissioner.



# We Now Offer
# Advertising

**Advertise in the Freedom Press**

**We mail to every address in County!**



**For Rates and Details Contact:**
**FPMEDIA62@GMAIL.COM**



## The Freedom Press, LLC

🐦 @FreedomPressNe1
f www.facebook.com/FPShenco/
✉ Fpmedia62@gmail.com.

fpmedia62.wixsite.com/thefreedompress

If you are interested in helping us to continue our efforts to improve our county's schools and to bring you information via the Freedom Press and our Social Media presence, please send your donation to:
**Coalition for Better Schools**
**PO Box 854**
**Mount Jackson, VA 22842**

*We thank you for your continued support!*

*Please direct any questions to The Freedom Press by emailing: Fpmedia62@gmail.com* | fpmedia62.wixsite.com/thefreedompress

The Freedom Press | June 2023

8

CBS000275

PTX-0308.PDF

Page 8 of 8