Plaintiff's Exhibit

PTX- 0249

Case No. 5:24-cv-00040-MFU-JCH

# EXHIBIT 8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE
NAACP, *et al.*,

       Plaintiffs,

       v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

       Defendant.

Case No. 5:24-cv-00040

## DECLARATION OF DR. AMY BASS VERIFYING EXPERT REPORT

Pursuant to 28 U.S.C. § 1746, I, Amy Bass, state and declare as follows:

1.      I have prepared an Expert Report in this case.  Attached hereto as Attachment A is a true and correct copy of my Expert Report.

2.      My Expert Report accurately states my opinions in this case and the grounds for my opinions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 4, 2025.

_____

Amy Bass

*Virginia State Conference NAACP et al. v. County School Board of Shenandoah County*
Dr. Amy Bass Expert Report

## I.        Experience and Qualifications

I am Professor of Sport Studies at Manhattanville University in Purchase, NY, where I chair the Division of Social Science & Communication in the School of Arts & Sciences, which includes Sport Studies, Psychology, Sociology, and Communication and Media Studies. Additionally, I serve as Manhattanville's Faculty Athletics Representative (FAR) to the National Collegiate Athletic Association (NCAA). My scholarship and teaching focuses on the intersection of sport, culture, and politics. Additionally, I have expertise in African American history, gender equity, identity politics, and sport culture and ethics.

I hold a Bachelor of Arts in History from Bates College and a Master of Arts with distinction in History from Stony Brook University. I received my Doctor of Philosophy with distinction in History with a comparative field in Cultural Studies from Stony Brook University.

I am a member of the American Studies Association (ASA),[1] a founding member of the ASA's Sport Studies Caucus, and a member of the American Historical Association (AHA). I currently serve on the Editorial Board of *Race & Sports* at the University Press of Kentucky, and serve as Editor of *Sporting*, a book series at Temple University. Last year, I received a three-year grant from the National Endowment for the Humanities as Project Director of "Sport Studies in the 21st Century: Amplifying the Latinx Experience in Curricula, Conversation, and Community," and am Principal Investigator for the Women's Sports Foundation's report on the 2024 Paris Olympic Games.

My published works include *Not the Triumph but the Struggle: the 1968 Mexico City Olympic Games and the Making of the Black Athlete*, which locates the Black Power action taken by U.S. athletes at the Olympics within the context of civil rights movements and *Those About Him Remained Silent: The Battle over W.E.B. Du Bois*, which explores conflicts over the legacy of Du Bois in his hometown of Great Barrington, Massachusetts, including a recent controversy over the naming of the local public schools in his honor; the book received Honorable Mention from the National Council on Public History. My most recent book, *ONE GOAL: A Coach, A Team, and the Game That Brought a Divided Town Together*, which received a Kirkus star, was named a best book of 2018 by the Boston Globe and Library Journal, and deemed "required reading for coaches, teachers, and those working with diverse populations" by Publisher's Weekly, explores the critical role the boys' high school soccer team played in a Maine community dealing with an intense influx of African refugees, demonstrating how sport can help bridge a divided community and revealing the cultural impact of interscholastic sport writ large, especially in contexts related to identity politics and social justice.

A copy of my curriculum vitae is attached as Exhibit A.

My understanding is that the claims of the lawsuit center on the violation of student rights at two schools named for Confederate figures in Shenandoah County, Virginia. I understand that, at the high school in particular, students have challenged the fact that they must participate in sport—and other activities—as the Stonewall Jackson Generals because it makes them enforce a pro-Confederate, White supremacist ideology and because, in short, these students are compelled to promote racist and pro-segregationist messaging connected to the Generals' namesake. I also understand that the students have challenged the fact that they must attend these schools as discriminatory because these schools were segregated at their founding, and the names are markers of the vestiges of segregation and impact their ability to receive an equal education.

---

[1] The ASA is the oldest and largest scholarly organization dedicated to an interdisciplinary study of American culture, history and community. It supports and promotes original scholarship and public dialogue about the United States, both domestically and internationally, publishes American Quarterly, and holds a prestigious national annual conference as well as caucus and regional meetings.

I am being compensated at a rate of $200 per hour, plus reimbursement for any reasonable expenses incurred, for the review of records and report generation.  In the past four years, I have not testified as an expert in trial or by deposition.

I have reviewed various documents and resources, a list of which is attached as Exhibit B, as well as images and documents provided, attached as Exhibit C.  I reserve the right to supplement my opinions based on my review of additional relevant materials if such become available.

## II.     Analysis

### A.     Introduction

The continued use of Confederate symbolism in the United States has been contentious.  The arena of high school sports reflects this, particularly in terms of the potential impact of these symbols on both school culture and community identity.  While some might find such symbols to represent benign notes of nostalgia, others deem them as offensive.  As such, a school risks alienating students, weakening team cohesion and morale, potentially discouraging some from joining a team at all, offending opposing teams, and alienating fans.  While some have defended these symbols as part of local, regional, and national heritage, arguing against the so-called erasure of history, increasingly the tide has seen persuasive arguments as to how such symbols perpetuate racial exclusion, social division, and educational inequity.  With specific reference to team sports, Confederate symbols impact students' ability to participate in and benefit from sports, racial tensions of team dynamics, and institutional and community reputation.

### B.     Sport and extra-curricular involvement benefits students' academic and personal growth.

Even in the earliest grades of primary school, participation in sport plays a central role in preparing children for academic success and lifelong well-being.  Numerous studies have found that participating in sport provides comprehensive physical and psychological benefits to K-12 students that lead to an overall improved social well-being.  These benefits include enhanced physical health and somatic competence[2] as well as improved cognitive performance, problem-solving skills, time management, and academic achievement.[3]  Sport environments provide opportunities for children to learn crucial life skills, such as respect for rules, discipline, and conflict resolution.  As well, sport helps create better social-emotional outcomes, giving students a higher level of self-esteem and sense of belonging; promotes reduced levels of anxiety, depression, and feelings of isolation;[4] and provides communication and leadership skills that lead to more positive peer relationships and a greater degree of social integration.[5]

Understanding the import of school-aged children's engagement in sport is made further clear by drawing on established arguments in the growing field of sport ethics, which emphasizes how in addition to the intrinsic joy of participation, the moral, social, and educational value of sport underscores its importance for school-aged children.  As a powerful tool for character development, according to sport science professor Scott Kretchmar, sport provides a unique space in which competition, teamwork, and fair play builds virtues such

---

[2] Strong, W. B. et al., "Evidence-based physical activity for school-age youth," The Journal of Pediatrics (2005), 146(6), 732-737.
[3] Donnelly, J. E. et al., "Physical Activity, Fitness, Cognitive Function, and Academic Achievement in Children: A Systematic Review," Medicine & Science in Sports & Exercise (2016), 48(6), 1197-1222; Singh, A. S., et al.; "Effects of physical activity interventions on cognitive and academic performance in children and adolescents: A novel combination of a systematic review and meta-analysis," British Journal of Sports Medicine, 46(7), 498-503.
[4] Eime, R. M. et al., "A systematic review of the psychological and social benefits of participation in sport for children and adolescents: Informing development of a conceptual model of health through sport," International Journal of Behavioral Nutrition and Physical Activity (2013), 10(1), 98.
[5] Fraser-Thomas, J. L., Côté, J., & Deakin, J., "Youth sport programs: An avenue to foster positive youth development," Physical Education & Sport Pedagogy (2005), 10(1), 19-40.

2

as perseverance, honesty, and courage—all things that are part and parcel of the concept of sportsmanship.[6] In navigating the rules of sport, students deal with ethical dilemmas—cheating, mutual respect of opponents, finding redemption after defeat—that nurture moral growth, a critical aspect of holistic education.  In this vein, then, sport should be considered a complement to traditional classroom learning, as the skills it helps foster through experiential lessons in conflict resolution, teamwork, and leadership are fundamental to a student's overall social and emotional growth.  It also plays a significant role, as posited by sport ethicist William J. Morgan, in promoting social cohesion and democratic values, making it valuable to the community writ large.  Participating in sport helps people cultivate respect for fairness, especially in youth sport, which emphasizes and prioritizes teamwork and cooperation, empathy, a sense of belonging, and mutual respect.[7]

A rights-based approach to athletic participation, endorsed by international bodies such as the United Nations and the International Olympic Committee and state bodies such as the Connecticut Interscholastic Athletic Conference, mandates that everyone, especially children, can and should have the opportunity to fully participate in sport safely and equitably without discrimination or exploitation.  This approach is articulated by The Aspen Institute—and endorsed by over 60 sport organizations—in the "Children's Bill of Rights in Sports," which argues that "sports participation is one of society's best tools for addressing a range of larger challenges—from obesity prevention to cancer risk reduction, gender equity to the social inclusion of people with disabilities, racial bias to the restoration of civic trust across communities."[8]  Per the "vision" outlined on its website,[9] the Virginia High School League (VHSL), of which Shenandoah County schools are members, reflects this approach and these values.  Among its many stated beliefs, it affirms that "competition is desirable in a democratic society;" "good sportsmanship, fair play, honesty, and respect for others shall be evident in all participants at all levels of competition;" and that "the scope of sponsored activities educate our youth to the need for trained minds and healthy bodies."[10]  Additionally, in a second set of beliefs, the VHSL avows it will provide "educational opportunities for students beyond the classroom" with an emphasis on "fairness and equity" as well as "personal growth."[11]  It believes in "offering opportunities for students to develop teamwork and leadership skills, promoting sportsmanship, ethics, and integrity, building better citizens through student activities."[12]  The VHSL handbook contains similar acknowledgements, outlining in its by-laws a "Mission and Vision for Racial and Social Awareness" that states "The VHSL membership is committed to equity by requiring non-biased, fair, and non-discriminatory actions, decisions, and treatment of all people who interact in VHSL sponsored activities."[13]  The mission statement goes on to assert its membership "will provide an environment that respects every individual regardless of race …"

The inclusion—indeed, the very presence—of Confederate names in interscholastic sport can discourage participation, impacting the ability of a student to identify and participate with a school team.

### C.    Team names, mascots, and symbols play a fundamental role in sport.

"A group's symbols serve two fundamental purposes," writes sociologist Stanley Eitzen.  "They bind together the individual members of a group, and they separate one group from another."[14]  In interscholastic sport,

---

[6] Kretchmar, Scott, *Practical Philosophy of Sport and Physical Activity* (Human Kinetics, 2005); Reid, Heather, *Athletics and Philosophy in the Ancient World: Contests of Virtue* (Routledge, 2012).

[7] Morgan, William, *Why Sports Morally Matter* (Routledge, 2006).

[8] See Right to Play, https://righttoplayusa.org/en/; Connecticut Interscholastic Athletic Conference 20024-2025 Handbook, https://ciac.fpsports.org/resources/Resources/Handbook.pdf; Lord, Janet E. and Stein, Michael Ashley, "Social Rights and the Relational Value of the Rights to Participate in Sport, Recreation and Play," Faculty Publications (2009) 108; "Leading Organizations Endorse Children's Bill of Rights in Sports," The Aspen Institute, August 16, 2021, https://www.aspeninstitute.org/news/childrens-bill-of-rights-in-sports/; "Children's Bill of Rights in Sports," https://projectplay.org/childrens-rights-and-sports.

[9] See the VHSL home page, https://www.vhsl.org/about-vhsl/.

[10] *Id.*

[11] *Id.*

[12] *Id.*

[13] See the VHSL Handbook and Policy Manual 2024-25, p. 11, https://drive.google.com/file/d/1KqfNQfeuag0NfsMyfpG4zvRWsUZTvNK6/view.

[14] Eitzen, E. Stanley, *Fair and Foul: Beyond the Myths and Paradoxes of Sport* (Rowman & Littlefield, 2016) 48.

3

this becomes more imperative.  As Eitzen argues, the import of team names and mascots goes beyond mere labels.[15]  These names can carry significant cultural and historical meaning, functioning as marks of identity, unity, and tradition on many levels—for the team, for the school, and for the region in which the school resides, serving as connectors that enable a sense of belonging and pride for members of the community. There is perhaps no greater example than that of the Permian High School Panthers in Odessa, Texas, made famous by Buzz Bissinger's book *Friday Night Lights,* as well as the film and television iterations.  Bissinger vividly demonstrates the overt investment in the Panthers that grips Odessa, a boom or bust oil town that built a multi-million-dollar football stadium to accommodate some 20,000 fans, all adorned in the "mojo merch" that is available on PHS's own website (as well as many others), that show up to watch the teenagers play.[16]

Team names are especially important for primary, middle, and secondary schools, which can be tightly connected to their communities because of the central role that students and families play in school culture. Mascots and team names help shape school identity and school pride for these students and families, as well as foster community spirit, as outlined in the Department of Education report, "More than Mascots."[17]  The role of these symbols is especially important for student-athletes, their teams, which rely on a shared sense of purpose—teamwork—in order to be successful, and their fans.

However, as Eitzen notes, "although school names and other symbols evoke strong emotions of solidarity among followers, there is also a potential dark side to their use," particularly when they "dismiss, demean, and trivialize marginalized groups, such as African Americans, Native Americans, and women."[18]  Rather than create unity for a school and/or a community, such symbols, Eitzen continues, "serve to maintain the dominant status of powerful groups and subordinate those groups categorized as 'others.'"[19]  Thus, names and mascots, such as those that use indigenous cultural capital or Confederate symbolism, are sources of debate and controversy because of how they propagate stereotypes and bias and/or serve as beacons of marginalization.

In the award-winning book *Mascot* by Charles Waters and Traci Sorell, aimed at a "tween" audience, a community in Virginia reckons with this very issue, focusing on how a school's mascot can polarize a community rather than serve as a unifying symbol.[20]  Understanding this, in 2019, Maine became the first state to ban Native American school mascots.[21]

> **D.    Confederate symbology undermines the benefit of sport and has been removed at all levels.**

There remains a prominent public conversation and debate regarding the consequences of Confederate symbols.[22]  As recently as 2020, Mississippi became the last state to remove Confederate imagery from its state flag following discourse among prominent state figures and threats of protest.[23]  "Many people believe that the Confederate flag represents a sort of regional pride - a Southern heritage," writes legal scholar

---

[15] Eitzen, 48-49.

[16] Bissinger, H.G., *Friday Night Lights:  A Town, a Team, and a Dream* (Addison-Welsley, 1990).

[17] "More Than Mascots: A Resource Guide for Ensuring Native Youth Experience Safe and Welcoming School Environments," US Department of Education, September 2016, https://www.govinfo.gov/content/pkg/GOVPUB-ED-PURL-gpo73768/pdf/GOVPUB-ED-PURL-gpo73768.pdf.

[18] Eitzen, 49.

[19] Eitzen, 49.

[20] Waters, C. & Sorel, T., *Mascot* (Charlesbridge, 2023).

[21] Acquisto, Alex, "Mills signs bill to make Maine the first state to ban Native American school mascots," *Bangor Daily News*, May 16, 2019, https://www.bangordailynews.com/2019/05/16/politics/mills-signs-bill-to-make-maine-the-first-state-to-ban-native-american-school-mascots/.

[22] This is exemplified by the over three hours of public comment that took place on May 9, 2024, at a Shenandoah County School Board meeting.  Fitzmaurice, Ryan, "Public sounds off at hearing on school name changes," *Northern Virginia Daily*, May 10, 2024.

[23] Pereira, Ivan, "New Mississippi flag welcomed as step in reconciling state's Confederate past," *ABC News*, November 18, 2020.

4

Kathleen Riley. "Other people believe that the Confederate flag represents slavery and the continuing racism against African Americans...an attack on racial identity and a symbol of the power of white America."[24]

Changes made by teams and organizations in sport—from high schools to the NCAA to professional teams—have served as responses to the demonstrated resistance to the racism that is mobilized by the semiotic embodiment of the Confederacy via team names and mascots.[25]

At the intercollegiate level, in 2000, the NCAA moved to "cancel future Association-sponsored events in South Carolina if that state doesn't take action to remove the Confederate battle flag from atop its state capitol," expressing concern "that many coaches and student-athletes feel that an inhospitable environment is created by the display of the Confederate flag over the South Carolina state house."[26] The organization's battle against Confederate imagery was similar to its policies regarding Native American symbols, such as its seven-year fight with the University of North Dakota (one of 18 institutions it went after in 2005 for use of indigenous people's likeness) that finally led to the school changing from the Fighting Sioux, which it had been since 1930, to the Fighting Hawks.

In recent years, the removal of Confederate symbols has been commonplace, such as the decision in 2020 by the Fairfax County School Board to rename Robert E. Lee High School for late Congressman and civil rights warrior John R. Lewis.[27] An example in Jacksonville, Florida, is also instructive, as calls to rebrand its seven schools named for Confederate figures began in the late 20th century.[28] In 2014, Jacksonville's predominantly Black Nathan B. Forrest High School, named in 1959 for the Confederate general responsible for the massacre of Black Union soldiers as well as an early leader of the Ku Klux Klan, was rebranded as Westside High School in a unanimous school board vote that overturned a failed attempt at a name change in 2008. "For too long and too many, this name has represented the opposite of unity, respect, and equality—all that we expect in Duval schools," said board member Constance Hall in a statement by the Duval County School District.[29] Along with the new name came a new mascot in Jacksonville, as a wolverine replaced the "Confederate Rebel," modeled after the infamous mascot of the University of Mississippi, a caricature of an antebellum plantation owner dubbed "Uncle Reb" (see more below).

The pride fans have for a team—and its identifiers, such as a mascot or fight song—is part of their larger identity, an identity that can prevent people from understanding how their fandom might be implicitly related to a racist worldview, especially if the symbol is something they have understood only as a source of pride. In many cases, breaking news has forced the hand of change. In 2015, in Fort Smith, Arkansas, the Board of Education unanimously voted to eliminate "Dixie" as Southside High School's fight song and asked students

---

[24] Riley, Kathleen, "The Long Shadow of the Confederacy in America's Schools: State Sponsored Use of Confederate Symbols in the Wake of Brown v. Board," William & Mary Bill of Rights Journal (Feb. 2002) Vol. 10: No. 2, 527.

[25] Newman, J. I., "Army of whiteness? Colonel Reb and the sporting South's cultural and corporate symbolic," Journal of Sport and Social Issues (2007) 31(4), 315-339.

[26] "NCAA EXECUTIVE COMMITTEE APPROVES RESOLUTION REGARDING SOUTH CAROLINA'S CONFEDERATE FLAG ISSUE," April 28, 2000,
https://web.archive.org/web/20070927221428/https://www.ncaa.org/releases/divi/2000042801d1.htm

[27] See "Fairfax County School Board Votes to Rename School John R. Lewis High School," Fairfax County Public Schools, https://www.fcps.edu/renaming-lee-lewis; Levy, Rachel et. al, "What's in a Name? The Confluence of Confederate Symbolism and the Disparate Experiences of African American Students in a Central Virginia High School," Journal of Cases in Educational Leadership, (2017) Vol. 20; No. 2.

[28] In Jacksonville, the 1950s and 1960s saw the rise of familiar Confederate names, including Jefferson Davis, Stonewall Jackson, J.E.B. Stuart, Joseph Finegan and Nathan B. Forrest, in the rebrand of schools as response to the *Brown* decision in 1954.

[29] Durando, Jessica, "Florida school named after KKK leader to be renamed," *USA Today*, Dec. 17, 2013,
https://www.usatoday.com/story/news/nation-now/2013/12/17/forrest-high-school-name-florida/4060069/; Michael Pearson, "Florida School Will Drop Confederate Nathan B. Forrest's Name," *CNN*, Dec. 17, 2013,
https://www.cnn.com/2013/12/17/us/florida-school-name-change/index.html. As one editorial noted: "a look at when and why the names were chosen shows that it's the officials who put them in place who are guilty of attempting to erase Jacksonville's true Civil War history," as Jacksonville was a "hotbed of Union sentiment." See Delaney, Bill, "It's Time to Drop Confederate School Names," *The Jaxson*, April 9, 2021, https://www.thejaxsonmag.com/article/its-time-to-drop-jaxs-confederate-school-names/. Of note: the school was federally mandated to finally integrate in 1971.

5

to rethink "Rebels" for team names just days after Dylann Roof's racially motivated shooting spree in Charleston, South Carolina (Roof maintained a website that featured photos of him with a Confederate battle flag). Board president Dr. Deanie Mehl acknowledged her own fond personal connections to memories of the school's "Dixie" traditions but understood the need for the change: "For some of the people in our community...and people across the nation, Johnny Reb and the 'Dixie' fight song symbolize something very different."[30]

According to a report by the Southern Poverty Law Center, the Charleston shooting created momentum to erase Confederate symbolism in many public spaces throughout the United States, starting with the removal of the flag—which was at the center of the NCAA's ban—from the South Carolina State House.[31] But this drive was not limited to the South. In California, Assemblywoman Lorena Gonzalez successfully called on officials in the San Diego Unified School District to rename an elementary school named for Robert E. Lee: "The flag in particular, and anyone associated with this army, in general, have been associated with intolerance, racism and hate, none of which have a place in our schools."[32] In Texas, Jack C. Hays High School did the same, retiring "Dixie" as the school fight song. "Hays, like a number of schools across the country," wrote *Education Week* about the change, noting that Houston's school board, also in response to the Charleston shooting, began the process of renaming six schools with Confederate names, "has been doing some soul searching, weighing its history and legacy against growing public sentiment that some monikers and icons are offensive to an increasingly diverse student body."[33]

In 2020, in the wake of widespread reaction in the sports world to the murder of George Floyd, including a statement from NASCAR (a body proudly awash in Southern identity) declaring "the presence of the confederate flag...runs contrary to our commitment to providing a welcoming and inclusive environment for all fans" and prohibiting the "display of the confederate flag from all NASCAR events and properties"[34]—the NCAA doubled down, building on a similar decision from the Southeastern Conference (SEC) to expand its ban on spaces that include Confederate symbols, taking direct aim at the Mississippi state flag. "We must do all we can to ensure that NCAA actions reflect our commitment to inclusion and support all our student-athletes," then NCAA President Mark Emmert stated. "There can be no place within college sports where any student-athlete is demeaned or unwelcome," he noted, particularly because NCAA policy requires states who make a bid to host a tournament or championship be "respectful and welcome to all."[35] Of note, while the University of Mississippi—the Ole Miss Rebels—banned the flying of Confederate flags at games as far

[30] Kauffman, Jacob, "Fort Smith To End Use Of Dixie Fight Song & Rebel Mascot," *NPR*, July 27, 2015, https://www.ualrpublicradio.org/local-regional-news/2015-07-27/update-fort-smith-to-end-use-of-dixie-fight-song-rebel-mascot.
[31] "Whose Heritage? Public Symbols of the Confederacy," *Southern Poverty Law Center*, April 21, 2016, https://www.splcenter.org/resources/reports/whose-heritage-public-symbols-confederacy/.
[32] Bob Cook, "In A Post-Confederate Flag America, Whither the 'Rebels' School Team Nickname?" *Forbes*, June 25, 2015.
[33] Toporek, Bryan, "Pressure Mounts Against Schools' Confederate Ties," *Education Week,* Sept. 22, 2015, https://www.edweek.org/leadership/pressure-mounts-against-schools-confederate-ties/2015/09; Tolson, Mike, "HISD releases list of proposed school name changes," *Houston Chronicle*, May 11, 2016, https://www.chron.com/news/houston-texas/houston/article/HISD-releases-list-of-proposed-school-name-changes-7408763.php.
[34] "Statement from NASCAR on Confederate Flag," June 10, 2020. The full statement is instructive on situating the meaning of the flag as divisive, at best: "The presence of the confederate flag at NASCAR events runs contrary to our commitment to providing a welcoming and inclusive environment for all fans, our competitors and our industry. Bringing people together around a love for racing and the community that it creates is what makes our fans and sport special. The display of the confederate flag will be prohibited from all NASCAR events and properties." https://www.nascar.com/news-media/2020/06/10/nascar-statement-on-confederate-flag/.
[35] "NCAA Board of Governors expands Confederate flag policy to all championships," June 19, 2020, https://www.ncaa.org/news/2020/6/19/ncaa-board-of-governors-expands-confederate-flag-policy-to-all-championships.aspx; Russo, Ralph, "Following athletes, NCAA takes aim at Confederate flag," *Associated Press*, June 19, 2020, https://apnews.com/article/bc2347ed8a69f52bc7b060b30661808c. See also Newman, Joshua, "Old Times There Are Not Forgotten: Sport, Identity, and the Confederate Flag in the Dixie South," *Sociology of Sport*, 24:3, 261-282; Blinder, Alan, "N.C.A.A. Pressures Mississippi on Confederate Emblem on State Flag," *New York Times*, June 19, 2020, https://www.nytimes.com/2020/06/19/sports/ncaafootball/ncaa-mississippi-state-flag.html.

6

back as the 1990s, and retired "Colonel Reb" in 2003, its state flag, like that of South Carolina, maintained its Confederate imagery.

### E. There is a long history of athletes refusing to carry messages of sports teams with which they disagree.

Athletes, for their part, are aware of the spotlight on them, especially the significance that they hold within a community, including politically. Examples of the intersections of sport and politics are vast, as history demonstrates. Sport is never an apolitical endeavor—the idea that athletes can "stick to sports" is disproven any time an athlete takes a knee, wears a black armband, or boycotts a competition, something vividly displayed in recent memory through the protests of Colin Kaepernick and the broadly-based protests that took place in 2020 as part of the Black Lives Matters movements.[36]

There are a range of reasons an athlete might refuse to wear a team uniform: concerns regarding gender identity, social or political protest, or religious beliefs, such as Muslim women needing a uniform that aligns with their cultural and religious standards of modesty. Athletes, and the audience who watch them, understand that when athletes wear a uniform or participate as part of the team, the athlete is endorsing or representing that team name and its meaning. When an athlete then refuses to wear the uniform, they are rejecting that message.

There are many examples of athletes who have balked when asked to represent something they do not believe in, as they do not stop being who they are when they step on the court, the field, or the ice. In 1968, at the Olympic Games, U.S. sprinters Tommie Smith and John Carlos famously co-opted their moment on the medal stand with a Black Power salute, countering their national uniforms with black-gloved fists, while NBA great Kareem Abdul-Jabbar—then UCLA's Lew Alcindor—boycotted the Olympics entirely that year, refusing to wear the uniform of the national team in the midst of civil rights unrest. In 1992, members of the so-called Dream Team, including Michael Jordan, covered their uniforms with American flags during the medal ceremony, hiding the Reebok logo—the official U.S. sponsor—because of their individual contracts with Nike.

In intercollegiate sport, the most notable example is that of Mississippi State running back Kylin Hill, who, in 2020, found himself on the cover of *Sports Illustrated*— "FLAG FOOTBALL - KYLIN HILL, the Confederate Flag and a revolution in 97 characters"—after he tweeted to Mississippi's governor that he was considering sitting out the upcoming season if the state flag did not change. "Either change the flag or I won't be representing this State anymore," Hill wrote, adding a "100" emoji for emphasis. "& I meant that..I'm tired."[37] This tweet vividly demonstrated both the power of sport to create change and the understanding of how an athlete sees his or her role in wider society, particularly in the case of the Mississippi legislature finally voting to change its state flag. The role of sport—from athletes to organizations like the SEC and NCAA—was critical in this significant transformation. "Sport," as one Mississippi journalist noted, "turned this from a debate to a reality," noting that less than two weeks after the SEC and NCAA announcements, as well as Hill's social media post, which both his team and his coach supported, the deal was done and the last state flag to encompass the Confederate battle emblem was no more.[38]

While Hill's threat to not play the game because of the state flag importantly demonstrates, again, how athletes understand the political power of their roles as athletes, it also is relevant to understanding how

---

[36] Bass, Amy, "The surreal world of sports in 2020," *CNN*, December 10, 2020, https://www.cnn.com/2020/12/10/opinions/2020-in-sports-coronavirus-black-lives-matter-bass/index.html.

[37] Dellenger Ross, "How 18 Words on Twitter Helped Change a Flag and Unlocked the Power of the College Athlete," *Sports Illustrated* Sep. 23, 2020, https://www.si.com/college/2020/09/23/kylin-hill-mississippi-state-flag-daily-cover.

[38] Suss, Nick, "Give sports credit; athletes played a huge role in Mississippi's flag change," *Mississippi Clarion Ledger*, June 29, 2020, https://www.clarionledger.com/story/sports/2020/06/29/mississippi-flag-change-ole-miss-mississippi-state-athletes-commentary/3276230001/.

7

PTX-0249.pdf

athletes—at any level—can be discouraged from participation because of a team's identity and, the values and messages it represents, and their desire not to champion those values and messages.

When considering whether SJHS should continue to refer to themselves as "Generals" (whether the name of the high school changes or not), prominent examples at the national level of this kind of change can be instructive in just how important names and mascots are, and how long these modifications can take—even after the official name change has been made. The Major League Baseball team in Cleveland, which changed its name and logo in 2021 in response to longstanding protests from indigenous peoples, still deals with the vestiges of the old name and the racist imagery it encompassed, demonstrating just how entrenched this imagery is in a community, how complex it is to create a significant cultural turn, and why doing so is important. Some Cleveland fans continue to wear "Indians" merchandise, including the controversial "Chief Wahoo" mascot, instead of the newly branded "Guardians." "The name change comes amid a volatile global struggle over labels and terminology that occasionally plays out in the world of sports," observed the *New York Times*. "And it took place at a time where teams from Washington's N.F.L. franchise to dozens of colleges and high schools have moved to drop nicknames that were criticized as insensitive, or racist."[39] Indeed, as the *Times* mentions, at the professional level, the 2022 decision by the NFL franchise in Washington, D.C. to change its name from Redskins to Commanders often serves as the ultimate example of how a team can respond to decades of debate and protest, including the refusal of the U.S. Patent and Trademark Office to renew what it deemed to be "disparaging" branding,[40] and acknowledge that the team's name was a racial slur, perpetuated harmful stereotypes, and failed to acknowledge evolving societal values and norms.[41]

###   F.    The Confederate symbolism at SJHS is omnipresent and students who wish to participate in sports or extra-curriculars cannot be insulated from its effect.

A school's name and mascot are part of its cultural capital, making any representation of Confederate remembrance an act of what sociologist Pierre Bourdieu calls "symbolic violence"—an exercise of power that uses symbols, ideas, and beliefs in order to preserve systems of inequalities, operating at a cultural level in order to influence people's perceptions and behaviors.[42] Utilizing a figure such as Stonewall Jackson for a school's name is not just symbolic violence against students of color, but also reinforces a perception of power and privilege for White students. Through sport, particularly team uniforms and mascots, these symbols are celebrated and performed under the guise of school spirit without critical reflection, normalizing the White supremacist ideologies they historically represent for both the school and broader community.[43]

In Shenandoah County, the culture surrounding SJHS is saturated with reference not only to the General (including the name of the school library) as the school mascot, but also the idea of *the* General, Jackson himself. For example, while the student handbook instructs students on "starting your day as a General", which might be a vague reference to any general, it conveys the building policy and tutorial policy with: "The General Says….", indicating that the school mascot is, indeed, referring to one specific individual, Stonewall

---

[39] Waldstein, David, "In Cleveland, Some Fans Are Guardians Only of the Past, *New York Times*, April 16, 2022, https://www.nytimes.com/2022/04/16/sports/baseball/cleveland-guardians.html.
[40] Rovell, Darren, "Patent Office: Redskins Disparaging," *ESPN*, June 18, 2014, https://www.espn.com/nfl/story/_/id/11102096/us-patent-office-cancels-washington-redskins-trademark. Eventually, the Supreme Court declared the move to be unconstitutional.
[41] King, C. Richard, "Looking Back to a Future End: Reflections on the Symposium of Racist Stereotypes in American Sport at the National Museum of the American Indian," American Indian Quarterly (Spring, 2014), 38:2, 135-142; King, C. Richard, *Redskins: Insult and Brand* (University of Nebraska Press, 2016).
[42] Bourdieu, Pierre, and Jean-Claude Passeron, *Reproduction in Education, Society, and Culture* (Sage, 1990).
[43] Borucki, W., "You're Dixie's football pride": American college football and the resurgence of Southern identity," Identities: Global Studies in Culture and Power, (2003) 10(4), 477-494; Yearwood, Gabby, "Heritage as Hate: racism and sporting traditions," Leisure, Racism, and National Populist Politics (July 2018).

8

Jackson, making it difficult to erase the connection as students are being told to identify with Jackson in order to comply with school rules and best practices.[44]

At the center of a team's messaging is the uniform worn by players, serving as the key symbol of a team's shared calling: to work together to be successful and achieve victory. As outlined in the Generals Cross Country team's general rules and contract, "the many trophies and banners on the walls at the high school were won by TEAMS who were individuals who rallied behind one another in solidarity."[45] Further, teams "dress for success and look the part at home as well as away"—anyone who fails to bring the proper team attire with them "**WILL NOT BE ALLOWED** TO TRAVEL with the team or participate at that day's home meet."[46] (*Emphasis in original*).

Uniforms, which the VHSL Handbook says came into being in the state as early 1913, are a critical component of generating the necessary sense of belonging that is fundamental to productive teamwork—to be able to identify one another on the field and off, and for fans to be able to identify the side they are supporting.[47] Additionally, players are able to focus on the task at hand—the game—rather than be distracted by individual clothing choices on the field and what they might mean, eradicating peer pressure in terms of who is wearing what and ensuring that students understand that the game is constructed with rules they must adhere to, one of the many valuable takeaways from sport.

A team's social and cultural messaging displayed through names and uniform is important to consider in terms of the broader community. In addition to a team's fans, there are consequences for members of the opposing teams: confronting them with the imagery or namesake of the Confederacy does harm. In 2003, for example, a football team from the Longwood Campus of the Chicago International School forfeited a game against Southern High School, located in rural Stronghurst Illinois, because of its "Rebel" mascot, which carries a Confederate flag, and because of its tradition of waving a Confederate flag in the end zone after a touchdown.[48]

These signs and symbols matter. SJHS emphasizes in its handbook a dress code because students are a "representation" of the school and family.[49] A joint Shenandoah County Public Schools/VHSL Student Athletics & Activities Participation Handbook is clear about the importance of uniforms, which it states "are the property of the school" and "specific to the sport," at the coach's discretion.[50] The VHSL mandates that uniforms be worn both in games and in jamborees, which are to operate "under game conditions, including the wearing of game uniforms."[51] The VHSL says that its "uniform code" works to "equalize to some degree the opportunities for success in competition, to encourage the participation of representative students and to

---

[44] See Mountain View High School 2023-2024 Student Handbook, p. 4; 6; 8, https://docs.google.com/document/d/1b6gBy3O-FfFDbeQPKFR1373ryQNmQmfT/edit?tab=t.0. This version of the Student Handbook is the most up-to-date version on the SJHS website.

[45] SJHS Cross Country General Rules and Contract (included in Exhibit C).

[46] SJHS Cross Country General Rules and Contract; emphasis in the original.

[47] See the VHSL Handbook and Policy Manual 2024-25, p. 5, https://drive.google.com/file/d/1KqfNQfeuag0NfsMyfpG4zvRWsUZTvNK6/view.

[48] "Game Forfeited Over Rivals' Confederate Flag," *Los Angeles Times*, Sept. 14, 2003, https://www.latimes.com/archives/la-xpm-2003-sep-14-na-briefs14.3-story.html?utm_source=chatgpt.com; "Confederate flag leads to prep football game forfeit," *Chicago Tribune,* Sept. 13, 2003, https://www.chicagotribune.com/2003/09/13/confederate-flag-leads-to-prep-football-game-forfeit/. This has also occurred because of Native American mascots. In Lancaster, New York, the school board changed the "Redskins" mascot after three other districts refused to face them in lacrosse. "N.Y. school district does away with Redskins mascot amid rivals' boycott," *ABC7 News*, Jul. 9, 2015, https://wjla.com/news/nation-world/n-y-school-district-does-away-with-redskins-mascot-amid-rivals-boycott-112400?utm_source=chatgpt.com.

[49] See Mountain View High School 2023-2024 Student Handbook, p. 6, https://docs.google.com/document/d/1b6gBy3O-FfFDbeQPKFR1373ryQNmQmfT/edit?tab=t.0.

[50] *See* SCPS/VHSL Student Athletics & Activities Participation Handbook 2024-2025, p. 8; 5, https://drive.google.com/drive/folders/1ABZc8zVNNuttXAdhACcCBYWKMdWEGWBQ.

[51] See the VHSL Handbook and Policy Manual 2024-25, p. 112, https://drive.google.com/file/d/1KqfNQfeuag0NfsMyfpG4zvRWsUZTvNK6/view.

9

ensure maintenance of minimum essential standards by all school representatives."[52]  The VHSL also has its own version of a Name/Image/Likeness (NIL) policy, claiming the name, uniform, and mascot as intellectual property and forbidding students from utilizing their uniform when engaging in NIL activities.[53]

As mentioned above, the idea of giving student-athletes a choice in uniform is problematic, as it weakens and undermines the purpose of a team name and a team uniform—indeed, the very ability of a team name and a team uniform—to foster a rewarding and productive team culture that promotes unity.  Differing uniforms within the same team, especially in reaction to controversial symbolism, including and perhaps especially a blank uniform, makes the student's choice of a uniform a political act, and puts the onus of responsibility for team culture on each student, perhaps blocking a student from fully participating on a team.  It can and will create division amongst teammates, not only hindering athletic success, but depriving students from the benefit of sport, greatly reducing the potential for what sports ethicist Robert Simon calls sports' internal goods, the intrinsic value of sport, reducing team confidence and participation and preventing some students from joining a team in the first place.[54]  Similarly, if students are forced to sit out to avoid promoting the message associated with the controversial symbolism, they may be forgoing many of the aforementioned benefits of sport such as enhanced physical and social-emotional health, improved communication and leadership skills, and the opportunity to learn crucial life skills.  Equally problematic is keeping "Generals" or "SJ" in any form, as school culture is saturated with what exactly "Generals," "Stonewall," and "SJ" are referencing.  The library at SJHS is called The Generals Library, while the school's cheerleaders hold black and red signs referring to "Stonewall" and call cheers that include his name, and the school's very address— even when the school was renamed in 2020—is 150 Stonewall Lane.[55]

The high school's Student Handbook asks students, "What does it mean to be a General?", emphasizing the importance of leadership, perseverance, courage, honor, and responsibility, and connects that understanding to a dress code, declaring that students are a "representation" of self, school, and family and forbidding clothing that is "inappropriate, unsafe, substantially disruptive" and so on.[56]  In short?  Uniforms matter. Wearing one that includes Confederate references and/or symbolism not only acknowledges the history connected to such imagery, but honors it, as students encompass the persona of Stonewall Jackson regardless of how they are representing the Generals, ensuring that the athletic performance is an expression of the history behind it.  Thus, any use of Generals, Stonewall, or SJ is connected to Stonewall Jackson, making it impossible to have any connection to the name without its racist associations.

## III.    Opinions and Conclusion

In conclusion, it is clear from examples at professional, intercollegiate, and interscholastic levels that evolving social norms can and should influence sports institutions, leading to increased cultural sensitivity and inclusivity.[57]  School names and mascots carry with them a responsibility.  When those names echo cultural and historical insensitivity, they cause alienation rather than unification.  The presence of Confederate symbols, specifically, undermines the principles of inclusivity and equality that school athletics should promote, is segregating and isolating, and can discourage students from engaging in sport activities, whether as athletes or spectators.

---

[52] See the VHSL Handbook and Policy Manual 2024-25, p. 34, https://drive.google.com/file/d/1KqfNQfeuag0NfsMyfpG4zvRWsUZTvNK6/view.
[53] See the VHSL Handbook and Policy Manual 2024-25, p. 88, https://drive.google.com/file/d/1KqfNQfeuag0NfsMyfpG4zvRWsUZTvNK6/view.
[54] Simon, Robert, "Internalism and Internal Values in Sport," Journal of the Philosophy of Sport (2000) Vol. 27; Issue 1, 1-16.
[55] See materials included in Exhibit C.
[56] See Mountain View High School 2023-2024 Student Handbook, p. 4; 6, https://docs.google.com/document/d/1b6gBy3O-FfFDbeQPKFR1373ryQNmQmfT/edit?tab=t.0.

10

In a holistic educational environment, participation in sport should not just be encouraged; it should be prioritized by parents, educators, and policy makers, all of whom should be working together to create comprehensive and supportive spaces that enable all students to take part in athletic activity if they wish. As research has shown that taking part in sport provides crucial developmental benefits, deterring students from participating in sport can have detrimental effects on physical health, cognitive development, and socio-emotional well-being, all of which can undermine pathways to future opportunity and success. Lastly, as demonstrated by sport ethicists, sport cannot be reduced as merely a means of physical fitness, as its deeper moral and social significance is profound. Rather, school-aged children benefit from sport as an arena to develop ethical conduct and social responsibility, forge relationships, nurture moral character, and cultivate life skills that are essential to well-rounded personal development.

Confederate names and symbols have the potential to create tension among students, perhaps especially teammates. It is imperative for administrators to prioritize team cohesion, understanding that for a team name, uniform, or mascot to serve its purpose as an inclusive symbol of unity and equality among team members, these symbols should not alienate players or discourage participation.

Students should not be made to choose between sitting out or representing symbols that encompass racist and oppressive ideologies. It is, then, imperative that schools carefully navigate the balance between tradition and growth to encourage unity over division by embracing inclusive symbols that promote a positive athletic environment, strengthen team culture, and ensure all students, athletes or not, feel supported, included, and valued. While name changes are without question a point of debate and contention, they can and should also be seen as an opportunity for progress, something the Shenandoah County School Board, like so many others, understood in 2020 and must once again learn.

Dated: April 7, 2025                                    Respectfully submitted,


_/s/ Amy Bass, Ph.D._

11

# EXHIBIT A

PTX-0249.pdf

EXHIBIT A

# AMY BRUNELL BASS

**Manhattanville College**
**2900 Purchase Street**
**Purchase, NY 10577**
**Amy.Bass@mville.edu**
**authoramybass@gmail.com**
**www.amybass.net**

## EDUCATION

**State University of New York at Stony Brook, Department of History, Stony Brook, NY**
Ph.D. with distinction, History (May, 1999)

**State University of New York at Stony Brook, Department of History, Stony Brook, NY**
Master of Arts with distinction, History (December, 1994)

**Bates College, Lewiston, ME**
Bachelor of Arts, History (May, 1992)

**Williams College, Williamstown, MA**
American Maritime Studies, Mystic Seaport, Mystic, CT (1991)

## PROFESSIONAL EXPERIENCE

### ACADEMIC APPOINTMENTS

**Manhattanville College, Division of Social Science & Communication, Purchase NY**
*Chair, July 2020 to present*

**Manhattanville College, Sport Studies, Purchase, NY**
*Professor, August 2019 to present*

**The College of New Rochelle, Department of History *and* Honors Program, New Rochelle, NY**
*Professor of History/Honors Program Director/History Chair, August 2011 to August 2019*
*Associate Professor of History/ Honors Program Director, August, 2006 to August 2011*
*Assistant Professor of History / Honors Program Director, September, 2003 to August, 2006*

**Plattsburgh State University, Department of History, Plattsburgh, NY**
*Assistant Professor, August, 1999 to August, 2003*

**State University of New York at Old Westbury, American Studies, Old Westbury, NY**
*Visiting Instructor, Fall, 1998*

**State University of New York at Stony Brook, Department of History, Stony Brook, NY**
*Adjunct Instructor, Spring 1997 through Summer 1999*

### OTHER

**Women's Sport Foundation, New York, NY**
*Principle Investigator, Olympic & Paralympic Report, Paris 2024, 2023-present*

EXHIBIT A

**WAMC, Albany, NY**
*Editorial Commentary, 2020-present*

**CNN, New York, NY**
*Commentary, 2014-2024*

**Disney, Los Angeles CA**
*Consultant, 2022-2024*

**Netflix, Los Angeles, CA**
*Consultant, 2018-2021*

**WVOX, New Rochelle, NY**
*Senior Political Analyst, 2014-2018*

**Focus Features, Santa Monica, CA**
*Research Consultant, "Race" (Jesse Owens biopic) 2014-2015*

**NBC Sports, New York, NY (Atlanta, Sydney, Salt Lake City, Athens, Torino, Vancouver, London)**
*Research Room Supervisor, Olympic Unit, 1996; 2000; 2002; 2004; 2006; 2010; 2012*
Responsible for 30-person unit with a focus on writing and disseminating information for NBC talent, writers, and producers during broadcast of Olympic Games, including athlete biographies, statistics, and Olympic and world history. Also responsible for cultural and historical content of Opening and Closing Ceremony broadcasts.

**NBC Sports, New York, NY**
*Research Consultant, Olympic Unit, 2008*
Outlined research operations for Beijing Olympics; developed/led orientation seminars for freelance specialist teams

## AWARDS & GRANTS

• National Endowment for the Humanities, Initiatives at Hispanic-Serving Institutions, "Sport Studies in the 21st Century: Amplifying the Latinx Experience in Curricula, Conversation, and Community," 2024-2027 (project director).
• Writer in Residence, University of Massachusetts, Amherst, April, 2024
• Learning Associate, Bates College 2023.
• Sesquicentennial Prize, Bates College, 2020.
• The College Key, Bates College, 2020.
• ONE GOAL, "Best Book" of 2018, *Boston Globe*, December, 2018.
• ONE GOAL, "Best Book" of 2018, *Library Journal*, December, 2018.
• Faculty Fund Award, The College of New Rochelle, 2004, 2007, 2009-2012, 2014, 2016, 2018.
• National Endowment for the Humanities, Faculty Development Grant, The College of New Rochelle, 2005-2006, 2009-2010, 2013- 2016.
• Learning Associate, Bates College, October, 2014.
• Emmy Award, "Outstanding Live Event Turnaround: Games of the XXX Olympiad", National Academy for Television Arts and Sciences, 2013.
• National Council on Public History, Honorable Mention, *Those About Him Remained Silent*, 2011.
• New York University Faculty Network Seminar Grant, "From Punk to Postmodernism," June, 2006
• New York University Faculty Network Seminar Grant, "Jazz and the Political Imagination," June, 2005
• Drescher Affirmative Action/Diversity Sabbatical Grant, August, 2001 – August, 2002
• Fellowship, Institute for Ethics in Public Life, Plattsburgh State University, Spring, 2001
• Mark of Distinction, doctoral orals, May, 1996
• Graduate Council Commendation for Teaching, State University of New York, 1996
• Outstanding Teaching Assistant, Department of History, Stony Brook, May, 1996
• Mark of Distinction, masters orals, December, 1994

EXHIBIT A

- Jackson Turner Main Award, Best Graduate Research, Stony Brook, May, 1994
- Teaching Assistantship, Department of History, Stony Brook, August, 1993-1997

## SELECTED WORKS

### MONOGRAPHS AND EDITED COLLECTIONS

- *Good Sport* (working title; in progress).
- *One Goal: A Coach, A Team, and the Game That Brought A Divided Town Together* (Hachette Books, 2018).
- *Those About Him Remained Silent: the Battle over W.E.B. Du Bois* (University of Minnesota Press, 2009).
- *In the Game: Race, Sport and Identity in the 20th Century* (Palgrave, 2005).
- *Not the Triumph but the Struggle: the 1968 Olympics and the Making of the Black Athlete* (University of Minnesota Press, 2002).

### ARTICLES

#### Scholarly

- "Talking Football with the American Left: Taylor's Version," *Journal of Sport History* (in press).
- "The Hug: Finding a Community's Future on the Pitch" in *Capturing the Moment: Iconic Sport Photography*, Daniel Nathan, Maureen Smith, and Sarah Fields, eds. (University of Texas, 2025).
- "The Activist Athlete: contextualizing the collision of politics and sports in the 21st century," in *Sports and the Racial Divide: African American & Latino Experience in an Era of Change,* Michael Lomax, ed. (University of Mississippi, 2024).
- "Listen to Athletes for a Change: from Raised Fists to Bended Knee" in *Athlete Activism: Global Perspectives on Social Transformations,* Jeffrey Montez de Oca and Stanley Thangaraj, eds. (Emerald Publishing, 2023).
- "On an American Study of Sports," *American Quarterly*, 75; 3 (September, 2023) 673-699
- "Olympics in Wartime," *Current*, July 20, 2021.
- "From Raised Fists to Bended Knees: Fifty Years of The Revolt of the Black Athlete," *Journal of Olympic History* (Vol. 1, No. 1, Spring 2020) 81-89.
- "Active Radicals: The Political Athlete in the Contemporary Moment," in *The Routledge History of American Sport*, Linda Borish, Gerald Gems, David Wiggins, eds. (New York: Routledge, 2016).
- "Teaching Forum on Sport and Politics," with Peter Alegi, Adrian Burgos Jr., Brenda Elsey, Martha Saavedra, *Teaching Radical History*, 25 (May 2016) 187-198.
- "The State of the Field: Sport History & the 'Cultural Turn'," *Journal of American History* (101:1, June 2014) 148-171.
- "The Last Word," *Journal of American History* (Vol. 101, No. 1, June 2014) 195-199.
- "We Believe: The Anatomy of Red Sox Nation" in *Rooting for the Home Team: Essays on Sport, Community and Identity,* Daniel Nathan, ed. (Urbana: University of Illinois Press, 2013).
- "Exploring the Wide World of Sports: Taking a Class to the (Virtual) Olympics" in *Teaching American History*, Gary J. Kornblith and Carol Lasser, eds. (New York: Bedford St. Martin's, 2009).
- "We Don't Suck at Soccer: The Cultural Imperialism of Sports," in *Pop Perspectives: Readings to Critique Contemporary Culture*, Laura Gray-Rosendale, ed. (Boston: McGraw Hill, 2007).
- "Objectivity be Damned, or Why I Go to the Olympic Games: A Hands-on Lesson in Performative Nationalism," *South Atlantic Quarterly*, 2006 105(2): 349-371.
- "The Art of the Mash-Up: Students in the Age of Digital Reproduction," *Journal of the National Collegiate Honors Council* (Spring/Summer, 2005) 35-39.
- "Whose Broad Stripes and Bright Stars? Race, Nation, and Power at the Mexico City Olympics," in *Sports Matters: Race, Recreation, and Culture*, John Bloom and Michael Willard, eds. (New York: New York University Press, 2002).
- "Exploring the Wide World of Sports: Taking a Class to the Virtual Olympics," *Journal of American History* (March, 2002) Vol. 88, No. 4; 1435-1439.
- "Marketing America," *Radical History Review*, 76:1, 232-239 (2000).
- "Race & Nation in Olympic Proportions: Televising Black Power at the Mexico City Games," *SPECTATOR: The University of Southern California Journal of Film and Television*, 19:1 8-23 (1999).
- "A Matter of Customs," *American Neptune* (Spring, 1998) 58:1, 25 – 34 (1998).

EXHIBIT A

## Mass-Market

- "Caitlin Clark isn't the problem -- Men like Pat McAfee are," *CNN Opinion,* June 4, 2024.
- "This album brings Taylor math to a whole new level," *CNN Opinion*, April 19, 2024.
- "Caitlin Clark is still the GOAT -- but she's not the only one," *CNN Opinion*, April 8, 2024.
- "Caitlin Clark is queen, but it's women's sports that are being crowned," *Pittsburgh Post-Gazette*, March 26, 2024.
- "The Caitlin Clark effect is a feature, not a bug, of this moment in sport," *CNN Opinion,* March 19, 2024.
- "Jason Kelce gave all of us a master class in American manhood," March 5, 2024.
- "A thrilling Super Bowl that was also about something more," *CNN Opinion,* Feb. 12, 2024.
- "The Swiftie math of the Super Bowl is a perfect score," *CNN Opinion*, Feb. 9, 2024.
- "Lewiston is a community fighting for its light," *CNN Opinion*, October 26, 2023.
- "What Mary Lou Retton will always mean to us," *CNN Opinion*, Oct. 20, 2023.
- "It'll take more than a new Barbie to quiet the male voices in women's sports," *CNN Opinion*, Sept. 8, 2023.
- "Two World Cup champions, one big night for American soccer," *CNN Opinion,* July 22, 2023.
- "Rose Zhang is a Reminder to Sports Fans -- Anything Can Happen," *CNN Opinion*, June 5, 2023.
- "What Many -- including Jill Biden -- Aren't Getting about March Madness," *CNN Opinion*, April 4, 2023.
- "The great debate about Pele," *CNN Opinion*, Dec. 30, 2022
- "We Witnessed the greatest Sports Championship Game in History," *CNN Opinion*, Dec. 19, 2022.
- "What Comes Next for Brittney Griner Must Be Up to Her," *CNN Opinion*, Dec. 8, 2022.
- "Why America's Losing Team Goes Home with Big Wins," *CNN Opinion*, Dec. 4, 2022.
- "A Concert Mom's Take on Taylor Swift and Ticketmaster," *CNN Opinion,* Nov. 18, 2022
- "Elite Women Athletes Aren't Safe: What does that mean for us mere mortals?" *CNN Opinion*, Nov. 2, 2022.
- "This is No Swan Song for Serena Williams," *CNN Opinion*, Aug. 30, 2022.
- "Women Athletes' Lives are Now Going to be More Complicated," *CNN Opinion*, July 1, 2022.
- "It's Time for All Professional Sports to Pay Attention to What US Soccer Just Did," *CNN Opinion*, May 18, 2022.
- "Women's Soccer Settlement is a Landmark Win for Fairness," *CNN Opinion*, Feb. 23, 2022
- "Beijing Hit the Heights…and the Depths," *CNN Opinion*, Feb. 20, 2022
- "There is No Protection for a So-called 'Protected' Athlete like Valieva," *CNN Opinion*, Feb. 17, 2022
- "For Shiffrin, What Comes Next is Up to her Alone," *CNN Opinion*, Feb. 12, 2022
- "China Made a Statement with Olympic Opening Ceremony," *CNN Opinion*, Feb. 4, 2022
- "Sports aren't playing offense on Covid," *CNN Opinion*, Dec. 20, 2021.
- "What Peng Shuai's disappearance means for upcoming Beijing Olympics," *CNN Opinion*, Nov. 20, 2021
- "The horrific cost of not hearing what women athletes are telling us," *CNN Opinion,* Oct. 1, 2021
- "The all-teenager tennis final we won't soon forget," *CNN Opinion*, Sept. 12, 2021
- "Women athletes powered Team USA's Olympic victory," *CNN Opinion,* Aug. 8, 2021.
- "Simone Biles' Olympics took everyone by surprise," *CNN Opinion*, Aug. 3, 2021
- "Suni Lee earned her glory in the hardest of ways," *CNN Opinion*, July 29, 2021.
- "This is the most GOAT thing Simone Biles has ever done," *CNN Opinion*, July 27, 2021.
- "Olympics" Opening Ceremony for the Ages?  That's an Understatement," *CNN Opinion*, July 23, 2021.
- "How to do the right thing by Sha'Carri Richardson," *CNN Opinion*, July 2, 2021.
- "Tokyo was picked as the 'safe' choice for the Olympics," *CNN Opinion*, June 8, 2021.
- "Rudy Giuliani's Disgusting 'Funny Story' about Michelle Wie," *CNN Opinion,* Feb. 22, 2021.
- "The Surreal World of Sports in 2020," *CNN Opinion,* December 10, 2021.
- "New Marlins GM Kim NG is Blazing Trails – make sure many others follow," *CNN Opinion,* Nov. 13, 2020.
- "If baseball can't be safe, how can schools?" *CNN Opinion*, July 27, 2020.
- "Sports Can't Exist without Fans in the Seats," *CNN Opinion*, May 20, 2020.
- "Notes from the future: A View from New Rochelle, where 'social distancing' started," *The Forward*, March 17, 2020.
- "What an America – or World – without sports looks like," *CNN Opinion*, March 13, 2020.
- "Mike McGraw has been 'everyone's father figure, brother, mentor, friend," *Lewiston Sun Journal*, Dec. 3, 2019.
- "US gold medalists' Pan Am protests are the right stand to take," *CNN Opinion*, August 12, 2019.

EXHIBIT A

- "USWNT crushed it – and their win sends a message," *CNN Opinion*, July 7, 2019.
- "US women's soccer team to world:  We Got This," *CNN Opinion,* July 2, 2019.
- "This is the bottom line about the US women's 13-0 blowout," *CNN Opinion*, June 12, 2019.
- "The real reason Megan Rapinoe sets Donald Trump off," *CNN Opinion*, June 27, 2019.
- "Trump and Obama Saluted Tiger Woods; Why Others May Not," *CNN Opinion*, April 15, 2019.
- "Opening the door to a town united through soccer," *The Refugee Center,* June 4, 2018.
- "More than a feel-good tale," *The Undefeated*, April 23, 2018.
- "In a Maine town, soccer helps heal kids and a community," *The Inquirer*, March 30, 2018.
- "How A High School Soccer Team United A Racially Divided Town," *Sports Illustrated*, February 23, 2018.
- "Athletes Don't Have to Win Gold to Make a Statement," *CNN Opinion*, February 7, 2018.
- "The Immigrants Who Prove Trump Wrong," *CNN Opinion*, January 12, 2018.
- "Serena's Ace Bests McEnroe's Double Fault," *CNN Opinion,* June 27, 2017.
- "What Athletes Know about Donald Trump," *CNN Opinion*, Feb. 9, 2017.
- "A Game is a Game – and What a Game this Was," *CNN Opinion*, Feb. 5, 2017.
- "Will America 'Build a Wall' in Sports?" *CNN Opinion*, Nov. 25, 2016.
- "Can We Stop Talking about Ryan Lochte?" *CNN Opinion*, Aug. 18, 2016.
- "Who is the Greatest Olympian?" *CNN Opinion*, Aug 15, 2016.
- "Why Fans are Brutally Dissing Russia," *CNN Opinion*, Aug. 9, 2016.
- "Did Olympic Committee Finally Get Something Right?" *CNN Opinion*, Aug. 5, 2016.
- "Will Rio Games Really Be a Catastrophe?" *CNN Opinion*, July 7, 2016.
- "Why West Point Cadets Raising their Fists is So Powerful," *CNN Opinion*, May 9, 2016.
- "Should We Panic about Rio Olympics? Get Real," *CNN Opinion*, May 4, 2016.
- "Gendered Graduation Gowns are an Outdated Absurdity," *Slate,* April 20, 2016.
- "Is Future Bleak for Super Bowl?" *CNN Opinion*, February 4, 2016.
- "Abby Wambach: How to End a Career," *CNN Opinion*, December 18, 2015.
- "How Soccer Made Refugees Americans," *CNN Opinion,* November 19, 2015.
- "When Athletes Unite, the Powerful Listen," *CNN Opinion*, November 9, 2015.
- "Women's World Cup Victors Show Why They Lead the Parade," *CNN Opinion*, July 10, 2015.
- "A Towering Victory for the U.S. – and Women," *CNN Opinion*, July 6, 2015.
- "Women's World Cup Final:  Let's Do This," *CNN Opinion*, July 4, 2015.
- "FIFA and the Revenge of the Women's World Cup," *CNN Opinion*, June 8, 2015.
- "With Blatter Gone, Can FIFA Be Fixed?" *CNN Opinion,* June 2, 2015.
- "The Ugly Example FIFA Sets for Soccer Kids," *CNN Opinion*, May 27, 2015.
- "Can Baseball Still Bring a City Together?" *CNN Opinion*, April 27, 2015.
- "Women Who Write about Sports, and the Men Who Hate Them," *The Allrounder*, March 25, 2015.
- "Why, Why, WHY Did Seahawks Blow It?" *CNN Opinion*, Feb. 2, 2015
- "Calling Nature a Cheat," *The Allrounder*, November 3, 2014.
- "Four Key Takeaways from World Cup 2014," *CNN Opinion*, July 14, 2014.
- "Why Weeping Brazil Fans Applauded Germany's Team," *CNN Opinion,* July 9, 2014.
- "Did Tim Howard Win the World Cup or Something?" *CNN Opinion,* July 7, 2014.
- "How Magic Johnson's Diagnosis Changed HIV/AIDS in America" *Slate*, March 14, 2014.
- "A shocker from figure skating?" *CNN Opinion*, February 22, 2014.
- "Are black armbands too political for the Olympics?" *CNN Opinion*, February 21, 2014.
- "Is gold all that matters?" *CNN Opinion*, February 11, 2014.
- "The Sochi Olympics will be Corrupt, Troubling…and Fabulous," *Slate*, February 6, 2014.
- "Visualizing World Peace through the Olympic Truce," *The Christian Century*, January 29, 2014.
- "'Slave Genes' Myth Must Die," *Salon*, July 24, 2012.
- "A Woman's Place is on the Field," Minnesota Press Blog, June 4, 2012.
- "'They' Are Penn State: Qui tacet consentire," Minnesota Press Blog, November 18, 2011.

EXHIBIT A

- "Remembering Du Bois," in *Education Update*, January/February, 2010.
- "The Red Sox and the History of Racial Inequality," Beacon Broadside, September 12, 2008.
- "The Whole World is Watching," Legacy.com, August, 2008.

## SELECTED PRESENTATIONS AND CONFERENCE PARTICIPATION

- "Students, Athletes, and the University:  A Conversation," Studies of Sport Conference, Institute for Social and Economic Research and Policy, Columbia University (March, 2025)
- "Creating Communities within Sport Studies," American Studies Association, Baltimore, MD (November, 2024).
- "In Our Wheelhouse:  Doing Sport Histories for Popular Audiences," Organization of American Historians Annual Meeting, Los Angeles, CA (April, 2023).
- "Sport & Politics:  A Roundtable," St. Petersburg Conference on World Affairs, February, 2023.
- "The Revolt of the Black Athlete:  Boycotts, Walkouts, and Podium Protests," American Studies Association, San Juan, Puerto Rico (October, 2021).
- "Celebrating Frank Guridy's *The Sports Revolution*" with Josef Sorett, Samuel Freedman, and Farah Jasmine Griffin, Columbia University, New York, NY (April, 2021).
- "Race and Sports in the World Around Us," Abright College, Reading, PA (February, 2021).
- "The Worlds of Sport and Intellectual History," Society for U.S. Intellectual History (November, 2020).
- "The Olympic Games and Political Action," in conversation with Daniel James Brown and David Maraniss, Key West Literary Seminar, Key West, FL (January, 2020).
- "City Divided, Team United," Key West Literary Seminar, Key West, FL (January, 2020).
- "A Practical Guide to Writing about Place," in conversation with Carlo Rotella, Michael Ezra, and Louis Moore, 134th Annual Meeting of American Historical Association, New York, NY (January, 2020).
- Keynote Panel, Associated Press Sports Editors Northeast Region Meeting, in conversation with Jane McManus and Michael Wong, Marist College, Poughkeepsie, NY (November, 2019).
- "Women and Coaching," in conversation with Kim Wyant and Courtney Levensohn, Institute for Public Knowledge, New York University, New York, NY (May, 2019)
- "Race and the Black Freedom Struggle in Sport," Critical Sports Communities:  New Directions in Sports Scholarship, Journalism, and Activism, Hofstra University, Hempstead, NY (February, 2019)
- Keynote, Baltimore Writers' Conference, Baltimore, MD (November, 2018)
- "Sports Writing is People Writing" with S.L. Price and Michael Downs, Baltimore Writers' Conference, Baltimore, MD (November, 2018).
- Keynote, Maine Association for Physical Education, Recreation, and Dance, Rockland, ME (November, 2018).
- "This is Not A Game:  Sports and Social Change," in conversation with Bill Littlefield, Howard Bryant, Etan Thomas, and Wil Haygood, Boston Book Festival, Boston, MA (October, 2018)
- "One Goal:  Finding a Home in America," The Fischer Institute, Nichols College, Dudley, MA (October, 2018)
- "Race, Politics, & Sports," Carroll R. Pauley Memorial Lecture, University of Nebraska, Lincoln, NE (September, 2018)
- "The World without US," at Beautiful Games?:  Putting the World Back in the World Cup, in conversation with George Quraishi and Franklin Foer, Institute for Public Knowledge, New York University, New York, NY (June, 2018).
- "Sports Activism," Salons at Stowe, Harriet Beecher Stowe Center, Hartford, CT (May, 2018)
- "One Goal: A Book Talk," in conversation with Eric Klinenberg, Institute for Public Knowledge, New York University, New York, NY (April, 2018).
- "Race, Protest, and Politics," Esther Willits Lecture Series, Kutztown University, Kutztown, PA (March, 2018).
- "Listen to Athletes for a Change," Harold Seymour Endowed Lecture, Cornell University, Ithaca, NY (March, 2018).
- "1968 Mexico City Olympics:  50 Years," American Historical Association, Washington, DC (January, 2018).
- "Crossover Moves: Sports Culture as a Contact Zone between Academia and Popular Discourse," American Studies Association, Chicago, Illinois (November, 2017).
- "Battle of the Sexes," film premier of CNN's "Soundtracks" with Kate Bolduon and Kathy Sledge, New York Historical Society (June, 2017).
- "Gender, Race, and Sexuality in Women's Sports in Latin America and the United States," Berkshire Conference on the History of Women, Genders, and Sexuality," Hofstra University, Hempstead, NY (June, 2017).
- "An Empty Home Field: Reflections on Sports, Race, and the Geographies of Place in the Neo-Liberal City," American

EXHIBIT A

Studies Association, Denver, CO (November 2016).

- "Why I Go to the Olympics," Westfield State University Guest Lecture Series, Westfield, MA (October 2016).
- "More than a Game: Soccer & Social Justice," Clarke Forum, Dickinson College, Carlisle, PA (April 2016)
- "Selling Sport in the Cold War," in conversation with George Vescey & Jeremy Schaap, Global History of Sport in the Cold War Forum, Jordan Center for the Advanced Study of Russia, New York, NY (October, 2015).
- "Broad Stripes? Bright Stars?" Black History Project Lecture, Marist College, Poughkeepsie, NY (March, 2015).
- "Why I Go to Olympics: Race, Nation, and other Sport Matters," Bates College, Lewiston, ME (October, 2014).
- "Black Athletes: Myths & Realities," WCC Black History Project, Valhalla, NY (February, 2014).
- "W.E.B. Du Bois Scholarship Fifty Years After His Death," 98th Annual Association for the Study of African American Life and History Meeting, Jacksonville, FL (October, 2013).
- "Examining the Dimensions of Sport within the Empire of American Studies," Annual Meeting of the American Studies Association, San Juan, PR (November, 2012).
- "Whose Broad Stripes and Bright Stars? The 1968 Olympics and the Creation of the Black Athlete," Feinberg Distinguished Lecturer Series, University of Massachusetts, Amherst, MA (October, 2010).
- "Those About Him Remained Silent," Martin Luther King Day Keynote Address, Sheffield Historical Society, Sheffield, MA (January, 2010).
- "Silence Equals Consent:  Obama, Hitler & Du Bois," The Du Bois Center, Great Barrington, MA (November, 2009).
- " 'They Loved My Grandfather':  Gina Hemphill and an Olympic Legacy of Race, Memory, and Germany," Pauley Symposium, University of Nebraska (October, 2009).
- "History and Memory," Yale University, New Haven, CT (October, 2008).
- Chair/Comment, "Out of Bounds:  Sport, Empire, and Globalization in the Twentieth Century," 122nd Annual Meeting of the American Historical Association, Washington, D.C. (January, 2008).
- "Unlevel Playing Fields," Minnesota History Center & the Holocaust Museum, St. Paul, MN, (June, 2006).
- "'Shifting the Center':  Identity Politics in the Classroom," NAWCHE, Washington, D.C. (June, 2006).
- Chair, "Policing Boundaries and Creating Communities: Race, Sport, and Public Space," American Studies Association, Washington, D.C. (November, 2005).
- "An Olympic Challenge:  Race, Nation, and Power at the Mexico City Olympic Games," Kinesiology Seminar Series, University of Michigan, Ann Arbor, MI (September, 2005).
- "Getting Up Close and Personal:  Knowing Bob Costas and Manufacturing Discourses of Sport," 4th Annual Sport Commerce and Culture Symposium, Physical Cultural Studies Research Group at the University of Maryland, College Park (February, 2005).
- "Writing *Not the Triumph but the Struggle*," University of Maryland, College Park (February, 2005).
- "Waging the Cold War through Sport:  Social, Cultural, and Political Views of the 1968 Mexico City Olympics, American Historical Association, Washington, D.C. (January, 2004).
- "Teenage Angst with a Death Count:  A Comparative Analysis of *Rebel Without a Cause* and *Heathers*," American Studies Association, Hartford, CT (October, 2003).
- "Equal but Yet Separate:  The Gendering of Olympic Human Rights in 1968," Berkshire Conference of Women Historians, Storrs, CT (June, 2002).
- "What is the Problem of the 21st Century?" CDPI Lecture, Plattsburgh, NY (November, 2001).
- "Reading, Writing, and History in America," New England Historical Association, Burlington, Vermont (October, 2001).
- "Bright Stars: (Inter)National Stagings of Race & Rights," American Studies Association, Detroit, Michigan (October, 2000).
- "The Question of the South African Springbok: the Diasporic Politics of Race at the Mexico City Olympics," 93rd Annual Meeting of the Organization of American Historians, St. Louis, Missouri (March, 2000).
- "Popular Culture and Diversity," Diversity Council Forum on Exemplars in Multicultural Perspectives in Course Design, Plattsburgh, NY (December, 1999).
- "Triumph *or* Tragedy?: the (Black) Power of Memory and the Mexico City Olympic Games," The 2nd Bi-Annual Fall Festival of the American Arts, Michigan State University, East Lansing, Michigan (November, 1999).
- "Whose Broad Stripes and Bright Stars?: Race, Nation, and Power at the Mexico City Games," African American Lecture Series, Yale University, New Haven, Connecticut (February, 1999).
- "The Olympic Village Then and Now: Comparative Perspectives on Mexico City and Atlanta," The Chicago Seminar on

EXHIBIT A

Sport and Culture, Newberry Library, Chicago, Illinois (November, 1998).

- "Race-ing America's Team: Postwar Diplomacy and the Value of Integrated Play," New England Historical Association, Connecticut College, New London, Connecticut (October, 1998).
- "Muscle Machines: the Scientific (Mis)Construction of the Black Athlete," Humanities Institute Graduate Conference, Stony Brook, NY (March, 1998).
- "It Takes an (Olympic) Village: Working on a Dissertation 'Up Close and Personal,'" Colloquium Series, Stony Brook, NY (October, 1996).

## SERVICE AND MEMBERSHIP

- Editorial Board, "Race & Sports," University Press of Kentucky, 2020 to present.
- Board of Directors, New Rochelle Public Library Foundation, 2015-present.
- Moderator, New Rochelle Fund for Excellence in Education Civics Symposium, 2017-2024.
- External Reviewer, University of Texas Press, 2019.
- External Reviewer, Oxford University Press, 2019-2020.
- Rank, Tenure, and Salary Committee, The College of New Rochelle, 2014-2019.
- Council of Arts and Sciences, The College of New Rochelle, 2003-2019.
- Writing Advisory Group, The College of New Rochelle, 2014-2019.
- Executive Committee, Board of Directors, New Rochelle, Public Library Foundation, New Rochelle, NY 2017-19.
- Executive Committee, Council of Arts and Sciences, The College of New Rochelle, 2010-2011; 2015-2016; 2017-2018.
- Executive Committee, Leadership Development Institute, Westchester Jewish Council, 2014-2016.
- Humanities Advisor, "A Long Way from Home: The Untold Story of Baseball's Integration," National Endowment for the Humanities documentary film project, 2012-2019.
- Faculty Development Committee, The College of New Rochelle, 2013-2017.
- Advisory Committee, Lift Ev'ry Voice: Celebrating African American Culture and Heritage, 2012-2018.
- Diversity Committee, National Collegiate Honors Council, 2005-2010.
- Women's Studies Committee, The College of New Rochelle, 2003-2019.
- Chair, Honors Committee, The College of New Rochelle, 2003-2019.
- Honors Board, The College of New Rochelle, 2003-2019.
- External Reviewer, Temple University Press, 2003-present.
- External Reviewer, University of Minnesota Press, 2003-2014.
- Grade Appeals Committee, SAS, The College of New Rochelle, 2011-2012.
- America Speaks Theme Team, Clinton Global Initiative, New York, NY, 2005.
- External Review, Palgrave Macmillan, 2006.
- Curriculum Committee, History Department, Plattsburgh State University, 2002 to 2003.
- External Reviewer, *Cultural Anthropology*, 2002.
- General Education Committee, Plattsburgh State University, 2000 to 2003.
- President's Council for Diversity, Plattsburgh State University, 1999 to 2001.
- American Studies Association (ASA), member since 1994; founding member, Sport Studies Caucus.
- American Historical Association (AHA), member since 1993.
- Organization of American Historians (OAH), member from 1999-2010.
- National Collegiate Honors Council (NCHC), member from 2003-2019.
- Northeast Regional National Collegiate Honors Council (NE-NCHC), member from 2003-2019.

## REFERENCES UPON REQUEST

# EXHIBIT B

**Exhibit B**

## Documents and Resources Reviewed by Dr. Amy Bass

1. *NAACP v. Shenandoah County School Board*, Complaint, June 11, 2024.

2. Memorandum and Order Denying 29 Motion to Dismiss for Failure to State a Claim, January 22, 2025.

3. *NAACP v. Shenandoah* – Joint Statement of Stipulated Facts, March 25, 2025.

4. W. B. et. al., "Evidence-based physical activity for school-age youth," The Journal of Pediatrics (2005)*,* 146(6), 732-737.

5. Donnelly, J. E. et. al., "Physical Activity, Fitness, Cognitive Function, and Academic Achievement in Children: A Systematic Review," Medicine & Science in Sports & Exercise (2016), 48(6), 1197-1222; Singh, A. S., et. al.

6. "Effects of physical activity interventions on cognitive and academic performance in children and adolescents: A novel combination of a systematic review and meta-analysis," British Journal of Sports Medicine, 46(7), 498-503.

7. Eime, R. M. et. al., "A systematic review of the psychological and social benefits of participation in sport for children and adolescents: Informing development of a conceptual model of health through sport," International Journal of Behavioral Nutrition and Physical Activity (2013), 10(1), 98.

8. Fraser-Thomas, J. L., Côté, J., & Deakin, J., "Youth sport programs: An avenue to foster positive youth development," Physical Education & Sport Pedagogy (2005), 10(1), 19-40.

9. Kretchmar, Scott, *Practical Philosophy of Sport and Physical Activity* (Human Kinetics, 2005).

10. Reid, Heather, *Athletics and Philosophy in the Ancient World: Contests of Virtue* (Routledge, 2012).

11. Morgan, William, *Why Sports Morally Matter* (Routledge, 2006).

12. Right to Play, https://righttoplayusa.org/en/.

13. Connecticut Interscholastic Athletic Conference 2024-2025 Handbook, https://ciac.fpsports.org/resources/Resources/Handbook.pdf.

14. Lord, Janet E. and Stein, Michael Ashley, "Social Rights and the Relational Value of the Rights to Participate in Sport, Recreation and Play," Faculty Publications (2009). 108.

15. "Leading Organizations Endorse Children's Bill of Rights in Sports," The Aspen Institute, August 16, 2021, https://www.aspeninstitute.org/news/childrens-bill-of-rights-in-sports/.

16. "Children's Bill of Rights in Sports," https://projectplay.org/childrens-rights-and-sports.

17. Virginia High School League website, https://www.vhsl.org/about-vhsl/ (accessed April 4, 2025), NAACPVA_00000123; NAACPVA_00000231; NAACPVA_00001333; NAACPVA_00001507; NAACPVA_00001527; NAACPVA_00001620; NAACPVA_00001661; NAACPVA_00002651; NAACPVA_00002681; NAACPVA_00002697.

18. VHSL Handbook and Policy Manual 2024-25, NAACPVA_00001764-00002007.

19. Eitzen, E. Stanley, *Fair and Foul:  Beyond the Myths and Paradoxes of Sport* (Rowman & Littlefield, 2016) 48.

20. Bissinger, H.G., *Friday Night Lights:  A Town, a Team, and a Dream* (Addison-Welsley, 1990).

21. "More Than Mascots: A Resource Guide for Ensuring Native Youth Experience Safe and Welcoming School Environments," U.S. Department of Education, September 2016, https://www.govinfo.gov/content/pkg/GOVPUB-ED-PURL-gpo73768/pdf/GOVPUB-ED-PURL-gpo73768.pdf.

22. Waters, C. & Sorel, T., *Mascot* (Charlesbridge, 2023).

23. Alex Acquisto, "Mills signs bill to make Maine the first state to ban Native American school mascots," *Bangor Daily News*, May 16, 2019, https://www.bangordailynews.com/2019/05/16/politics/mills-signs-bill-to-make-maine-the-first-state-to-ban-native-american-school-mascots/.

24. Public comment that took place on May 9, 2024, at a Shenandoah County School Board meeting.

25. Fitzmaurice, Ryan, "Public sounds off at hearing on school name changes," *Northern Virginia Daily*, May 10, 2024.

26. Pereira, Ivan, "New Mississippi flag welcomed as step in reconciling state's Confederate past," *ABC News*, November 18, 2020.

27. Riley, Kathleen, "The Long Shadow of the Confederacy in America's Schools: State Sponsored Use of Confederate Symbols in the Wake of Brown v. Board," William & Mary Bill of Rights Journal (Feb. 2002) Vol. 10: No. 2, 527.

28. Newman, J. I., "Army of whiteness? Colonel Reb and the sporting South's cultural and corporate symbolic," Journal of Sport and Social Issues (2007) 31(4), 315-339.

29. "NCAA EXECUTIVE COMMITTEE APPROVES RESOLUTION REGARDING SOUTH CAROLINA'S CONFEDERATE FLAG ISSUE," April 28, 2000, https://web.archive.org/web/20070927221428/https://www.ncaa.org/releases/divi/2000042801d1.htm.

30. "Unanimous Board Decision Honors Civil Rights Leader," Fairfax County Public Schools, https://www.fcps.edu/renaming-leelewis#:~:text=Unanimous%20Board%20Decision%20Honors%20Civil,the%202020%2D21%20school%20year.

31. Levy, Rachel et. al, "What's in a Name? The Confluence of Confederate Symbolism and the Disparate Experiences of African American Students in a Central Virginia High School," Journal of Cases in Educational Leadership, (2017) Vol. 20: No. 2.

32. Durando, Jessica, "Florida school named after KKK leader to be renamed," *USA Today*, Dec. 17, 2013, https://www.usatoday.com/story/news/nation-now/2013/12/17/forrest-high-school-name-florida/4060069/.

33. Michael Pearson, "Florida School Will Drop Confederate Nathan B. Forrest's Name," *CNN*, Dec. 17, 2013, https://www.cnn.com/2013/12/17/us/florida-school-name-change/index.html.

34. Delaney, Bill, "It's Time to Drop Confederate School Names," *The Jaxson*, April 9, 2021, https://www.thejaxsonmag.com/article/its-time-to-drop-jaxs-confederate-school-names.

35. Kauffman, Jacob, "Fort Smith To End Use Of Dixie Fight Song & Rebel Mascot," *NPR*, July 27, 2015, https://www.ualrpublicradio.org/local-regional-news/2015-07-27/update-fort-smith-to-end-use-of-dixie-fight-song-rebel-mascot.

36. "Whose Heritage?  Public Symbols of the Confederacy," *Southern Poverty Law Center*, April 21, 2016, https://www.splcenter.org/resources/reports/whose-heritage-public-symbols-confederacy/.

37. Bob Cook, "In A Post-Confederate Flag America, Whither the 'Rebels' School Team Nickname?" *Forbes*, June 25, 2015.

38. Toporek, Bryan, "Pressure Mounts Against Schools' Confederate Ties," *Education Week,* Sept. 22, 2015, https://www.edweek.org/leadership/pressure-mounts-against-schools-confederate-ties/2015/09.

39. Tolson, Mike, "HISD releases list of proposed school name changes," *Houston Chronicle*, May 11, 2016, https://www.chron.com/news/houston-texas/houston/article/HISD-releases-list-of-proposed-school-name-changes-7408763.php.

40. "Statement from NASCAR on Confederate Flag," June 10, 2020, https://www.nascar.com/news-media/2020/06/10/nascar-statement-on-confederate-flag/.

41. "NCAA Board of Governors expands Confederate flag policy to all championships," June 19, 2020, https://www.ncaa.org/news/2020/6/19/ncaa-board-of-governors-expands-confederate-flag-policy-to-all-championships.aspx.

42. Russo, Ralph, "Following athletes, NCAA takes aim at Confederate flag," *Associated Press*, June 19, 2020, https://apnews.com/article/bc2347ed8a69f52bc7b060b30661808c.

43. Newman, Joshua, "Old Times There Are Not Forgotten, Sport, Identity, and the Confederate Flag in the Dixie South," *Sociology of Sport*, 24:3, 261-282.

44. Blinder, Alan, "N.C.A.A. Pressures Mississippi on Confederate Emblem on State Flag," *New York Times*, June 19, 2020, https://www.nytimes.com/2020/06/19/sports/ncaafootball/ncaa-mississippi-state-flag.html.

45. Bass, Amy, "The surreal world of sports in 2020," *CNN*, December 10, 2020, https://www.cnn.com/2020/12/10/opinions/2020-in-sports-coronavirus-black-lives-matter-bass/index.html.

46. Dellenger Ross, "How 18 Words on Twitter Helped Change a Flag and Unlocked the Power of the College Athlete," *Sports Illustrated* Sep. 23, 2020, https://www.si.com/college/2020/09/23/kylin-hill-mississippi-state-flag-daily-cover.

47. Suss, Nick, "Give sports credit; athletes played a huge role in Mississippi's flag change," *Mississippi Clarion Ledger*, June 29, 2020, https://www.clarionledger.com/story/sports/2020/06/29/mississippi-flag-change-ole-miss-mississippi-state-athletes-commentary/3276230001/.

48.  Waldstein, David, "In Cleveland, Some Fans Are Guardians Only of the Past, *New York Times*, April 16, 2022, https://www.nytimes.com/2022/04/16/sports/baseball/cleveland-guardians.html.

49.  Rovell, Darren, "Patent Office:  Redskins Disparaging," *ESPN*, June 18, 2014, https://www.espn.com/nfl/story/_/id/11102096/us-patent-office-cancels-washington-redskins-trademark.

50.  King, C. Richard, "Looking Back to a Future End:  Reflections on the Symposium of Racist Stereotypes in American Sport at the National Museum of the American Indian," American Indian Quarterly (Spring, 2014), 38:2, 135-142.

51.  King, C. Richard, *Redskins:  Insult and Brand* (University of Nebraska Press, 2016).

52.  Bourdieu, Pierre, and Jean-Claude Passeron, *Reproduction in Education, Society, and Culture* (Sage, 1990).

53.  Borucki, W., "You're Dixie's football pride": American college football and the resurgence of Southern identity," Identities: Global Studies in Culture and Power, (2003) 10(4), 477-494.

54.  Yearwood, Gabby, "Heritage as Hate:  racism and sporting traditions," Leisure, Racism, and National Populist Politics (July 2018).

55.  Mountain View High School 2023-2024 Student Handbook, SCSB 002620 - SCSB 002633

56.  Stonewall Jackson High School Generals Cross Country Team Rules and Contract, NAACPVA_00001501; NAACPVA_00001585-00001587.

57.  "Game Forfeited Over Rivals' Confederate Flag," *Los Angeles Times*, Sept. 14, 2003, https://www.latimes.com/archives/la-xpm-2003-sep-14-na-briefs14.3-story.html.

58.  "Confederate flag leads to prep football game forfeit," *Chicago Tribune,* Sept. 13, 2003, https://www.chicagotribune.com/2003/09/13/confederate-flag-leads-to-prep-football-game-forfeit/.

59.  "N.Y. school district does away with Redskins mascot amid rivals' boycott," *ABC7 News*, Jul. 9, 2015, https://wjla.com/news/nation-world/n-y-school-district-does-away-with-redskins-mascot-amid-rivals-boycott-112400.

60.  SCPS/VHSL Student Athletics & Activities Participation Handbook 2024-2025, SCSB 000090 - SCSB 000141.

61.  Simon, Robert, "Internalism and Internal Values in Sport," Journal of the Philosophy of Sport (2000) Vol. 27; Issue 1, 1-16.

62.  Bass, Amy, *Not the Triumph but the Struggle* (University of Minnesota Press, 2002).

63.  Bass, Amy, *One Goal* (Hachette Books, 2018).

64.  Images and videos of, or related to, sports and extracurriculars at Stonewall Jackson High School, NAACPVA_00000106; NAACPVA_00000109; NAACPVA_00000162; NAACPVA_00000184; NAACPVA_00000216; NAACPVA_00000253; NAACPVA_00000627; NAACPVA_00000653; NAACPVA_00000657; NAACPVA_00001487; NAACPVA_00001626; NAACPVA_00002709;

NAACPVA_00002652; NAACPVA_00002567; NAACPVA_00001740; NAACPVA_00000089; NAACPVA_00002650; NAACPVA_00002569; NAACPVA_00002565; NAACPVA_00002568; NAACPVA_00002566; NAACPVA_00001497; NAACPVA_00002635; NAACPVA_00000655; NAACPVA_00000178, NAACPVA_00002678; NAACPVA_00000673; NAACPVA_00001621; NAACPVA_00000172; NAACPVA_00000675; NAACPVA_00001334-00001335; NAACPVA_00000129; NAACPVA_00000176; NAACPVA_00002627; NAACPVA_00000252; NAACPVA_00000666; NAACPVA_00001614; NAACPVA_00002959.

65. Images of various locations within and surrounding Stonewall Jackson High School, NAACPVA_00002975; NAACPVA_00002976.

66. Shenandoah County Public Schools Draft Flag, Decor, and Displays Policy, June 23, 2024, NAACPVA_00000637-00000638; NAACPVA_00000649-00000650.

67. Images of Stonewall Jackson High School General logo on various objects, July 13, 2024, NAACPVA_00000128, NAACPVA_00002638-00002646.

68. Coalition for Better Schools fundraiser notice, July 16, 2024, NAACPVA_00000634-00000636.

69. Images of *The Freedom Press* newspaper, Volume 4, Issue 2 (July 2024), NAACPVA_00000091-00000097.

70. Racial demographics of Stonewall Jackson High School and Ashby-Lee Elementary School, 2010-2025, SCSB 000400-000415; NAACPVA_00000195-00000210.