IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

12/18/2025

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

| | |
|---|---|
| VIRGINIA STATE CONFERENCE NAACP, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY SCHOOL BOARD OF )<br>SHENANDOAH COUNTY, )<br>)<br>Defendant. ) | Case No. 5:24-cv-040<br><br>By:   Michael F. Urbanski<br>     Senior United States District Judge |

## ORDER

Consistent with discussion at the close of the bench trial on December 17, 2025, the court directs the parties to file proposed findings of fact and briefing on the legal issues in advance of oral argument in this case. The schedule is as follows:

- The deadline to submit (1) proposed findings of fact and (2) briefs on legal issues regarding the Fourteenth Amendment Equal Protection Clause claim, Title VI of the Civil Rights Act of 1964 claim, and Equal Educational Opportunities Act claim is **Wednesday, February 25, 2026**.

- The deadline to submit briefs in opposition is **Friday, March 20, 2026**.

- Oral argument will be held in Harrisonburg on **Tuesday, March 31, 2026, at 11:00am**.

1

It is so **ORDERED**.

Entered: December 18, 2025

*/s/ Michael F. Urbanski*

Michael F. Urbanski
Senior United States District Judge