UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE
NAACP, *et al.*,

     Plaintiffs,

     v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

     Defendant.

Case No. 5:24-cv-00040

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 6(i), Melissa Colon respectfully requests that the Court allow her to withdraw her appearance as counsel for Plaintiffs in the above-captioned case. Plaintiffs will not suffer prejudice from the withdrawal of Ms. Colon as counsel. This matter will not otherwise be delayed due to the withdrawal of Ms. Colon as counsel. The remaining undersigned attorneys will continue representation of Plaintiffs in the above-captioned matter.

Dated: January 5, 2026

     Respectfully submitted,

     */s/ Melissa Colon*

Ashley Joyner Chavous (VSB #84028)
Jason C. Raofield (DC Bar #463877)*
Kevin B. Collins (DC Bar #445305)*
Elizabeth Upton (DC Bar #1031985)*
Li Reed (DC Bar #90018796)*
Samuel Greeley (DC Bar #1656254)*
Tyler Smith (DC Bar #1735958)*
Stephanie Nnadi (DC Bar #90007365)*
Amber Lowery (DC Bar #1780982)*
Lauren Smith (DC Bar #90029733)*
Analese Bridges (DC Bar #90029992)*
Alyssa Greenstein (DC Bar #90029046)*
Covington & Burling LLP

850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com

Kaitlin Banner (DC Bar #1000436)*
Marja K. Plater (DC Bar #90002586)*
Ryan Downer (DC Bar #1013470)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email:  jimg@guynnwaddell.com
        chrisd@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants*

s/ *Melissa Colon*
Melissa Colon