UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

VIRGINIA STATE CONFERENCE
NAACP, *et al.*,

      Plaintiffs,

      v.

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

      Defendant.

Case No. 5:24-cv-00040

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 6(i), Alyssa Greenstein respectfully requests that the Court allow her to withdraw her appearance as counsel for Plaintiffs in the above-captioned case. Plaintiffs will not suffer prejudice from the withdrawal of Ms. Greenstein as counsel. This matter will not otherwise be delayed due to the withdrawal of Ms. Greenstein as counsel. The remaining undersigned attorneys will continue representation of Plaintiffs in the above-captioned matter.

Dated: January 22, 2026        Respectfully submitted,

*/s/ Alyssa Greenstein*

Ashley Joyner Chavous (VSB #84028)
Jason C. Raofield (DC Bar #463877)*
Elizabeth Upton (DC Bar #1031985)*
Samuel Greeley (DC Bar #1656254)*
Li Reed (DC Bar #90018796)*
Amber Lowery (DC Bar #1780982)*
Stephanie Nnadi (DC Bar #90007365)*
Lauren Smith (DC Bar #90029733)*
Analese Bridges (DC Bar #90029992)*
Alyssa Greenstein (DC Bar #90029046)*
Covington & Burling LLP

850 10th Street, NW
Washington, DC 20001
(202) 662-6000
achavous@cov.com

Kaitlin Banner (DC Bar #1000436)*
Marja K. Plater (DC Bar #90002586)*
Ryan Downer (DC Bar #1013470)*
Melissa Colon (DC Bar #90006144)*
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
700 14th Street, NW, Suite 400
Washington, DC 20005
kaitlin_banner@washlaw.org
*Counsel for Plaintiffs*

*\* Admitted pro hac vice*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to:

Jim H. Guynn, Jr (VSB #22299)
Christopher S. Dadak (VSB #83789)
John R. Fitzgerald (VSB #989221)
GUYNN WADDELL, P.C.
415 S. College Ave.
Salem, Virginia 24153
Phone: (540) 387-2320
Fax: (540) 389-2350
Email:  jimg@guynnwaddell.com
         chrisd@guynnwaddell.com
         johnf@guynnwaddell.com
*Counsel for Defendants*

s/ *Alyssa Greenstein*
Alyssa Greenstein