# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**VIRGINIA STATE CONFERENCE NAACP**

**vs.**

**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**

Action No:   5:24CV00040

Date:   3/31/2026

Judge:   Michael F. Urbanski, SUSDJ

Court Reporter:   Whitney Stier

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)

*Kaitlin Banner, Jason Raofield, Lauren Smith

Defendant Attorney(s)

*Jim Guynn, *John Fitzgerald

PROCEEDINGS:
Parties present for closing arguments.
Plaintff presents argument. 11:24-12:16
Defendant presents argument. 12:17-1:16
Plaintiff rebuttal 1:17-1:31
Court addresses parties, findings of fact and conclusions of law forthcoming.

Time in Court:   11:24-1:32   2h 8m