IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

07/07/2026

LAURA A. AUSTIN, CLERK
BY: _/s/ Amy Fansler_
DEPUTY CLERK

| | | |
|---|---|---|
| VIRGINIA STATE CONFERENCE NAACP, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 5:24-cv-040 |
| v. | ) ) | |
| COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY, | ) ) ) ) | By:    Michael F. Urbanski Senior United States District Judge |
| Defendant. | ) | |

### ORDER

The court permitted several student plaintiffs in this case to proceed by pseudonym and to testify via Zoom at trial in order to preserve their privacy, reduce the risk of retaliation, and protect their identities. See Mem. Op and Order, ECF Nos. 63, 64 and Order, ECF No. 214. By oral agreement of the parties at the Bench Trial, held on December 11, 2025, through December 17, 2025, the transcripts of the Bench Trial were filed under seal until counsel for both parties and the court could review all transcripts for identifying information of pseudonym plaintiffs for their protection.

The court has received proposed redactions from the parties and has conducted a final review of the transcripts from the Bench Trial. In keeping with the right of the public to know the basis upon which federal courts make decisions, the unsealed, redacted versions of the transcripts will now be made fully available to the public.

It is **SO ORDERED.**

1

Entered: July 7, 2026

Michael F. Urbanski
Senior United States District Judge