**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | |
|---|---|
| **VIRGINIA STATE CONFERENCE NAACP, *et al.***,<br><br>*Plaintiffs*,<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**,<br><br>*Defendant*. | Case No. 5:24-cv-00040 |

**MOTION TO APPEAR *PRO HAC VICE* OF MICHAEL FRANCISCO**

In accordance with Local Rule 6(d) of the United States District Court for the Western District of Virginia, I, Jared R. Butcher, counsel for Defendant and a member in good standing of the Bar of this Court, respectfully move this Court for entry of an Order allowing the appearance *pro hac vice* of:

Michael Francisco
First & Fourteenth PLLC
800 Connecticut Ave., NW, Suite 300
Washington DC 20006
(202) 998-7975
michael@first-fourteenth.com
*Counsel for Defendant*

1. Mr. Francisco is a member in good standing of the State Bar of Colorado; District of Columbia Bar; United States District Court for the District of Colorado; United States Court of Appeals for the Fourth, Sixth, Ninth, Tenth, and Eleventh Circuits; United States Court of Appeals for the District of Columbia Circuit; Supreme Court of the United States; and U.S. Court of Federal Claims.

2. There are no pending disciplinary proceedings against Mr. Francisco in any state or federal court. Mr. Francisco has never been censured, suspended, disbarred, or denied admission or readmission to any court, nor has he been convicted of a felony.

3. Mr. Francisco agrees to abide by the Local Rules of the United States District Court for the Western District of Virginia and will promptly qualify for electronic case filing upon admission *pro hac vice*.

4. Mr. Francisco understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

WHEREFORE, I request that this Court grant this Motion and enter the accompanying proposed order.

Date: August 31, 2026

Respectfully submitted,

*/s/ Jared R. Butcher*

Jared R. Butcher
Butcher PLLC
1750 Tysons Blvd Ste 1500
Tysons VA 22102
(571) 287-0103
jared@butcherpllc.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve counsel of record.

*/s/ Jared R. Butcher*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **VIRGINIA STATE CONFERENCE NAACP, *et al.***,<br><br>*Plaintiffs*,<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**,<br><br>*Defendant*. | Case No. 5:24-cv-00040 |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE***

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Francisco, (the "Motion"), pursuant to Local Rules of the United States District Court for the Western District of Virginia. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael Francisco may appear and participate in this action on behalf of County School Board Of Shenandoah County.

DONE AND ORDERED this _______ day of ______________________________.

______________________________
United States District Judge