**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**VIRGINIA STATE CONFERENCE NAACP, *et al.***,

*Plaintiffs*,

v.

**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**,

*Defendant*.

Case No. 5:24-cv-00040

**MOTION TO APPEAR *PRO HAC VICE* OF JAMES A. COMPTON**

In accordance with Local Rule 6(d) of the United States District Court for the Western District of Virginia, I, Jared R. Butcher, counsel for Defendant and a member in good standing of the Bar of this Court, respectfully move this Court for entry of an Order allowing the appearance *pro hac vice* of:

James A. Compton
First & Fourteenth PLLC
800 Connecticut Ave., NW, Suite 300
Washington DC 20006
(202) 998-1978
james@first-fourteenth.com
*Counsel for Defendant*

1. Mr. Compton is a member in good standing of the State Bar of Maryland; District of Columbia Bar; United States District Court for the District of Colorado; and United States District Court for the Southern District of Indiana.

2. There are no pending disciplinary proceedings against Mr. Compton in any state or federal court. Mr. Compton has never been censured, suspended, disbarred, or denied admission or readmission to any court, nor has he been convicted of a felony.

3. Mr. Compton agrees to abide by the Local Rules of the United States District Court for the Western District of Virginia and will promptly qualify for electronic case filing upon admission *pro hac vice*.

4. Mr. Compton understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

WHEREFORE, I request that this Court grant this Motion and enter the accompanying proposed order.

Date: August 31, 2026

Respectfully submitted,

*/s/ Jared R. Butcher*

Jared R. Butcher
Butcher PLLC
1750 Tysons Blvd Ste 1500
Tysons VA 22102
(571) 287-0103
jared@butcherpllc.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve counsel of record.

*/s/ Jared R. Butcher*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**VIRGINIA STATE CONFERENCE NAACP, *et al.***,

*Plaintiffs*,

v.

**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**,

*Defendant*.

Case No. 5:24-cv-00040

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for James A. Compton, (the "Motion"), pursuant to Local Rules of the United States District Court for the Western District of Virginia. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. James A. Compton, may appear and participate in this action on behalf of County School Board Of Shenandoah County.

DONE AND ORDERED this _______ day of _______________________________.

_______________________________
United States District Judge