**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **VIRGINIA STATE CONFERENCE NAACP, *et al.*,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY**,<br><br>*Defendant*. | Case No. 5:24-cv-00040 |

**DEFENDANT'S NOTICE OF APPEAL**

Defendant County School Board of Shenandoah County hereby gives notice that it appeals to the United States Court of Appeals for the Fourth Circuit from the Final Judgment entered in this action on August 6, 2026.

Dated: August 31, 2026

Respectfully submitted,

BUTCHER PLLC

*s/Jared R. Butcher*
Jared R. Butcher, Esq.
VSB No. 95101
1750 Tysons Blvd Ste 1500
Tysons, VA 22102
(571) 287-0103
jared@butcherpllc.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this 31st day of August, 2026, via the CM/ECF system, which will electronically serve a copy on counsel of record.

*s/Jared R. Butcher*