FILED: September 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2213
(5:24-cv-00040-MFU-JCH)

---

VIRGINIA STATE CONFERENCE OF THE NAACP; HEATHER BROWN, on behalf of B.B., a minor; KIM WALLACE CARTER, on behalf of A.C., a minor; KAY DOE, on behalf of D.D. and J.D., minors; EDWARD DOE, on behalf of D.D. and J.D., minors; MARY JOHNSON, on behalf of A.J., a minor

Plaintiffs - Appellees

v.

COUNTY SCHOOL BOARD OF SHENANDOAH COUNTY

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
| Originating Case Number | 5:24-cv-00040-MFU-JCH |
| Date notice of appeal filed in originating court: | 08/31/2026 |
| Appellant(s) | County School Board of Shenandoah County |
| Appellate Case Number | 26-2213 |
| Case Manager | R. Phillips<br>804-916-2702 |