**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

VIRGINIA STATE CONFERENCE NAACP,
et al.,

Plaintiffs,

v. Case No. 5:24-cv-00040-MFU-JCH

COUNTY SCHOOL BOARD OF
SHENANDOAH COUNTY,

Defendant.

---

# UNOPPOSED MOTION TO STAY BRIEFING ON ATTORNEYS' FEES AND COSTS PENDING APPEAL

---

Defendant County School Board of Shenandoah County files this motion to request that the Court stay litigation over attorneys' fees and costs pending resolution of Defendant's appeal. Plaintiffs do not oppose this motion.

Following a five-day trial in this action, the Court entered final Judgment in Plaintiffs' favor on August 6, 2026. Plaintiffs thereafter filed their Bill of Costs on August 20, 2026, and a Motion for Attorneys' Fees and Costs on August 27, 2026, seeking $10,528,270.81 in attorneys' fees and $475,752.17 in costs (a total of $11,004,022.98) for work performed through August 21, 2026.

## GROUNDS FOR STAY

Under Rule 54(d)(2)(B), the Court may defer action on a fee claim until the appeal is resolved. *See* Fed. R. Civ. P. 54(d)(2)(B); Fed. R. Civ. P. 54 advisory committee's note to 1993 amendments. Defendant's appeal may affect the merits underlying Plaintiffs' request, including

Plaintiffs' prevailing-party status and the scope or amount of any award. Proceeding with briefing on the fee and cost motion now would risk duplicative work and unnecessary expenditure of the parties' and the Court's resources. Further, Defendant intends to move to expedite proceedings in the Fourth Circuit to avoid any unnecessary delay in the resolution of this case. A temporary stay will promote judicial economy without prejudicing Plaintiffs, who do not oppose the requested relief.

## CONCLUSION

Defendant respectfully requests that the Court stay all briefing on Plaintiffs' Motion for Attorneys' Fees and Costs and Bill of Costs pending resolution of Defendant's appeal, or until further order of the Court, and grant such other and further relief as the Court deems just and proper.

Date: September 3, 2026

Respectfully submitted,

*/s/ Jared R. Butcher*
Jared R. Butcher
BUTCHER PLLC
1750 Tysons Blvd Ste 1500
Tysons VA 22102
(571) 287-0103
jared@butcherpllc.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: September 3, 2026

/*s/ Jared R. Butcher*